**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**In re BAYCOL PRODUCTS LITIGATION**

MDL No. 1431 (MJD/JGL)

**O R D E R**

This document relates to:

**RONWIN v. BAYER CORPORATION**

Case No. 02-0200

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court on issues relating to service of the following motions by Plaintiff Edward Ronwin: Motion Concerning Events Leading to This Court's Order Entered November 24, 2002, dated December 16, 2002; Motion to Order Availability of Discovery, dated December 16, 2002; and Motion For Order Concerning Service of Documents by Ronwin, dated December 26, 2002.

Plaintiff Ronwin's Motion for Order Concerning Service of Documents addresses service of process issues and acknowledges that service of his December 16 motions has not yet been effected. This Court seeks to provide interested parties the opportunity to review and respond to Plaintiff Ronwin's motions. In order to streamline the process, on January 24, 2003, this Court will provide copies of Plaintiff's three motions and attachments to counsel Susan Weber, Esq., who will then provide copies to the other attorneys

JAN 23 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

27

listed on the attachment to PTO 4. Service of all three motions will be considered complete as of January 24, 2003, for purposes of the timing of the parties' responses and replies, if any.

This Court does not seek to set a precedent of involving itself in the service of documents and is only making an exception in this instance in order to facilitate the Court's ability to address Plaintiff Ronwin's motions. For all future motions, unless otherwise ordered, service and filing of documents with the Court shall follow the strict confines of the Pretrial Orders in this case.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the following motions of Plaintiff Ronwin shall be deemed served on January 24, 2003: Motion Concerning Events Leading to This Court's Order Entered November 24, 2002, dated December 16, 2002; Motion to Order Availability of Discovery, dated December 16, 2002; and Motion For Order Concerning Service of Documents by Ronwin, dated December 26, 2002.

Dated: January 23, 2003

JONATHAN LEBEDOFF
Chief United States Magistrate Judge