**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**In re BAYCOL PRODUCTS LITIGATION** MDL No. 1431 (MJD/JGL)

**ORDER**

This document relates to:

**RONWIN v. BAYER CORPORATION** Case No. 02-0200

---

JONATHAN LEBEDOFF, Chief United States Magistrate Judge

The above-entitled matter is before the undersigned Chief Magistrate Judge of District Court on issues relating to documents filed by Plaintiff Edward Ronwin. Pursuant to Plaintiff Ronwin's request, on March 4, 2003, this Court ordered that certain documents submitted for *in camera* review by Plaintiff Ronwin be filed under seal. Plaintiff Ronwin has since requested that those documents be returned to him.

Based on the foregoing, **IT IS HEREBY ORDERED** that the documents filed under seal by Plaintiff Ronwin pursuant to this Court's March 4, 2003 Order shall be returned to Plaintiff Ronwin. No copies shall be retained by this Court.

Dated: May 1, 2003

JONATHAN LEBEDOFF
Chief United States Magistrate Judge

MAY 0 1 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK