E-SERVED 05/05/04 03:10 PM ET Baycol MDL 1431

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| **In re: BAYCOL PRODUCTS LITIGATION** | **MDL No. 1431 (MJD/JGL)** |
| **This Document Relates To:** | |
| Edwin Ronwin v. Bayer Corp. | Case No. 02-0200 |
| Chester T. Hennington, et al. v. Bayer Corp., et al. | Case No. 03-2936 |
| Kevin Hughes v. Bayer Corp., et al. | Case No. 03-5910 |
| Luberta Lawson,et al. v. Bayer Corp., et al. | Case No. 03-5912 |
| James Richardson v. Bayer Corp., et al. | Case No. 02-4823 |
| Donald Randall v. Bayer Corp., et al. | Case No. 02-4827 |
| Mary Bynum, et al. v. Bayer Corp., et al. | Case No. 03-1176 |
| Willard Watts v. Bayer Corp., et al. | Case No. 03-2935 |
| Joseph Holifield v. Bayer Corp., et al. | Case No. 03-4969 |
| Jeffrey Varas v. Bayer Corp., et al. | Case No. 03-4977 |
| Rosa Lee Jackson v. Bayer Corp., et al. | Case No. 03-4989 |
| Azell Green v. Bayer Corp., et al. | Case No. 03-4991 |
| Ruth Hodge v. Bayer Corp., et al. | Case No. 03-5092 |
| Barbara Anderson, et al. v. Bayer Corp., et al. | Case No. 03-5945 |
| Vadie Mae Alexis, et al. v. Bayer Corp., et al. | Case No. 03-6225 |
| Lucretia Lazere et al. v. Bayer Corp., et al. | Case No. 04-1241 |
| Jose Guerra et al. v. Bayer Corp., et al. | Case No. 04-1242 |
| Muriel Parilla v. Bayer Corp., et al. | Case No. 04-1243 |
| Annie Andrews, et al. v. Bayer Corporation | Case No. 03-4932 |
| Maney Anglin, et al. v. Bayer Corporation | Case No. 03-4942 |
| Judy Baldwin, et al. v. Bayer Corporation | Case No. 03-4930 |
| Dorothy Bennett, et al. v. Bayer Corporation | Case No. 03-4938 |
| Sharon Carter, et al. v. Bayer Corporation | Case No. 02-1361 |
| Curtis Coates, et al. v. Bayer Corporation | Case No. 03-1175 |
| Cindy Dickerson, et al. v. Bayer Corporation | Case No. 03-1173 |
| Alice Dowling et al. v. Bayer Corporation | Case No. 03-4931 |
| Mary Ellis, et al. v. Bayer Corporation | Case No. 03-4933 |
| Sis Grubbs, et al. v. Bayer Corporation | Case No. 03-4934 |
| David Hester, et al. v. Bayer Corporation | Case No. 02-0871 |
| George Jenkins, et al. v. Bayer Corporation | Case No. 03-4943 |
| Kenneth Michael, et al. v. Bayer Corporation | Case No. 03-6415 |
| Mary Richardson, et al. v. Bayer Corporation | Case No. 03-4935 |
| Charles Rogers, et al. v. Bayer Corporation | Case No. 03-4936 |
| Verlean Toles, et al. v. Bayer Corporation | Case No. 03-1174 |
| Clarence Wheeler, et al. v. Bayer Corporation | Case No. 03-4941 |

E-SERVED 05/05/04 03:10 PM ET Baycol MDL 1431

| | |
|---|---|
| Albert Williams, et al. v. Bayer Corporation | Case No. 03-4937 |
| Willie Womack, et al. v. Bayer Corporation | Case No. 03-4939 |
| Jeffery Woods, et al. v. Bayer Corporation | Case No. 03-4940 |
| Hattie Ruth Wright, et al. v. Bayer Corporation | Case No. 02-0870 |

| | |
|---|---|
| Toni Andress, et al. v. Bayer Corp., et al. | Case No. 03-5853 |
| Mateo Aolmarez, et al. v. Bayer Corp., et al. | Case No. 03-5396 |
| Leticia Arellano, et al. v. Bayer Corp., et al. | Case No. 04-864 |
| Kathleen Bagnato, et al. v. Bayer Corp., et al. | Case No. 03-5425 |
| Anthony Beam, et al. v. Bayer Corp., et al. | Case No. 03-5078 |
| Laura Beavers, et al. v. Bayer Corp., et al. | Case No. 03-5906 |
| Freda Bledsoe, et al. v. Bayer Corp., et al. | Case No. 03-5864 |
| Beverly Bryant, et al. v. Bayer Corp., et al. | Case No. 04-866 |
| Sigrid Carpenter, et al. v. Bayer Corp., et al. | Case No. 03-5393 |
| Guadalupe Castillo, et al. v. Bayer Corp., et al. | Case No. 03-5414 |
| Gary Chenette, et al. v. Bayer Corp., et al. | Case No. 03-5326 |
| Elfie Clark, et al. v. Bayer Corp., et al. | Case No. 03-5394 |
| Benny Cox, et al. v. Bayer Corp., et al. | Case No. 03-5327 |
| Norma Dean Damron, et al. v. Bayer Corp., et al. | Case No. 04-208 |
| Leo Danforth, et al. v. Bayer Corp., et al. | Case No. 03-5392 |
| Elva Dikes, et al. v. Bayer Corp., et al. | Case No. 03-5391 |
| Jose Espinoza, et al. v. Bayer Corp., et al. | Case No. 03-5421 |
| Carol Etame, et al. v. Bayer Corp., et al. | Case No. 04-0221 |
| Carl Frey, et al. v. Bayer Corp., et al. | Case No. 03-5894 |
| Michael Frisnia, et al. v. Bayer Corp., et al. | Case No. 03-5389 |
| Ramona Garcia, et al. v. Bayer Corp., et al. | Case No. 03-5395 |
| Teresa Galloway, et al. v. Bayer Corp., et al. | Case No. 03-5887 |
| Irene Gosch, et al. v. Bayer Corp., et al. | Case No. 03-5417 |
| David Goss, et al. v. Bayer Corp., et al. | Case No. 04-226 |
| Sidney Gottlieb, et al. v. Bayer Corp., et al. | Case No. 03-5867 |
| Mary Greenhill, et al. v. Bayer Corp., et al. | Case No. 03-5329 |
| Frances Gregg, et al. v. Bayer Corp., et al. | Case No. 04-211 |
| Francine Gunder-Bricq v. Bayer Corp., et al. | Case No. 04-223 |
| Willard Hall, et al. v. Bayer Corp., et al. | Case No. 03-5357 |
| Nancy Hamlin, et al. v. Bayer Corp., et al. | Case No. 03-5355 |
| Dorothy Harris, et al. v. Bayer Corp., et al. | Case No. 03-5067 |
| Laura Hornback, et al. v. Bayer Corp., et al. | Case No. 03-5076 |
| Evelyn Husband, et al. v. Bayer Corp., et al. | Case No. 03-5412 |
| Dorothy Jemmison, et al. v. Bayer Corp., et al. | Case No. 03-5886 |
| Cardell Jones, et al. v. Bayer Corp., et al. | Case No. 03-5905 |
| Henry Jones, et al. v. Bayer Corp., et al. | Case No. 03-5073 |
| Martha Jones, et al. v. Bayer Corp., et al. | Case No. 03-5069 |
| Rosa Jones, et al. v. Bayer Corp., et al. | Case No. 04-227 |
| Rose Jones, et al. v. Bayer Corp., et al. | Case No. 04-210 |
| Virgina Killen, et al. v. Bayer Corp., et al. | Case No. 03-5335 |

E-SERVED
05/05/04
03:10 PM ET
Baycol MDL 1431

| | |
|---|---|
| Delores King, et al. v. Bayer Corp., et al. | Case No. 03-5419 |
| Charles Kruse, et al. v. Bayer Corp., et al. | Case No. 03-5390 |
| Sylvia Landrum, et al. v. Bayer Corp., et al. | Case No. 03-5873 |
| Helen Lanier, et al. v. Bayer Corp., et al. | Case No. 03-5885 |
| Mary Lumpkin, et al. v. Bayer Corp., et al. | Case No. 03-5888 |
| William Matthews, et al. v. Bayer Corp., et al. | Case No. 03-5328 |
| Hubert Medlock, et al. v. Bayer Corp., et al. | Case No. 03-5388 |
| Donald Wayne Mills, et al. v. Bayer Corp., et al. | Case No. 03-5890 |
| Samual Moore, et al. v. Bayer Corp., et al. | Case No. 03-5332 |
| Joann Nelson, et al. v. Bayer Corp., et al. | Case No. 03-5415 |
| Sally Nielsen, et al. v. Bayer Corp., et al. | Case No. 03-5897 |
| Alfred Nwokobia, et al. v. Bayer Corp., et al. | Case No. 03-5359 |
| Inez Orta, et al. v. Bayer Corp., et al. | Case No. 04-1296 |
| Dorothy Pampell, et al. v. Bayer Corp., et al. | Case No. 03-5416 |
| Bertha Porter, et al. v. Bayer Corp., et al. | Case No. 03-5325 |
| Geraldine Pulaski, et al. v. Bayer Corp., et al. | Case No. 03-5420 |
| Lisa Ann Renfroe, et al. v. Bayer Corp., et al. | Case No. 03-5072 |
| Maragarita Reyes et al. v. Bayer Corp., et al. | Case No. 03-5418 |
| Joe Rice, et al. v. Bayer Corp., et al. | Case No. 03-5422 |
| Margaret Roberts, et al. v. Bayer Corp., et al. | Case No. 03-5904 |
| Annie Sanders, et al. v. Bayer Corp., et al. | Case No. 03-5863 |
| Thelma Scales, et al. v. Bayer Corp., et al. | Case No. 03-5907 |
| Argatha Scarlato, et al. v. Bayer Corp., et al. | Case No. 03-5865 |
| Joy Shadley, et al. v. Bayer Corp., et al. | Case No. 03-5070 |
| Iris Shepherd, et al. v. Bayer Corp., et al. | Case No. 03-5387 |
| Sheri Simmons, et al. v. Bayer Corp., et al. | Case No. 03-5077 |
| Mary Smith, et al. v. Bayer Corp., et al. | Case No. 03-5386 |
| Doris Spearman, et al. v. Bayer Corp., et al. | Case No. 03-5333 |
| Mary Sprouse, et al. v. Bayer Corp., et al. | Case No. 03-5075 |
| James Tennyson, et al. v. Bayer Corp., et al. | Case No. 04-865 |
| James Tucker, et al. v. Bayer Corp., et al. | Case No. 03-5895 |
| Eduardo Villnueva, et al. v. Bayer Corp., et al. | Case No. 03-5424 |
| William Weekley, et al. v. Bayer Corp., et al. | Case No. 03-5426 |
| Wilma White, et al. v. Bayer Corp., et al. | Case No. 03-5857 |
| Bonard Wilborn, et al. v. Bayer Corp., et al. | Case No. 03-5364 |
| Kenneth Williams, et al. v. Bayer Corp., et al. | Case No. 03-5358 |
| Beverly Willingham, et al. v. Bayer Corp., et al. | Case No. 03-5889 |
| Martha Willingham, et al. v. Bayer Corp., et al. | Case No. 03-5365 |
| Carrie Woliver, et al. v. Bayer Corp., et al. | Case No. 04-0206 |
| Mildred Wright, et al. v. Bayer Corp., et al. | Case No. 03-5896 |

---

**DEFENDANTS' EXHIBITS IN SUPPORT OF CONSOLIDATED MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR RELIEF FROM PARTS I(A) AND I(B) OF PTO 114**

E-SERVED
05/05/04
03:10 PM ET
Baycol MDL 1431

# EXHIBIT A

E-SERVED 05/05/04 03:10 PM ET Baycol MDL 1431

| **Plaintiff's Name** | **State** | **Dates of Baycol Use** | **Dosage** | **Alleged Injuries** | **Other Medications Taken at the Same Time as Baycol** |
|---|---|---|---|---|---|
| Alexis, Vadie M. | MS | 1998 - 2000 | | Sore muscles, pain all over. | Glucophor, High Blood Pressure Medication |
| Anderson, Barbara R. (individual case dismissed) | N/A | N/A | N/A | N/A | N/A |
| Andrews, Annie | AL | 1999 - 08/2001 | 0.3mg | Fatigue, Muscle pain. | None |
| Anglin, Maney | AL | 1999 - 2001 | 0.4mg & 0.8mg | Muscle problems. . | Procardia |
| Baldwin, Judy | AL | 07/2000 - 08/2001 | 0.4mg | Muscle cramps. . | Calcium, Vitamin C, Tylenol |
| Bennett, Dorothy | AL | 01/2001 - 08/2001 | 0.4mg | Muscle cramps. . | Glucophage, Actos |
| Bynum, Mary Lynn | MS | 09/1999 - 08/2001 | .3mg and .4mg | Constant pain, back trouble, leg pain, pain in head and arms, continuously ill, depression and high anxiety. | Verelan, Ultram, Zithromax, Flonase, Diazepam, Delestrogen Inj., Hydrocohone/Apap, Cedroxil Caps, Profex II, Sonata Capsules, Biaxin, Pancof XP, Toradol Tabs, Esgic Plus, Celexa, Amitriptyline, Maxalt, Reglan/Metaclopramidid, Prevpac, Vivelle Patches, Ramotodome, Quinine Suff., Claritin, Diovan HCT, Effexor XR, Promethazine, Amoxicillin, & Tussi 12 |

E-SERVED 05/05/04 03:10 PM ET Baycol MDL 1431

| **Plaintiff's Name** | **State** | **Dates of Baycol Use** | **Dosage** | **Alleged Injuries** | **Other Medications Taken at the Same Time as Baycol** |
|---|---|---|---|---|---|
| Carter, Sharron | MS | 03/2001 - 08/21/2001 | 0.8mg | Muscle aches and pains. | Tylenol Sinus, Synthroid, Celebrex, Prozac |
| Coates, Curtis | MS | 03/2001 - 07/2001 | 0.4mg | Muscle damage, weakness, Fatigue, Muscle Cramps. | Diltiazem, APAP/Codeine |
| Dickerson, Cindy | MS | 07/2001 - 09/2001 | 0.4mg | Muscle damage. | Phenergan, Lamodil |
| Dowling, Alice | AL | 07/2000 - 12/2000 | 0.4mg | Muscle problems. | N/A |
| Ellis, Mary | AL | Approximately 1999 - 08/2001 | N/A | Muscle damage. | Norvasc |
| Green, Azell | MS | February or March 2001 - August 2001 | Two 0.4mg per day | Nausea, cramps, dizzy, weakness, pain in back, legs, chest and muscles. | Lozol, K-Dur, Hytin, Promethazine, Doxycycline, Cascara, Hemorrhoidal, Propoxyphene, Lidocaine/Silvaden |
| Grubbs, Sis | MS | 09/2000 - 08/2001 | 0.4mg & 0.8mg | Muscle weakness and muscle pain. | Avandia, Glyburide, Glucophage, Detrol, Burnex, Vioxx |
| Guerra, Jose (No PFS) | N/A | N/A | N/A | N/A | N/A |
| Hennington, Chester | MS | 08/2000 until Baycol recall | 20mg | Muscle weakness in legs, fatigue and some pain. | N/A |

E-SERVED
05/05/04
03:10 PM ET
Baycol MDL 1431

| Plaintiff's Name | State | Dates of Baycol Use | Dosage | Alleged Injuries | Other Medications Taken at the Same Time as Baycol |
|---|---|---|---|---|---|
| Hester, David | AL | 05/01/2000 - 08/11/2000 | 0.4mg | Muscle pain, weakness, lower back pain, nausea. | Aspirin |
| Hodge, Ruth | MS | 01/2001 - 06/2001 | 0.4mg, increased to 0.8mg | Rhabdomyolysis, kidney failure, muscle pain and weakness. | Toprol, Aspirin, Plavix, Micardis, |
| Holifield, Joseph Darryl | MS | 02/1999 - 06/2001 | 0.3mg | Weakness in arms and legs, constant pain in legs, nausea, dizziness, intense cramps and muscle spasms. | Aspirin, Atenolol, Atuss MS, Pannaz, Urogesic, |
| Hughes, Kevin | AL | 06/2001 - 08/2002 | 0.4mg | Burning muscle's, muscle pain and weakness. | Diovan, Preacid |
| Jackson, Rosa Lee | MS | 01/29/2001 - 06/2001 | 0.3mg | Muscle weakness, muscle pain, dark urine with foul odor, fatigue. | Antivert, Cardura .4mg, Adalat CC 60mg, Claritin, Lasix, Singular 10mg, Celebrex 200mg, Doxazosin 8mg, Hydrocodone APAP1, Furosemide 40mg, Meclinzine 25mg |
| Jenkins, George | AL | Only states 2001 in PFS | 0.8mg | Fatigue, Cramps. | None |

E-SERVED 05/05/04 03:10 PM ET Baycol MDL 1431

| **Plaintiff's Name** | **State** | **Dates of Baycol Use** | **Dosage** | **Alleged Injuries** | **Other Medications Taken at the Same Time as Baycol** |
|---|---|---|---|---|---|
| Lawson, Luberta | AL | Started 08/2000 | 0.4mg | shortness of breath, back and neck pain. | Under the health care providers section where it states medications prescribed, plaintiff wrote "see attached paperwork". Nothing attached. |
| Lazere, Lucretia<br>(No PFS) | N/A | N/A | N/A | N/A | N/A |
| Michael, Kenneth<br>(No PFS) | N/A | N/A | N/A | N/A | N/A |
| Parilla, Muriel<br>(No PFS) | N/A | N/A | N/A | N/A | N/A |
| Randall, Donald | MS | 07/29/2000 - 08/2001 | 0.4mg | Muscle damage in arm and leg. | Humulin 70/30, Actos, Mavik, Relion/Novo 70/30, Plavix, Nitroquick, Metoprolol, Humalog 100/ML, Toprol XL, Propo-N/Apap, Cefadroxil, Hydrocort, Cyclobenzapr, |
| Richardson, James | MS | 05/21/1998 - 05/21/2001 | 0.3mg | Muscle injury. | Folic Acid, vitamin E, vitamin C, Tylenol sinus, Proctofoam, Doxycycline, Muco-Fen, Tiazac, Lipitor, Phenylgesic, Guiatuss AC & Diphen, Cyndal, Benzonatate C, HCTZ, Phazyme, Propoxy-N/APAP, Cyclobenzaprine, Doxy |

E-SERVED 05/05/04 03:10 PM ET Baycol MDL 1431

| Plaintiff's Name | State | Dates of Baycol Use | Dosage | Alleged Injuries | Other Medications Taken at the Same Time as Baycol |
|---|---|---|---|---|---|
| Richardson, Mary | AL | 04/2001 - 08/2001 | 0.4mg | Muscle injury. | None |
| Rogers, Charles | AL | 10/1999 - 08/2001 | 0.4mg | Fatigue, lower back pain, muscle cramps. | None |
| Ronwin, Edwards | CO (WY) | 01/10/01 - 08/10/01 | 4.0mg | Left arm pain, blurred vision on occasion, pain in back of thighs & both legs, some back pain above legs, some right arm pain, slight caterax formation in both eyes. | Aspirin, Vitamin C, & Vitamin E |
| Toles, Verlean | MS | Jul-01 | NA | Muscle and nerve damage. | NA |
| Varas, Jeffrey A. | MS | Approximately 11/10/2000 (6 months of samples received) | 0.8 mg | Muscle pain and weakness. | No meds listed as being taken during the time of Baycol |
| Watts, Willard | MS | 11/2000 - 08/2001 | 0.4mg | Nausea, dizziness, arthritis leg pain, chest pain, leg pain or swelling, coughing, vision problems, stomach pain, back pain, muscle weakness. | Aceon 4mg; Aceon 8mg; Colchicine .6mg, Toprol XL 50mg; Toprol XL 100 mg; Transd-NTG .6mg/HR; Protonix 40mg; Nitroglycerine .6mg/H |

E-SERVED 05/05/04 03:10 PM ET Baycol MDL 1431

| Plaintiff's Name | State | Dates of Baycol Use | Dosage | Alleged Injuries | Other Medications Taken at the Same Time as Baycol |
|---|---|---|---|---|---|
| Wheeler, Clarence | AL | 02/2001 - 08/2001 | 0.4mg | Fatigue, Muscle pain. | Unable to recall |
| Williams, Albert | AL | 12/2000 - 08/2001 | 0.4mg | Muscle problems. | Unable to recall |
| Womack, Willie | AL | 01/2001 - 08/2001 | 0.4mg | Muscles cramps. | Procardia, Glucophage |
| Woods, Jeffrey | AL | 2000 - 08/2001 | 0.4mg | Muscle pain. | Verapamil |
| Wright, Hattie R. | AL | 03/15/2001 - 04/17/2001 | 0.4mg | Couldn't walk, pain all over, numbness in toes, muscle tenderness, muscle weakness, muscle stiffness and aching and joint pain. . | Vitamins, Potassium, Maxize, Estrace, Lotrel |

E-SERVED
05/05/04
03:10 PM ET
Baycol MDL 1431

# EXHIBIT B

E-SERVED
05/05/04
03:10 PM ET
Baycol MDL 1431



UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE BAYCOL PRODUCTS : MDL NO. 1431
LITIGATION : (MJD/JGL)
This Document Relates :
To: All Cases

\- - -

C O N F I D E N T I A L

\- - -

February 10, 2004

\- - -

Videotape deposition of THOMAS M. ZIZIC, M.D., held in the offices of Lieff Cabraser Heimann & Bernstein, 48th Floor, 780 Third Avenue, New York, New York, commencing at 9:56 a.m., on the above date, before Linda L. Golkow, a Registered Diplomate Reporter and Certified Shorthand Reporter.

\- - -

ESQUIRE DEPOSITION SERVICES
1880 John F. Kennedy Boulevard
15th Floor
Philadelphia, Pennsylvania 19103
(215) 988-9191

E-SERVED 05/05/04 03:10 PM ET Baycol MDL 1431



exacerbations of a chronic problem. Some problems that the question becomes, is it the disease, is it the treatment or side effect of the disease that you're treating, or is it an inocurrent problem, a garden variety problem that can occur with anybody whether they have a connective tissue or rheumatic disease or not.

Q. Why are these people being referred to you?

A. I have the reputation of being one of the foremost diagnosticians in the Hopkins and elsewhere community, I guess.

Q. What does that mean, to be a diagnostician?

A. Well, when you're dealing with multi-system diseases that can occur with symptoms sequentially often separated by months or years, it sometimes becomes a very difficult diagnostic process to sort out, and I happen to -- God has given me some gifts

E-SERVED 05/05/04 03:10 PM ET Baycol MDL 1431



in that arena. I'm very good at it.

Q. What kind of information do you use in rendering a diagnosis in these cases?

A. The gamut. I think that a meticulous history and physical examination, appropriate laboratory and imaging studies, other diagnostic tests, and the judicious use of consultants who have a greater breadth of knowledge in certain areas than I do. It is the normal differential diagnostic process which goes on with internal medicine and internal medicine subspecialties, particularly rheumatology.

Q. Why particularly rheumatology?

A. Because connective tissue disorders can affect all organs. It used to be said that if you know syphilis, you know medicine. More recently in the last 20 years, if you know systemic lupus erythematosus, you know medicine, because it can affect the brain, the eyes, the

E-SERVED 05/05/04 03:10 PM ET Baycol MDL 1431



mouth, the nose, the gastrointestinal tract, the lungs, the heart, the kidney, the liver, the spleen, the pancreas, muscles, nerves, brain, spinal cord, skin, joints. And so if one is going to be able to differentiate what lupus or arteritis, for example, is doing in an end organ, then one must know what all other diseases are doing in that end organ so you can differentiate whether it is due to the connective tissue disease or something else. So, to have that breath of knowledge, one has to stay abreast of all internal medicine, which is why rheumatologists, particularly the Hopkins-trained rheumatologists, have had a reputation over the years of being superb diagnosticians, starting with Sir William Osler to Mac Harvey to Phil Tumulty, all of the Hopkins greats.

Q. Doctor, would you say in your patient population that muscle pain and weakness is a common symptom?

A. It is indeed.

E-SERVED 05/05/04 03:10 PM ET Baycol MDL 1431



Q. And that that muscle pain and weakness, those symptoms, are not diagnostic of any single disorder in and of themselves?

A. Muscle pain more than muscle weakness. Once one has muscle weakness, particularly not of a generalized sort, but proximally, one is generally dealing with a myopathy of some sort or another. So, with that caveat, I think you're correct.

Q. But there are a variety of myopathies that can cause proximal muscle weakness; correct?

A. Relatively limited, frankly. One has an inflammatory myositis. One may have an alcohol-induced myopathy. One may have an endocrine-induced myopathy. One may have a toxin or drug-induced myopathy. But relatively limited differential diagnosis when one gets muscle weakness proximally.

Q. But still in doing this superb diagnostician job that you

E-SERVED 05/05/04 03:10 PM ET Baycol MDL 1431



Q. Because patients can't always tell that on their own; is that right?
A. That is correct.
Q. And it's important for you to be able to discern that so you can treat what's actually going on in that patient; correct?
A. That is correct.
Q. The muscle pain, is that an objective or a subjective measurement?
A. Muscle pain is a subjective definition.
Q. How about weakness, muscle weakness, is that objective or subjective?
A. Well, the patient may notice weakness in doing certain activities. When the proximal muscles are involved, it is generally things such as for a woman, setting her hair or washing her hair, which would require more prolonged periods of her arms above her head, putting things in cabinets above her

E-SERVED 05/05/04 03:10 PM ET Baycol MDL 1431



head, getting up from a stooped or squat position, inability to do that or having more difficulty with gardening and activities such as that. So, it may be subjective, but it also may be objective. Having tested literally thousands of patients over my career of various shapes, sizes and forms and physical conditioning, you have a pretty good idea of what is normal muscle strength versus what is decreased muscle strength, particularly when you compare -- in muscle disease, when you compare distal muscles to proximal muscles, and the patient may have totally normal strength when you can look at the distal muscles, which are more affected if you have nerve damage. The proximal muscles will be more affected when you have muscle injury or damage or disease.

Q. Again, is this going to be one of those patient-by-patient assessment things; is that right?

A. Yes, indeed.

E-SERVED 05/05/04 03:10 PM ET Baycol MDL 1431



Q. Would you also use things like quantitative strength testing?

MS. FLEISHMAN: I'm sorry, quantitative --

MR. MIZGALA: Strength testing.

THE WITNESS: I think one may use evidence such as manual muscle strength testing in the hands of a proper observer like myself, who has done a lot of manual muscle testing on patients over the years. Yes, I think that's objective evidence of weakness.

BY MR. MIZGALA:

Q. Doctor, would you agree that when evaluating a patient for muscle pain, myalgia, with or without weakness, it is necessary to perform a differential diagnosis?

A. Yes.

Q. Would you agree that muscle pain is one of the most common complaints

E-SERVED 05/05/04 03:10 PM ET Baycol MDL 1431



encountered in the practice of medicine, especially in the elderly?

A. Yes.

Q. And that muscle pain has a myriad of possible causes?

A. Yes.

Q. And in doing this diagnosis or evaluating a patient for muscle pain, you have to review the medical record and analyze it to ascertain whether potential causes of muscle pain were present prior to symptom onset; correct?

A. Correct.

Q. Concomitant illnesses must be considered as potential causes of muscle pain; correct?

A. Correct.

Q. Common disorders that potentially cause muscle pain and/or weakness include stroke; right?

A. Well, clearly, when you get a hemiparesis or hemiplegia, but, yes, and that'd be very discernible. It's unilateral most often, and it's going to

E-SERVED 05/05/04 03:10 PM ET Baycol MDL 1431



be -- well, go on.

Q. Mononeuropathies could cause muscle pain and/or weakness?

A. A mixed mononeuritis multiplex could cause muscle pain and weakness almost invariably of the distal muscles, usually responsible for a wrist drop or a foot drop. So, again, easily differentiatable, but, yes, it could cause if you know what you're looking for. It takes about a nanosecond and a half to exclude it, but that's right.

Q. Doctor, I'm just talking about pain and weakness generally.

A. I understand what you're talking about. When you give me specific diagnoses like that, I don't want someone to think that there's this nebulous kind of thing. If you've got a hemiparesis or hemiplegic, you know it. If you have got a mononeuritis multiplex, you know it. I mean, you can see it. That is a host of differential diagnoses. Some can be -- I wouldn't even put them in my paper. As I

E-SERVED 05/05/04 03:10 PM ET Baycol MDL 1431



was thinking about them, they go through my head and I exclude them. So, those two would be immediately excludable if they are not present.

Q. Polyneuropathies can cause pain and weakness?

A. Polyneuropathy can cause pain and weakness, but it's usually generalized distal pain. The weakness is associated with the motor part. Again, it's distal, but, yes --

Q. Radiculopathies?

A. Radiculopathies can cause pain going down a specific dermatome from neck, shoulder to hand or finger or trunk to foot and can cause weakness as a late result.

Q. Motor neuron disease?

A. Motor neuron disease causes weakness. It's not generally a cause of pain.

Q. Parkinson's disease?

A. Parkinson's, again, generally not pain. One gets rigidity,

E-SERVED
05/05/04
03:10 PM ET
Baycol MDL 1431



muscle rigidity and significant weakness, but not pain usually.

Q. Peripheral vascular disease?

A. Peripheral vascular disease can cause pain, cramping particularly of a claudicatory nature, i.e., pain at exercise that goes away with rest, again, usually very differentiatable, shouldn't be a problem for even a second year Hopkins med student.

Q. Polymyalgia rheumatica?

A. Polymyalgia rheumatica, generally causes pain much more than weakness, proximal muscles, and weakness is not a part of the picture. You can have perceived or suggested weakness because the patient has pain, but you can get positions where you can show that the muscles are perfectly strong. They just have pain in the proximal extremities.

Q. Arthritis?

A. Well, certainly arthritis, and there's a multiplicity of arthropathies from spondyloarthropathies

E-SERVED 05/05/04 03:10 PM ET Baycol MDL 1431



to rheumatoid arthritis, to psoriatic arthritis to osteoarthritis, but, again, the pain is clearly related to joints, movement of the joints. Most often in the conditions there's some inflammation within the joints, therefore, increased synovial fluid and swelling in the joints. I can't imagine missing that for -- I mean, mistaking that for myopathy.

Q. And, Doctor, concomitant medications can also cause muscle pain and weakness; correct?

MS. FLEISHMAN: Do you mean in combination therapy?

MR. MIZGALA: No.

BY MR. MIZGALA:

Q. I just mean like corticosteroids can cause drug-induced muscle weakness; correct?

A. Corticosteroids -- that's like concomitant was --

Q. I'm sorry.

A. Corticosteroids can

E-SERVED 05/05/04 03:10 PM ET Baycol MDL 1431



certainly cause atrophy of type II muscle fibers, and so one can see weakness, again, of the proximal muscles, but not pain.

MS. FLEISHMAN: Let's take a break.

THE VIDEOTAPE TECHNICIAN: Off the record, 2:18.

- - -

(Whereupon, there was a recess.)

- - -

THE VIDEOTAPE TECHNICIAN: On the record, 2:34.

BY MR. MIZGALA:

Q. Doctor, we were just discussing objective types of evidence you could use to diagnose a myopathy; correct?

A. I thought we were discussing the various disorders which could cause muscle pain and --

Q. You're right.

Before that we were

E-SERVED
05/05/04
03:10 PM ET
Baycol MDL 1431

# EXHIBIT C

E-SERVED
05/05/04
03:10 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In re: BAYCOL PRODUCTS LITIGATION,

No. MDL NO. 14321

___________________________________/ (MJD/JGL)

DEPOSITION OF

GEORGE KAYSEN, M.D., Ph.D.

October 30, 2002

Taken before WENDY E. ARLEN

Certified Shorthand Reporter

State of California

CSR License #4355, RMR, CRR

E-SERVED 05/05/04 03:10 PM ET Baycol MDL 1431

measure it.

Q. Let's talk about diagnosing injuries in patients more generally. What should a physician do when you're diagnosing an injury in a patient?

A. History, physical examination, laboratory assessment.

Q. And why do you do that type of investigation?

A. You can get a reasonable approximation of what's happened to somebody by doing a history and physical examination, and that's the way the medicine is done, just like asking people questions is the way that you do your business.

Q. What's a part of taking a patient's medical history?

A. Excuse me one second.

Asking what their history of present illness is, what their complaints are, what their chief complaints are, what medications they might be on, what their previous history of illness is.

Q. And you need to do that specific history on a patient-by-patient basis?

A. Absolutely.

Q. Do you need to investigate alternative causes of the injury?

A. Yes.

E-SERVED 05/05/04 03:10 PM ET Baycol MDL 1431

Q. That's standard medical practice, is it not?
A. That's correct.
Q. You need to know what type of prescription medications the patient is taking?
A. That's correct.
Q. You need to know what type of other medical conditions the patient is suffering from?
A. That's correct.
Q. All that you do on a patient-by-patient basis.
A. That's correct.
Q. When treating patients, do you assume that they are all the same or that they are all different?
A. You -- I think -- individual patients behave in a way that's been organized by science and by the medical literature. So what you try to do is to put a patient in a category that can then be compared to other similar types of events.
I mean, to be concrete, diabetes is a specific disease that causes damage to the kidney in specific ways, responds to specific types of treatment. So if one is dealing with a person with diabetes, one would like to find out that's the cause of their kidney disease and treat them according to medical practice known to minimize the risk of progression from diabetes, in a specific manner that is known to reduce the rate of

E-SERVED 05/05/04 03:10 PM ET Baycol MDL 1431

progression of renal disease from diabetes.
So one is taking the individual patient and then trying to generalize or use the general literature to treat that individual. There are other diseases which would be treated quite differently. So one tries to identify what's going on with a particular patient, go back to the general literature as to what is known to deal with that problem and then take that general information and then bring it back to the individual patient.
Q. Each patient comes to the examining room with their own unique set of medical conditions, prescription medications and complaints.
A. Yes.
Q. Have you ever heard of the term "specific causation" related to medical diagnosis?
A. No.
Q. If we define that term to mean we know, for example, that diabetes can cause renal insufficiency in patients.
A. Correct.
Q. But that's sort of a general causation point.
A. That's correct.
Q. Specific causation would be whether a particular patient, a patient Kaysen, had renal failure

E-SERVED 05/05/04 03:10 PM ET Baycol MDL 1431

caused by diabetes would be specific causation.
A. Correct.
Q. Are you comfortable with that terminology?
A. Yes.
Q. And an assessment of specific causation necessarily involves a myriad of individualized causation inquiries?
A. Yes. Plus, also, I would add to that there are some events that can damage the kidney. I mean, for example, if we go back to the diabetes issue that you raised, if you have two individuals who have diabetes and one of them has another underlying kidney condition, let's say, had had a nephrectomy for some reason, so he started, came to the table, if you will, with their diabetes with one kidney rather than two, the diabetes would much more likely cause progression of renal disease in that individual. So you would have a sum of risks that would then lead to an outcome which would be kidney failure or progressive kidney disease.
Q. And you can only do that type of diagnosis on a patient-by-patient basis.
A. Yes.
Q. Is it possible today, sir, as we sit in late 2002 to find out the group of all people who are physically injured as a result of taking Baycol?

E-SERVED 05/05/04 03:10 PM ET Baycol MDL 1431

A. All people who are injured? It would only be possible, I think, to evaluate those patients who had increased risk of developing kidney disease from Baycol and establish whether or not kidney disease was present.
Q. Is it possible to determine the group of all people who have been physically injured by Baycol without doing a patient-by-patient examination into each individual?
A. To absolutely ascribe this to Baycol, I don't think so.
Q. It's not possible, is it?
A. No.
Q. Now, we've been talking about rhabdomyolosis today. Can you please tell the court what types of conditions can cause rhabdomyolosis?
A. In addition to statins, trauma, crush injury, metabolic abnormalities, enzyme deficiencies, seizures. I've seen rhabdomyolosis secondary to snake bite, secondary to lightning stroke, secondary to gunshot wound, a variety of toxins and physical trauma.
The most common in my own experience is phosphorus depletion seen in patients who generally are alcoholics, although in other contexts secondary to malnutrition, although we don't see that level of malnutrition in the United States, fortunately.

E-SERVED
05/05/04
03:10 PM ET
Baycol MDL 1431

Q. There are many, many causes of rhabdo, correct?
A. That's correct.
Q. Dozens.
A. Yes.
Q. Do all statins cause rhabdo?
A. Some statins are more toxic than others. I would have said no, but I've come across some literature to suggest that pravastatin also can cause rhabdomyolosis. The more lipid soluble the statin, the more likely it is to produce rhabdo, and the more water soluble statins are much less myotoxic.
Q. But we can agree, sir, that rhabdomyolosis has been a reported event with every statin marketed in the United States.
A. Yes, it is.
Q. Just knowing that a Baycol patient had rhabdo, is it enough -- withdrawn.
If you had a patient who had rhabdomyolosis and was taking a statin, is it enough to diagnose the statin as the cause of rhabdo without doing any other individual inquiry into alternative causes?
A. I would say that 95 to 98 percent you would be correct that it was a statin that was causing the rhabdomyolosis.
Q. Would you need to --

E-SERVED 05/05/04 03:10 PM ET Baycol MDL 1431

you be able to diagnose rhabdomyolosis in that patient?
MR. ARBITBLIT: Objection.
THE WITNESS: It depends upon what other information was available. If the patient had -- told me they had dark urine, if the patient had renal insufficiency.
Q. MR. ISMAIL: Assume there is no renal insufficiency or dark urine.
A. One couldn't say with certainty whether or not that represented rhabdomyolosis or not.
Q. There is lots of causes of muscle aches and pains.
A. There are, but people who take statins have increased muscle aches and pains.
Q. But the direct answer to my question, sir, is that there are lots of causes.
A. That's correct, there are.
Q. And, in fact, there are much more common causes of aches and pains than statin use.
MR. ARBITBLIT: Objection.
THE WITNESS: Patients taking statins have increased incidence of aches and pains.
Q. MR. ISMAIL: That's not really my question, sir.
A. Of course, there are more causes of aches and

E-SERVED 05/05/04 03:10 PM ET Baycol MDL 1431

pains in the general population, but most people aren't taking statins.

Q. In the hypothetical we're talking about, doing a CPK test two years after --

A. Is useless.

Q. And doing any myoglobin test?

A. Absolutely.

Q. There is no laboratory value you could do two years later.

A. That's correct.

Q. Is there a difference between muscle pain and rhabdomyolosis?

A. Yes.

Q. What's the difference?

A. Well, rhabdomyolosis suggests that there is actually physical injury going on to the muscle, that contents are being released into the bloodstream that one can measure.

Q. How do you tell the difference?

A. You do a blood test.

Q. And without the blood test, you can't tell the difference?

A. One can make an educated guess based upon the history. I mean, for example, the aches and pains that people have shouldn't cause weakness. If somebody tells

E-SERVED
05/05/04
03:10 PM ET
Baycol MDL 1431

CERTIFICATE OF SERVICE

I, David L. Barlett, certify that a true and correct copy was electronically served to counsel of record via Verilaw on May 5, 2004.

[signature]