E-SERVED
05/27/04
03:02 PM ET
Baycol MDL 1431

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re BAYCOL LITIGATION | ) | |
| | ) | MDL No. 1431 |
| This document relates to: | ) | (MJD/JGL) |
| | ) | |
| RONWIN v. BAYER CORP. | ) | Case No. 02-0200 |

**MOTION TO REMAND, OR IN THE ALTERNATIVE, TO ORDER NEGOTIATION, BUT NOT MEDIATION, WITH REMAND TO FOLLOW IF NEGOTIATION IS UNSUCCESSFUL**

Plaintiff, EDWARD RONWIN, ("RONWIN"), hereby moves this Court to remand this case to the U.S. District Court for the District of Wyoming in Cheyenne, Wyoming; or in the alternative, to Order that the Defendant and RONWIN engage in negotiation in an effort to settle but not mediate; and if negotiation efforts prove unsuccessful, to further Order remand of this action to the Court identified above.

The reasons for this motion are multiple.

This MDL has now dragged on for nearly 2½ years. Despite the "millions of pages of discovery materials," which various representatives of the PSC have alleged to have received, the value of much of it is highly questionable and the condition of much of it is an appalling outrage, which opinion finds assent with some plaintiffs' attorneys. Furthermore, Plaintiff is without monetary means to acquire some of the latest disks such as the depositions of PSC's expert witnesses; and it is RONWIN's view based on appropriate inquiry, that some of those experts have not even examined areas that would have led to useful information for all plaintiffs.

RONWIN believes that he has enough information to convince a jury that Defendants are responsible for his significant injuries.

E-SERVED
05/27/04
03:02 PM ET
Baycol MDL 1431

The Federal Rules of Civil Procedure, as currently constituted, imply a desire to bring actions to a just conclusion as soon as possible after they are filed. Many of the plaintiffs are of old age; RONWIN has just past 80. If this action continues to linger in this MDL, all, or virtually all of the plaintiffs will be dead.

**WHEREFORE**, Plaintiff asks this Court to either: (1) Order remand of this action to the U.S. District Court for the District of Wyoming in Cheyenne, WY; or (2) to Order the parties to make an effort to negotiate a settlement, but not mediate, and if said negotiation is unsuccessful, then to Order the remand as indicated in (1), just above.

DATED: April 20, 2004.

Edward Ronwin, pro se
945 Rolland Moore Dr., L-2
Fort Collins, CO 80526
970-221-3837

CERTIFICATE OF SERVICE

I, Edward Ronwin, hereby certify that I served this motion by mailing the original to the Clerk of this Court and two copies to Judge Davis' chambers and a copy to Verilaw with adequate funds to have this motion filed with the Verilaw system on April 20, 2004.

Edward Ronwin