**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In re: BAYCOL PRODUCTS LITIGATION** **MDL No. 1431 (MJD)**

This Document also relates to:

Edward Ronwin v. Bayer Corp. et al., Case No. 02-200

---

Edward Ronwin, Pro se.

---

This matter is before the Court upon Plaintiff's motion for reconsideration of this Court's Order dated June 10, 2004 to the extent such Order denied his motion for relief from PTO No. 114.

The Court has reviewed Plaintiff's motion, and based on that review, the Court finds no basis upon which to reconsider said Order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's' motion for reconsideration is DENIED.

Date:July 8, 2004

s/ Michael J. Davis
Michael J. Davis
United States District Court