**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**In re: BAYCOL PRODUCTS LITIGATION** **MDL No. 1431 (MJD/JGL)**

**This Document Relates To:**

Edward Ronwin v. Bayer Corp. et al. Case No. 02-200

---

Edward Ronwin, pro se.

---

This matter is before the Court upon Plaintiff's motion for reconsideration of a portion of this Court's Order dated July 1, 2004 denying Plaintiffs' motion for remand and negotiation. Plaintiff asks the Court to order the parties to meet and negotiate without the assistance of the mediator, as he is concerned with the fees associated with the mediation program.

The proper role of a motion to reconsider is extremely limited: "to correct manifest errors of law or to present newly discovered evidence." Hagerman v. Yukon Energy Corp., 839 F.2d 407, 414 (8th Cir.) cert. denied, 488 U.S. 820 (1988)); see also Rule 59(e), Fed. R. Civ. P. This Court has reviewed Plaintiff's submission, and finds no manifest error of law in its previous ruling nor has Plaintiff presented any newly discovered evidence.

Civil No. 02-200

IT IS HEREBY ORDERED that the above named Plaintiff's Motion for Reconsideration is DENIED.

Date: August 9, 2004

s/Michael J. Davis
Michael J. Davis
United States District Court