**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In re: BAYCOL PRODUCTS LITIGATION** — **MDL No. 1431 (MJD/JGL)**

**O R D E R**

**This Document Also Relates to:**
**Ronwin v. Bayer Corp. et al.** — **Civil No. 02-200**

---

Edward Ronwin, pro se.

---

Plaintiff seeks to present oral argument to the Court concerning "Topics Ronwin Wishes to Discourse." Plaintiff Motion re: October, 2004 Status Conference, p. 4. The Court will allow Plaintiff to present oral argument on said topics to the Court at the next status conference on October 25, 2004. Such motion will be placed last on the agenda. Plaintiff will be limited to 15 minutes to present his argument, the PSC and Defendants will each be given 15 minutes to respond.

In addition, PTO No. 13 clearly provides that Plaintiff "cease engaging in ex parte communications with the Court, with the exception of contacting the Court's calendar clerk". By contacting the Court's law clerk, Plaintiff has violated the terms of PTO No. 13. Plaintiff's failure to comply with PTO No. 13 in the future may result in sanctions.

Date: October 5, 2004

s/ Michael J. Davis
MICHAEL J. DAVIS
United States District Court