**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In re: BAYCOL PRODUCTS LITIGATION** — **MDL No. 1431 (MJD/JGL)**

**O R D E R**

**This Document Also Relates to:**
**Ronwin v. Bayer Corp. et al.** — **Civil No. 02-200**

---

Edward Ronwin, pro se.

---

Before the Court is an Open Letter to the Court Re: Oct. 25, 2004 Status Conference from the Plaintiff. The Court will treat this letter as a request to file a motion for reconsideration pursuant to Local Rule 7.1(g). The Court has reviewed the submission of the Plaintiff, and based on that submission, the Court finds that Plaintiff has failed to show that reconsideration is warranted.

**IT IS HEREBY ORDERED** that Plaintiff's Request to File a Motion for Reconsideration is **DENIED**.

Date: October 15, 2004

s/ Michael J. Davis
MICHAEL J. DAVIS
United States District Court