# Exhibit 1

ADAMS & GIDDINGS
PHYSICAL THERAPY, P.C.
720 W. Drake, Bldg. E, Ste. A ♦ Fort Collins, CO 80526
970-416-8342 ♦ Fax 970-416-8344

August 4, 2003

Sally Knauer, MD
Northern Colorado Orthopedic Associates
2121 East Harmony Road, Ste 290
Fort Collins, CO 80528

**RE: Initial Evaluation on Edward Ronwin**
Dx: S/P (L) Shoulder Manipulation with Rotator Cuff Repair

Dear Dr. Knauer,

**SUBJECTIVE:** Thank you for referring Edward to physical therapy. He reportedly underwent closed manipulation of (L) shoulder adhesive capsulitis, followed by repair of a full thickness rotator cuff repair on 6-28-03. He has some continued pain with use of the UE, as well as a feeling of loss in ROM and functional strength. He reports that one week prior to this evaluation, he did have an episode of sharp pain in the (L) shoulder when he awoke on his (L) side. He has had no repeats of that same sharp pain since. Pre-surgical history is significant for multiple cortisone injections over the previous year, both with you and a different physician. Edward reports that he had a positive arthrogram on the shoulder prior to surgery, which revealed the extent of injury. Additional medical history is significant for (R) rotator cuff repair 8-9 years ago, with full recovery afterward. He did also have (L) elbow fracture as a child and has had a flexion contracture since then. Edward did also undergo a nerve transposition of the (L) upper arm in 1982; however, the details of that surgery are unclear.

**OBJECTIVE:** Edward presents in minimal obvious pain or distress. He is a very thin elderly gentleman with moderately forward shoulders. There is not much muscle mass about the shoulder. The incision appears to have healed well and is without adhesions. AROM in the shoulder is approximately 120° overhead elevation, both in the forward and lateral plane and approximately 60° external rotation. Edward is able to reach behind his back to about the T6 level, which is surprisingly good. He can reach the opposite axilla, as well as the top and back of his head without complaint. There is some pain and inhibition due to guarding of the (L) shoulder for external rotation, forward flexion, and abduction maneuvers. He has strong extension, adduction, and internal rotation. There is minimal tenderness to palpation of the (L) shoulder landmarks and soft tissues. Initial treatment was instruction in home active assisted ROM exercises with use of a dowel. We did also look at some tabletop and wall stretches for assisted ROM.

**ASSESSMENT:** Edward presents with loss of ROM, strength, and functional use of the (L) UE following recent surgical repair of the rotator cuff in closed manipulation. He does have some residual capsular restrictions of motion, as well as weakness from the rotator cuff surgery. He should progress favorably with some ROM and low-level

AGPT000005er



CONFIDENTIAL, SUBJECT
TO PROTECTIVE ORDER

**ASSESSMENT, con't:**
exercise therapy. We will look at getting him back to unrestricted function and full independence with an exercise program in the next few weeks.

**PLAN:** I will see Edward twice weekly for the next month, with the hopes that we can get him fully independent in that time or at least close to that point. Should we need to continue beyond that time, I will forward a progress note to you to discuss his status and any concerns that may exist.

Thank you again for the courtesy of this referral. Please call should you have any other questions regarding initial findings or plans for care.

Respectfully,

Ron Adams, PT



CONFIDENTIAL, SUBJECT
TO PROTECTIVE ORDER