**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : MDL No. 1431 (MJD) |
| This Document Relates to: | : |
| *Edward Ronwin v. Bayer Corp., et al.* | : Case No. 02-0200 |

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL**

THIS MATTER having come before the Court on Defendant's Motion to Compel; the parties having received due notice and having had the opportunity to be heard; and this Court having considered all submissions made:

**IT IS HEREBY ORDERED** that Plaintiff Edward Ronwin respond to questions about a prior injury to and subsequent surgery on his right shoulder. If Plaintiff fails to comply within 10 days of the date of this Order, his case will be dismissed with prejudice.

DATED: 07-06-06

[signature]
Honorable Judge Michael J. Davis
United States District Court

SCANNED
JUL 07 2006
U.S. DISTRICT COURT MPLS