IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : MDL No. 1431 |
| This document relates to: | : |
| Ronwin v. Bayer Corp. | : Case No. 02-0200 |

## EMERGENCY MOTION TO ORDER CERTAIN DEPONENTS TO RETURN FOR FURTHER DEPOSITION; TO ORDER THE RETURN OF EXTORTED FUNDS AND TO ORDER OPPOSING COUNSEL TO CEASE CERTAIN ACTIVITIES

Pursuant to PTO 149, the taking of fact depositions of Plaintiff, EDWARD RONWIN, ("RONWIN") and of several witnesses, all Medical Doctors, ("MDs"), commenced in this specific action after March 13, 2006.

In the course of four (4) of the witness depositions unsavory conduct was displayed by the deponents, with the aid and encouragement of opposing counsel, JEFFREY R. PILKINGTON, ("PILKINGTON"). One of the deponents has extorted a small sum of money from RONWIN, and the entire process, as to the four depositions complained of hereby, reeks with the continued criminal orientation of the Defendant, BAYER CORP., ("BAYER").

The details supporting this motion and the relief sought hereby are presented in the Memorandum which follows.

A certificate of Service is appended at the end of the Memorandum.

DATED: July 10, 2006

Edward Ronwin
945 Rolland Moore Dr., L-2
Fort Collins, CO 80526
970-221-3837
Plaintiff pro se

SCANNED
JUL 10 2006
U.S. DISTRICT COURT MPLS

FROM :EDWARD RONWIN FAX NO. :970-224-3838 Jul. 10 2006 09:52AM P1