# Exhibit A

# CURRICULUM VITAE

Dr. Edward Ronwin

**ADDRESS:** 945 Rolland Moore Dr., L-2
Fort Collins, CO 80526

**TELEPHONE:** 970-221-3837

**PHYSICAL DATA:** Born: January 12, 1924 Height: 5'6" Weight: 112 lbs Marital Status: Single
Health: Passable

**HIGHER EDUCATION:** B.S. in Chemistry, City Coll. of N.Y., Feb. 1949
M.S. in Chemistry, Univ. of Illinois, Feb. 1950
Ph.D. in Biochemistry, Univ. of Calif., (Berkeley), June 1952
J.D. Ariz. State University, College of Law, January, 1974

## FELLOWSHIPS AND EMPLOYMENT RELATED TO CHEMISTRY AND BIOCHEMISTRY

Research Assistant, Univ. of Calif, 1950-1951; Predoctoral Fellow, Life Ins. Med..Res. Fund, Univ. of Calif.,(Berkeley), 1951-1952.
Postdoctoral Fellow, Nat'l. Found. Inf. Paralysis, Chem. Dept., Iowa State College, 1952-1953 and Instructor in Organic Chemistry.
Chemist, N.Y.State Agri.Exp.Sta., Cornell Univ., Geneva, N.Y. 1953-1954.
Research Associate, Dept. of Biochemistry, Purdue Univ., 1954-1955.
Director of Research, G.F. Harvey Co. (pharmaceuticals), Saratoga Springs, N.Y., 1955-1956.
Asst. Prof., Pharmacology, Univ. of Southern Calif., Los Angeles, Calif. 1956-1957.
Asst. Prof., Biochemistry, Univ. of Alabama Med. Coll., Birmingham, 1957-1958
Asst. Prof., and Adv. Research Fellow, American Heart Association, Dept. of Physiol. Chem. and College of Pharmacy, University of Minnesota, Minneapolis, 1958-1961.
Asso. Prof., Biochemistry, Villanova University, Villanova, PA, 1961-1965.
Asso. Prof., Biochemistry, University of Maine, Orono, Maine, 1965-1966.
Asso. Prof., Chemistry, Eastern New Mexico University, Portales, N.M., 1966-1968.
Asso. Prof., Chemistry, Fresno State College, Fresno, Calif., 1968-1969.

## LEGAL WORK

While on my last teaching/research position, I decided to attend law school and eventually submitted some law school applications, was accepted and attended the Ariz. State Univ., College of Law in Tempe, Arizona, starting in late 1971 and graduating in January, 1974. Afterward, I took the Iowa State Bar examination, passed and after a couple of years I moved to a suburb of Des Moines, Iowa and practiced law out of my home.

**MILITARY SERVICE:** Army,(Infantry), April, 1943 to Feb., 1946, included service in the European Theater of Operations.

**SOCIETIES:** Amer. Society of Biol.Chem. and Molecular Biology (Emeritus Member).
Amer. Chemical Soc., (Emeritus Member).
Fellow of the American Asso. for the Advancement of Science (Emeritus Member).

EXH. A

PUBLICATIONS

Edward Ronwin is the sole author of items numbered 1-24 listed below

1. "A Phospho-tri-Anhydride Formula for the Nucleic Acids," J. Am. Chem. Soc., 73 5141 (1951).

2. "Direct Acylation of α-Amino Acids and of α-Hydroxy Acid Derivatives," J. Org. Chem., 18 127 (1953).

3. "Some Carboxypeptidase-Substrate Relationships," J. Am. Chem. Soc., 75 4026 (1953).

4. "The Dipositive-Bond Theory of Hydrolytic Enzyme Action and its Application to Beef, Pancreatic Carboxypeptidase," Enzymologia, 16 81 (1953).

5. "The Phospho-di-Anhydride Formula and its Relation to the General Structure of the Nucleic Acids," Science, 118 560 (1953).

6. "Direct Acylation of α-Amino Acids and Dipeptides," J. Org. Chem., 18 1546 (1953).

7. "Application of the Dipositive-Bond Theory to Chymotrpsin; Proposed ES Complexes for Other Enzymes," Enzymologia, 16 179 (1953).

8. "Enzymatic Properties of Bovine Plasmin Preparations; Evidence for Similarity to but non-identity with Trypsin," Can. J. Biochem. Physiol., 34 1169 (1956).

9. "Thrombin Properties," Can. J. Biochem.Physiol., 35 743 (1957).

10. "N-Acylated Amino Acid Imino Chlorides; Qualitative Study of Ring Closure Among Acylated Amino Acids," Can. J. Chem., 35 1031 (1957).

11. "Optical Activity and the Direct Method of Acylation," J. Org. Chem., 22 1180 (1957).

12. "Comments on the "Comments on the Dipositive-Bond Theory,'"
13. "Wilson's Proposed Enzyme Mechanism and the Dipositive-Bond Theory,"
14. "A Reply to 'A Reply to Ronwin's Rebuttal,'"
15. "A Reply to Wilson,"
Items 12-15 are published in Enzymologia, 18 273-286 (1957).

16. "The Properties of Thrombinogen," Can. J. Biochem.Physiol., 36 75 (1958).

17. "The Active Center of Thrombin and Trypsin," Biochim. et Biophys.Acta, 33 326 (1959).

18. "The TAC Method ofTryptic Enzyme Activity Determination," Can. J. Biochem.Physiol., 38 57 (1950).

19. "The Active Center of Plasmin," Biochim. et Biophys.Acta, 38 258 (1960).

20. "The Relationship Between the Peptidase, Esterase and Clotting Activity of Thrombin," Acta Haematol., 23 129 (1960).

21. "The Qualitative and Clinical Determination of Human Plasmin by the TAC Method," Acta Haematol., 26 21 (1961).

22. "The Properties of Human Plasmin," Can. J. Biochem.Physiol., 40 49 (1962).

23. "The Active Center of Human Plasmin," Can. J. Biochem. Physiol., 40 57 (1962).

24. "The Significance of Human Blood Trypsin; Direct Determination of Thrombin and Plasmin in Human Plasma," Can. J. Biochem.Physiol., 40 1725 (1962).

25. Edward Ronwin and Craig B. Warren, "Studies on the Mechanism of the Direct Acylation of Amino Acids and Related Compounds in Non-Aqueous Solvents," J. Org. Chem., 29 2276 (1964).

26. Edward Ronwin and David E. Horn, "Solvent Significance in the Mechanism of Direct Acylation; Reactions in Cyclic Ethers," J. Org. Chem., 30 2821 (1965).

27. Edward Ronwin and Anthony G. Zacchei, "The Binding of Ethacrynic Acid to Bovine Serum Albumin," Can. J. Biochem., 45 1433 (1967).

28. Edward Ronwin, "Sulfur-Containing Pyrimidine Derivatives--A Current Report," Quart. Rep. Sulfur Chem., 2 97-186 (1967).

29. Edward Ronwin, Jerry V. Roach and Burrell L. Tucker, "The Reaction of α-Hydrazino Carboxylic Acids with Ninhydrin," Can. J. Chem., 46 3013 (1968).

# Exhibit B

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In Re BAYCOL LITIGATION | ) | |
| | ) | MDL No. 1431; (MJD/JGL) |
| This Document Relates to: | ) | |
| | ) | Specific Case No. 02-0200 |
| Ronwin v. Bayer Corp. | ) | |

**CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO 114**

1. My name is EDWARD RONWIN. Although I am a plaintiff pro se in this matter, I am also an expert on biochemical matters as regards the drug, Baycol (= Cerivastatin).

2. The attached Exhibit A is a copy of my curriculum vitae including my publications during the time that my primary activity was as a researcher and professor in biochemistry and related areas. Biochemistry, of which pharmaceutical chemistry is a part, is a branch of chemistry as is inorganic chemistry, organic chemistry, physical chemistry, phytochemistry, polymer chemistry, etc. A biochemist needs to be versed in various elements in varying degrees of these other branches of chemistry same as specialists in one or more of these other branches of chemistry need to be versed in aspects of biochemistry.

3. I have maintained an interest in biochemistry and in other scientific disciplines and have continued my membership in several scientific societies.

4. I have reviewed the chemical nature of the Baycol molecule which I had ingested per prescription for 7 months prior to the removal of Baycol from the market by the Defendants because it caused deaths and injuries to Baycol takers. I have also reviewed the medical records of orthopedic surgeons of my visits both prior to and after the removal of Baycol from the market; of the operation on my left shoulder to correct the left rotator cuff tear and of the hospital records of my stay pursuant to said operation. I have also reviewed the records of the physical therapy that I underwent after the operation. Also reviewed was the K-Mart Pharmacy, Cheyenne, Wyoming, record of my prescription purchases of Baycol. In addition, I reviewed scientific reports, reviews and books containing materials pertinent to this expert report.

5. It is my opinion that the injuries and damages that I suffered, and still suffer, are related to and caused by my ingestion of Baycol whose chemical structure can give rise to flouride ion which can, in turn, cause injury to numerous body components, proteins and tissues including the protein collagen in tendons and in rotator cuff tendons. These injuries in my case included the following:

(i) Left bursa area and arm pain which ultimately proved to be

a left shoulder rotator cuff tear.

(ii) Blurred vision on occasions.

(iii) Tendency to stumble due, at times, to inadvertently moving one leg over the other when walking.

(iv) Pain in the back of thighs of both legs.

(v) Some back pain above legs.

(vi) Some right arm pain around the elbow area.

The effects in items (iii) and (v) are not now, nor have been experienced for sometime. The pain in item (iv) is experienced on walks, particularly going uphill. The greatest pain was and is that stated in item (i) and, despite undergoing operative procedure, has continued in the left shoulder bursa-rotator cuff area. My left arm range of motion continues below normal levels. I cannot put on a coat, jacket or sweater in the usual manner. For example, to get a jacket left sleeve over my left shoulder, I need to pull the sleeve area of the jacket up with my right hand. Lifting weights with my left arm, such as a gallon of milk which weighs about 8 pounds, can be done with pain. Similarly, I cannot raise a 2 pound dumbbell with my left arm to the same extent as I can with my right arm; nor to the extent raised with my left arm without pain. My left arm was diagnosed with the rotator cuff tear and despite undergoing an operation designed to seal the tear, I continue to experience pain and restricted range of motion which requires further medical attention.

6. The grounds for my opinion are presented in Exh. B attached hereto and, in addition:

(i) My claim of injury is as described above as buttressed, in turn, by the medical records in my case, copy of which is attached to my Letter Pursuant to PTO 114.

(ii) The claim of injury in the medical records is contemporaneous with my ingestion of Baycol, as shown in the medical records.

(iii) There is no other explanation for my injuries apparent in the medical records of my injuries.

(iv) The injuries described above in ¶ 5 are of new onset with the taking of Baycol. Prior to the taking of Baycol, no other trauma to my left shoulder caused me to seek medical assistance at any time in my life.

(V) The Defendants in this action have already admitted that Baycol is a dangerous drug capable of causing deaths and serious bodily injuries.

7. I understand pursuant to PTO 114 that I may supplement this expert report pursuant to ongoing discovery, including my review of additional, related matters.

DATE: June 26, 2004

Edward Ronwin, PhD, JD
945 Rolland Moore Dr., L-2
Fort Collins, CO 80526
970-221-3837
Biochemical Expert and
Plaintiff pro se

# CURRICULUM VITAE

Dr. Edward Ronwin

**ADDRESS**: 945 Rolland Moore Dr., L-2
Fort Collins, CO 80526

**TELEPHONE**: 970-221-3837

**PHYSICAL DATA**: Born: January 12, 1924 Height: 5'6" Weight: 112 lbs Marital Status: Single
Health: Passable

**HIGHER EDUCATION**: B.S. in Chemistry, City Coll. of N.Y., Feb. 1949
M.S. in Chemistry, Univ. of Illinois, Feb. 1950
Ph.D. in Biochemistry, Univ. of Calif., (Berkeley), June 1952
J.D. Ariz. State University, College of Law, January, 1974

**FELLOWSHIPS AND EMPLOYMENT RELATED TO CHEMISTRY AND BIOCHEMISTRY**

Research Assistant, Univ. of Calif, 1950-1951; Predoctoral Fellow, Life Ins. Med..Res. Fund, Univ. of Calif.,(Berkeley), 1951-1952.
Postdoctoral Fellow, Nat'l. Found. Inf. Paralysis, Chem. Dept., Iowa State College, 1952-1953 and Instructor in Organic Chemistry.
Chemist, N.Y.State Agri.Exp.Sta., Cornell Univ., Geneva, N.Y. 1953-1954.
Research Associate, Dept. of Biochemistry, Purdue Univ., 1954-1955.
Director of Research, G.F. Harvey Co. (pharmaceuticals), Saratoga Springs, N.Y., 1955-1956.
Asst. Prof., Pharmacology, Univ. of Southern Calif., Los Angeles, Calif. 1956-1957.
Asst. Prof., Biochemistry, Univ. of Alabama Med. Coll., Birmingham, 1957-1958
Asst. Prof., and Adv. Research Fellow, American Heart Association, Dept. of Physiol. Chem. and College of Pharmacy, University of Minnesota, Minneapolis, 1958-1961.
Asso. Prof., Biochemistry, Villanova University, Villanova, PA, 1961-1965.
Asso. Prof., Biochemistry, University of Maine, Orono, Maine, 1965-1966.
Asso. Prof., Chemistry, Eastern New Mexico University, Portales, N.M., 1966-1968.
Asso. Prof., Chemistry, Fresno State College, Fresno, Calif., 1968-1969.

**LEGAL WORK**

While on my last teaching/research position, I decided to attend law school and eventually submitted some law school applications, was accepted and attended the Ariz. State Univ., College of Law in Tempe, Arizona, starting in late 1971 and graduating in January, 1974. Afterward, I took the Iowa State Bar examination, passed and after a couple of years I moved to a suburb of Des Moines, Iowa and practiced law out of my home.

**MILITARY SERVICE**: Army,(Infantry), April, 1943 to Feb., l946, included service in the European Theater of Operations.

**SOCIETIES**: Amer. Society of Biol.Chem. and Molecular Biology (Emeritus Member).
Amer. Chemical Soc., (Emeritus Member).
Fellow of the American Asso. for the Advancement of Science (Emeritus Member).

EXH. A

# PUBLICATIONS

Edward Ronwin is the sole author of items numbered 1-24 listed below

1. "A Phospho-tri-Anhydride Formula for the Nucleic Acids," J. Am. Chem. Soc., 73 5141 (1951).

2. "Direct Acylation of α-Amino Acids and of α-Hydroxy Acid Derivatives," J. Org. Chem., 18 127 (1953).

3. "Some Carboxypeptidase-Substrate Relationships," J. Am. Chem. Soc., 75 4026 (1953).

4. "The Dipositive-Bond Theory of Hydrolytic Enzyme Action and its Application to Beef, Pancreatic Carboxypeptidase," Enzymologia, 16 81 (1953).

5. "The Phospho-di-Anhydride Formula and its Relation to the General Structure of the Nucleic Acids," Science, 118 560 (1953).

6. "Direct Acylation of α-Amino Acids and Dipeptides," J. Org. Chem., 18 1546 (1953).

7. "Application of the Dipositive-Bond Theory to Chymotrpsin; Proposed ES Complexes for Other Enzymes," Enzymologia, 16 179 (1953).

8. "Enzymatic Properties of Bovine Plasmin Preparations; Evidence for Similarity to but non-identity with Trypsin," Can. J. Biochem. Physiol., 34 1169 (1956).

9. "Thrombin Properties," Can. J. Biochem.Physiol., 35 743 (1957).

10. "N-Acylated Amino Acid Imino Chlorides; Qualitative Study of Ring Closure Among Acylated Amino Acids," Can. J. Chem., 35 1031 (1957).

11. "Optical Activity and the Direct Method of Acylation," J. Org. Chem., 22 1180 (1957).

12. "Comments on the "Comments on the Dipositive-Bond Theory,'"
13. "Wilson's Proposed Enzyme Mechanism and the Dipositive-Bond Theory,"
14. "A Reply to 'A Reply to Ronwin's Rebuttal,'"
15. "A Reply to Wilson,"
Items 12-15 are published in Enzymologia, 18 273-286 (1957).

16. "The Properties of Thrombinogen," Can. J. Biochem.Physiol., 36 75 (1958).

17. "The Active Center of Thrombin and Trypsin," Biochim. et Biophys.Acta, 33 326 (1959).

18. "The TAC Method ofTryptic Enzyme Activity Determination," Can. J. Biochem.Physiol., 38 57 (1950).

19. "The Active Center of Plasmin," Biochim. et Biophys.Acta, 38 258 (1960).

20. "The Relationship Between the Peptidase, Esterase and Clotting Activity of Thrombin," Acta Haematol., 23 129 (1960).

21. "The Qualitative and Clinical Determination of Human Plasmin by the TAC Method," Acta Haematol., 26 21 (1961).

22. "The Properties of Human Plasmin," Can. J. Biochem.Physiol., 40 49 (1962).

23. "The Active Center of Human Plasmin," Can. J. Biochem. Physiol., 40 57 (1962).

24. "The Significance of Human Blood Trypsin; Direct Determination of Thrombin and Plasmin in Human Plasma," Can. J. Biochem.Physiol., 40 1725 (1962).

25. Edward Ronwin and Craig B. Warren, "Studies on the Mechanism of the Direct Acylation of Amino Acids and Related Compounds in Non-Aqueous Solvents," J. Org. Chem., 29 2276 (1964).

26. Edward Ronwin and David E. Horn, "Solvent Significance in the Mechanism of Direct Acylation; Reactions in Cyclic Ethers," J. Org. Chem., 30 2821 (1965).

27. Edward Ronwin and Anthony G. Zacchei, "The Binding of Ethacrynic Acid to Bovine Serum Albumin," Can. J. Biochem., 45 1433 (1967).

28. Edward Ronwin, "Sulfur-Containing Pyrimidine Derivatives–A Current Report," Quart. Rep. Sulfur Chem., 2 97-186 (1967).

29. Edward Ronwin, Jerry V. Roach and Burrell L. Tucker, "The Reaction of α-Hydrazino Carboxylic Acids with Ninhydrin," Can. J. Chem., 46 3013 (1968).

# THE BASIS FOR THE PERNICIOUS ACTION OF BAYCOL ( = CERIVASTATIN)

Studies on the relative injurious activity of Baycol on body tissues reveal that Baycol is in significant measure more destructive of body tissues than all the other common statins such as Lipitor, (= Atorvastatin), etc,.

While the experts arrayed by the PSC have uniformly explained that ingested Baycol destroys muscle cells which can ultimately lead to kidney failure and death, the underlying reason for Baycol's destructive propensity is left unanswered by these experts or by other persons.

Since Baycol is a biochemical, i.e., a chemical with biological activity, the method by which it interacts with body components and the underlying explanation for its action(s) is chemical in nature. Therefore, one needs to look to Baycol's chemical structure in comparison with other statins in any attempt to understand why Baycol is much more destructive than other statins.

Lipitor, which is a Pfizer product and an excellent statin in its ability to reduce blood cholesterol and LDL, (low density lipoprotein), levels, at least for persons whose hypercholesterol problem arises from a liver capacity to produce greater quantities of cholesterol than needed by the body or whose mechanism for clearance of body cholesterol is faulty, and which drug has garnered approximately 60% of the statin market, provides an excellent comparison with Baycol.

The structure of some common statins and of Baycol and Lipitor are presented on separate pages at the end of this document, as pages A, B and C, respectively. Page A is a portion of a research report published in the scientific journal, Science, which described studies on the inhibition of the liver reductase enzyme that catalyzes a conversion of 3-hydroxy, 3-methyl glutaryl Coenzyme A to mevalonate, which is then converted in a number of enzyme mediated steps to cholesterol in liver cells. Page A shows the chemical structure of Baycol, Lipitor and four other statins. Statins inhibit the reductase enzyme; thereby, preventing the formation of cholesterol.

Page B contains a diagram of the chemical structure of the pertinent portion of the Baycol molecule and Page C contains a diagram of the pertinent portion of the Lipitor molecule. The pertinent portions are the parts of the Baycol and Lipitor molecules that are highlighted on Page A.

With the intent of adding clarity to this discussion, the chemical structures of Hydrogen, ("H"), Carbon, ("C"), Nitrogen, ("N") and Fluorine, ("F"), are presented and discussed below:



EXH. B




The center circles represent the nuclei of each atom. The dots represent the electrons that hover around the positively charged nuclei in each atom. Except for H, each atom contains a ring of two electrons situated closest to its nucleus. That two electron ring is "full." No more electrons can enter that ring. The next ring for C, N and F is capable of holding a maximum of 8 electrons. For C the ring holds 4 electrons; for N the ring holds 5 electrons and for F the ring holds 7 electrons. Each atom has a "desire" to fill the second ring. (H has a "desire" to fill its first ring). Thus C "likes" to share its four electrons with one or more atoms, each contributing one or more electrons until the ring around C has, in effect, 8 electrons. Likewise, N has a desire to obtain by sharing or otherwise 3 additional electrons to fill its second ring and F has a desire to obtain by sharing or otherwise one additional electron to fill its second ring. Of the three atoms, C, N and F, F has the strongest "urge" to fill its second ring and is the most reactive element known to mankind. These considerations feature, in part, in the comparison of the chemical nature of Baycol and Lipitor and in the explanation for Baycol's significant destructive effects on body components.

A view of the highlighted portion of the Baycol molecule on Page B reveals the following:

The ring containing the nitrogen atom is a pyridine ring. There is a C atom at each of the other 5 "corners" of the ring. The symbols R, $R_1$, $R_2$, $R_3$, represent the portions of the Baycol molecule not within the highlighted part shown on Page A. The C atom holding the $R_1$ and $R_2$ groups, respectively, are in the "ortho" position on the ring. The C atoms holding the R and $R_3$ groups, respectively, are in the "meta" position on the ring and the C atom holding the "fluorobenzene" ring is in the "para" position.

In the Baycol diagram, and of the five outer (second ring) electrons of the N atom, two are represented as in a double bond and one is represented as in a single bond. We could have written the double bond where the single bond is written and <u>vice versa</u>. That is true for the double and single bonds in both the pyridine ring in the Baycol molecule and for the benzene, (phenyl) ring in the molecule. In truth, it has been determined that the bond lengths in the phenyl ring are all equal in length and shorter than the usual

C-C single bond, but longer than the usual C-C double bond. Hence, the electrons connecting the C atoms are uniformly distributed about the phenyl ring and similarly for the pyridine ring. The modern way to represent the situation is shown by the presentation of the phenyl ring attached to the N-containing ring in the Lipitor molecule on Page C.

The system of showing the C-C and C-N bonds in the single and double bond fashion allows us to more easily explain the chemical implications of the ring arrangements in the highlighted portions of the Baycol and Lipitor molecules. That was true prior to WWII, when I studied chemistry in high school and after WWII when I studied chemistry in College and then in University Graduate Schools. It is just as true today as shown by the chemical formula diagrams in several pages attached at the end of this report copied from an organic chemistry textbook published this year, 2004, which is titled: Advanced Organic Chemistry, Reactions and Mechanisms, by Bernard Miller, Pearson, Prentice-Hall, 2nd Ed., (2004). The first page of this group of pages is marked, "PAGE D." In the diagram, such as of the highlighted portion of the Baycol molecule on Page B, whether nor not the arrows "move" the unshared N electrons to the "double bond" or to the "single bond" in the diagram makes no difference, since the "double bond" and "single bond" are actually identical bonds in length and bond strength.

In the pyridine ring, the N atom shares two of its five outer electrons with one of the C atoms to which it is bound and one electron with the other C atom to which it is bound. As a result, the N atom "satisfies" its "desire" to have a second ring with 8 electrons. At the same time, two of the N atom's five outer electrons remain unbound. That situation promotes a "movement" of the electrons as shown in the Baycol diagram on Page B and the system is a "conjugated" system. If no group is removed from either the pyridine ring or the phenyl ring, the system will be in equilibrium, i.e., the "movement" of the electrons will continually go "back and forth," unless the milieu, in which the molecule is in, is changed, e.g., by a rise or fall in temperature and/or pressure, by the presence of other and different molecules, etc.

In fact, there is no real movement of electrons "back and forth." The two free electrons of the N atom contribute negative electric force to the conjugated system which tends to push the two electrons in the C-F bond in the para position on the phenyl group toward the F atom which much "desires" to take the two electrons of the C-F bond.

As bond electrons move toward the F atom, the F atom becomes more electrically negative and the C atom becomes more electrically positive. In the human body, the Baycol molecule is in an aqueous media, (blood, lymph, intracellular, etc.). In that media there are $OH^-$, (hydroxyl), negatively-charged ions arising from the dissocia-

tion of the water, HOH, ($H_2O$), molecules. As the F atom pulls both of the C-F bond electrons to it, the $OH^-$ ion can attack the C atom of the C-F bond and attach to it while the F atom moves off the phenyl group as the $F^-$ ion and into the aqueous media of the body. The positive charge on the C atom is neutralized by the negative charge on the hydroxyl ion and the C-OH bond is created. The negative charge on the F atom remains but is made electrically neutral by the presence in the aqueous media of $H^+$ ion in the media; (actually, $H^+ + H_2O = H_3O^+$, which is an hydronium ion).

OH, SH, (thiol groups), COO, (carboxyl groups) and $NH_2$, (amino groups), on the side chains of amino acids which make up proteins and enzymes can also react, as the hydroxyl ion in the aqueous body media, with the positively-charged C atom in the phenyl ring, after the F atom has left the ring, and form a compound with the Baycol moiety.

Thus, the highlighted portion in the Baycol molecule can give rise to the formation of $F^-$ ions in body fluids.

Turning attention to the highlighted portion of the Lipitor molecule, Page C, it is obvious that the two free electrons on the N atom of the ring containing the N atom, (a pyrrole ring), cannot act in a conjugated manner with the fluorophenyl group as in Baycol. As a result, one can expect that far less $F^-$ ion will arise from the Lipitor molecule as compared to the Baycol molecule.

However, the fluorophenyl group in both the Baycol and Lipitor molecules is, in itself, a conjugated system, but the push of the electrons toward the F atom in the fluorophenyl group in either molecule is considerably less than in the highlighted portion of the Baycol molecule, where the N atom promotes the creation of the $F^-$ ion.

It is interesting that in designing the Baycol molecule, the Bayer biochemists, (same as pharmaceutical chemists), were attempting to ape the Lipitor molecule since Lipitor has been so successful in the statin market. What the Bayer scientists who designed the Baycol molecule failed to appreciate was: (i) the fact that substituting the Lipitor pyrrole ring with a pyridine ring in Baycol gave Baycol a ring which promoted creation of $F^-$ ions and (ii) not realizing the effect stated herein in (i), the Bayer scientists did not expend any concern with the biological effects of $F^-$ ion.

The release of the $F^-$ ion from the Baycol molecule is the basis for the destructive action of Baycol. Furthermore, that destructive effect is not confined to muscle cells.

In 1983, Dr. John Yiamouyiannis authored a book entitled, Fluorine The Aging factor, which was published by Health Care Press, (now believed to be out of business). The book is no longer

in print, but a 3rd edition was printed in 1993. I obtained a copy of the original edition from the Univ. of Colorado library at Boulder, Colorado. Amazon.com and Consumerhealth.org, (a Canadian company), appear to still have copies of the 3rd edition for sale.

The book discusses the arguments and scientific research aimed at stopping the fluoridation of drinking waters.

Salient points from the book are as follows:

p. 4: "$F^-$ levels as low as 1 part per million, (ppm), in the drinking water give rise to an increase in urine concentration of certain biological chemicals that signal the breakdown of collagen."

p. 4: Collagen makes up 30% of body protein. It is a major structural component of skin, ligaments, tendons, muscle, cartilege, bones and teeth.

p. 8: This page contains a table showing a number of important enzymes which are inhibited by F ions and a table showing showing the accumulation of F in body tissues. A copy of p. 8 is presented on Page E attached hereto.

p. 15: $F^-$ attacks hydrogen bonds, thereby distorting protein and DNA shapes and their function. Citing, John Emsley, "An unexpectedly strong hydrogen bond, etc.", J. Amer. Chem. Soc., 103, 24 (1981).

p. 20: Collagen breakdown in bone, tendon, muscle, skin, cartilege, lung, kidney & trachea. Citing several research reports.

Additional scientific reports and the essence of those reports follows:

1. Fluoride exposure disrupts the synthesis of collagen and leads to the breakdown of collagen in bone, tendon, muscle, skin, cartilage, lungs, kidney and trachea. See: A.K.Susheela and Mohan Jha, "Effects of Fluoride on Cortical and Cancellous Bone Composition," IRCS Medical Sciences: Library Compendium, Vol. 9. No. 11, pp. 1021-1022 (1981); Y.D.Sharma, "Effect of Sodium Fluoride on Collagen Cross-Link Precursors," Toxicological Letters, Vol. 10, pp. 97-100 (1982); A.K.Susheela and D. Mukerjee, "Fluoride Poisoning and the Effect of Collagen Biosynthesis of Osseous and Nonosseous Tissue," Toxicological European Research, Vol. 3, No. 2, pp. 99-104 (1981); Y.D.Sharma, "Variations in the Metabolism and Maturation of Collagen after Fluoride Ingestion," Biochimica et Biophysica Acta, Vol. 715, pp. 137-141 (1982); Marian Drozdz, et al., "Studies on the Influence of Fluoride Compounds Upon Connective Tissue Metabolism in Growing Rats," and "Effect of Sodium Fluoride With and

Without Simultaneous Exposure to Hydrogen Fluoride on Collagen Metabolism," Journal of Toxicological Medicine, Vol. 4, pp. 151-157 (1984).

2. Flouride stimulates granule formation and oxygen consumption in white blood cells, but inhibits these processes when the white blood cell is challenged by a foreign agent in the blood. See: Robert A. Clark, "Neutrophil Iodination Reaction Induced by Fluoride: Implications for Degranulation and Metabolic Activation," Blood, Vol. 57, pp. 913-921 (1981).

3. Fluoride depletes the energy reserves and the ability of white blood cells to properly destroy foreign agents by the process of phagocytosis. As little as 0.2 ppm fluoride stimulates superoxide production in resting white blood cells, virtually abolishing phagocytosis. Even micro-molar amounts of fluoride, below 1 ppm, may seriously depress the ability of white blood cells to destroy pathogenic agents. See: John Curnette, et al., "Fluoride-mediated Activation of the Respiratory Burst in Human Neutrophils," Journal of Clinical Investigation, Vol. 63, pp. 637-647 (1979); W.L. Gabler and P.A. Leong, "Fluoride Inhibition of Polymorphonuclear Leukocytes," Journal of Dental Research, Vol. 48, No. 9, pp. 1933-1939 (1979); W.L.Gabler, et al., "Effect of Fluoride on the Kinetics of Superoxide Generation by Fluoride," Journal of Dental Research, Vol. 64, p. 281 (1985); A.S.Kozlyuk, et al., "Immune Status of Children in Chemically Contaminated Environments," Zdravookhranenie, Issue 3, pp. 6-9 (1987).

4. Fluoride confuses the immune system and causes it to attack the body's own tissues, and increases the tumor growth rate in cancer prone individuals. See: Alfred Taylor and Nell C. Taylor, "Effect of Sodium Fluoride on Tumor Growth," Proceedings of the Society for Experimental Biology and Medicine, Vol. 119, p. 252 (1965); Shiela Gibson, " Effects of Fluoride on Immune System Function," Complementary Medical Research, Vol. 6, pp. 111-113 (1992); D.W.Allman and M.Benac, "Effect of Inorganic Fluoride Salts on Urine and Cyclic AMP Concentration in Vivo," Journal of Dental Reserach, Vol. 55, (Supplement B), p. 523 (1976); S.Jaouni and D.W.Allman, "Effect of Sodium Fluoride and Aluminum on Adenylate Cyclase and Phosphodiesterase Activity," Journal of Dental Research, Vol. 64, p. 201 (1985).

5. Fluoride inhibits antibody formation in the blood. See: S.K.Jain and A.K.Susheela, "Effect of Sodium Fluoride on Antibody Formation in Rabbits," Environmental Research, Vol. 44, pp. 117-125 (1987).

6. Fluoride depresses thyroid activity. See: Viktor Gorlitzer Von Mundy, "Influence of Fluoride and Iodine on the Metabolism, Particularly on the Thyroid Gland," Muenchener Medicinische Wochenschrift, Vol. 105, pp. 182-186 (1963); A.Benagiano, "The Effect of Sodium Fluoride on Thyroid Enzymes and Basal Metabolism in the

Rat," Annali Di Stomatologia, Vol. 14, pp. 601-619 (1965); Donald Hillman, et al., "Hypothyroidism and Anemia Related to Fluoride in Dairy Cattle," Journal of Dairy Science, Vol. 62, No. 3, pp. 416-423 (1979); V.Stole and J.Podoba, "Effect of Fluoride on the Biogenesis of Thyroid Hormones, Nature, Vol. 188, No. 4753, pp. 855-856 (1960); Pierre Galleti and Gustave Joyet, "Effect of Fluorine on Thyroid Iodine Metabolism and Hyperthyroidism, " Journal of Clinical Endocrinology and Metabolism, Vol. 18, pp. 1102-1110 (1958).

7. Fluorides have a disruptive effect on various tissues in the body. See: T.Takamorim, "The Heart Changes in Growing Albino Rats Fed on Varied Contents of Fluorine," The Toxicology of Fluorine Symposium, Bern, Switzerland, Oct. 1962, pp. 125-129; Vilber A.O.Bello and Hllel J. Gitelman, "High Fluoride Exposure in Hemodialysis Patients," American Journal of Kidney Diseases, Vol.15, pp. 320-324 (1990); Y.Yoshisa, "Experimental Studies on Chronic Fluorine Poisoning," Japanese Journal of Industrial Health, Vol.1, pp. 683-690 (1959).

8. Fluoride promotes development of bone cancer. See: J.K.Mauer, et al., "Two-Year Carcinogenicity Study of Sodium Fluoride in Rats," Journal of the National Cancer Institute, Vol. 82, pp. 1118-1126 (1990); Proctor and Gamble, "Carcinogenicity Studies with Sodium Fluoride in Rats," National Institute of Environmental Health Sciences Presentation, July 27, 1985; S.E.Hrudley, et al., "Drinking Water Fluoridation and Osteosarcoma," Canadian Journal of Public Health, Vol. 81, pp. 415-416 (1990); P.D.Cohn, "A Brief Report on the Association of Drinking Water Fluoridation and Incidence of Osteosarcoma in Young Males," New Jersey Department of Health, Trenton, New Jersey, Nov. 1992; M.C.Mahoney, et al., "Bone Caner Incidence Rates in New York," American Journal of Public Health, Vol. 81, pp. 81, 475 (1991); Irwin Herskowitz and Isabel Norton, "Increased Incidence of Melanotic Tumors Following Treatment with Sodium Fluoride," Genetics, Vol. 48, pp. 307-310 (1963); J.A.Disney, et al., "A Case Study in Testing the Conventional Wisdom: School Based Fluoride Mouth Rinse Programs in the USA," Community Dentistry and Oral Epidemiology, Vol.18, pp. 45-56 (1990); D.J. Newell, "Fluoridation of Water Supplies and Cancer - An Association?," Applied Statistics, Vol. 26, No. 2, pp. 125-135 (1977).

9. Fluorides cause premature aging of the human body. See: Nicholas Leone, et al., "Medical Aspects of Excessive Fluoride in a Water Supply," Public Health Reports, Vol. 69, pp. 925-936 (1954); J.David Erikson, "Mortality of Selected Cities with Fluoridated and Non-Fluoridated Water Supplies," New England Journal of Medicine, Vol. 298, pp. 1112-1116 (1978); "The Village Where People Are Old Before Their Time," Stern Magazine, Vol. 30, pp. 107-108, 111-112 (1978).

10. Fluoride ingestion from mouth rinses and dentifrices in children is extremely hazardous to biological development, life span and

general health. See: Yngve Ericsson and Britta Forsman, "Fluoride Retained from Mouth Rinses and Dentifrices in Preschool Children," Caries Research, Vol. 3. pp. 290-299 (1969); W.L.Augenstein, et al., "Fluoride Ingestion in Children: A Review of 87 Cases," Pediatrics, Vol. 88, pp. 907-912 (1991); Charles Wax, "Field Investigation Report, State of Maryland Dept. of Health and Mental Hygiene, March 19, 1980, 67 pages; George Waldbott, "Mass Intoxication from Over-Fluoridation in Drinking Water," Clinical Toxicology, Vol. 18, No. 5, pp. 531-541 (1981).

**11.** "We found a small but significant increase in the risk of hip fracture in both men and women exposed to artificial fluoridation at 1 ppm suggesting that low levels of fluoride may increase the risk of hip fracture in the elderly." C.Danielson, et al., "Hip Fractures and Fluoridation in Utah's Elderly Population," Journal of the Amer. Medical Asso., Vol. 268(6), pp. 746-8 (1992).

**12.** "We conclude that fluoride therapy increases cancellous but decreases cortical bone mineral density and increases skeletal fragility," Riggs, et al., New England Journal of Medicine, Vol. 322, 802-809 (1990).

Clearly, more than muscle tissue is and can be destroyed by Baycol action.

As noted in a review written by Prof. M. Makosza in the English version of the Russian Chemical Bulletin, 45, 491 (1996), at p. 492, the F atom is very much more easily replaced from the phenyl ring than the other halide atoms, i.e., chlorine, bromine and iodine.

It is important to understand that while $F^-$ action can account for much of Baycol's destructive propensity, other mechanisms based on other aspects of different statin molecules might also cause injury to body components. However, the release of $F^-$ ion from Baycol must be a very major factor since Baycol's destructive action is significantly greater than that of all other common statins.

It is very, very rare that chemical reactions yield 100% product. Oftentimes, the yield is much less and a chemical reaction between two or more molecules, or within a molecule, can often take more than one pathway with the result that different products are yielded. The media and other conditions under which a chemical reaction takes place have great influence on the percentage yield of product and on the chemical structure of the product. Additionally, the media in which a chemical reaction takes place effects the speed of reactions.

The speed of some chemical reactions is often quite fast. The time periods involved are as small as $10^{-15}$ seconds, (femtoseconds) to $10^{-18}$ seconds, (attoseconds). Written out a femtosecond is

0.000000000000001 of a second; and an attosecond is 0.000000000000000001 of a second. Such time periods boggle the human mind, but scientists are currently able to measure such time periods. See Page F attached hereto which is a copy of a report in the journal, Chemical and Engineering News, June 21, 2004, p. 5, (a publication of the American Chemical Society), that is, in turn, a summary of a research report in Phys.Rev.Letters, Vol.92, p. 237401 (2004), in which a technique is described that measured intervals of 4 attoseconds. Of course, there are chemical reactions which proceed at much, much slower pace.

Just how destructive the $F^-$ ion can be is shown by the fact that hydrofluoric acid, HF, which dissociates in water to $H^+$ and $F^-$ ions, is used to etch metal and glass. Even though body fluids are generally slightly basic, (an exception is stomach fluid which is very acidic), $F^-$ ions can be expected to "etch" body components.

Edward Ronwin

Edward Ronwin, PhD, JD

Mailed to:

Susan A. Weber
Sidley Austin Brown & Wood, LLP
Bank One Plaza
10 South Dearborn St.,
Chicago, IL 60603

Fred T. Magaziner
DECHERT, LLP
4000 Bell Atlantic Tower
1717 Arch St.,
Philadelphia, PA 19103

Deanna D. Dailey
Larson-King, LLP
2800 Minn. World Trade Ctr.,
30 East 7th St.,
St. Paul, MN 55101

share rigid, hydrophobic groups that are covalently linked to the HMG-like moiety. Lovastatin, pravastatin, and simvastatin resemble the substituted decalin-ring structure of compactin (also known as mevastatin). We classify this group of inhibitors as type 1 statins. Fluvastatin, cerivastatin, atorvastatin, and rosuvastatin (in development by AstraZeneca) are fully synthetic HMGR inhibitors with larger groups linked to the HMG-like moiety. We refer to these inhibitors as type 2 statins. The additional groups range in character from very hydrophobic (e.g., cerivastatin) to partly hydrophobic (e.g., rosuvastatin). All statins are competitive inhibitors of HMGR with respect to binding of the substrate HMG-CoA, but not with respect to binding of NADPH (*6*). The $K_i$ (inhibition constant) values for the statin-enzyme complexes range between 0.1 to 2.3 nM (*5*), whereas the Michaelis constant, $K_m$, for HMG-CoA is 4 μM (*7*).

Although the structure of the catalytic portion of human HMGR in complex with substrates and with products has recently been elucidated (*8, 9*), it yields little information concerning statin binding. The protein forms a tightly associated tetramer with bipartite active sites, in which neighboring monomers contribute residues to the active sites. The HMG-binding pocket is characterized by a loop (residues 682–694, referred to as "cis loop") (Fig. 2A). Because statins are competitive with respect to HMG-CoA, it appeared likely that their HMG-like moieties might bind to the HMG-binding portion of the enzyme active site. However, in this binding mode their bulky hydrophobic groups would clash with residues that compose the narrow pocket which accommodates the pantothenic acid moiety of CoA; thus, the mechanism of inhibition has remained unresolved.

To determine how statins prevent the binding of HMG-CoA, we solved six crystal structures of the catalytic portion of human HMGR bound to six different statin inhibitors at resolution limits of 2.3 Å or higher (Table 1) (*10*). For each structure, the bound inhibitors are well defined in the electron-density maps (Fig. 3). They extend into a narrow pocket where HMG is normally bound and are kinked at the O5-hydroxyl group of the HMG-like moiety, which replaces the thioester oxygen atom found in the HMG-CoA substrate. The hydrophobic-ring structures of the statins contact residues within helices Lα1 and Lα10 of the enzyme's large domain (Fig. 2B). No portion of the elongated NADP(H) binding site is occupied by statins. The structures presented here illustrate that statins inhibit HMGR by binding to the active site of the enzyme, thus sterically preventing substrate from binding. This agrees well with kinetic studies that indicate that statins competitively inhibit HMG-CoA but do not affect NADPH binding (*6*).

A comparison between substrate-bound and inhibitor-bound HMGR structures clearly illustrates rearrangement of the substrate-binding pocket to accommodate statin molecules (Fig. 2). The structures differ in the COOH-terminal 28 amino acids of the protein. In the electron-density maps of the statin-complex structures, residues COOH-terminal to $Gly^{860}$ are missing. In the substrate-complex structure, these residues encompass part of helix Lα10 and all of helix Lα11, fold over the substrate, and participate in the formation of the narrow pantothenic acid–binding pocket (Fig. 2A). In the statin-bound structures, these residues are disordered, revealing a shallow hydrophobic groove that accommodates the hydrophobic moieties of the statins.




**Fig. 2.** Statins exploit the conformational flexibility of HMGR to create a hydrophobic binding pocket near the active site. **(A)** Active site of human HMGR in complex with HMG, CoA, and NADP. The active site is located at a monomer-monomer interface. One monomer is colored yellow, the other monomer is in blue. Selected side chains of residues that contact the substrates or the statin are shown in a ball-and-stick representation (*20*). Secondary structure elements are marked by black labels. HMG and CoA are colored in magenta; NADP is colored in green. To illustrate the molecular volume occupied by the substrates, transparent spheres with a radius of 1.6 Å are laid over the ball-and-stick representation of the substrates or the statin. **(B)** Binding of rosuvastatin to HMGR. Rosuvastatin is colored in purple; other colors and labels are as in (A). This figure and Figs. 3 and 4 were prepared with Bobscript (*22*), GLR (*23*), and POV-Ray (*24*).




**Fig. 1.** Structural formulas of statin inhibitors and the enzyme substrate HMG-CoA. **(A)** Structure of several statin inhibitors. Compactin and simvastatin are examples of type 1 statins; not shown are the other type 1 statins, lovastatin and pravastatin. Fluvastatin, cerivastatin, atorvastatin, and rosuvastatin are type 2 statins. The HMG-like moiety that is conserved in all statins is colored in red. The $IC_{50}$ (median inhibitory concentration) values of the statins are indicated (*21*). **(B)** Structure of HMG-CoA. The HMG-moiety is colored in red, and the $K_m$ value of HMG-CoA is indicated (*7*).



PAGE 4




BAYCOL

(CERIVASTATIN)




LIPITOR
(ATOVASTATIN)




(14a)




(14b)

Cram also found that if the reactions were stopped before they were complete and unreacted **10** and **11** were recovered, **10** was recovered in a completely racemic form (Eq. 14c), while tosylate **11** had retained its optical activity.




(14c)

These results could be accounted for if the phenonium ion and the tosylate ion in each case stayed together as an *intimate ion pair.* The tosylate ions would be in a position to attack the three-membered rings before solvent molecules could intervene. (Winstein later showed that "internal return" by tosylate ions was about four times as fast as attack by acetic acid.[26])

Cyclic, three-membered phenonium ions can now be prepared, and their spectra recorded, in superacid solutions. Their spectra are consistent with those expected of cyclopropane derivatives.[27]

PAGE D

However, it is possible to trap the cyclized form if that radical is particularly stable, as shown in Eq. 88.[93]



(88)

1,2-Migrations of aromatic rings occur readily in *neophyl radicals* (Eq. 89) and other radicals with aromatic rings on carbon atoms joined to radical centers, as shown in Eqs. 90 and 91.[94]



(89)

$$(C_6H_5)_3C{-}\dot{O} \longrightarrow (C_6H_5)_2\dot{C}{-}OC_6H_5 \quad (90)$$



(91)

The rearrangements are favored by the presence of radical stabilizing groups at the migration origins and by substituents on the migrating rings which would help stabilize intermediates resulting from radical attack on the rings. However, it has not been possible to trap the postulated cyclic intermediates.

1,4-Migrations of aromatic rings in free radicals are also well known. Two examples are illustrated in Eqs. 92 and 93.[95]



(92)

COLORADO STATE UNIV. LIBRARIES




(22a)




(22b)

These reactions are considered to proceed by two-step (*addition–elimination*) mechanisms, as shown in Eq. 22, rather than by direct substitution reactions.

Since additions of nucleophiles to pyridine rings disrupt the aromatic systems, the first (addition) steps in the reactions are normally the rate-limiting steps. Not surprisingly, therefore, reactions of nucleophiles with *N*-alkylpyridinium salts of 2-halo- and 4-halopyridines (Eq. 23) occur billions of times as rapidly as reactions of the neutral pyridines.[21]




(23)

In general, 4-halopyridines are somewhat more reactive toward nucleophilic attack than are 2-halopyridines. 4-Bromopyridine, for instance, is so reactive that it spontaneously dimerizes to form a quaternary salt on standing at 0°C (Eq. 24).




(24)

In contrast, displacements occur more rapidly at C2 than at C4 of *N*-alkylpyridinium and *N*-alkylquinolinium salts.[22]

**Elimination–addition (pyridyne) processes.** The addition of a nucleophile to C3 of a pyridine derivative cannot yield an intermediate in which the negative charge is distributed onto

Case 0:02-cv-00200-MJD-SRN Document 86-2 Filed 12/04/2006 Page 25 of 52





(41)

The reduction reactions of pyridinium salts are of particular interest because of their relation to important biological processes. A dihydropyridine ring in the coenzyme nicotinamide adenine dinucleotide (*NADH*) serves as the source of hydrogen in enzyme-catalyzed biological reductions of carbonyl compounds to alcohols (Eq. 42), while the resulting quaternary pyridinium salt, $NAD^+$, is employed in biological oxidations of alcohols to carbonyl compounds.



(42)

## Substitutions Involving Ring Opening and Reclosure

**Substitution by ANRORC mechanisms.** In the 1970s, a Belgian group led by Henk van der Plas found that some apparently straightforward substitution reactions in heterocycles containing two or more nitrogen atoms actually proceed by rather complex mechanisms.[37]

Reaction of 4-phenyl-6-bromopyrimidine with potassium amide in liquid ammonia yielded, as expected, the 6-amino derivative. However, when the starting material was labeled with $^{15}N$ (the isotopic nitrogen being equally distributed between the two nitrogens in the ring), 50% of the $^{15}N$ in the product was located in the exocyclic amino group (Eq. 43a)!



(43a)

To explain this result, it was postulated that the amide anion originally added to C2, and that the resulting anion then underwent electrocyclic ring opening, ejection of the bromide anion, and ring closure to yield the 6-aminopyrimidine, as shown in Eq. 43b.



(43b)

(The exact stages at which proton transfers occur is not certain.) The mechanism was designated an ANRORC process: addition of nucleophile, ring opening, ring closure.[37a]

Evidence for the ANRORC mechanism for the reaction in Eq. 43a was provided by the observation that reaction of 4-phenyl-6-bromopyrimidine with the lithium salt of a secondary amine yielded an open-chain compound (Eq. 44), because ring closure would not form a stable product.



(44)

Even 2-halopyrimidines undergo substitution primarily by ANRORC mechanisms.[37]
Again, the initial step is addition of a base to an unsubstituted position (see Eq. 45).

Mechanism:



(45)

* = $^{15}$N

Reaction rearrangement. labeling experi that proceed of the amide step (Eq. 46).



The second typ



Similarl mechanisms.[37] the rings bear open-chain int tion shown in

Case 0:02-cv-00200-MJD-SRN Document 86-2 Filed 12/04/2006 Page 27 of 52





(48)

**Substitution for heteroatoms in the ring.** The reaction of an amine with a pyridinium salt bearing strongly electron-withdrawing substituents on the nitrogen or carbons of the ring can result in the exchange of the ring nitrogen atom, as shown in Eqs. 49 and 50.[38]



(49)



(50)

Substitution of aromatic amines for alkylated ring nitrogen atoms is a useful method for synthesizing *N*-arylpyridinium salts, which, with the exception of salts such as **15** (which can be prepared by reactions of pyridines with 2,4-dinitrohalobenzenes, as in Eq. 51), are not otherwise available.

COLORADO STATE UNIV. LIBRARIES



15

(51)

## 11.3 SYNTHESIS OF SIX-MEMBERED HETEROCYCLIC RINGS

### By Carbonyl Addition Reactions

**Formation of pyridine rings.** The most common procedures for forming pyridine rings involve reactions of ammonia with dicarbonyl derivatives. For instance, the reaction of ammonium acetate with the unsaturated dialdehyde **16** yields pyridine (Eq. 52).[39]



16

(52)

Pyridines can also be formed by condensing 1,5-dicarbonyl compounds with hydroxylamine (Eq. 53).[40]



(53)

Unsaturated 1,5-dicarbonyl compounds with *cis*-configurations are generally difficult to prepare, however, and hydroxylamine is a relatively expensive starting material. Thus, a more common procedure for the formation of pyridine rings is to condense ammonia with 1,5-dicarbonyl compounds (or compounds that are readily converted to 1,5-dicarbonyl compounds) in the presence of mild acid catalysts (Eq. 54).



(54)

The resulting dihydropyridine derivatives are easily oxidized to pyridines by a wide variety of oxidizing agents, such as air, iodine, or chromic acid. Indeed, it is frequently difficult to isolate the dihydropyridines, and pyridines are often obtained directly from the reaction mixtures.

Case 0:02-cv-00200-MJD-SRN Document 86-2 Filed 12/04/2006 Page 29 of 52






19%

(32)

Pyrroles normally do not react with alkyl halides in the absence of catalysts. However, the more basic imidazole ring does react readily with alkylating agents. It is invariably the imino nitrogen atom that is alkylated, so that the resonance energies of the aromatic ring and of the amidine group are retained (Eq. 33).




(33)

**Reactions with carbonyl groups.** In contrast to benzene and other aromatic hydrocarbons, π-excessive heterocyclic rings can react with aldehydes and ketones in the presence of acidic catalysts. However, the resulting hydroxyalkyl-substituted molecules (e.g., **1**) are very easily converted to "carbocations" such as **2** (Eq. 34).




X = O, S, or N—R **1** **2**

(34)

These cations can themselves act as electrophiles in reactions with heterocyclic rings. Thus, the reaction of thiophene with formaldehyde and hydrochloric acid or zinc chloride forms compound

Pyrrole, however, is converted to 2-carbethoxymethylpyrrole under the same conditions (Eq. 47).[25,26]



(47)

Pyrroles react with chloroform or bromoform and bases to form 3-halopyridines (Eq. 48).[14]



(48)

This interesting rearrangement appears to proceed by way of a cyclopropane intermediate, formed by the reaction of a dihalocarbene with the anion of the pyrrole. It is not clear whether the cyclopropane is formed in one step or via an intermediate carbanion, as shown in Eq. 50.

$$CHBr_3 + RO^{\ominus} \longrightarrow :CBr_2 + ROH + Br^{\ominus} \qquad (49)$$



(50)

Remarkably, reactions of thiophenes, pyrroles, and furans with carbethoxynitrene all result in the formation of products containing pyrrole rings. Sulfur is eliminated in the reaction of thiophene, while the heteroatoms from furan and pyrrole are retained in the products (Eqs. 51 to 53).[27]



(51)

ENZYME INHIBITION BY FLUORIDE AT 1 PART PER MILLION OR LESS

| ENZYME | FLUORIDE CONCENTRATION (in parts per million) | PERCENT INHIBITION |
|---|---|---|
| Acetylcholinesterase | 1 ppm | 61% |
| Glutamine Synthetase | 1 ppm | 100% |
| DNA Repair Enzyme System | 1 ppm | 50% |
| Pterin Deaminase | 0.6 ppm | 50% |
| Alkaline Pyrophosphatase | 0.4 ppm | 52% |
| dCMP Deaminase | 0.3 ppm | % not reported |
| Butyrylcholinesterase | 0.3 ppm | % not reported |
| ATPase | 0.2 ppm | % not reported |
| Phosphomonoesterase | 0.2 ppm | % not reported |
| Acid Glycerol Phosphatase | 0.1 ppm | % not reported |

In an effort to downplay the importance of this, supporters of fluoridation have claimed that soft tissue levels of fluoride (for example, the amount of fluoride in kidney, thyroid, spleen, etc.), even in people drinking fluoridated water, would never reach 1 part per million. Therefore, they maintained, the levels of fluoride necessary to inhibit these important enzymes would never be found in these tissues.

This claim is incorrect as can be seen in the table below.

ACCUMULATION OF FLUORIDE RESULTING FROM FLUORIDE EXPOSURE

| FLUORIDE CONCENTRATIONS IN ORGANS OF PEOPLE | IN 1939 BEFORE FLUORIDATION BEGAN IN THE U.S. | IN 1960-65 AFTER FLUORIDATION BEGAN IN THE U.S. |
|---|---|---|
| Brain | 0.53 ppm | 1.5 ppm |
| Heart | 0.51 ppm | 1.8 ppm |
| Kidney | 0.68 ppm | 2.3 ppm |
| Liver | 0.54 ppm | 1.4 ppm |
| Lung | 0.27 ppm | 2.1 ppm |
| Spleen | 0.28 ppm | 1.8 ppm |
| Pancreas | not reported | 1.7 ppm |
| Thyroid | not reported | 4.0 ppm |

PAGE E

CHEMICAL & ENGINEERING

NEWS OF THE WEEK

JUNE 21, 2004 - EDITED BY WILLIAM G. SCHULZ & LINDA WANG

ULTRAFAST SPECTROSCOPY

# ELECTRON MOVIES IN ATTOSECONDS

## X-ray scattering, data analysis method lead to ultrafast imaging of electrons

FORGET THE 3-D GLASSES. The latest thing in cinematography is super-high-speed frame-stopping electron movies. Scientists at Cornell University have developed a procedure for imaging electron motions on a timescale of a few billionths of a billionth of a second—an attosecond.

The new technique, which also supplies angstrom-scale spatial information, may enable researchers to monitor chemical reactions in unprecedented detail by providing a means for uncovering the most fundamental steps in a reaction—the movements of electrons.

In recent years, researchers working in the area of ultrafast spectroscopy have pushed experimental procedures to provide information on shorter and shorter timescales. Femtosecond laser methods, which have been widely used in "pump-probe" experiments, have given way to the finer time resolution of attosecond ($10^{-18}$ second) techniques. Thus far, attosecond probes have depended on short laser pulses that lead to even shorter processes. For example, laser ionization of a gas has been used to induce electron-gas collisions that produce attosecond bursts of light.

Now, a group at Cornell has demonstrated that high-energy X-ray-scattering experiments coupled with a new procedure for data analysis can be used to access the attosecond time regime. The team, which includes Peter Abbamonte, Ken D. Finkelstein, Marcus D. Collins, and Sol M. Gruner, used the technique to produce movies of electron motions in water in which the frame-to-frame time interval is just 4 attoseconds [*Phys. Rev. Lett.*, 92, 237401 (2004)].

In the study, water samples were irradiated with intense beams of X-rays from the Cornell High Energy Synchrotron Source and the Advanced Photon Source at Argonne National Laboratory. The inelastically scattered light—meaning the light that lost energy as a result of interactions with the sample—was measured and analyzed using a detector designed and built by the group.

Abbamonte, who is now a staff scientist at Brookhaven National Laboratory, explains that, from the measured X-ray-scattering angles, it should be possible to construct images of the water sample's electron clouds. And from energy shifts in the scattered light, scientists should be able to deduce the way the pictures evolve over time.

But there's a hitch: A key piece of information known as the phase, which is related to the X-rays' electric field, is needed to construct the images but cannot be measured in the experiment. The "phase problem" in inelastic scattering is analogous to the one in X-ray crystallography. Various tricks for side-stepping the phase problem have been devised for crystallography applications but not for inelastic scattering. So the Cornell team developed a mathematical solution to the problem and applied it to the scattering data to determine the way electrons in water respond to various disturbances. Then they created movies showing the effect on the electrons of adding another electron and shooting the sample with a high-energy gold ion.



COURTESY OF PETER ABBAMONTE

Abbamonte




COURTESY OF PETER ABBAMONTE

**SKIPPING STONES** A new procedure can be used to image electron movements with attosecond resolution. This image shows the rippling effect and wake generated by shooting a gold ion into water. The ion's position and direction of motion are indicated by the arrow.

"It is an excellent piece of work," says Paul B. Corkum, a research officer at the Canadian National Research Council, Ottawa, Ontario. Corkum, a pioneer in attosecond spectroscopy methods, comments that the novel point of the study comes from the authors realizing that all information needed to determine the position and dynamics of the electrons is written in the scatter angle and frequency shift of the X-ray photons. "I am sure that they are correct," he says.—MITCH JACOBY

PAGE F

# Exhibit C

1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No. 1431 (MJD), Case No. 02-0200

DEPOSITION OF: EDWARD RONWIN, Ph.D.
April 17, 2006

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MJD) |
| This Document Relates to: | |
| Edward Ronwin, et al., v. Bayer Corp., et al. | Case No. 02-0200 |

TAKEN PURSUANT TO NOTICE on behalf of the Defendant Bayer Corporation at 419 Canyon Avenue, Suite 300, Fort Collins, Colorado 80521 at 9:04 a.m. before Sylvia E. Noneff, Registered Professional Reporter and Notary Public within Colorado.

2

APPEARANCES

| | |
|---|---|
| For the Plaintiff Ronwin (pro se): | EDWARD RONWIN, Ph.D., ESQ.<br>945 Rolland Moore Drive L-2<br>Fort Collins, Colorado 80526 |
| For the Defendant: | JEFFREY PILKINGTON, ESQ.<br>Davis Graham & Stubbs, LLP<br>1550 17th Street<br>Suite 500<br>Denver, Colorado 80202 |
| Also Present: | None |

3

I N D E X


| EXAMINATION OF EDWARD RONWIN, Ph.D.: April 17, 2006 | PAGE |
|---|---|
| By Mr. Ronwin | -- |
| By Mr. Pilkington | 6 |

| DEPOSITION EXHIBITS: | | INITIAL REFERENCE |
|---|---|---|
| 1 | Curriculum vitae of Dr. Edward Ronwin, not dated | 19 |
| 2 | Article, "Structural Mechanism for Statin Inhibition of HMG-CoA Reductase," by Istvan and Deisenhofer, Science, Volume 292, 5/11/01 | 40 |
| 3 | Hand-drawn diagram by Ronwin, 4/17/06 | 42 |
| 4 | Letter from Ronwin to Keller, 5/18/01 | 46 |
| 5 | Letter from Keller to Ronwin, 5/25/01 | 46, 63 |
| 6 | Chart of lab results re Ronwin, 11/7/84 to 3/13/06 | 47 |
| 7 | Product information insert re Baycol, 12/99 | 60 |
| 8 | Hand-drawn diagram by Ronwin, 4/17/06 | 78 |
| 9 | In re: Baycol Litigation, MDL No. 1431, Plaintiff's Fact Sheet, 11/27/02 | 79 |
| 10 | Prescription for Baycol from Keller to Ronwin, 1/24/01 | 101 |
| 11 | Medical Expenses from Kmart Pharmacy #3891 re Edward Ronwin, 1/1/01 - 7/31/01 | 101 |
| 12 | Product information insert re Baycol, 2/24/01 | 105 |
| 13 | Handwritten letter from Keller to Ronwin terminating medical services, 9/26/01 | 118 |
| 14 | Operating Room Scheduling for Patient Edward Ronwin, 9/18/01 | 121 |


4

I N D E X (Continued)


| DEPOSITION EXHIBITS: | | INITIAL REFERENCE |
|---|---|---|
| 15 | Progress Report re Patient Edward Ronwin, 9/26/01 | 122 |
| 16 | Clinical Documentation Record from Rose Medical Center re Patient Edward Ronwin, 9/26/01 | 123 |
| 17 | Clinical Documentation Record from Rose Medical Center re Patient Edward Ronwin, 9/27/01 | 128 |
| 18 | Chart notes from Northern Colorado Orthopedic Associates re Patient Edward Ronwin, 5/12/03 and 6/24/03 | 132 |
| 19 | Laboratory report by Sonora Quest Laboratories re Patient Edward Ronwin, 1/15/99 | 155 |
| 20 | Article, "Statins and risk of polyneuropathy," A case-control study, by Gaist, et al., Neurology, Volume 58, pages 1333-1337, May 2002 | 208 |
| 21 | Article, "Assessing the risk of drug-induced neurologic disorders, Statins and neuropathy," by Donaghy, Neurology, Volume 58, pages 1321-1322, May 2002 | 210 |
| 22 | Letter Pursuant to PTO 114 S I.B(1), 5/15/01, with attachments | 211 |
| 23 | Case Specific Medical Expert Report Pursuant to PTO 114, 9/7/04, with attachments | 217 |
| 24 | Lab reports re Ronwin, various dates | 221 |
| 25 | Service of Process Transmittal Form from CT Corporation System to Thomas E. Kerr, Bayer Corporation, 9/10/01, with attachments | 222 |
| 26 | Article, "Crestor's Side-Effect Rate Higher Than Other Statins," by Hileman, C&EN, 5/30/05 | 228 |

Q. Yeah.
A. Well, usually when I get the arm lifted and I'm maybe lifting a weight or for some reason I'm reaching up to get something. Right now I've got a little bit of twinge here (indicated).
Q. And you're lifting it above your head?
A. Yeah.
Q. So in other words -- so in other words, you'll encounter pain when you lift something heavy?
A. Oh, yeah, yeah.
Q. Or when you lift your arm above your head?
A. Yeah.
Q. Or when you put on your heavy overcoat, right?
A. Yeah. Definitely, I can't do that without help.
Q. That's the same sort of pain that you experienced before?
A. Yeah, when I had the -- before the surgery --
Q. Before the surgery.
A. -- but after taking Baycol.
Q. But it is -- that pain has improved?
A. I think it's somewhat improved, yeah. It isn't as bad as it was, yeah.



Q. The second symptom or problem that you mentioned was blurred -- blurred vision.
A. Yeah. I told you that's gone.
Q. When did you first experience the blurred vision?
A. About approximately, I'd say, the time that I began experiencing pain.
Q. Did you complain to any physician about the blurred vision?
A. What?
Q. Did you tell any physician or health care provider that you were experiencing blurred vision?
A. I don't believe so.
Q. And when you say "about the same time you were experiencing the shoulder pain," that would have been in February, mid-February of 2001?
A. Yes.
Q. Describe the blurred vision that you had.
A. Well, I'd be reading, and then some of the letters begin looking like they're getting spread out.
Q. How often would that occur?
A. Oh, it would be intermittent, not every time, you know, that I read.
Q. Did you seek any medical treatment for your blurred vision?



A. I don't believe I did, no.
Q. Did the blurred -- you said the blurred vision has resolved?
A. Yes.
Q. It's gone away?
A. Um-hum.
Q. She has to take down "yes."
A. Yes.
Q. When did it go away?
A. I can't tell you for sure. It didn't last terribly long. Several months, but that was it. You've got to remember, I took Baycol for seven months before I found out about it being a deadly drug.
Q. Did you, however -- did your blurred vision go away before you stopped taking Baycol, or do you know?
A. I can't answer it, really.
Q. And correct me if I'm wrong. Did you tell me earlier that you don't know whether that's related to Baycol or not?
A. The cataracts is what I think I told you.
Q. Do you believe that your blurred vision was caused by Baycol?
A. I don't know for sure, but this is what I saw. See, everything comes back to what I tried to tell you before. You can have maybe two, three, four



potential answers to what the cause is. But we do know that Baycol can be the cause. It may be old age, see. You know, you can line up causes, all right? But we know that Baycol can cause this stuff.
Q. How -- what -- on what basis have you concluded that Baycol can cause blurred vision?
A. Right. We've got to get into that chemistry that I talked to you about that other time. You want to get into all that?
Q. Well, let's do this: We have agreed before this deposition that we will return to take your expert witness deposition, correct?
A. You want to do that?
Q. At a later point, correct?
A. Then, that would be fine with me. Yeah, otherwise, we've got a whole lot to go into.
Q. And, Mr. Ronwin, do you recall us having a telephone conversation during which you told me that you're going to try to testify as an expert at trial?
A. What? As an expert, yes.
Q. And when you told me that --
A. And you want to take my deposition.
Q. -- I said, Let's take your plaintiff's deposition first, and then take your expert deposition.
A. I don't believe you told me that. What I

think you told me was that you didn't -- you weren't going to agree that I was an expert. That's the idea.
Q. Well, let's see if we can make sure we agree now.
A. Let's agree now.
Q. You've designated yourself as an expert, right?
A. Yes.
Q. And I was not planning on getting into any of your expert opinions today.
A. That will be fine.
Q. Okay. Provided, however, I have the opportunity to come back and ask you about your expert opinions.
A. You can always come back at a suitable, mutual time.
Q. So let's -- let's table for now the reasons why you think your blurred vision is caused by Baycol, okay, or may be caused?
A. Well, I think the answer, first of all, is that the -- all of the symptoms -- not just blurred vision -- all of the symptoms that I put down why they were caused by Baycol, okay? So that would include the rotator cuff tear, you understand?
Q. Right.



A. The pain in the back of the legs.
Q. Let's turn to that right now.
A. Yeah.
Q. You said that you also experience pain in the back of your legs.
A. Yes.
Q. Would you stand up and show me where you had that pain?
A. Yeah. From -- well, I'll take my jacket off. From approximately the bottom of the buttocks down to the middle of the knees, the back of the knees (indicated).
Q. And that was in both legs?
A. Yes.
Q. Was it uniform -- uniformly distributed in both legs?
A. Oh, that's -- uniformly like that, you can't say. That's trying to match pain with pain, and I told you pain is difficult to gauge and difficult to describe.
Q. When did you first experience this pain in the back of your legs?
A. I'm walking. See, I've got a hill where I live. There's a hill that has about a 25-degree elevation for one long block. And every time I'd go up that hill, I'd get pain in the back of the legs. And I'd



also get claudication, by the way, at times. And once in a while I'd get angina, too.
Q. Well, you would agree that the angina is not related to your use of Baycol?
A. I'd agree -- probably agree to that, yes.
Q. Would you agree that your claudication is not related to your use of Baycol?
A. Likely not.
Q. But in any event, you said you first experienced this when you were going on your walks?
A. Um-hum, right.
Q. When? What date?
A. Date?
Q. Yes.
A. Oh, I'd take walks -- up to the West Nile bit, I'd take walks every day.
Q. No. I'm talking about, when did you first notice this pain in the back of your legs? For example, you told me with your left arm, you first noticed that in mid-February. When did you first experience this pain in the back of your legs?
A. Pretty soon, pretty soon around that time. I can't tell you exactly. By the way, I was living then in Cheyenne. We also had a hill, not quite as steep as the one I'm facing now, but -- but a nice incline in the



route that I walked.
Q. Are you able to better describe the type of pain that you experienced?
A. No, I really can't.
Q. Was it a stabbing pain?
A. No, not stabbing.
Q. Was it a diffuse pain?
A. Hum. Now, there's a word. Hum. It -- it was a -- well, you know, diffuse -- I don't know what you mean by "diffuse."
Q. Was it an achy sort of pain throughout your muscle?
A. Through much of the back, yes.
Q. The back muscle?
A. Well, I'm not sure that you have just one muscle there. I think you may have more than one. But you also have nerves.
Q. But was -- did it feel like a pain in your bones, or was it limited just to your muscles?
A. Oh, I'd say the whole area, so I wouldn't be able to absolutely say bone, muscle. More likely muscle, more likely nerve.
Q. Did the pain radiate beyond your knee, or was it restricted between your buttocks and your knee?
A. Pretty much between the buttocks and the

# Exhibit D

DGS LAW

Davis Graham & Stubbs LLP

September 6, 2006

**Via Facsimile and U.S. Mail**

Edward Ronwin
945 Rolland Moore Drive, L-2
Fort Collins, CO 80526

Re: *Edward Ronwin v. Bayer (MDL No. 1431)*

Dear Mr. Ronwin:

Enclosed is the notice for your expert testimony deposition. I understand you have agreed to the September 28, 2006, 8:00 a.m. schedule.

If you have any questions, please call me at (303) 892-7218.

Sincerely,

Deborah J. Werth
Paralegal to Jeffrey Pilkington
for
DAVIS GRAHAM & STUBBS LLP

Encl.
cc: Counsel on Certificate of Service

Deborah J. Werth . 303 892 7218 . debbie.werth@dgslaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MJD) |
| This Document Relates to: | |
| *Edward Ronwin, et al. v. Bayer Corp., et al.* | Case No. 02-0200 |

**NOTICE OF DEPOSITION OF THE EXPERT**
**DEPOSITION OF EDWARD RONWIN**

YOU ARE HEREBY NOTIFIED that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, the deposition of Edward Ronwin will take place on September 28, 2006 at 8:00 a.m. at the offices of Atomik Business Solutions, 419 Canyon Ave., Ste 300, Ft. Collins, CO 80521, 970-484-2226. Please see Attachment A attached to this Notice for the documents to be produced. The deposition will be stenographically recorded by a court reporter authorized to administer oaths and will continue day to day, excluding Saturdays, Sundays and holidays, until completed.

You are invited to attend and cross-examine.

DATED this 6 day of September 2006.

DAVIS GRAHAM & STUBBS LLP

Jeffrey Pilkington
1550 Seventeenth Street, Suite 500
Denver, CO 80202
Telephone: 303/892-9400
Facsimile: 303/893-1379
Attorneys for Defendant Bayer Corporation

Of Counsel:

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Peter W. Sipkins (#101540)
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA 15219
(412) 566-6000

**CERTIFICATE OF SERVICE**

Copies of the foregoing were sent on this 6th day of September, 2006 via electronic mail and U.S mail, postage prepaid, to:

Edward Ronwin
945 Rolland Moore Drive, L-2
Fort Collins, CO 80526
(*via facsimile and U.S. Mail only*)

Deanna D. Dailey, Esq.
ddailey@larsonking.com
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, Minnesota 55101

**Attorneys for Plaintiffs**

Peter W. Sipkins (#101540)
Sipkins.Peter@dorsey.com
Elizabeth Wright
Wright.elizabeth@dorsey.com
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402

Richard Schneebeck
rschneebeck@hirstapplegate.com
HIRST & APPLEGATE, P.C.
1720 Carey Avenue, Suite 200
Cheyenne, WY 82003

**Attorneys for Bayer Corp.**

## ATTACHMENT A

A. The term "document or other tangible things" means any and all material, wherever located, that is subject to production under Federal Rules of Civil Procedures. The term includes, but is not limited to, any and all material that is written, printed, typed, photographed, recorded (electrically, electronically, magnetically, graphically or otherwise) or which is capable of being recorded in any form, such as transcripts, books, letters, correspondence, reports, memoranda, extracts, charts, diskettes, tapes, data sheets, photographs, bills, invoices, contracts, proposals, communications, electronic mail messages, notes, business cards, pamphlets, reports and recording of telephone or other conversations, or of interviews, or of conferences, or of other meetings, statements, summaries, opinions, studies, analyses, evaluations, manuals, publications, newspaper articles, appointment books, any mechanical or electronic sound recordings or transcripts thereof, any notes or drafts relating to the foregoing, and all things similar to any of the foregoing, however denominated, in the possession or control of the witness.

B. The terms "personal possession" or "possession" means in the personal possession, custody or control of the witness in his office, home, automobile, or any other location.

C. The singular of any word shall include the plural, and the plural shall include the singular.

D. The words "and" and "or" as used in this request shall be interpreted as conjunctive, disjunctive, or both, depending on context, so that the fullest production of information is provided.

E. All documents and other tangible things are to be produced as they are kept by the witness so that one can ascertain the files in which they were located, their relative order in the files and how the files were maintained.

F. If the witness does not respond to a request on the basis of privilege, with respect to each document or other tangible thing for which it claims a privilege, state the type of document or other tangible things, the date thereof, the person who prepared it, each person to whom it was circulated, each person who received a copy of it, the subject matter of the document or other tangible things, and the particular privilege claimed.

G. The deponent is instructed to bring to the deposition and to allow counsel to inspect, and copy the following documents and/or tangible things, whether maintained in written or electronic form, which are in the deponent's control, possession or custody:

1. A current curriculum vitae and bibliography of the deponent.
2. The complete file maintained by the deponent in connection with this case.
3. All documents and other tangible things reflecting, concerning, referring to, or in any way relating to communications with any member of the press or any public interest group and/or their representatives, concerning, referring to, or in any way relating to Baycol, including, but not limited to, notes of conversations, correspondence, and facsimile cover sheets.
4. All medical or other literature of any nature, kind or description read, reviewed, relied upon or consulted by the deponent in reference to the review of this case.
5. All documents upon which the deponent has relied or will rely upon, in forming opinions as disclosed in connection with this case.

6. Any chart, data compilation, graphic, exhibit, or demonstrative aid that the deponent intends to use in rendering testimony in any trial of this case.

7. All expert reports, disclosures or other documents which set forth the deponents opinions and/or testimony to be offered in this case.

# Exhibit E

945 Rolland Moore Dr., L-2
Fort Collins, CO 80526
Tele: 970-221-3837
Fax: 970-224-3838

September 6, 2006

Mr. Jeff Pilkington
Davis Graham & Stubbs, LLP
1550 - 17th St., Ste. 500
Denver, CO 80202

BY FAX TO: 303-893-1379

Dear Mr. Pilkington:

With regard to my deposition as an expert currently set for Sept. 28, 2006 at 8:00 a.m., at the offices of Atomik Business Solutions in Fort Collins, CO, you are hereby informed that my expert fee for appearance and testimony at the deposition is $3,000.00 for four (4) hours. Any time spent in being deposed beyond the four (4) hours are additionally charged on a pro rata rate.

I wish to have a response concerning this letter by Friday, Sept. 8, 2006.

Sincerely

Edward Ronwin

Edward Ronwin, PhD, JD

FROM :EDWARD RONWIN FAX NO. :970-224-3838 Sep. 06 2006 01:23PM P1
RCV BY:D.G.&S. ; 9-6-6 ; 2:21PM ;

# Exhibit F

945 Rolland Moore Dr., L-2
Fort Collins, CO 80526
Tele: 970-221-3837
Fax: 970-224-3838

September 6, 2006

Mr. Jeff Pilkinton
Davis, Graham & Stubbs, LLP
1550 - 17th St., Ste. 500
Denver, CO 80202

BY FAX TO: 303-893-1379

Dear Mr. Pilkington:

Disregard the earlier letter that I sent to you this date, (by fax).

With regard to my deposition as an expert currently set for Sept. 28, 2006 at 8:00 a.m., at the offices of Atomik Business Solutions in Fort Collins, CO, you are hereby informed that my expert fee for appearance and testimony at the deposition is $5,000.00, payable by cashier's check in advance of the deposition for four (4) hours of deposition. Any additional deposition time will be pro rated. ER

I wish to have a response concerning this letter by Friday, Sept. 8, 2006.

Sincerely

Edward Ronwin

Edward Ronwin, PhD, JD

FROM :EDWARD RONWIN FAX NO. :970-224-3838 Sep. 06 2006 02:52PM P1
RCV BY:D.G.&S. : 9- 6- 6 : 3:46PM : 970 224 3838→ D.G.&S.:# 1

# Exhibit G

DGS LAW

Davis Graham & Stubbs LLP

September 19, 2006

**VIA FACSIMILE AND U.S. MAIL**

Edward Ronwin
945 Rolland Moore Drive, L-2
Fort Collins, Colorado 80526

Re: *Edward Ronwin v. Bayer* (MDL No. 1431)

Dear Mr. Ronwin:

As you know, the deadline to complete the depositions of Plaintiff's case-specific experts is September 29, 2006. *See* Pretrial Order No. 149. Since you designated yourself as an expert, your "expert" deposition has been scheduled for September 28.

During a telephone call this morning, you expressed concerns about your health. These concerns are significant enough that you believe that you may be hospitalized at Poudre Valley Hospital.

Because of your concerns, we agreed to reschedule your deposition after the deposition deadline of September 29, 2006. We also agreed to try to reschedule the deposition during the week of October 2, 2006, depending on your health.

If this does not accurately set forth our understanding, please contact me immediately. In the meantime, I wish you a speedy recovery.

Sincerely,

Jeffrey R. Pilkington
for
DAVIS GRAHAM & STUBBS LLP

JLP/dv

#739416.1
09/19/06 8:57 AM

# Exhibit H

To: Jeff Pilkington, Davis Graham & Stubbs, Denver, CO at FAX: 303-893-1379

From: Ed Ronwin, 945 Rolland Moore Dr., L-2, Fort Collins, CO 80526;
Telephone: 970-221-3837; Fax: 970-224-3838

Date: October 12, 2006

This fax is being sent pursuant to our conversation earlier today.

With respect to your intent to take my deposition as an expert, I hereby notify you, that as an expert, I will charge the fee of $1,000.00 for my appearance at such deposition. I would expect the funds to be paid immediately prior to the start of the deposition. It is difficult to say how much time the deposition will require; however, I suggest that at least five to six hours would be involved; possibly more. The above fee will cover whatever time is required for the deposition to be completed.

This notice supercedes prior notice of my fee requirement to appear at my expert deposition.

There is case law that a party can appear as an expert and there is ample case law that an expert is entitled to a fee. I want to remind you that Rule 11 requires motions made with sufficient justification and after sufficient investigation of the law and facts.

Sincerely

Edward Ronwin, PhD, JD