UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re BAYCOL LITIGATION | ) | |
| | ) | MDL No. 1431 (MJD/JGL) |
| This document relates to: | ) | |
| | ) | Case No. 02-0200 |
| RONWIN v. BAYER CORP. | ) | |

**MOTION SUGGESTING REMAND OF THIS SPECIFIC CASE**

Plaintiff, Edward Ronwin, (RONWIN), hereby moves this Court to recommend to the Judicial Panel on Multidistrict Litigation that this specific action be remanded to the transferor court, (the U.S. District Court for the District of Wyoming).

The reasons in support of this motion rest on both general law and on the facts in this specific case and are presented below:

The General Law Applicable to this Specific Case:

In Matter of New York City Municipal Securities Litigation, 572 F.2d 49, 51 (2nd Cir. 1978), the court declared that as to 28 U.S.C. § 1407:

> the essential purpose of Congress in enacting this section was to permit centralization in one district of all pretrial proceedings when civil actions involving one or more common questions of fact are pending in different districts; objective of legislation is to provide centralized management under court supervision of pretrial proceedings in multidistrict litigation to assure just and efficient conduct of such actions. (emphasis added).

The Congressional purpose also includes the securing in MDL's, same as in all other civil litigation, "..the just, speedy and inexpensive determination" of MDL actions, (emphasis supplied), In re National Student Marketing Litigation, 368 F.Supp. 1311, 1316 (Jud.Pan.Mult.Lit. 1972).

This MDL was started five (5) years ago in December, 2001 and is still continuing. That is not speedy and for some of us it has not been inexpensive.

The court in In re Air Crash Disaster Near Silver Plume, Colo., 368 F.Supp. 810, 811 (Jud.

SCANNED
DEC 0 5 2006
U.S. DISTRICT COURT MPLS

FROM : EDWARD RONWIN FAX NO. : 970-224-3838 Dec. 05 2006 09:52AM P1

Pan. Mult.Lit. 1973), rescinded an order which had conditionally transferred an Oklahoma action to the District of Kansas because the Oklahoma plaintiffs' theory of liability differed from the theory of liability on which the Kansas plaintiffs advanced. As a result, the court held that common questions of fact were limited and discovery in the Oklahoma action was far advanced.

In this specific action, the common discovery as to the plaintiffs as a group has, as a result of the medical ignorance of the attorneys on the Plaintiffs Steering Committee been confined to alleged medical experts who deny that Baycol causes any injuries except to muscle tissues and cells. Yet, the United States Food and Drug Administration, (FDA), has had reported to it from MD's, DO's and other medical practitioners and from BAYER and from some consummers, numerous adverse events wherein Baycol caused injuries to nerve tissues and cells, to tendons, to shoulder rotator cuffs, to ligaments, and caused vision impairments and other disabilities. In proof, a copy of the first six (6) pages of 47 pages of adverse events reported by FDA on Baycol are attached hereto,[1] as Exhibit 1.

It is within the knowledge of the average person viewing the adverse events listed in Exh. 1 to recognize that nerve tissues (and cells), eyes, tendons, etc., as well as muscle tissue and cells, are attacked by Baycol.

There was a claim made by a BAYER attorney at the deposition of RONWIN's medical expert that the FDA Adverse Events Reports are useless. The medical expert, as did RONWIN, rejected the claim during the deposition proceeding. Proof that the Adverse Events Reports gathered by FDA have real value and use, and do not represent a make-work exercise by FDA, is attached hereto in the form of material faxed to RONWIN on Oct. 16, 2006, by Ms. LAURIE

[1]The hyphen next to some adverse events shown on each of the six (6) pages were placed by RONWIN because the hyphens assisted use of the material in a specific deposition in this specific case.



FROM :EDWARD RONWIN FAX NO. :970-224-3838 Dec. 05 2006 09:52AM P2

LENKEL of the Office of the Ombudsman of the FDA, which is a reproduction of material in an FDA website and is marked herein as Exhibit 2. The third paragraph of the first page of the material provides a discussion of the use to which FDA makes of adverse event reports:

> The reports...[are used]...to detect safety signals and to monitor drug safety. They form the basis for further epidemiological studies when appropriate. As a result, the FDA may take regulatory actions to improve product safety and protect the public health, such as updating a product's labeling information, sending out a "Dear Health Care Professional" letter, or re-evaluating an approval decision.

The adverse events reports set forth in Exhibit 1 show that the PSC and BAYER's theory of this case and hence the liability thereunder is faulty and <u>different</u> from RONWIN's theory of this specific case[2].

The difference is even greater than the fact that the PSC and BAYER medical experts insist, contrary to the facts as shown above, that Baycol only injures muscle tissues and cells.

RONWIN's expert view of Baycol action is far more fundamental than espoused by PSC and BAYER medical experts. Molecules, without exception, are built from atoms. Baycol is a specific molecule. When Baycol enters the body it works its way into liver cells and inhibits the enzyme, HMG Reductase, which, in turn, reduces the amount of cholesterol released into the blood stream. That cholesterol can travel in the blood stream free, or as esters, or attach to lipoproteins and form "LDL" and "HDL." However, Baycol action does not stop there. Baycol attacks cells membranes (the walls of cells), which themselves consist of molecules; some of which are proteins, some are phospholipids, some are saccharides (sugars--not "table sugar", known as sucrose). Also found in cell membranes are various ions such as $Na^+$ and $Cl^-$, etc.

---

[2]RONWIN claims injury to back areas of his body which would be muscular injury, but also injury to this left shoulder rotator cuff which was torn and which, in turn, is a tendon. On p. 6 of Exh. 1, the Court can note that "tendon rupture" and "rotator cuff syndrome," which is a tear, are among the injuries attributed to Baycol ingestion. The other pages reveal nerve injuries, vision injuries, etc.,--all non-muscle injuries due to Baycol.

Baycol attacks on cell membranes, whether muscle cells or nerves, can cause openings in the cell membranes. These openings can be large enough so that some of the intra-cellular contents can work there way out of the cells, which can effectively kill the cells. Even if Baycol does not cause any wide gap in a cell membrane, it can still enter the cell and cause disruption of normal cellular activity. The proof that same occurs is provided by the FDA adverse events reports.

Baycol can also attack non-cellular entities in the body such as the major structural protein known as Collagen. The attack here results from Baycol's interference with the hydrogen bonding that gives Collagen its structure. When the natural structure of collagen, which makes up a significant amount of any tendon, ligament, bone, etc.. is deformed, the structure of these anatomical parts lose their normal form and structure which, in turn, reveals itself as weakness and pain.

All the PSC and BAYER medical experts have been saying is that Baycol was ingested and muscle cells and tissue destruction, as in Rhabdomyolysis or weakening of muscle cells and tissue, (myopathy), has occurred. But no statement issues from these experts to show just how the muscle cells and tissue were destroyed and/or weakened.

In line with the Silver Plume case cited above at pp. 1-2, RONWIN's theory of liability differs substantially from the PSC and BAYER experts with the only common element being that Baycol can cause bodily injury.

Furthermore, as in Silver Plume and, as will be discussed below, discovery in this specific case is over.

The holding in In re Luminex Intern., Inc. Products Liability Litigation, 434 F.Supp. 668, 669-670 (Jud.Pan.Mult.Lit. 1977), is consistent with that in the Silver Plume case referred to



FROM :EDWARD RONWIN FAX NO. :970-224-3838 Dec. 05 2006 09:53AM P4

above.

Several cases hold that case-specific discovery in MDL's is permissible provided that such discovery is conducted CONCURRENTLY with COMMON discovery, In re Falstaff Brewing Corp Antitrust Litigation, 434 F.Supp. 1225, 1230 (Jud.Pan.Mult.Lit. 1977); transferred to 441 F.Supp. 62; In re Air Crash at Schenley Golf Course, Pittsburgh, Pa., 509 F.Supp.252 (Jud.Pan.Mult.Lit. 1979); In re IBP Confidential Business Documents Litigation, 491 F.Supp. 1359, 1362 (Jud.Pan.Mult.Lit. 1980); In re Multi-Piece Rim Products Liability Litigation, 464 F.Supp. 969, 974 (Jud.Pan.Mult.Lit. 1979).

The foregoing series of cases are determined by the Judicial Panel on Multidistrict Litigation. While the Panel is not an appellate court, it does have appellate judges and district court judges as members and represents all U.S. Circuits. Furthermore, as the Panel's name indicates it exists solely to guide MDLs; consequently, its holdings, as just above, are most authoritative.

PTO 149, issued in this MDL violated the principle held in the cases cited above in that the Order, which set forth a schedule for all case-specific discovery, was first issued AFTER all common discovery was completed in this MDL. For that reason alone, this specific case needs to be remanded to the transferor court.

The maintenance of the individuality and separateness of specific cases in any MDL is recognized at law. Thus, the court in In re Nissan Motor Corp. Antitrust Litigation, 471 F. Supp. 754, 759 (D.C.Fla. 1979 held:

> Mere fact that cases were transferred for coordinated or consolidated pretrial proceedings did not have the effect of merging the suits into a single cause, or change the rights of the parties, or make those who were parties to one suit parties in another.

The Specific Discovery State in this Case:



FROM :EDWARD RONWIN FAX NO. :970-224-3838 Dec. 05 2006 09:53AM P5

This case came within the Phase I schedule under PTO 149.

With RONWIN's fact deposition, eight (8) fact depositions were taken in this case and they were completed prior to July 31, 2006 per PTO 149.

RONWIN named two (2) expert witnesses: One was Dr. Raul G. Reyes, MD, of Louisiana; the other was RONWIN, PhD in Biochemistry. BAYER named two (2), MD, expert witnesses. Both RONWIN's and BAYER's experts have filed expert reports per Fed.R.Civ.P. 26(a)(2)(B), in this specific case with the MDL.

Due to the lack of funds, RONWIN informed BAYER that he has no intention of taking the depositions of either or both of BAYER's expert witnesses.

BAYER took the deposition of Dr. REYES on Sept. 12, 2006, which was within the time allowed by PTO 149, (Sept. 29, 2006).

BAYER informed RONWIN that it intended to take RONWIN's deposition as an expert. RONWIN agreed but demanded an expert fee. Because RONWIN became seriously ill for about two (2) weeks immediately on his return from Dr. REYES' deposition, the parties agreed to wait until RONWIN's health improved, which it ultimately did. However, BAYER indicated to RONWIN that it would not pay an expert fee to RONWIN.[3] Since BAYER has refused to pay RONWIN an expert fee, RONWIN has not given BAYER his expert deposition.

During September, 2006, while RONWIN was ill, BAYER's Denver, Colorado attorney, Mr. JEFF PILKINGTON, informed RONWIN that BAYER would file a motion to take RONWIN's deposition without paying RONWIN his expert fee and would do so "within two weeks."

---

[3]BAYER has paid an expert fee to Dr. REYES and fees to each of the seven (7) MD's whose fact depositions it took prior to July 31, 2006. Also, BAYER's own experts are charging significant fees for their services as stated in their respective expert reports filed in this specific case in the MDL.

By now, the "two weeks" has become about "two months." Furthermore, according to PTO 149, all case-specific expert discovery in Phase I group is required to be completed by November 29, 2006, and that for Plaintiff's experts was required to be completed by September 29, 2006. Even allowing for RONWIN's two week illness, BAYER should have attempted to take RONWIN's deposition by the end of October, 2006 and certainly by November 29, 2006. By the time of this motion, BAYER has had adequate time to file its motion and has failed to do so and has passed the deadline for all case specific discovery in this specific case.

Again, all of the case specific discovery has taken place even though contrary to law by not being ordered concurrently with the common discovery in this MDL.

## CONCLUSION

For the foregoing reasons, this specific case should be remanded to its transferor court, the U.S. District Court for the District of Wyoming headquartered in Cheyenne, WY.

DATED;

Edward Ronwin, pro se
945 Rolland Moore Dr., L-2
Fort Collins, CO 80526
970-221-3837

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Motion upon the following by FAX, this 5th day of December, 2006:

The Court's Clerk's office at FAX No. 612-664-5044; Defendant's counsel at FAX No. 312-853-7036; Jeffrey Pilkington, Def't's Denver Att'y at FAX 303-893-1379; Plaintifff's Liaison Counsel, Deanna Dailey at Larson-King at FAX: 651-312-6618.

Edward Ronwin



FROM :EDWARD RONWIN FAX NO. :970-224-3838 Dec. 05 2006 09:54AM P7

# Adverse Event Reporting
## System (AERS)

# Freedom Of Information (FOI) Report

**Selections for:** CERIVASTATIN
BAYCOL

**From:** 01-NOV-1997 **To:** Present

Disclaimer: The information contained in these reports has not been scientifically or otherwise verified as to a cause and effect relationship and cannot be used to estimate the incidence of adverse drug reactions.

EXHIBIT 1

**FDA - Adverse Event Reporting System (AERS)**
**Freedom Of Information (FOI) Report**
**Standard Report - All Preferred Terms in Cases**

| MedDRA Preferred Term Reaction | Count | %Rpts |
|---|---|---|
| RHABDOMYOLYSIS | 8121 | 38.6% |
| PAIN | 4501 | 21.4% |
| ANXIETY | 4054 | 19.3% |
| RENAL DISORDER | 3603 | 17.1% |
| MYALGIA | 3471 | 16.5% |
| RENAL FAILURE | 3180 | 15.1% |
| ASTHENIA | 2917 | 13.9% |
| HEPATOCELLULAR DAMAGE | 2278 | 10.8% |
| RENAL IMPAIRMENT | 1839 | 8.7% |
| INJURY | 1795 | 8.5% |
| DEPRESSION | 1710 | 8.1% |
| PAIN IN EXTREMITY | 1485 | 7.1% |
| BLOOD CREATINE PHOSPHOKINASE INCREASED | 1262 | 6.0% |
| NERVOUS SYSTEM DISORDER | 1207 | 5.7% |
| FATIGUE | 1192 | 5.7% |
| BACK PAIN | 1188 | 5.6% |
| DIFFICULTY IN WALKING | 1123 | 5.3% |
| OBSTRUCTIVE UROPATHY | 1114 | 5.3% |
| ARTHRALGIA | 1097 | 5.2% |
| MUSCLE INJURY | 1046 | 5.0% |
| NAUSEA | 994 | 4.7% |
| MUSCLE SPASMS | 993 | 4.7% |
| MUSCULAR WEAKNESS | 961 | 4.6% |
| CONDUCTION DISORDER | 938 | 4.5% |
| MALAISE | 906 | 4.3% |
| HEPATIC FUNCTION ABNORMAL | 883 | 4.2% |
| RENAL TUBULAR NECROSIS | 815 | 3.9% |
| CONVULSION | 806 | 3.8% |
| MUSCLE DISORDER | 797 | 3.8% |
| ORGAN FAILURE | 788 | 3.7% |
| RENAL FAILURE ACUTE | 716 | 3.4% |
| CHROMATURIA | 691 | 3.3% |
| VOMITING | 668 | 3.2% |
| POLYTRAUMATISM | 667 | 3.2% |
| MYOPATHY | 665 | 3.2% |
| LIVER FUNCTION TEST ABNORMAL | 635 | 3.0% |
| CHEST PAIN | 604 | 2.9% |
| DYSPNOEA | 604 | 2.9% |
| PYREXIA | 539 | 2.6% |
| EMOTIONAL DISTRESS | 531 | 2.5% |
| DIZZINESS | 522 | 2.5% |
| HEADACHE | 476 | 2.3% |
| FALL | 418 | 2.0% |
| MYOCARDIAL INFARCTION | 415 | 2.0% |
| DIALYSIS | 376 | 1.8% |
| MUSCLE ATROPHY | 372 | 1.8% |
| DEHYDRATION | 363 | 1.7% |
| HYPOAESTHESIA | 358 | 1.7% |
| MYOSITIS | 336 | 1.6% |
| DRUG INTERACTION | 324 | 1.5% |
| DIARRHOEA | 313 | 1.5% |
| WEIGHT DECREASED | 301 | 1.4% |
| LIVER DISORDER | 287 | 1.4% |

**FDA - Adverse Event Reporting System (AERS)**
**Freedom Of Information (FOI) Report**
**Standard Report - All Preferred Terms in Cases**

| MedDRA Preferred Term Reaction | Count | %Rpts |
|---|---|---|
| OEDEMA PERIPHERAL | 286 | 1.4% |
| ABDOMINAL PAIN | 279 | 1.3% |
| INSOMNIA | 271 | 1.3% |
| MYASTHENIC SYNDROME | 263 | 1.2% |
| CARDIAC DISORDER | 262 | 1.2% |
| ASPARTATE AMINOTRANSFERASE INCREASED | 258 | 1.2% |
| PARAESTHESIA | 251 | 1.2% |
| CONDITION AGGRAVATED | 247 | 1.2% |
| HEPATITIS | 245 | 1.2% |
| ALANINE AMINOTRANSFERASE INCREASED | 239 | 1.1% |
| RENAL INJURY | 232 | 1.1% |
| TENDERNESS | 230 | 1.1% |
| ELECTROMECHANICAL DISSOCIATION | 220 | 1.0% |
| GAIT DISTURBANCE | 218 | 1.0% |
| HYPERTENSION | 209 | 1.0% |
| CEREBROVASCULAR ACCIDENT | 208 | 1.0% |
| URINARY TRACT INFECTION | 194 | 0.9% |
| ABDOMINAL PAIN UPPER | 193 | 0.9% |
| HAEMATURIA | 193 | 0.9% |
| VISION BLURRED | 190 | 0.9% |
| NECK PAIN | 188 | 0.9% |
| SYNCOPE | 183 | 0.9% |
| BALANCE DISORDER | 179 | 0.9% |
| MOVEMENT DISORDER | 174 | 0.8% |
| PNEUMONIA | 164 | 0.8% |
| BLOOD CREATININE INCREASED | 160 | 0.8% |
| HAEMODIALYSIS | 160 | 0.8% |
| CARDIAC FAILURE CONGESTIVE | 156 | 0.7% |
| WEIGHT INCREASED | 156 | 0.7% |
| CONSTIPATION | 140 | 0.7% |
| DEATH | 134 | 0.6% |
| PRURITUS | 134 | 0.6% |
| ATROPHY | 131 | 0.6% |
| HYPERHIDROSIS | 131 | 0.6% |
| TREMOR | 129 | 0.6% |
| BLOOD URINE PRESENT | 128 | 0.6% |
| RESPIRATORY FAILURE | 128 | 0.6% |
| MENTAL DISORDER | 127 | 0.6% |
| NEUROPATHY PERIPHERAL | 125 | 0.6% |
| OSTEOARTHRITIS | 123 | 0.6% |
| VISUAL DISTURBANCE | 122 | 0.6% |
| CARDIAC FAILURE | 121 | 0.6% |
| JAUNDICE | 121 | 0.6% |
| DECREASED ACTIVITY | 120 | 0.6% |
| JOINT STIFFNESS | 120 | 0.6% |
| HEPATIC FAILURE | 120 | 0.6% |
| COUGH | 117 | 0.6% |
| PALPITATIONS | 114 | 0.5% |
| BLOOD PRESSURE INCREASED | 113 | 0.5% |
| BLOOD UREA INCREASED | 112 | 0.5% |
| VERTIGO | 112 | 0.5% |
| DERMATITIS | 112 | 0.5% |
| ARTHRITIS | 111 | 0.5% |

**FDA - Adverse Event Reporting System (AERS)**
**Freedom Of Information (FOI) Report**
**Standard Report - All Preferred Terms in Cases**

| MedDRA Preferred Term Reaction | Count | %Rpts |
|---|---|---|
| FEELING ABNORMAL | 111 | 0.5% |
| CARDIAC ARREST | 108 | 0.5% |
| DIABETES MELLITUS | 108 | 0.5% |
| DECREASED APPETITE | 108 | 0.5% |
| HEPATIC ATROPHY | 108 | 0.5% |
| NERVE INJURY | 108 | 0.5% |
| ANAEMIA | 107 | 0.5% |
| URINE ABNORMALITY | 107 | 0.5% |
| PERIPHERAL VASCULAR DISORDER | 106 | 0.5% |
| ARTHROPATHY | 105 | 0.5% |
| INFLUENZA LIKE ILLNESS | 105 | 0.5% |
| ARRHYTHMIA | 104 | 0.5% |
| DYSPEPSIA | 103 | 0.5% |
| ANGINA PECTORIS | 102 | 0.5% |
| SEPSIS | 102 | 0.5% |
| RASH | 98 | 0.5% |
| DYSURIA | 97 | 0.5% |
| DYSPHAGIA | 96 | 0.5% |
| SINUSITIS | 96 | 0.5% |
| HEART RATE INCREASED | 95 | 0.5% |
| MEMORY IMPAIRMENT | 95 | 0.5% |
| HYPERKALAEMIA | 94 | 0.4% |
| TRANSIENT ISCHAEMIC ATTACK | 94 | 0.4% |
| CORONARY ARTERY DISEASE | 92 | 0.4% |
| PANCREATITIS | 92 | 0.4% |
| RENAL PAIN | 89 | 0.4% |
| HYPOTENSION | 88 | 0.4% |
| SLEEP DISORDER | 88 | 0.4% |
| BLOOD GLUCOSE INCREASED | 87 | 0.4% |
| PARALYSIS | 87 | 0.4% |
| LOSS OF CONSCIOUSNESS | 87 | 0.4% |
| SWELLING | 87 | 0.4% |
| ANOREXIA | 86 | 0.4% |
| HEPATIC TRAUMA | 86 | 0.4% |
| ATRIAL FIBRILLATION | 86 | 0.4% |
| KIDNEY INFECTION | 85 | 0.4% |
| BURNING SENSATION | 84 | 0.4% |
| BLOOD LACTATE DEHYDROGENASE INCREASED | 83 | 0.4% |
| PHARYNGOLARYNGEAL PAIN | 83 | 0.4% |
| PULMONARY OEDEMA | 82 | 0.4% |
| SPINAL OSTEOARTHRITIS | 82 | 0.4% |
| DRUG INEFFECTIVE | 81 | 0.4% |
| JOINT SWELLING | 81 | 0.4% |
| FLATULENCE | 80 | 0.4% |
| BLOOD CHOLESTEROL INCREASED | 77 | 0.4% |
| CIRCULATORY COLLAPSE | 76 | 0.4% |
| CONTUSION | 74 | 0.4% |
| GASTROINTESTINAL DISORDER | 74 | 0.4% |
| POLLAKIURIA | 74 | 0.4% |
| OEDEMA | 74 | 0.4% |
| MYOGLOBINURIA | 73 | 0.3% |
| BLOOD TRIGLYCERIDES INCREASED | 72 | 0.3% |
| BONE PAIN | 72 | 0.3% |



FROM :EDWARD RONWIN FAX NO. :970-224-3838 Dec. 05 2006 09:56AM P11

**FDA - Adverse Event Reporting System (AERS)**
**Freedom Of Information (FOI) Report**
**Standard Report - All Preferred Terms in Cases**

| MedDRA Preferred Term Reaction | Count | % Rpts |
|---|---|---|
| CARDIOMYOPATHY | 72 | 0.3% |
| CONFUSIONAL STATE | 71 | 0.3% |
| ERECTILE DYSFUNCTION | 71 | 0.3% |
| OLIGURIA | 71 | 0.3% |
| HEPATIC ENZYME INCREASED | 68 | 0.3% |
| CHOLELITHIASIS | 66 | 0.3% |
| RED BLOOD CELL SEDIMENTATION RATE INCREASED | 66 | 0.3% |
| SUDDEN DEATH | 66 | 0.3% |
| BLOOD BILIRUBIN INCREASED | 65 | 0.3% |
| HYPERTONIA | 65 | 0.3% |
| URINARY TRACT OBSTRUCTION | 65 | 0.3% |
| EMOTIONAL DISORDER | 64 | 0.3% |
| WHITE BLOOD CELL COUNT INCREASED | 64 | 0.3% |
| STRESS | 64 | 0.3% |
| HAEMORRHAGE | 64 | 0.3% |
| — VISUAL ACUITY REDUCED | 63 | 0.3% |
| CARDIOMEGALY | 62 | 0.3% |
| CHRONIC OBSTRUCTIVE PULMONARY DISEASE | 62 | 0.3% |
| HEPATOMEGALY | 62 | 0.3% |
| GASTROINTESTINAL HAEMORRHAGE | 62 | 0.3% |
| NEPHROLITHIASIS | 62 | 0.3% |
| RENAL FAILURE CHRONIC | 62 | 0.3% |
| DYSSTASIA | 61 | 0.3% |
| HYPERLIPIDAEMIA | 61 | 0.3% |
| POLYMYOSITIS | 61 | 0.3% |
| TACHYCARDIA | 60 | 0.3% |
| THROMBOCYTOPENIA | 60 | 0.3% |
| FLUSHING | 59 | 0.3% |
| INTERVERTEBRAL DISC PROTRUSION | 59 | 0.3% |
| PLEURAL EFFUSION | 59 | 0.3% |
| ABDOMINAL DISTENSION | 58 | 0.3% |
| URINARY INCONTINENCE | 58 | 0.3% |
| MYOGLOBIN BLOOD INCREASED | 58 | 0.3% |
| GASTRITIS | 58 | 0.3% |
| LABORATORY TEST ABNORMAL | 57 | 0.3% |
| ANGINA UNSTABLE | 56 | 0.3% |
| RECTAL HAEMORRHAGE | 56 | 0.3% |
| TINNITUS | 56 | 0.3% |
| LETHARGY | 56 | 0.3% |
| CHILLS | 56 | 0.3% |
| CARDIOVASCULAR DISORDER | 55 | 0.3% |
| CHEST DISCOMFORT | 55 | 0.3% |
| COMA | 55 | 0.3% |
| ILL-DEFINED DISORDER | 55 | 0.3% |
| ALOPECIA | 54 | 0.3% |
| BRADYCARDIA | 54 | 0.3% |
| MUSCULOSKELETAL STIFFNESS | 53 | 0.3% |
| BLOOD POTASSIUM INCREASED | 52 | 0.2% |
| HAEMATOCRIT DECREASED | 52 | 0.2% |
| MUSCLE RIGIDITY | 52 | 0.2% |
| HAEMOGLOBIN DECREASED | 52 | 0.2% |
| CARPAL TUNNEL SYNDROME | 51 | 0.2% |
| ANURIA | 50 | 0.2% |

**FDA - Adverse Event Reporting System (AERS)**
**Freedom Of Information (FOI) Report**
**Standard Report - All Preferred Terms in Cases**

| MedDRA Preferred Term Reaction | Count | %Rpts |
|---|---|---|
| FACE OEDEMA | 50 | 0.2% |
| INFLAMMATION | 50 | 0.2% |
| HEPATIC STEATOSIS | 49 | 0.2% |
| PHARYNGITIS | 49 | 0.2% |
| TENDONITIS | 49 | 0.2% |
| RENAL CYST | 49 | 0.2% |
| OBSTRUCTION | 48 | 0.2% |
| BRONCHITIS | 47 | 0.2% |
| PANCREATITIS ACUTE | 47 | 0.2% |
| MULTI-ORGAN FAILURE | 47 | 0.2% |
| DYSPHONIA | 47 | 0.2% |
| CHRONIC FATIGUE SYNDROME | 47 | 0.2% |
| ANGIOPATHY | 46 | 0.2% |
| CYSTITIS | 46 | 0.2% |
| GASTROOESOPHAGEAL REFLUX DISEASE | 46 | 0.2% |
| VENTRICULAR EXTRASYSTOLES | 46 | 0.2% |
| NIGHT SWEATS | 46 | 0.2% |
| NERVOUSNESS | 46 | 0.2% |
| ARTERIOSCLEROSIS | 45 | 0.2% |
| DYSPNOEA EXERTIONAL | 45 | 0.2% |
| NASOPHARYNGITIS | 45 | 0.2% |
| INFECTION | 45 | 0.2% |
| HYPERCHOLESTEROLAEMIA | 45 | 0.2% |
| CARDIO-RESPIRATORY ARREST | 44 | 0.2% |
| ERYTHEMA | 44 | 0.2% |
| FIBROMYALGIA | 44 | 0.2% |
| BLOOD CREATINE PHOSPHOKINASE MB INCREASED | 43 | 0.2% |
| RHINITIS | 43 | 0.2% |
| MYOCARDIAL ISCHAEMIA | 42 | 0.2% |
| COORDINATION ABNORMAL | 41 | 0.2% |
| BENIGN PROSTATIC HYPERPLASIA | 40 | 0.2% |
| UPPER RESPIRATORY TRACT INFECTION | 40 | 0.2% |
| TENDON DISORDER | 40 | 0.2% |
| STAPHYLOCOCCAL INFECTION | 40 | 0.2% |
| SOMNOLENCE | 40 | 0.2% |
| SLEEP APNOEA SYNDROME | 40 | 0.2% |
| MOBILITY DECREASED | 40 | 0.2% |
| MITRAL VALVE INCOMPETENCE | 40 | 0.2% |
| MEDICATION ERROR | 40 | 0.2% |
| GAMMA-GLUTAMYLTRANSFERASE INCREASED | 40 | 0.2% |
| CATARACT | 40 | 0.2% |
| AMYOTROPHIC LATERAL SCLEROSIS | 39 | 0.2% |
| FLUID RETENTION | 39 | 0.2% |
| POLYNEUROPATHY | 39 | 0.2% |
| PULMONARY EMBOLISM | 39 | 0.2% |
| HEART RATE IRREGULAR | 39 | 0.2% |
| BLOOD ALKALINE PHOSPHATASE INCREASED | 38 | 0.2% |
| ACCIDENT | 37 | 0.2% |
| ELECTROCARDIOGRAM ABNORMAL | 37 | 0.2% |
| HYPOKALAEMIA | 37 | 0.2% |
| C-REACTIVE PROTEIN INCREASED | 37 | 0.2% |
| POST PROCEDURAL COMPLICATION | 37 | 0.2% |
| URINARY TRACT DISORDER | 37 | 0.2% |



FROM :EDWARD RONWIN FAX NO. :970-224-3838 Dec. 05 2006 09:57AM P13

**FDA - Adverse Event Reporting System (AERS)**
**Freedom Of Information (FOI) Report**
**Standard Report - All Preferred Terms in Cases**

| MedDRA Preferred Term Reaction | Count | %Rpts |
|---|---|---|
| HYPERSENSITIVITY | 36 | 0.2% |
| SCIATICA | 36 | 0.2% |
| SPINAL COLUMN STENOSIS | 36 | 0.2% |
| URTICARIA | 36 | 0.2% |
| ASTHMA | 35 | 0.2% |
| BURSITIS | 35 | 0.2% |
| DYSGEUSIA | 35 | 0.2% |
| RESPIRATORY DISORDER | 35 | 0.2% |
| RENAL COLIC | 35 | 0.2% |
| BLOOD PRESSURE DECREASED | 35 | 0.2% |
| DIVERTICULUM | 34 | 0.2% |
| HIATUS HERNIA | 34 | 0.2% |
| ECCHYMOSIS | 34 | 0.2% |
| MUSCLE TWITCHING | 34 | 0.2% |
| ROTATOR CUFF SYNDROME | 34 | 0.2% |
| TENDON RUPTURE | 34 | 0.2% |
| PROTEINURIA | 34 | 0.2% |
| DIVERTICULITIS | 33 | 0.2% |
| EYE DISORDER | 33 | 0.2% |
| RASH ERYTHEMATOUS | 33 | 0.2% |
| SPEECH DISORDER | 33 | 0.2% |
| EAR PAIN | 33 | 0.2% |
| LUNG DISORDER | 32 | 0.2% |
| THROMBOSIS | 32 | 0.2% |
| SENSATION OF HEAVINESS | 32 | 0.2% |
| HYPOTHYROIDISM | 31 | 0.1% |
| RED BLOOD CELL COUNT DECREASED | 31 | 0.1% |
| OSTEOPOROSIS | 31 | 0.1% |
| LEUKOCYTOSIS | 31 | 0.1% |
| HYPOTONIA | 31 | 0.1% |
| ABASIA | 30 | 0.1% |
| HYPERGLYCAEMIA | 30 | 0.1% |
| SENSORY LOSS | 30 | 0.1% |
| URINARY RETENTION | 30 | 0.1% |
| POLYMYALGIA RHEUMATICA | 30 | 0.1% |
| OESOPHAGITIS | 30 | 0.1% |
| INTERVERTEBRAL DISC DEGENERATION | 30 | 0.1% |
| INFLUENZA | 30 | 0.1% |
| ATELECTASIS | 30 | 0.1% |
| DRUG EFFECT DECREASED | 30 | 0.1% |
| ABDOMINAL DISCOMFORT | 29 | 0.1% |
| LYMPHADENOPATHY | 29 | 0.1% |
| GROIN PAIN | 29 | 0.1% |
| GOUT | 29 | 0.1% |
| DIABETIC NEUROPATHY | 29 | 0.1% |
| DIABETES MELLITUS INADEQUATE CONTROL | 29 | 0.1% |
| DEEP VEIN THROMBOSIS | 29 | 0.1% |
| CYST | 29 | 0.1% |
| CORONARY ARTERY OCCLUSION | 29 | 0.1% |
| CARDIAC MURMUR | 29 | 0.1% |
| BLOOD AMYLASE INCREASED | 29 | 0.1% |
| CHOLESTASIS | 28 | 0.1% |
| FAECES DISCOLOURED | 28 | 0.1% |

**FDA - Adverse Event Reporting System (AERS)**
**Freedom Of Information (FOI) Report**
**Standard Report - All Preferred Terms in Cases**

**Summary Report for FOI Selections:**

**From:** 01-NOV-1997 **To:** Present

Selection by inexact search of active ingredient:
CERIVASTATIN%

Selection by inexact search of Tradename/Verbatim:
BAYCOL%

Total Individual Safety Reports: 21,048

OFFICE OF THE OMBUDSMAN
OFFICE OF THE COMMISSIONER
FOOD AND DRUG ADMINISTRATION
U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
5600 FISHERS LANE, HF-7
ROCKVILLE, MD 20857

## FACSIMILE TRANSMISSION RECORD

8 Number of Pages (Including Coversheet)

To: Dr. Ronwin

FAX: 970-224-3838 Voice: 970-221-3837

THIS DOCUMENT IS INTENDED ONLY FOR THE USE OF THE PARTY TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW. If you are not the addressee, or a person authorized to deliver the document to the addressee, you are hereby notified that any review, disclosure, dissemination, copying, or other action based on the content of this communication is not authorized. If you have received this document in error, please immediately notify us by telephone and return it to us at the above address by mail. Thank you.

FROM: Laurie Lenkel
Office of the Ombudsman
FAX: (301) 480-8039 Voice: (301) 827-3390

DATE: October 16, 2006

MESSAGE:

*I printed off just one of the links. If you see another link that looks interesting I will print that off as well.*
*I hope this information is useful.*

LL

EXHIBIT 2

NOTE: If you do not receive a legible document, or do not receive all of the pages, please telephone us immediately at the voice number above.

U.S. Food and Drug Administration

FDA Home Page | CDER Home Page | CDER Site Info | Contact CDER | What's New @ CDER

CDER Home | About CDER | Drug Information | Regulatory Guidance | CDER Calendar | Specific Audiences | CDER Archives

Search GO powered by Google™

# Adverse Event Reporting System (AERS)

The Adverse Event Reporting System (AERS) is a computerized information database designed to support the FDA's post-marketing safety surveillance program for all approved drug and therapeutic biologic products. The ultimate goal of AERS is to improve the public health by providing the best available tools for storing and analyzing safety reports.

The FDA receives adverse drug reaction reports from manufacturers as required by regulation. Health care professionals and consumers send reports voluntarily through the MedWatch program. These reports become part of a database. The structure of this database is in compliance with the international safety reporting guidance (ICH E2B) issued by the International Conference on Harmonisation. The guidance describes the content and format for the electronic submission of reports from manufacturers. FDA codes all reported adverse events using a standardized international terminology, MedDRA (the Medical Dictionary for Regulatory Activities). Among AERS system features are: the on-screen review of reports; searching tools; and various output reports. FDA staff use reports from AERS in conducting postmarketing drug surveillance and compliance activities and in responding to outside requests for information.

The reports in AERS are evaluated by clinical reviewers in the Center for Drug Evaluation and Research (CDER) and the Center for Biologics Evaluation and Research (CBER) to detect safety signals and to monitor drug safety. They form the basis for further epidemiological studies when appropriate. As a result, the FDA may take regulatory actions to improve product safety and protect the public health, such as updating a product's labeling information, sending out a "Dear Health Care Professional" letter, or re-evaluating an approval decision.

- **Latest Quarterly Data Files from the AERS Database** (last four quarters)
- **Older Quarterly Data Files from the AERS Database**
- **MedWatch**: The FDA Safety Information and Adverse Event Reporting Program
  The MedWatch page Mandatory Reporting by Drug/Biologics Manufacturers, Distributors, and Packers contains information about the following:
  - Mandatory Reporting Form and Instructions (FDA 3500A)
  - International Conference on Harmonisation of Technical Requirements for Registration of Pharmaceuticals for Human Use (ICH)
  - Regulations Related to Postmarketing Safety Reporting
  - Guidance for Industry
  - Guidance for FDA Field Staff
  - MedWatch to Manufacturer Program (MMP)

Adverse Event Reporting System

- Electronic Submission Postmarketing Safety Reports - Pilot Program
- Federal Register Publications Related to Postmarketing Reporting

Back to Top Back to Drug Information

Date created: August 7, 2002; Updated: July 29, 2005