# Exhibit E

IN THE DISTRICT COURT FOR THE STATE OF WYOMING
IN AND FOR THE COUNTY OF LARAMIE

| | | |
|---|---|---|
| EDWARD RONWIN,<br><br>Plaintiff,<br><br>vs.<br><br>BAYER CORPORATION, d/b/a BAYER PHARMACEUTICAL DIVISION an Indiana corporation,<br><br>Defendant. | ) | No. 154-4<br><br>COMPLAINT<br>(Tort) |

FILED
SEP 05 2001
C-RRIE E. BISHOP
CLERK OF THE DISTRICT CO

COMES NOW the Plaintiff, ("RONWIN"), and for his Complaint against the Defendant, ("BAYER"), alleges as follows:

COUNT I

(Negligence; Willful and Wanton)

JURISDICTION

I

This Court has jurisdiction of this action, inter alia, pursuant to WSA §1-5-109. The damages claimed by RONWIN exceed the jurisdictional amount required.

PARTIES

II

RONWIN is a citizen and domiciliary of the State of Wyoming, residing in the City of Cheyenne.

III

BAYER is a corporation incorporated in the State of Indiana and has its principal offices in the State of Pennsylvania. BAYER does business, inter alia, as BAYER PHARMACEUTICAL DIVISION located in West Haven, Connecticut.

OPERATIVE FACTS

IV

RONWIN has had elevated blood cholesterol for a number of years. In the course of treatment, a medical doctor specializing in cardiac problems prescribed a daily dose of 0.4mg. of a blood cholesterol-reducing drug known by the common name of Baycol, and also known in pharmaceutical circles as, Cerivastatin.

V

Baycol is a product researched, manufactured and sold by BAYER, through BAYER PHARMACEUTICAL DIVISION, and the product has been distributed by pharmacies throughout the United States to those members of the public holding prescriptions therefor written by medical care providers.

VI

RONWIN began to take Baycol on or about January 10, 2001 and took the drug thereafter to August 7, 2001, which was the day, or close to the day, that BAYER announced to the world the withdrawal of Baycol from the market.

VII

RONWIN purchased Baycol, pursuant to prescription during the period of time in which he was taking it, from a pharmacy in Cheyenne, Wyoming.

VIII

Shortly after commencing the taking of Baycol, RONWIN began to experience a number of symptoms which included, but are not necessarily limited to, muscular difficulties in various parts of the body.

IX

In its mad dash to bring Baycol to the market and to achieve approximately twenty percent, (20%), profitability, BAYER willfully and wantonly failed to determine proper dosage of Baycol necessary to achieve acceptable blood cholesterol reduction levels.

X

In its mad dash to bring Baycol to the market and to achieve approximately twenty percent, (20%), profitability, BAYER willfully and wantonly failed to determine the detrimental effects of Baycol on the health of persons for whom Baycol was prescribed as a blood cholesterol-reducing agent.

XI

As a consequence of taking Baycol and the aforesaid activities of BAYER, RONWIN has experienced, and continues to experience, pain, suffering, additional and unnecessary health concerns, and damages exceeding the jurisdictional amount required in this action in this Court.

XII

This is a case for punitive and exemplary damages.

**WHEREFORE**, Plaintiff asks this Court for Judgment as follows:

(1) For an award of compensatory damages in an amount to be determined at trial hereof;

(2) For an award of exemplary and punitive damages in an amount to be determined at trial hereof;

(3) For the costs of this action; and,

(4) For such other relief as to this Court appears just and

equitable in the premises.

COUNT II

(Strict Liability in Tort)

XIII

RONWIN reiterates each and every allegation in Count I, <u>supra</u>, as though set forth verbatim herein.

XIV

BAYER, through its BAYER PHARMACEUTICAL DIVISION, was and is in the business of researching, manufacturing and selling drugs which are ultimately sold to those members of the public that hold prescriptions written for BAYER's drugs by medical care providers; among the drugs which BAYER researched, manufactured and sold was Baycol.

XV

Baycol was an unsafe drug for its intended use and was not properly researched before BAYER put Baycol on the market.

XVI

Baycol was inherently dangerous to human life when placed on the market and sold to the prescription-holding public.

XVII

As a consequence of taking Baycol and the aforesaid activities of BAYER, RONWIN has experienced, and continues to experience, pain, suffering, additional and unnecessary health concerns, and damages exceeding the jurisdictional amount required in this action in this Court.

XVIII

This is a case for punitive and exemplary damages

**WHEREFORE**, Plaintiff asks this Court for Judgment as follows:

(1) For an award of compensatory damages in an amount to be determined at trial hereof;

(2) For an award of punitive and exemplary damages in an amount to be determined at trial hereof;

(3) For the costs of this action; and,

(4) For such other relief as to this Court appears just and equitable in the premises.

COUNT III

(Breach of Implied Warranty)

XIX

RONWIN reiterates each and every allegation in Count I, supra, and Count II, supra, as though set forth verbatim herein.

XX

An implied warranty that Baycol was fit and safe running from BAYER to all persons who used Baycol existed.

XXI

RONWIN was one of the persons who used Baycol pursuant to prescription from a medical doctor specializing in cardiac problems.

XXII

Baycol is an unsafe drug dangerous to human health and unfit for human use and has caused RONWIN to experience, and to continue to experience, pain, suffering, additional and unnecessary health concerns, and damages exceeding the jurisdictional amount required in

this action in this Court.

XXIII

As a consequence, BAYER has breached its implied warranty that Baycol is fit and safe for human use.

XXIV

This is a case for punitive and exemplary damages.

**WHEREFORE**, Plaintiff asks this Court for Judgment as follows:

(1) For an award of compensatory damages in an amount to be determined at trial hereof;

(2) For an award of punitive and exemplary damages in an amount to be determined at trial hereof;

(3) For the costs of this action; and,

(4) For such other relief as to this Court appears just and equitable in the premises.

Edward Ronwin

Edward Ronwin
P.O. Box 20875
Cheyenne, WY 82003
(307) 433-0036
Plaintiff pro se

# Exhibit F

filed 9/14/04

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re BAYCOL LITIGATION | ) | |
| This Document Relates to: | ) | MDL No. 1431; (MJD/JGL) |
| | ) | Specific Case No. 02-0200 |
| RONWIN v. BAYER CORP. | ) | |

**CASE SPECIFIC MEDICAL EXPERT REPORT PURSUANT TO PTO 114**

This Report mailed to the following persons on September 7th, 2004:

Susan A. Weber
Sidley Austin Brown & Wood, LLP
Bank One Plaza
10 South Dearborn St.,
Chicago, IL 60603

EXHIBIT 23 4/17/06 Ronwin COFFMAN REPORTING

Fred T. Magaziner
DECHERT, LLP
4000 Bell Atlantic Tower
1717 Arch St.,
Philadelphia, PA 19103

Deanna D. Dailey
Larson-King, LLP
2800 Minn. World Trade Ctr.,
30 East 7th St.,
St. Paul, MN 55101

Dr. Raul G. Reyes, MD
P.O. Box 15379
New Orleans, LA 70175

1. My name is Dr. Raul G. Reyes, MD, and I have been practicing medicine for 54 years.

2. My curriculum vitae is attached as Exhibit A. In the past four years, I have testified as an expert in the cases listed in Exhibit A. My fee for this review and report is $250.00.

3. I have reviewed Dr. Ronwin's records and find that he continues to have restricted range of motion and pain in his left shoulder. I have reviewed the medical reports of the following orthopedic surgeons who gave medical care to Dr. Rowin from March 16,2001 to February 2, 2004: Dr. Richard E. Torkelson and Dr. Mark R. Rangitsch of Cheyenne, WY and Dr. Jane T. Servi and Dr. Sally A. Knauer of Fort Collins, Co. I have also reviewed the records of the physical therapy services rendered to Dr. Rowin subsequent to his rotator cuff repair operation and viewed the prescription form for 0.4 mg. Baycol, which is dated January 24, 2001, and which was ordered by a cardiologist for Dr. Ronwin and I have reviewed the K-Mart Pharmacy record of the pharmacy in Cheyenne, Wy, of the purchases of drugs by Dr. Ronwin from February 24, 2001 to July 7, 2001. A copy of the records identified in this paragraph is attached hereto as Exhibit B.

4. As to prescriptions which Dr. Ronwin took while he took Bay col, as shown in the K-Mart Pharmacy (Cheyenne, Wy), record , Exh. B, The Clobetasol is an anti-itch skin treatment used on occasions. Dr. Rowin took the Neproxen for two days and then ceased because it caused him severe stomach pain. The Trimax, Tussi and Zithromax were taken for two or three days due to a cold that quickly receded. Other than Baycol, none of the medications noted in this paragraph could have caused Dr. Ronwin's injuries.

5. From my review of Dr. Ronwin's records, and also from the medical records in Exhibit B, I learned that (i) Dr. Ronwin commenced taking Baycol on January 10, 2001 from samples provided to him by his cardiologist 's office; (ii) that about a month later Dr. Ronwin 's left shoulder began to give him pain depending upon the arm motion involved; (iii) that after a month of being unable to shake the pain, Dr. Ronwin visited with Dr. Torkelson, which commenced the series of visits to the aforesaid doctors and finally resulted in an operation on Dr. Ronwin left shoulder in an effort to correct the rotator cuff tear in that shoulder. Dr. Ronwin informed me that no trauma, physical or otherwise, had ever affected his left shoulder so as to require medical assistance until he commenced taking Baycol pursuant to prescription and that he was unaware of Baycol's dangerous propensities until August 8-9 , 2001,when the defendant, or its parent company, announced the withdrawal of Baycol from the market as a dangerous drug which had killed more than 130 persons and caused other injuries. Dr. Rowin informed me that upon learning of the withdrawal of this drug from the market and checking with his cardiologist's office he ceased taking Baycol. After ceasing to take Baycol,


CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

the injury persisted in similar degree. My Review of the medical records are entirely consistent with Dr. Ronwin's statement of events and I see no reason to doubt that statement of events.

6. The medical records clearly reveal that Dr. Ronwin suffered a left shoulder rotator cuff tear which required corrective surgery and, in view of the undisputed propensity of Baycol to disrupt body function along with an absence of any other traumatic event in Dr. Rowin's case, it is my medical opinion that in view of the lack of medical history of any injury to this shoulder that there is a high probability that this injury was caused by Baycol ingestion for a period of seven (7) months.

7. In addition, Dr. Ronwin has explained that he experienced other problems which were: blurred vision on occasions; tendency to stumble due , at times , to inadvertently moving one leg over the other when walking; pain in the back of thighs of both legs particularly when walking uphill; some pain above the legs and some right arm pain around the elbow region. Of these effects , I am informed by Dr. Ronwin that he still experiences blurred vision and pain in the back of thighs in both legs particularly when walking uphill. All these symptoms may be related to his ingestion of Baycol.

Dated: Sept 7 2004

Dr. Raul G. Reyes, MD


CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

# CURRICULUM VITAE OF RAUL G. REYES, M.D.

## Education:

### Elementary:

Escuela Republica de Chile
Puerto Cortes, Honduras — 1934-1939

### High School:

"Holy Cross College"
New Orleans, Louisiana — 1939-1943

### University:

Georgetown University — World War II
Bachelor Of Science — Accelerated program.
Washington, D.C. — 1943-1945

### School Of Medicine:

George Washington University
Washington, D.C. — 1946-1950

### Internship (Rotating):

Charity Hospital
New Orleans, Louisiana — 1950-1951

### Surgical Training (Residency Program):

Emergency Hospital
(George Washington University program)
Washington, D.C. — 1951 (six months)

Charity Hospital (LSU program)
New Orleans, Louisiana — 1952-1955 (3-1/2 yrs)

Thoracic Surgery Resident
Charity Hospital, Louisiana (LSU program) — 1953 (2 Months)
New Orleans, Louisiana — 1954 (2 Months)

Chief Thoracic Surgery Resident
Charity Hospital (LSU program)
New Orleans, Louisiana — 1955 (3 Months)



EXHIBIT A

**Board Certification:**

| | |
|---|---|
| National Board of Medical Examiners | 1951 |
| American Board Of Surgery | 1958 |

**University Appointments:**

Faculty member of Louisiana State University School Of Medicine from 1953 to 1999. (Clinical Associate Professor of Surgery)

Incorporated to Faculty of Medicine, University of Honduras 1955.

Associate in Trauma and Fracture Services, LSU Department of Surgery at Charity Hospital of New Orleans, Louisiana from 1956 to 1964 ( 300 Orthopedic surgeries per year).

Chief Of Trauma and Fracture Services, LSU Department of Surgery at Charity Hospital of New Orleans, Louisiana from 1964 to 1972 (300 Orthopedic surgeries per year).

Incorporated to Colegio Medico de Honduras, 1970.

**Government (Honduras) Appointments:**

Chief of Thoracic Surgery, San Felipe Hospital (1,500 beds), Tegucigalpa, Honduras from 1955 to 1956

**Memberships in Organizations:**

1. American College of Surgeons
2. American Medical Association
3. Louisiana State Medical Society
4. Orleans Parish Medical Society
5. Colegio Medico de Honduras

**Present Hospital Affiliations:**

St. Charles General Hospital, New Orleans, Louisiana

**Chronology: Expertise - Experience:**

**Overview:** Private practice of surgery in New Orleans since 1956 to present.

**Surgical Experience – Estimate: 1951 to Present:**

Personally - 20,000 plus major surgeries
Supervision of Resident Training – 10,000 plus major surgeries

| | | Level of Experience |
|---|---|---|
| General Surgery | 1956 – Present | Extensive |
| Thoracic Surgery | 1956 – Present | Extensive |
| Vascular Surgery | 1956 – Present | Extensive |
| Traumatic Orthopedic Surgery (open and closed reductions) | 1956 – Present | Extensive |
| Occupational and Industrial Medicine | 1956 – Present | Extensive |
| Endoscopy (Bronchoscopy, Esophagogastroscopy and Colonoscopy) | 1956 – Present | Extensive |
| Angiography | 1956 – Present | Extensive |

Privileges in New Orleans area hospitals during active affiliation have always included above areas of endeavor (i.e., Touro Infirmary, St. Charles General, East Jefferson, South Jefferson, Methodist, New Orleans General, DeLaRonde, Jo Ellen Smith). I have, however, resigned from the staff of all hospitals mentioned except St. Charles General in New Orleans Louisiana.

**Chronology: Practice Endeavors:**

| | |
|---|---|
| Owner / President – Raul G. Reyes, M.D., A Medical Corporation | 1973 – Present |
| Owner / President – Catracho Enterprises | 1975 – Present |
| Owner / President – Physical Therapy Services of New Orleans, Ltd. | 1975 – Present |
| Owner / President – Trauma Clinic, Inc. | 1991 – Present |
| Owner / President – Expert Medical Advice | 1991 – Present |
| Medical Director / Owner – International Maritime Medical Services (IMMS) | 1978 – Present |
| Emergency Room Medicine | 12/2000- Present |
| Advanced Trauma Life Support Course (ATLS) | Completed 2001 |
| Acute Cardiac Life Support Course (ACLS) | Completed 2000 |
| Pediatric Acute Life Support Course (PALS) | Completed 2000 |
| Associate Louisiana Clinic Orthopedic Department | 2/1/98 – 9/15/99 |
| Medical Director in New Orleans of the National Maritime Union | 1978 – 1997 |
| Medical Director of Lallie Kemp Regional Hospital – Independence, La. | 9/1/88 – 3/15/89 |
| Chief Of Orthopedics – Lallie Kemp | 7/1/88 – 3/15/89 |
| Chief Of Surgery – Lallie Kemp | 7/1/88 – 3/15/89 |
| Partner, Browne – McHardy Clinic | 1960 – 1973 (Resigned) |
| Associate, Browne – McHardy Clinic | 1956 – 1960 |
| Medical Director – New Orleans Industrial Clinic | 1956 – 1958 |

**Civic Honors And Endeavors:**

| | |
|---|---|
| Marquis Biography – Who's Who in America | |
| Marquis Biography – Who's Who in The World | |
| Founder, Literacy Center of Honduras | 1991 |
| Candidate for President of the Republic of Honduras (National Party) | 1985 |
| Mardi Gras Carnival King Krewe of Les Marionettes | 1983 |
| Chairman, Republican Hispanic Assembly of New Orleans. | 1983 |
| Chairman, Latin World | 1982 – 1983 |
| President, Committee for Aid to Honduras (Hurricane Fifi) | 1974 |
| President, Committee for Aid to Honduras (Conflict with El Salvador) | 1969 |
| President, Honduran Association of New Orleans, Louisiana | 1958 – 1961 |
| Honorary Consul of Honduras in U.S.A. (New Orleans) | |
| Appointed by President of Honduras Oswald Lopez Arellano | January 8, 1968 |
| Recognized by President of The United States Lyndon Johnson | November 7, 1968 |
| Honorary Citizen of New Orleans Conferred by Mayor Ernest Morial | October 21, 1966 |

MAR 21 2001 BP: 110/58 P: 60 R: 16 T: 96.8 IJS.

Naprosyn ø Help

Cortisone shot

RONWIN, EDWARD 03/21/01

HISTORY: He is a follow-up patient of Dr. Torkelson s. Dr. Torkelson got called away for an emergency and therefore the patient was seen by me. He is here now in follow-up. He states the NAPROSYN was a waste of his time, really made him sick, and also really did not do much for his pain. He wanted to get a CORTISONE injection, and therefore came in for further follow-up.

His personal and social history, family history, past medical history, and review systems are per his patient information sheet.

PHYSICAL EXAMINATION: Vital signs -- blood pressure 110/58, pulse 60, respiration 16, temperature 96.8. He is alert and oriented x3. His left shoulder shows obvio increased thickness of the distal clavicle, he has a positive impingement sign, rotator cuff strength appears intact, sensation is normal.

X-RAYS: Review of his x-rays that were taken previously shows the degenerative change of the acromioclavicular joint with subacromial impingement.

ASSESSMENT: Subacromial impingement, left shoulder.

DISCUSSION/PLAN: We discussed his options for treatment. He elected to undergo a injection, using DEPO-MEDROL 40 mg and LIDOCAINE 1% plain, 4 cc, under sterile technique. He is going to follow-up in another few days if he is not significant improved. MAR/dam/#15051

AUG 08 2001

Painful Ⓛ shoulder 1 month worse ē elevation. No exercise program. Complete resolution ā injection. Radiates into Ⓛ deltoid.

Ex Ⓛ Thin.

RONWIN, EDWARD 08/08/01

HISTORY: The patient complains of pain in the left shoulder, for about one month. The pain is worse with elevation. He has not been on an exercise program. The injection that was provided him in March, by Dr. Rangitsch, gave him complete relief of symptoms. His pain now is lateral in location, radiating into the deltoid.

PHYSICAL EXAMINATION: The patient is thin, but in no acute distress. Shoulder motion is essentially normal, lacking only to the last 15 to 20 degrees of elevation. He has mild pain with elevation, and mild pain with resisted abduction-flexion.

IMPRESSION: Subacromial impingement, left shoulder.

PLAN: After a sterile prep, I injected the subacromial bursa with DEPO-MEDROL and XYLOCAINE. He is to return in one month. RET/dam/#7159

06/16/2003 Mailed records to MCS /JF

8/14/03 mailed printout of pt acct + pt info sheet to MCS/CK

The dispute over the way the injection with cortisone was to be given was that Torkelson insisted he would only give the injection simultanously with the lidocaine, whereas I wanted a lidocaine injection first and then a cortisone injection. When I made the appointment for the 3/21/01 visit, I expressed my concerns and desire to have the latter procedure used, so an appointment was set up with Rangitsch, who gave me a choice of procedure, but assured me that the simultaneous method would not cause undue pain. Therefore, I allowed Rangitsch to give me the injection by the simultaneous method. I had good reasons for my position, which are of ~~no~~ no import at this time.


CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

NORTHERN COLORADO
ORTHOPEDIC
ASSOCIATES

Sally A. Knauer, M.D.
*Board Certified Orthopedic Surgeon*

Jane T. Servi, M.D.
*Sports Medicine Specialist*

DATE: September 4, 2001

PATIENT: EDWARD RONWIN

HISTORY: Edward is a 77-year-old retired white male biochemist and lawyer who presents with left shoulder pain. He is right hand dominant. His shoulder pain was of insidious onset first noted in February or March diagnosed as bursitis and resolved with a CORTISONE INJECTION. He states that 2 months ago he had the insidious onset of pain initiating over the superior aspect of the shoulder radiating down the proximal lateral humerus, which is worse with abductive type maneuvers but at its worst is present with behind the back maneuvers during the night. He describes that pain at that point as a 10 out of 10, dull to sharp in nature, without nocturnal symptomatology unless he gets into that position, or paresthesias. Treatment thus far has consisted only of CORTISONE INJECTION into the subacromial space 3 weeks ago without resolution. He states he has a many year history of cervical DJD. It was recommended that he have fusion, which he declines. He also has a history of left shoulder surgery for ulnar and radial nerve transplant back in 1984.

PMH: Hypercholesterolemia and CAD. MEDICATIONS: ZOCOR and ASPIRIN. **NKDA.** ROS: Occasional cephalgia, blurry vision, and vertigo. Occasional chest pain, tachycardia, and urinary frequency. SOCIAL HISTORY: Single. No tobacco, recreational drug use, caffeine, or alcohol consumption. Exercise is on a weekly basis in terms of walking. PSH: Left shoulder transplantation of ulnar and radial nerve. Left elbow surgery for fracture. Right RC repair. CABG. FAMILY HISTORY: CAD and cancer.

OBJECTIVE: General: Elderly, NAD, cooperative with exam. Left shoulder is without atrophy, ecchymosis, edema, scapular winging, apprehension, and stability. There is tenderness to palpation mildly at the C-joint and over the coracoid process. Range of motion forward flexion: 120 degrees actively, 160 degrees passively. Abduction: 160 degrees actively, 180 degrees passively. IR to T8. This is equal to the contralateral side. ER: 45 degrees. Also equal to the contralateral side. Strength, abduction, ER IR, biceps, triceps 5/5, no pain. Supraspinatus 4-/5 and painful. Impingement test positive in forward flexion IR with a mildly positive cross arm test. No subacromial crepitation. UE NVI. Neck: FROM extension 5 degrees, lateral gauge 30 degrees, lateral bends 10 degrees, with pain reproduced in the left base of the neck on a right lateral bend and gauge. There is no tenderness to palpation over the cervical paraspinous musculature or spinous processus with a negative head compression test, and Spurling maneuvers.

RADIOGRAPHS: Review of Radiography demonstrating mild degenerative changes of glenoid fossa, no proximal migration of the humerus, mild spurring at the distal AC joint with a Type II acromion.

**SPFS000057er**
**CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER**

EDWARD RONWIN
Page 2

IMPRESSION: 1) Left RC tendonitis versus tear.

PLAN: 1) Implications of this problem was discussed at length with patient and he is very adamant about not receiving medication secondary to their side effect profile. He does desire another trail of CORTICOSTEROID INJECTION, which was done with 9 cc of XYLOCAINE, 1 c of DEPO-MEDROL done in the normal sterile fashion without complications. No improvement in post injection resisted supraspinatus testing. He does understand that he is a candidate for MRI, which he has had a bad experience with closed machine, or an arthrogram of the left shoulder should his symptoms not improve. He will return to clinic in 3 weeks.

Jane T. Servi, MD/ba

Northern Colorado Orthopedic Associates
2121 Harmony Road, Suite 290 - Fort Collins, CO 80528 - (970) 224-9890
Sally A. Knauer, M.D., P.C.
Jane T. Servi, M.D.

DATE: October 31, 2001

PATIENT: EDWARD RONWIN

HISTORY: Edward is a 77 year old retired white male biochemist and lawyer who is being followed for left RC tendonitis versus tear. He has received two CORTICOSTEROID injections into the subacromial space thus far with the last one being 9-4-2001. He states that his pain nearly resolved with this injection, but over the past month he has had increased symptomatology. He notes the pain intermittently and it occurs with abduction and behind the back type maneuvers. He localizes it to the proximal lateral humerus, states it is dull, intermittent in nature, occurring with movement only. He rates the pain as a 5 to 6 out of 10. He will experience nocturnal symptomatology if the arm is placed behind his back, denies paresthesias. He states he has absolutely no desire to take medication for this problem. He does specifically request another trial of a CORTICOSTEROID injection for this. He is also against undergoing MRI. He states that potentially if this does not resolve he may be willing to undergo an arthrogram.

OBJECTIVE: Gen: Elderly, NAD, thin. Cooperative with exam. Left shoulder: there is no edema. There is mild tenderness to palpation at the AC joint. There is maximal tenderness over the coracoid process. ROM: forward flexion to 160 degrees actively 170 degrees passively. Abduction and a true abductive arc is 110 degrees. I am unable to move him beyond this passively, however he does compensate by going into a forward plane and obtaining 170 degrees of active motion. IR is to T6, ER 30 degrees. Strength: abduction, ER, IR, biceps-triceps 5/5 no pain. Supraspinatus is 4/5 and painful. Impingement test positive in forward flexion IR with a negative cross arm test. Upper extremity is NVI. Subacromial crepitation is present.

ASSESSMENT: 1) Mild DJD to the left glenohumeral fossa, mild DJD at the AC joint. 2) Left RC tendiniti versus partial tear. 3) Adhesive capsulitis.

PLAN: 1) The implications of the problem were discussed again with patient as well as treatment options an offering of MRI. He declines MRI and PT. He is desirous of a CORTISONE injection, done with 9 c XYLOCAINE, 1 cc of DEPOMEDROL done in the normal sterile fashion without complications and good pos injection relief. 3). He desires to return on a prn basis.

Jane T. Servi, MD/mld/bmc

(JT)

SPFS000059er
CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Phone call 12/21/01 Pt c̄ foot c/o, stating that he has had 3-4 Podiatrist treat for callouses in past but pain is relieved for only 3-4 day p̄ callous removed. He believes there is an infected cyst and wants to see a

Northern Colorado Orthopedic Associates
2121 Harmony Road, Suite 290 - Fort Collins, CO 80528 - (970) 224-9890
Sally A. Knauer, M.D., P.C.
Jane T. Servi, M.D.

DATE: February 12, 2002

PATIENT: EDWARD RONWIN

HISTORY: Edward is a 77 year old retired white male, biochemist, and lawyer. He is being followed for left RC tendonitis versus tear. He has received three CORTICOSTEROID injections into the subacromial space thus far. The last one being October 31, 2001. He states that his first two injections were helpful. However, this past one did seem to offer him some relief but it has never completely resolved. He localizes his pain to the proximal lateral humerus. He states that the onset used to be at the same time that he was utilizing BAYCHOL. He has discontinued that since, but has not had a resolution of his pain. He states that pain occurs only with movement, such as putting on his clothes, reaching forward, or behind his back. He describes the pain as short sharp pain, which he rates as a four to five out of ten. He denies any nocturnal symptomatology. Treatment is none, he is very averse to taking any type of oral medication.

OBJECTIVE: Gen: Elderly, NAD. Cooperative with exam. Left shoulder: There is no edema. There is no tenderness to palpation at the AC joint or coracoid process. ROM forward flexion 160 degrees actively, 170 degrees passively. This is true of abduction. This is equal to his contralateral side. IR is to T6, which does reproduce his pain. ER 30 degrees equal to the contralateral side. Strength abduction IR biceps, triceps five over five. Supraspinatus ER 5- over 5, resistive supraspinatus testing is painful. Hawkin's test is positive. Negative cross arm test UE NVI. Subacromial crepitation is present.

ASSESSMENT: 1) Mild degenerative joint disease to the left glenohumeral fossa and AC joint as documented on prior radiography. Left RC tendonitis versus partial tear.

PLAN: 1) Again implications of this problem were discussed at length with this patient. We encouraged him to obtain an MRI to find out the extent of his glenohumeral degenerative joint disease, and to find out if he is a potential arthroscopic candidate. As well as to rule out potential RC tear. He declines at this point his MRI, stating that he has other medical conditions for which he needs to adjust first. Primarily that being of his heart. He does desire another trial of a CORTICOSTERIOD injection as he is opposed to taking anti-inflammatories. This was granted and done with 9 cc XYLOCAINE and 1 cc DEPROMEDROL done in a normal sterile fashion and without complications to the subacromial space, there was good post injection relief. He will return to the clinic on a prn basis.

Jane T. Servi, MD/kmj JTS

Northern Colorado Orthopedic Associates
2121 E. Harmony Road, Suite 290 – Fort Collins, CO 80528 – (970)224-9890
Sally A. Knauer, M.D., P.C.
Jane T. Servi, M.D.

DATE: May 16, 2002

PATIENT: EDWARD RONWIN

HISTORY: Edward is a 77 year old retired white male, biochemist and lawyer, being followed for left RC tendonitis versus tear. He is very opposed to taking anti-inflammatory analgesic medication. He does not want to pursue MRI for this problem. Does not want to undergo any surgical intervention because he is having problems with his heart, and he returns today stating that he would like to have another CORTICOSTEROID injection. He states that his prior one lasted him for two to three weeks and then progressively his pain returned. He has pain in the superior, proximal lateral humerus, which is intermittent in nature. Occurring with movement such as over the head and putting on coats. He notes occasional nocturnal symptomatology when lying on the left side. He describes it as an intermittent, dull, sharp pain which he rates as a 7/10. No nocturnal symptomatology or paresthesias.

OBJECTIVE: Gen: WDWN, NAD. Cooperative with exam. Left shoulder: There is no atrophy, ecchymosis, or edema. There is no tenderness to palpation at the coracoid process. There is tenderness at the AC joint. ROM: Forward flexion 180 degrees, abduction 170 degrees, this is equal to the contralateral side. Full IR and ER. Strength: Abduction, IR, ER, bicep/tricep 5/5. Supraspinatus 5-/5. Hawkin's test is positive. Neer's is negative as is a cross arm test. UE NVI. No subacromial crepitation.

ASSESSMENT: 1) Mild left glenohumeral DJD and AC DJD. 2) Left tendonitis versus partial tear.

PLAN: 1) CORTICOSTEROID injection to the subacromial space with 9 cc XYLOCAINE and 1 cc DEPO-MEDROL done in the normal sterile fashion without complications. 2) RTC on a p.r.n. basis.

Jane T. Servi, MD/kw

SPFS000061er
CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

**Northern Colorado Orthopedic Associates**
2121 E. Harmony Road, Suite 290 – Fort Collins, CO 80528 – (970)224-9890
Sally A. Knauer, MD, P.C.
Jane T. Servi, MD

DATE: 8/30/02

PATIENT: EDWIN RONWIN

This is a 77 year-old retired gentleman who has been seen previously by Dr. Servi for problems of the left shoulder. He presented apparently with X-rays at the time of his initial visit in 2001, but has not desired to proceed with any further X-rays or evaluation, including arthrogram or MRI scan. However, he returns requesting shoulder injections and the subacromial space has been injected most recently 5/16/02. He states that it does ease his discomfort some but he states the effect is temporary. He relates an episode on Saturday and Sunday where he felt funny and did his home remedy which involves utilizing heat and bundling up in his pajamas so that he sweats a lot and he states he was feeling better. However, he again felt poorly on Sunday and Monday and ultimately did see his Urologist and has been diagnosed with prostatitis and is taking antibiotics. He notes he is a WWII veteran and is eligible for the VA pharmacy benefit when we did discuss possible medication recommendations. He states that he sees the VA doctor twice a year but does not have a primary care physician, and I have suggested to him that he might consider having a primary care physician with his age and his health issues. PE: reveals a slim, elderly, very talkative gentleman. The left shoulder reveals no atrophy or edema. There is no tenderness to palpation of the AC joint or subacromial space. He will flex the shoulder 180 degrees, abducts to 170 degrees with full internal and external rotation. He has a negative impingement sign today and his strength testing appears to be intact, with internal and external rotation strength testing in the dependent position. IMP: Left shoulder chronic pain of unknown etiology. Apparently he did have an X-ray done elsewhere which may have indicated some mild GH arthritis. REC: The implications of the problem were discussed with the patient in some detail. His findings do not strongly support a RC cuff tear but he is certainly having chronic symptoms, and does not seem to be significantly helped by CORTISONE injections previously. ~~~

REC: The implications of the problem were discussed with the patient in some detail. He denies radicular symptoms or significant neck pain, and states that he does not desire any further X-rays at this time. He does not wish to pursue any further intervention including arthrogram or MRI scan. He also does not desire to proceed with any further injection, either subacromial or GH. After our discussion, he did elect to utilize a trial of BEXTRA 10 mg BID and I have asked him to call me with regard to his progress over the next several weeks.

Sally A. Knauer, M.D./km SK

SPFS000062er
CONFIDENTIAL SUBJECT
TO PROTECTIVE ORDER

9/10/02 - Pt called & spoke c̄ staff re: a CT scan. I called him back (leaving 2 messages) and rec. he have x-rays done first & that CT scan not indicated. I said in my message for him to call [illegible] the x-rays [illegible] received

Northern Colorado Orthopedic Associates
2121 E. Harmony Rd. #280
Fort Collins, CO 80528

7/20/02

10 mg


CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Northern Colorado Orthopedic Associates
2121 E. Harmony Road, Suite 290 - Fort Collins, CO 80528 – (970)224-9890
Sally A. Knauer, M.D., P.C.
Jane T. Servi, M.D.

9/16/02 - phone call to pt. He feels the Bextra is helping his shoulder. Discussed x-ray of 9/11/02. He will return or call as needed.
SK

DATE: October 9, 2002

PATIENT: EDWARD RONWIN

Edward returns stating that the BEXTRA 10mg bid was helpful to him but then seemed to wear off in its effectiveness. He notes that he is also having some increased difficulties with angina and is recovering from an episode of prostatitis. He does see a cardiologist in the Denver area who is aware of his heart problems, and he does have coronary artery disease. He states he had an episode where he had a CT scan recently for an ENT condition and states that he actually had some chest pain while undergoing the CT scan and had to have nitroglycerin and oxygen after that. He continues with left shoulder pain. His PE is largely unchanged with essentially near full range of motion of the shoulder with full internal and external rotation. He has a mildly positive impingement sign today, and strength testing is intact. IMP: Left shoulder glenohumeral arthritis. Since his last visit he did undergo an x-ray at the hospital which did show some mild narrowing of the glenohumeral joint with also AC joint advanced narrowing. REC: The implications were discussed and he elected to undergo subacromial injection today under sterile conditions with XYLOCAINE and DEPOMEDROL. I did go ahead and place some of the injectable into the glenohumeral joint. Additionally, he will utilize a trial of CELEBREX 100mg bid and will call if this is effective so we may call in a prescription for him. He specifically relates no allergies to medications at this time.

SK SAK/bmc

Northern Colorado Orthopedic Associates
2121 E. Harmony Road, Suite 290 – Fort Collins, CO 80528 – (970)224-9890
Sally A. Knauer, MD, P.C.
Jane T. Servi, MD

DATE: 12/04/02

PATIENT: ED RONWIN

Ed is a 79-year-old retired gentleman who notes that he continues to have symptoms of his left shoulder, noted previously to have glenohumeral arthritis with AC joint changes as well. He did see an orthopedic surgeon in Cheyenne who recommended an injection. This patient states that he requested that the doctor do the LIDOCAINE first and then the steroid and when the doctor explained that he did it all at one time the patient states he left. He did go back and ultimately did undergo an injection by the orthopedic surgeon's colleague in February 2001 and also has gone back for a second injection. He incidentally notes that the injection I did on October 9th still seemed to be helping him. He also notes that he has tried multiple anti-inflammatories, noting CELEBREX caused some GI upset as does BEXTRA. He has, therefore, cut back on his BEXTRA and did take 10 mg daily until he recently ran out. He notes history of bypass surgery in 1996 and does take a baby aspirin daily. He has a cardiologist in Denver and undergoes evaluation twice yearly at the VA. PE: Reveals he has some limitation of range of motion of the left shoulder noting flexion to approximately 160 degrees and abducts to approximately 120 degrees and then complains of some discomfort and not wishing to go further. However, he states that the pain is not bad and feels quite functional. He does note some difficulties with internally rotating his shoulder to put it into a coat jacket but compensates by putting that arm in the sleeve first. He is right hand dominant. He also notes that he still gets angina and carries NITROGLYCERIN. This patient is very concerned about cost of his medical care and also his medications and we have reviewed his concerns, hopefully to his satisfaction. He notes that this is one reason why he decided not to return to physician in Cheyenne but also now recently moved to Fort Collins. He states his left shoulder pain also tended to start after taking BAYCOL. IMP Left shoulder glenohumeral arthritis with some improvement from Cortisone injection. REC: The implications of the problem were discussed with this patient. He is satisfied with his course at this time. He may utilize TYLENOL as needed and we discussed maximum dosages and he will return or call as needed.

SAK/mip

SPFS000065er
CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Northern Colorado Orthopedic Associates
2121 E. Harmony Road – Fort Collins, CO 80528 – (970)224-9890
Sally A. Knauer, MD, P.C.
Jane T. Servi, MD

DATE: 02/21/03

PATIENT: EDWARD RONWIN

Ed returns at this time for persistent left shoulder pain. He stats that it really doesn't hurt all the time and only hurts in specific instances. When questioned about this, he states that it hurts to put his arm in the sleeve and he notes he puts it in after he puts the right shoulder in. He states also sometimes it is sore to get things out of his left back pocket. He also notes some soreness occasionally with reaching activities but otherwise states that he is quite functional. He is not taking any medicines for this, states that he has had some GI upset with NSAIDS. He states that he has tried TYLENOL with minimal benefit. Also he notes years ago he underwent surgery for what sounds like an ulnar nerve transposition of the left arm. He states that he did well after that surgery until he took BAYCOL and he states that he has had some muscular problems since then. He states that he has no pain with ADLs and states driving is not a problem and he functions very well. He also has a cardiac history, noting that he does get angina at times and is also continuing to undergo assessment at the Denver VA. He will see a physician next week and is status post bypass surgery. PE: Reveals a very pleasant, slender gentleman. ROM of the left shoulder reveals active flexion to 160 degrees, abduction to approximately 140 degrees and then with some complaint of discomfort and not wishing to go further. However, he stats that the pain is not bad. He feels functional. There is no increased discomfort with internal or external rotation. Strength testing in the dependent position and distal neurocirculatory status are intact. IMP Left shoulder internal derangement with glenohumeral arthritis and possible rotator cuff tendinitis. REC: The implications of the problem were discussed with this patient. He actually is quite functional at this time and does not desire further testing or surgical intervention in the future. I have suggested certain ways to minimize his pain with regard to dressing and carrying thing in his opposite pocket and he agrees to try to do this. He will also return on an as needed basis.

SAK,MD/mip

Northern Colorado Orthopedic Associates
2121 E. Harmony Road, Ste. 290 – Fort Collins, CO 80528 - (970)224-9890
Sally A. Knauer, MD, P.C.
Jane T. Servi, MD

DATE: 05/02/03

PATIENT: EDWARD RONWIN

Ed is a 79-year-old gentleman previously seen for left shoulder arthritis and rotator cuff tendinitis who is here today with the onset of what he describes as rather severe left low back and buttock pain. He states that he had rather sudden onset last Sunday after his second daily walk in the park. He states that it does not seem to go into the legs significantly but he states at times it can be unbearable with lifting his leg out of the bed and it is hard for him to even put his socks on. He states that he does not feel analgesics or muscle relaxants or sleep medications work for him. He strongly desires traction treatment which he had many, many years ago in the hospital for an episode where he also had low back pain. His health history was reviewed with him and he also had a request to possibly obtain a pelvic type of band or traction belt which could be obtained through Butler's Pharmacy and he has been in contact with Priscilla there at 482-4406. He states he still does not really have a primary care physician and I have recommended to him that he get a PCP to help him with any other medical issues that may present in the future. PE: Reveals a slim, cooperative gentleman. He moves rather slowly with some protection of the low back area and he does tend to flex forward which he states is a bit more comfortable for him than walking totally upright. The SLR is equivocal with the left leg at this time. Distal neurocirculatory status is grossly intact. We did obtain AP lateral lumbar spine and AP pelvis films that do show some diminished joint space, particularly at L4-5 and L5-S1 with osteophyte formation and he also appears to be status post iliac type of mesh looking graft on the radiograph. IMP. Low back and left buttock pain of unknown etiology. This may certainly be stemming from degenerative disc disease of the low back. This patient also does have glenohumeral arthritis and apparently a history of some graft procedures to the iliac region. REC: The implications of these problems were discussed with the patient at length. I have recommended rest, heat and also a trial of ULTRACET and have asked him to call me regarding his progress. He certainly may be a candidate for MRI scanning in the future and he will plan to be in contact with me early next week.

SAK.,MD/mip

DATE: 05/06/03

PATIENT: ED RONWIN

Chart note to indicate that this patient was admitted to Poudre Valley Hospital with the diagnosis of intractable back pain on this date. SAK,MD/mip

SPFS000067er
CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Northern Colorado Orthopedic Associates
2121 E. Harmony Road, Ste. 290 - Fort Collins, CO 80528 - (970)224-9890
Sally A. Knauer, MD, P.C.
Jane T. Servi, MD

DATE: 05/12/03

PATIENT: EDWARD RONWIN

Edward returns at this time having recently been hospitalized for traction for left low back and buttock pain. He states that he still has some left buttock soreness that is greatly improved and states that he can now tie his shoes and is much more functional although he still states that he has some muscle spasm. He is here today primarily for the left shoulder problem, stating that in January of 2001 he started taking BAYCOL. In February 2001 he began to experience a left shoulder and arm soreness without any known injury. His history includes treatment first in Cheyenne and then in Fort Collins with Cortisone injections to the subacromial space of the left shoulder, initially with good results but more recently without significant benefit. His history is positive for right shoulder arthrogram and subsequent rotator cuff repair in the remote past for which he did well. He states that the shoulder is quite bothersome to him now and he does desire further evaluation and even would consider surgery because the problem is so significant to him. PE: Does reve flexion to approximately 145 degrees with pain. He will abduct to 90 degrees and then it is only with great effort that h can take it up to 100 degrees due to pain and also weakness. He also has definite weakness and pain with external rotati of the shoulder in the dependent position and also has subacromial tenderness. AP left shoulder radiograph obtained today does show some degenerative changes of the AC joint and with perhaps some inferior osteophyte formation of th glenoid but these findings are mild. IMP 1) Recent improvement of low back pain after hospitalization for traction. 2 Left shoulder mild degenerative arthritis, rule out rotator cuff tear. REC: The implications of these problems were discussed and at this time he is assisted in arrangements for arthrogram. He states that he does not desire to proceed wi an MRI scan, having had one in the past which was very troublesome for him and he states that he does have some claustrophobia. He is assisted in arrangements for this and I will plan to be in contact with him with those results.

SAK,MD/mip

DATE: 06/24/03
PATIENT: EDWARD RONWIN

Ed is a 79-year-old gentleman who has persistent left shoulder pain with arthrogram evidence of a full thickness rotator cuff tear. He has considered his options thoroughly and at this time has elected to proceed with surgical intervention. W have also been in contact with his primary care physician who has indicated no significant risk for surgery. PMH: Reviewed with him at this time. He states that he does take NITROGLYCERIN on a very rare basis. He will bring his medicine to the hospital. He notes his normal heart rate is about 92. PE: Reveals a healthy appearing, slim, elderly gentleman. HEENT: Exam is unremarkable. Neck supple. Chest is clear. CV: Normal sinus rhythm without murmur. Abdominal exam deferred. Left shoulder reveals active flexion and abduction to approximately 90 degrees with pain. Internal rotation to approximately L4. He does have significant pain and weakness produced with external rotation of th shoulder against resistance. He is non tender over the AC joint and biceps. IMP 1) Left shoulder rotator cuff tear. 2) Left shoulder adhesive capsulitis. 3) History of low back pain. REC: The implications of the problem were discussed with the patient at length. Risks and benefits of surgery have been thoroughly discussed with him and he appears to understand and wishes to proceed.

SAK,MD/mip

7/2/03: 6 days post-op

Northern Colorado Orthopedic Associates
2121 E. Harmony Road, Ste. 290 - Fort Collins, CO 80528 - (970)224-9890
Sally A. Knauer, MD, P.C.
Jane T. Servi, MD

DATE: 07/02/03

PATIENT: FRED RONWIN

Returns S/P left shoulder manipulation with RC repair on 06/26/03. He is doing quite well at this time and is diligent with his HEP. Today he has flexion to approximately 110 degrees. The incision is benign and sutures are removed. We have discussed activity precautions and he will return in approximately 2 weeks for reassessment. SAK,MD/mip

7.14.03 2 weeks, 4 days since surg.

DATE: 07/14/03

PATIENT: EDWARD RONWIN

Ed returns S/P left shoulder manipulation with RC repair and acromioplasty 06/26/03. He states that he is feeling much better at this time and is gaining with regard to ROM. He is S/P previous ulnar nerve transposition in 1983 and states tha he does get some tingling at times into his small finger. He states that he does not need any medication for pain. PE: Reveals well-healed surgical incision. He has passive flexion to approximately 140 degrees without significant discomfort. He has internal rotation actively to approximately T10. Activity precautions were discussed at great length with him as I still would like for him to continue only passive ROM and gentle sedentary type activity. He appears to have a good understanding of this and will return in 6 weeks. Additionally, he voiced a concern with his voice being somewhat raspy after the surgery and he attributes this to the anesthesia. He notes that he has actually spoken to Dr. Nef in his capacity as Chief of Staff initially due to some concerns during his hospital stay but also shared the concern about the voice as well. He notes he will be talking with the anesthesiologist again and hopefully this condition will simply resolve. SAK,MD/mip

DATE: 08/25/03

PATIENT: EDWARD RONWIN

Ed returns S/P left shoulder manipulation for adhesive capsulitis with full thickness rotator cuff repair and acromioplasty on 06/26/03. He states overall he is doing well. He feels his PT has been quite helpful and the report is reviewed at this time. He states that he has a concern about a click which he occasionally feels with flexion which he is able to demonstrate today. PE: Reveals passive ROM of flexion to approximately 150 degrees without discomfort. He will actively flex to approximately 100 degrees without difficulty and actively abduct to approximately 90 degrees. We discussed his activity precautions. He recognizes that he should not pursue any type of lifting or significant push-pull activity. I would like for him to primarily concentrate on regaining flexion, mobility and strength. He appears to have a good understanding of activity precautions. He is not taking any medications and will return in one month for reassessment. In the meantime will continue with PT. SAK,MD/mip

CC: Adams and Giddings, PT


CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

Northern Colorado Orthopedic Associates
2121 E. Harmony Road, Ste. 290 - Fort Collins, CO 80528 - (970)224-9890
Sally A. Knauer, MD, P.C.
Jane T. Servi, MD

DATE: 09/22/03

PATIENT: EDWARD RONWIN

Returns S/P left shoulder manipulation for adhesive capsulitis and RC repair 06/26/03. He states that overall he is doing well. He feels the PT has been helpful but also feels that he has some increased soreness after PT and feels that he is now at the point where he can do a HEP well. PT report is also reviewed and placed on the chart. PE: Reveals passive forward flexion to approximately 160 degrees without discomfort. Today we discussed his HEP and stretching. I have explained that his recovery certainly has been complicated by the fact that he had a concurrent frozen shoulder. He appears to have a good understanding of the problem and also his HEP and he will return in 4-6 weeks for reassessment.

SAK,MD/mip

CC: Adams and Giddings, PT

*Clinical Notes Detail*
*PVHS*

*Pt. Name: RONWIN, EDWARD* *Sex: M* *DOB: 01/12/1924* *MR#: 1441222*

# History/Physical Report

**Date:** 06/25/2003 10:59 **Encounter:** #3532357-PVHS **Ordered by:**
**Status:** Draft **POC:** **Clinician:** KNAUER, SALLY A.

POUDRE VALLEY HOSPITAL Page 1 of 2
FORT COLLINS, COLORADO

NAME: RONWIN,EDWARD
UNIT #: 1441222 ROOM:
ACCT #: 3532357 LOCATION:
ADM DATE: 06/26/2003
ATT PHYS: SALLY A KNAUER MD

---

DOB: 01/12/1924

ADMISSION DIAGNOSES:
1. Left shoulder rotator cuff tear.
2. History of low back pain.
3. History of heart disease and high cholesterol.

HISTORY: This patient is a 79-year-old gentleman who relates a problem with rather persistent left shoulder pain. He has been noted to have some mild arthritis with AC joint changes, as well, and he has undergone treatment with cortisone injection in the past. He subsequently has developed more difficulties with the left shoulder, which prompted obtaining a shoulder arthrogram, which was done on 05/28/2003, revealing this to be consistent with a complete tear of the rotator cuff, most likely involving the supraspinatus tendon. After numerous discussions regarding this situation and options of care, he has elected to proceed with surgical intervention. He was recently hospitalized for traction to the left low back and noted that he responded well. He also indicates that in January 2001, he started taking Baycol and in February 2001, he began to experience left shoulder and arm soreness without any specific known injury. He was treated at first in Cheyenne and subsequently in Ft. Collins. He notes the shoulder to be quite bothersome to him with limited range of motion.

PAST MEDICAL HISTORY: His further past medical history reveals him to note a history of heart disease. He is under the care of Dr. Eugene Wolfel and Nurse Practitioner, Patrice Burke at 303-372-0654. He has been evaluated preoperatively and they have noted him to be fit for surgery.

ALLERGIES: None to medications.

CURRENT MEDICATIONS: Include Zocor 40 mg every other day, atenolol 25 mg every day, and he states he carries nitroglycerin with him, but has to use it on an extremely sparring basis.

PHYSICAL EXAMINATION:
GENERAL: Reveals him to be a slim, cooperative gentleman.

HEENT EXAM: Unremarkable.

SPFS000071er
CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

POUDRE VALLEY HOSPITAL
FORT COLLINS, COLORADO



| | | | |
|---|---|---|---|
| NAME: | RONWIN, EDWARD | | |
| UNIT #: | 1441222 | ROOM: | 3019 |
| ACCT #: | 3532357 | LOCATION: | ORTHO |
| ADM DATE: | 06/26/2003 | DOB: | 01/12/1924 |

---

**OPERATION DATE:** 06/28/2003
**SURGEON:** SALLY A KNAUER MD
**ASSISTANT:** MILFORD E THIESZEN MD
**ANESTHESIA:** CHRIS ELMORE CRNA
GENERAL ENDOTRACHEAL

**PREOPERATIVE DIAGNOSIS:** Left shoulder adhesive capsulitis and left shoulder full thickness rotator cuff tear.

**POSTOPERATIVE DIAGNOSIS:** Left shoulder adhesive capsulitis and left shoulder full thickness rotator cuff tear.

**OPERATION PERFORMED:**
1. Left shoulder manipulation under general anesthesia.
2. Left shoulder rotator cuff repair with acromioplasty.

**DESCRIPTION OF PROCEDURE:** Following an adequate level of anesthesia and with the patient in a supine position on the Operating Room table initially, he was then placed in the mild beach chair position. Pillows were placed under his knees and care was taken to pad any bony prominences. The left shoulder and arm including the hand were then prepped with Prevail and were draped in the usual sterile fashion. Prior to sterile prepping, however, the shoulder was examined under anesthesia and was found to have significant diminished range of motion. He had approximately 90 degrees of flexion with 80 degrees of abduction. Then there was extensive mechanical blocking.

Once this was determined, the shoulder was then manipulated with both audible and palpable release of adhesions. This was taken through complete range of motion multiple times. Then the arm was sterilely prepped and draped as noted and the procedure was initiated through an anterior lateral deltoid splitting incision. This was carried down through the skin and subcutaneous tissue. Hemostasis was achieved with electrocautery. The deltoid was split in line with the skin incision and a two prong self-retaining retractor was then placed. The patient was found to have an extremely thin deltoid and was rather slim. Attention was first directed towards the acromioplasty which was undertaken with the arthroplasty bur and rongeurs. This was taken all the way over to the acromioclavicular joint. The patient was found to with inspection have an intact biceps tendon to palpation and also was noted to have a full-thickness rotator cuff tear which had pulled away leaving an adequate soft tissue stump for repair involving essentially the full aspect of the supraspinatus.

NAME: RONWIN, EDWARD
UNIT #: 1441222
ACCT #: 3532357
ADM DATE: 06/26/2003
DIS DATE: 06/29/2003

---

**ADMITTING DIAGNOSES:**
1. Left shoulder rotator cuff tear.
2. Adhesive capsulitis.
3. History of low back pain, lumbar disk disease.
4. History of heart disease and high cholesterol.

**DISCHARGE DIAGNOSES:**
1. Left shoulder rotator cuff tear.
2. Adhesive capsulitis.
3. History of low back pain, lumbar disk disease.
4. History of heart disease and high cholesterol.

**OPERATIVE PROCEDURE:** On 06/26/2003, left shoulder manipulation under anesthesia with rotator cuff repair and acromioplasty, 06/26/2003.

**HISTORY:** This patient is a 79-year-old gentleman with persistent left shoulder pain. He has been found to have adhesive capsulitis and rotator cuff full thickness tear. At this time, after numerous discussions regarding this situation and options of care, he has elected to proceed with surgical intervention.

**PAST MEDICAL HISTORY:** His past medical history includes a history of low back pain as well as heart disease and high cholesterol. His past medical history revealed that he was under the care of Dr. Eugene Wolfel, and a nurse practitioner in Denver. He has been evaluated preoperatively, noting him to be fit for surgery. **ALLERGIES:** None to medications. Current medications are Zocor, 40 mg q.o.d., Atenolol, 25 mg q.d. and nitroglycerin on an extremely sparing basis.

**PERTINENT PHYSICAL EXAMINATION:** Left shoulder flexion was 90, abduction 90 with pain. Internal rotation L4, positive impingement sign with significant pain and weakness with exertional rotation of the shoulder against resistance in the dependent position. The radiographs have also revealed degenerative changes of the AC joint with mild glenohumeral spurring.

**HOSPITAL COURSE:** Following counseling regarding the risks and benefits of surgery and also counseling regarding postoperative care, this patient underwent the above-noted surgical procedure. He has had an uneventful postoperative course. His incision is healing well without complication. He was reluctant to have his vital signs taken during the night during his hospital stay, but otherwise has been reasonably cooperative.



SPFS000074er
CONFIDENTIAL SUBJECT
TO PROTECTIVE ORDER

NAME: RONWIN, EDWARD
UNIT #: 1441222
ACCT #: 3532357
ADM DATE: 06/26/2003
DIS DATE: 06/29/2003

---

Since he does live alone, I did keep him in the hospital for pain management and care, and actually discontinued his sling on the day before discharge to see if he would be able to handle that situation well at the home. He refuses to go to any type of rehabilitation center and at this time, I believe, is fit to be discharged to his home.

The patient has been instructed in a home exercise program for passive flexion activities and he already is passively flexing the shoulder to approximately 110 degrees. He will continue to work on his home exercise program and will be seen in the office in approximately one week postoperatively for anticipated suture removal.

He believes that he will be able to continue his physical therapy on a home basis and he will continue his preoperative medications. He was encouraged to call if he has further questions. At this time, he also refuses any pain medicine, feeling that he will be able to do just fine with Tylenol. He is definitely encouraged to call me as needed, and was discharged to his home.

SALLY A KNAUER MD

EAW 07/09/2003
dic 06/29/2003 @ 0855/1850
cc SALLY A KNAUER MD



SPFS000075er
CONFIDENTIAL SUBJECT
TO PROTECTIVE ORDER

ADAMS & GIDDINGS
PHYSICAL THERAPY, P.C.
702 W. Drake, Bldg. E, Ste. A ♦ Fort Collins, CO 80526
970-416-8342 ♦ Fax 970-416-8344

Sally Knauer, MD
Northern Colorado Orthopedic Associates
2121 East Harmony Road, Ste 290
Fort Collins, CO 80528

September 19, 2003

**Re: Edward Ronwin**
Dx: (L) shoulder manipulation w/ open rotator cuff repair

Dear Dr. Knauer,

Edward has continued in PT 1x/wk since he last saw you, for a total of 4 additional treatments. Emphasis during those visits has been on regaining ROM, improving functional use of the (L) UE, and initiating a light strengthening program. Edward has tolerated the ROM work well, however, he reports soreness and a reluctance to continue with light theraband exercise efforts. He is moderately tender to palpation over the anterior and lateral cuff. Cross fiber massage and phonophoresis do reduce his tenderness. There is mild to moderate weakness with manually resisted forward flexion and lateral abduction as would be expected. Accessory motion testing of the glenohumeral capsule is minimally limited posterior and inferior.

Overall, there has been progress this past month, however, not as much as anticipated. I would like to get Edward to the point where he can perform at lease some basic exercises to maintain ROM and functional use of the (L) arm. He seems motivated to continue with the wand and doorway stretches for ROM.

Thank you again for your assistance during the course of Edwards's rehabilitation. I will certainly continue to work with him should you feel it is indicated. Please call with any other questions or to discuss specific recommendations after you see him again.

Respectfully,

Ron Adams, PT

Orthopedic, Sports & Manual Therapy

SPFS000080er
CONFIDENTIAL SUBJECT
TO PROTECTIVE ORDER

**Adams & Giddings**
*Physical Therapy, P.C.*
970-416-8342
fax: 416-8344

Ron Adams, PT
Marla Tappy, PT, ATC
Jeff Giddings, PT
~~Michael Turner, PT~~

FAXED 7-30-03

Patient Edward Romurin
Diagnosis 5-26/03 shoulder RC repair and manipulation
Precautions/Special Instructions

☒ EVALUATE & TREAT

**PROCEDURES**
- ☐ Neuromuscular Reeducation
- ☐ Soft Tissue Mobilization • M.F.R.
- ☐ Joint Mobilization
- ☐ Neural Mobilization
- ☐ Muscle Energy Technique
- ☐ McConnell Taping
- ☐ Posture Training

**THERAPEUTIC EXERCISE**
- ☐ Active
- ☐ Passive
- ☐ Resistive
- ☐ Flexibility • Stretching
- ☐ Closed Chain Exercise
- ☐ Dynamic Spinal Stabilizati
- ☐ Home Exercise Program

**MODALITIES**
- ☐ Cold Packs • Hot Packs
- ☐ Ultrasound
- ☐ Traction - Cervical • Pelvic
- ☐ Home Traction
- ☐ Electrical Stimulation • T.E.N.S.
- ☐ Iontophoresis
- ☐ Phonophoresis

**OTHER**
- ☐ Body Mechanics
- ☐ Back • Neck Program
- ☐ Core Stabilization

**FREQUENCY & DURATION** PROM / AAROM as tolerated — will send op note

Dr. [signature] Date 7/30/03

702 W. Drake, Bldg. E, Suite A
Fort Collins, Colorado 80526