# Exhibit I

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No. 1431 (MJD), Case No. 02-0200

---

DEPOSITION OF: JANE SERVI, M.D.
June 20, 2006

---

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD) |
| This Document Relates to: | : | |
| Edward Ronwin, et al., v. Bayer Corp., et al. | : | Case No. 02-0200 |

TAKEN PURSUANT TO NOTICE AND SUBPOENA on behalf of the Defendant Bayer Corporation at 419 Canyon Avenue, Suite 300, Fort Collins, Colorado 80521 at 9:08 a.m. before Sylvia E. Noneff, Registered Professional Reporter and Notary Public within Colorado.

WHEREUPON, the within proceedings were taken pursuant to the Federal Rules of Civil Procedure:

(Deposition Exhibits 1 and 2 were marked.)

JANE SERVI, M.D.,

having been first duly sworn to state the whole truth, was examined and testified as follows:

EXAMINATION

BY MR. PILKINGTON:

Q. Good morning, Doctor.

A. Good morning.

Q. My name is Jeff Pilkington, and I'm an attorney out of Denver, Colorado with the law firm of Davis Graham & Stubbs. I represent Baycol -- Bayer. Do you understand that?

A. Yes, thank you.

Q. Bayer made Baycol, which was voluntarily removed from the market back in 2001. Okay?

A. Okay.

Q. Have you ever had your deposition taken before?

A. Yes.

Q. About how many times?

A. Probably five.

Q. I want to make sure that we're on the same page this morning, so I'll lay out some basic ground

Mr. Ronwin, did he ever complain to you about having blurred vision?

A. Not that I recall.

Q. Did he ever complain to you about having pain in the back of his legs?

A. Not that I recall.

Q. Did he complain to you about having any sort of leg pain?

A. Not that I recall.

Q. Did he complain to you about having any sort of back pain?

A. Not to myself.

Q. Did he complain to you about having any back pain that radiated down his legs?

A. Not that I recall.

Q. Did he complain to you about having any problems with his walk or his gait?

A. Not that I recall.

Q. Did he complain to you about having any right elbow pain?

A. Not that I recall.

Q. Did he complain to you about having cataracts?

A. Not that I recall.

Q. Doctor, are the only X-rays that you

wear and tear on the cartilaginous surface on the ends of the two bones where they come together to make a joint, whereas the degenerative tendon has nothing to do with bone. It has to do with losing the normal integrity and makeup of a tendon.

Q. Yeah. I see. Okay. And did you actually ascribe a -- a cause for Ronwin's rotator cuff tear?

A. No, I did not.

Q. Okay.

A. I did not have the capacity to obtain an MRI or arthrogram, which would actually look at the integrity of that tendon to see whether it was torn or not.

Q. No. I mean a cause of the -- of the --

A. A cause? If I had to give my best impression of a cause, I would -- I would have said at that time, as I would now, that it was most likely consistent with a degenerative tendon and a degenerative tear.

Q. Are you certain of that, though?

A. Am I certain?

MR. PILKINGTON: Objection, form and foundation.

THE DEPONENT: Does that mean I stop?

MR. RONWIN: Oh, no.

MR. PILKINGTON: Doctor -- Doctor, during

cell --

A. I can't comment on --

MR. PILKINGTON: Same objection.

A. Sorry.

Q. (BY MR. RONWIN) -- the -- the tendon cell?

MR. PILKINGTON: Same objection.

A. I can't comment on that.

Q. (BY MR. RONWIN) Okay. But, now, you did say that you didn't -- you believe that -- you made it a positive statement that Baycol did not cause the rotator cuff tear.

A. We have no literature that I'm aware of that Baycol has caused tendon ruptures.

Q. Well, I'm talking about Ronwin's rotator cuff tear. Do you know whether -- whether or not with certainty that Baycol did not cause it?

A. I have no information that leads me to believe that Baycol has a causative factor in causing anybody's rotator cuff tendon ruptures, whether it be Ronwin's or somebody else in the general population.

Q. But that isn't quite the answer to the question.

A. That's the best answer I can give you.

Q. No. I mean, the -- the answer -- I don't want to give you the answer. That's for you to give.

# Exhibit J

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

---------------------------------------------------------

In re BAYCOL PRODUCTS LITIGATION

This Document Relates to: MDL No. 1431

Edward Ronwin, et al.

v. Case No. 02-0200

Bayer Corp., et al.

---------------------------------------------------------

DEPOSITION OF RICHARD TORKELSON, M.D.
Taken in behalf of Defendant Bayer Corp.

1:10 p.m., Monday
June 19, 2006

PURSUANT TO NOTICE, the deposition of RICHARD TORKELSON, M.D. was taken in accordance with the applicable Wyoming Rules of Civil Procedure at the offices of Cheyenne Orthopaedics, 2301 House Avenue, Suite 505, Cheyenne, Wyoming, before Kathy J. Mullivan, a Registered Professional Reporter, and a Notary Public in and for the State of Wyoming.

P R O C E E D I N G S

(Deposition proceedings commenced 1:10 p.m., June 19, 2006.)

RICHARD TORKELSON,

called as a witness on behalf of the Defendant, being first duly sworn, testified as follows:

DIRECT EXAMINATION

Q. (BY MR. PILKINGTON) Good afternoon, Doctor. We met before the deposition. My name is Jeff Pilkington. I'm with the law firm of Davis, Graham & Stubbs out of Denver and I represent Bayer Corporation. Do you understand that?

A. Yes. I guess I didn't, but I do now.

Q. I don't know if you know this or not, but Mr. Ronwin has filed a lawsuit against my client, Bayer. Were you aware of that before today?

A. No.

Q. And in this lawsuit he claims that certain of his injuries, including his rotator cuff injury, was caused by his injection of Bacal. Do you have any idea of the nature of his lawsuit before this?

A. No.

Q. I assume you've been deposed in the past?

A. Yes.

Q. Just so we're on the same page, I want to go

Q. At any point in time during your care and treatment of Mr. Ronwin, did he complain of pain in his back?
A. No.
Q. At any point in time during your care and treatment of Mr. Ronwin, did he complain of any sort of pain down the back of his legs?
A. No.
Q. Any sort of leg pain?
A. No.
Q. At any point during your care and treatment of Mr. Ronwin, did he complain about his gait or inability to walk?
A. No.
Q. At any point during your care and treatment of Mr. Ronwin, did he complain to you about right elbow pain?
A. No.
Q. And finally, at any point during your care and treatment of Mr. Ronwin, did he complain about cataracts?
A. No.
Q. And I understand that you weren't treating him for his cataracts or vision, I understand that. Fair to say?
A. That's fair to say.
Q. But if -- as an orthopedic doctor who was seeing

MR. PILKINGTON: Moderate.

Q. (BY MR. RONWIN) Okay. Let's see. I have a couple of things here I might want to ask you about, and I better come back -- impression -- all right.

Oh, do you have any evidence that Ronwin's left shoulder rotator cuff tear was essentially due to age, rather than to any other -- any other possible cause?

A. No, I wouldn't say it's due to age, specifically. I would say it's --

Q. It's --

A. In my opinion, it's a degenerative condition.

Q. Yes, but you have no proof that it was due to age, degeneration as a result of age?

A. We see -- we see this type of degenerative condition more commonly as a patient gets older, but we can see it in younger ages, too.

MR. PILKINGTON: Form and foundation objection.

Q. (BY MR. RONWIN) Specifically as to me, are you able to say that it was age degeneration that caused the rotator cuff tear?

A. It's a --

Q. If you can't say it, then you can't say it.

A. It is a degenerative condition that is the result of, in my opinion, osteoarthritis or degenerative

arthritis, acromioclavicular joint and impingement.
Q. Yeah. Yeah. All right.
A. The arthritis is much more common as a person gets older.
Q. Yes.
A. At age 77, and I'm sure that played a part, yes.
Q. Would your analysis in this situation exclude other possible causes?
A. Such as injury?
Q. Such as injury or such as --
A. It excludes injury, as you gave no indication there had been an injury.
Q. Yeah, right, but such as a tearing of bodily tissues by the Bacal molecule or by the fluorine atom in the Bacal molecule coming off that molecule and then acting in the body?
A. Are you asking me my opinion as to whether or not this is related to Bacal?
Q. No, I'm just saying can you rule out no other causes other than that -- that -- than that the injury -- I mean, the physical injury type -- you've ruled out physical injury type in your opinion just now.
A. I don't think.
Q. Can you rule out other things --
A. I don't think this is an acute injury. This is

a degenerative process, secondary to bony impingement.

Q. Yeah, but can you rule out other possible causes?

A. I can't think of any other possible cause. Yes, I would rule out Bacal as a cause, if that's your question.

Q. You would?

A. Yes.

Q. On what grounds?

A. Because Bacal doesn't cause this.

Q. How do you know?

A. Based on my experiences as an orthopedic surgeon.

Q. Uh-huh. And have you had -- how many patients have you had that had taken Bacal for sure and then you had to do a rotate -- you found a rotator cuff tear for sure?

A. As I'm standing here -- as I'm sitting here now, I can't give you any example one way or another.

Q. Okay. Then how do you know Bacal wasn't the cause?

A. I've answered that question. My opinion is this is a degenerative tear based on experience of 30 years training as an orthopedic surgeon.

Q. That's fine.

description, that it was mild, correct?

A. That's correct.

Q. One final question, Doctor. Based on your care and treatment -- let me back up, we -- both Mr. Ronwin and I represented to you that he ultimately had a full tear of the supraspinatus tendon. Okay?

A. Yes.

Q. And that he had rotator cuff surgery sometime in 2003 to correct that tear. Okay?

A. Yes.

Q. Based on your clinical experience in years as orthopedic surgeon, what do you believe led to that rotator cuff tear?

A. Chronic impingement, bony impingement between the acromioclavicular joint, the acromion and rotator cuff tendon and the humeral head.

MR. PILKINGTON: Doctor, I thank you for your time and patience today.

MR. RONWIN: Wait a minute. I just want to ask him on that.

RECROSS-EXAMINATION

Q. (BY MR. RONWIN) Now, you -- we talked about two to three-month and one month, okay, and there is in your -- in your notes that first you put down no NSAID, and then you put it into your typed material, which

# Exhibit K

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No. 1431 (MJD), Case No. 02-0200

---

DEPOSITION OF: KEVIN DEANE, M.D.
June 5, 2006

---

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : |
| | : MDL No. 1431 |
| This Document Relates to: | : (MJD) |
| | : |
| Edward Ronwin, et al., v. Bayer | : Case No. 02-0200 |
| Corp., et al. | : |

---

TAKEN PURSUANT TO NOTICE on behalf of the Defendant at 4200 East 9th Avenue, Room 2834B, Denver, Colorado 80262 at 11:20 a.m. before Lisa B. Kelly, Registered Professional Reporter and Notary Public within Colorado.

WHEREUPON, the within proceedings were taken pursuant to the Federal Rules of Civil Procedure:

KEVIN DEANE, M.D.,

having been first duly sworn to state the whole truth, was examined and testified as follows:

EXAMINATION

BY MR. PILKINGTON:

Q. Good morning, Dr. Deane. We met previously before the deposition. My name is Jeff Pilkington. I'm an attorney here in Denver, Colorado, and I represent Bayer. Do you understand that?
A. Yes.
Q. Have you ever had your deposition taken before?
A. Yes.
Q. How many times?
A. This will be my third.
Q. Have those depositions dealt with your care and treatment that you rendered?
A. They did; however, it was not in any litigation involving me. It was involving some other issue and I was sort of on the side.
Q. Well, let's make sure that you understand what we're going to do here.
A. Okay.

Mr. Ronwin?
A. There may be a November time that was not -- let me double-check. Yes. I believe those are the three visits. There was several phone conversations we had that are documented in the medical record.
Q. And I may ask to look at those in just a moment.
A. Okay.
Q. But is it fair to say the office notes of your actual office visits with Mr. Ronwin are contained in Exhibit 3?
A. Yes.
Q. And you saw him on three times?
A. Three occasions, yes.
Q. July 27, 2005, August 31, 2005, and October 12, 2005, correct?
A. Correct.
Q. And those visits were focused on what?
A. These visits were focused largely on right elbow pain.
Q. Let's first turn to your first office visit with Mr. Ronwin. I believe you testified before that he was referred to you by Dr. Neville.
A. Uh-huh.
Q. Is that a yes?
A. That's correct.

I, in particular, looked for evidence of warmth or swelling of other joints, and I did not see any of that at the time.

Q. Did you complete some x-rays?

A. I actually did not order the x-rays myself. They were ordered by a prior physician and I reviewed the x-rays.

Q. What do those x-rays show?

A. So the x-rays were done of the right elbow. And they showed what's called spurring at the olecranon, which is a little bone spur at the tip of the right elbow.

Otherwise, there was very mild degenerative disease seen in the elbow, but no evidence of fractures. And actually, I'm reviewing this before this visit. I went back and looked at this, and there's nothing that looks like an inflammatory arthritis, which in my mind there's particular things we look for, which are little erosions in the bone, which look like rat bites out of the bone. None of those were present.

Q. And when you say there was mild degenerative disease, is that an aging condition?

A. Correct. I think that's correct.

Q. Is that something that you would expect in a gentleman such as Mr. Ronwin's age?

A. Correct. And his previous activity levels

throughout his life.

Q. And I guess Mr. Ronwin was 81 at the time?

A. Yes. That's correct.

Q. Did you draw any conclusions or impressions based on your examination of Mr. Ronwin?

A. From my examination, I did not think that there was a significant neurologic injury leading to weakness. I thought the pain on the right lateral aspect of the elbow was probably due to inflammation of a tendon.

Q. Is that what is often known as tennis elbow?

A. Tennis elbow, yes.

Q. Is that the layperson's term?

A. Yeah. Yeah.

Q. And did you have any -- did you draw any conclusion as to what the cause of that inflammation was?

A. I'm going to review my note just for a second.

Q. Sure.

A. You know, in my note I don't specifically mention what I thought was the cause at that time. I would say, in general, these are caused by what we call overuse, where repetitive action leads to inflammation in that particular area of the body.

Q. And, again, this was inflammation of the tendon, correct?

A. Correct.

of the elbow.

MR. PILKINGTON: What are you pointing to again?

MR. RONWIN: I'm pointing to this (indicating) -- what would you call it?

MR. PILKINGTON: Doctor, how would you describe where he's pointing?

THE DEPONENT: So he's pointing to -- if his arm was lying on the table palm face up, he's pointing to the -- about the bend in the elbow, approximately an inch towards the fingers from the crease at where the elbow bends.

Q. (BY MR. RONWIN) Yes. Right. Okay. So you don't -- you have testified that you can't associate the pain in the lateral epicondyle with that needle stick.

A. Correct.

Q. But is it correct that you actually do not know the cause of the pain from this antecubital fossa where the needle stick occurred?

A. Correct.

Q. Do you have any ideas about what that might be?

A. Well, I think as I stated earlier, it's possible that a very small nerve was hit with the needle and led to some local pain. This may have been such a small injury it was not picked up by our neurologic expert as a finding of weakness or sensation changes.

Q. Would that explain why the pain shot down from this point at the antecubital fossa down toward the palm of the hand?

A. A nerve injury could potentially explain that shooting-type pain.

Q. Okay. I have some other questions here. Let's see. In your report of July 27, page 2, you refer -- in this main paragraph, down toward the -- just somewhat under general.

A. General, yeah.

Q. The main paragraph there. You referred to -- let's see. It's approximately the fourth sentence in that paragraph. It starts with, he has some swelling. Do you see that?

A. I have, he has some OA changes. Nothing that looks warm or exhibits.

Q. Just, he has some swelling --

A. Got it. Got it. Sorry.

Q. -- over that region. And am I correct that you've referred to that lateral epicondyle region as the right epicondyle?

A. Correct.

Q. Is that right?

A. Right.

Q. But in the next sentence, you say, he also has

muscle, but of nerves, nerve tissue?
A. I would say it focuses mostly on joints and some on muscles, and not so much nerves.
Q. But does it focus, at times, on nerves?
A. At times.
Q. All right. And do you know what nerves are; is that right?
A. Yes.
Q. So if -- well, are you aware that the -- that Baycol has exhibited nerve-destructive tendencies?
MR. PILKINGTON: Form and foundation.
A. I was not aware of that. I thought the primary problem was a primary muscle problem.
Q. (BY MR. RONWIN) I see.
A. It is possible that it is a nerve issue to some extent. I am not aware of that.
Q. I see. Would you think it impossible for Baycol to attack nerves?
MR. PILKINGTON: Same objections.
A. Well, in medicine, it's hard to say something is impossible. I think it highly unlikely.
Q. (BY MR. RONWIN) I see. Why do you think it's unlikely?
A. Well, again, my knowledge of the statin class of drugs' injury to muscle is that it's a primary muscle

Q. All right.

A. End of that statement. As to the rest of your statement --

Q. Yes.

A. -- based on what I've just said, I think it highly unlikely that the ingestion of a statin would lead to, in this specific case, the type of presentation which is the pain in the lateral aspect of the elbow or lateral epicondylitis.

Q. Did you know that flourine -- there is a flourine atom in the Baycol molecule?

A. I did not know that.

Q. All right. If you assume that that flourine atom was so situated in the Baycol molecule that it could relatively easily be detached from the molecule, given the proper milieu, meaning the proper body fluid, would that surprise you?

MR. PILKINGTON: Objection to form and foundation.

A. Yeah. I don't know enough about it to answer that.

Q. (BY MR. RONWIN) You don't. Okay. Well, I tried.

MR. PILKINGTON: Doctor, I just have a few follow-up questions very briefly, if I may.

A. No.
Q. Did he report to you of having any pain in the back of his legs?
A. No.
Q. Did he report to you having any back pain or pain above his legs that radiated down his legs?
A. No.
Q. Did he report to you as having any problems walking?
A. No.
Q. Did he report to you any cataract or similar problems?
A. No.
Q. Mr. Ronwin asked you to give some examples of how one can develop tennis elbow. Do you see tennis elbow in young patients?
A. Yes.
Q. Middle-aged patients?
A. Yes.
Q. And in elderly patients such as Mr. Ronwin?
A. Correct. Correct.
Q. Doctor, as part of your practice in rheumatology, do you study collagen?
A. It's not my main focus of research, no.
Q. But is that a part of rheumatology?

# Exhibit L

**IN RE: BAYCOL LITIGATION**
**MDL No. 1431**

## PLAINTIFF'S FACT SHEET

Each Plaintiff who used Baycol must complete this Fact Sheet. In completing this Fact Sheet, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can. You may and should consult with your attorney if you have any questions regarding the completion of this form.

If you are completing the form for someone who has died or who cannot complete the Fact Sheet him/herself, please answer as completely as you can for that person. You may attach as many sheets of paper as necessary to answer these questions.

## I. Case Information

A. Please state the following for the civil action that you filed: Originally filed with the State District Ct. in Cheyenne Wyoming on Sept 5, 2001

1. Case caption: EDWARD RONWIN v. BAYER CORP., d/b/a BAYER PHARMACEUTICAL DIVISION

2. Civil Action No: 159-4 (State Ct.) Now Case No. 01-CV-172D U.S. DIST. Ct., DIST. of WYOMING

3. Court in which action was originally filed: EDWARD RONWIN v. BAYER CORP.

4. Name, address, telephone number, fax number and e-mail address of principal attorney representing you:

EDWARD RONWIN – PRO SE
Name

Firm

945 ROLLAND MOORE DR., L-2
Street Address

FORT COLLINS CO 80526
City, State and Zip Code

970-221-3837 none
Telephone Number Fax Number

none
E-mail address

B. If you are completing this Fact Sheet in a representative capacity (on behalf of the estate of a deceased person or a minor), please state:

EXHIBIT 9 4/17/06 Ronwin COFFMAN REPORTING

1. Your name: N/A

2. Address:

3. In what capacity are you representing the person?__________

4. If a court appointed you to act on behalf of the estate of the deceased person or minor, state the court and date of appointment:__________

5. Your relationship to deceased or represented person:__________

6. If you represent a decedent's estate, state the date of decedent's death:__________

**The remainder of this Fact Sheet requests information about the person who used the Baycol. If you are completing this Fact Sheet for someone else, please assume that "you" means the person who used Baycol.**

## II. Personal Information

A. Name: EDWARD RONWIN

B. Have you ever used any other names and, if so, when: NO

C. Current Address: 945 Rolland Moore Dr., L-2

D. How long have you been living at this address? 13 months

E. List any prior addresses during the last ten (10) years and the dates when you lived at those addresses. If you cannot recall all of the details regarding those addresses, please provide as much information as you can. Can't recall addresses – Generally used P.O. Boxes for mail. Lived in Cheyenne, WY; BEAVER CREEK, ~~MN~~ MN; SIOUX FALLS, SD; DES MOINES, IOWA suburbs

F. Social Security Number: 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

G. Date and place of birth: 1/12/24 – NEW YORK

H. Sex: Male X Female____

I. Marital Status: SINGLE

J. If applicable, name of current spouse and date of marriage: N/A

ER000002er

K. If applicable, name of former spouse(s) and date(s) of marriage within the last ten (10) years: N/A

L. Name(s) of children and date(s) of birth, if applicable: N/A

M. Current employer:

Name: none
Address:
Job Duties:
Job Title:
Dates Employed:
Full-time or Part-time:
Name of Supervisor:

Are you making a claim for lost wages or lost earning capacity? ____ Yes X (No)

N. Please complete the following information regarding any employers (other than your current employer) that you have had in the last ten (10) years:

1. Name: Self-Employed over 10 years
   Address:
   Job Duties:
   Job Title:
   Dates Employed:
   Full-time or Part-time:
   Reason for Leaving:
   Name of Supervisor:

2. Name:
   Address:
   Job Duties:
   Job Title:
   Dates Employed:
   Full-time or Part-time:
   Reason for Leaving:
   Name of Supervisor:

ER000003er

O. Please provide the following information about your education:

1. High School

Name: H.S. of Science
Address: ?
Grade completed: 4 years
Year graduated: 1941(?)

2. Did you attend school beyond high school? X Yes _____ No

If "yes," please complete the following for each school that you attended after high school:

| Name of School | Address | Dates of Attendance | Degree Awarded | Major or primary field |
|---|---|---|---|---|
| City Univ of N.Y. | N.Y. | 1946–1948 | BS | CHEM |
| UNIV OF ILLINOIS | URBANA, ILL | 1949–1950 | MS | " |
| UNIV OF CALIF (BERKELEY) | CALIF | 1950–1953 | PhD | BIOCHEM |
| AZ. ST. UNIV.-COLL OF LAW | TEMPE, AZ | 1970–1972 | JD | LAW |

P. Have you used a computer at any time during the past five (5) years?
X Yes _____ No

If "yes," please complete the following:

1. Did you have e-mail? _____ Yes X No

2. Did you have internet access? _____ Yes X No very limited — at local library

3. Have you ever visited any website containing information regarding Baycol, statins or the treatment of high cholesterol or high triglycerides?

_____ Yes X No _____ I don't know

4. Have you ever visited any chat rooms where Baycol, statins, or the treatment of high cholesterol or high triglycerides was discussed?

_____ Yes X No _____ I don't know

5. Have you ever communicated via e-mail or chat room about Baycol, statins or the treatment of high cholesterol or high triglycerides?

_____ Yes X No _____ I don't know

ER000004er

Q. Has any insurance or other company provided medical coverage to you or paid medical bills on your behalf in the ten (10) years before you took Baycol through the present?

X Yes ____ No

If "yes, please complete the following:

| Name of Company | Address |
|---|---|
| Medicare | (?) |
| Blue Cross/Blue Shield of MINNESOTA | MINNEAPOLIS (or St Paul) MN. |
| BLUE CROSS/BLUE Shield of South Dakota (may have different trade name | SIOUX FALLS, SD |

R. Have you applied for worker's compensation, social security, or state or federal disability benefits in the past ten (10) years?

X Yes ~~No~~ I get social security which include medicare

If "yes," please complete the following for each application. If you cannot recall all of the details regarding such application(s), please provide as much information as you can.

1. Date (or year) of application: (?)
2. Type of benefits: (?)
3. Amount awarded: regular monthly subsistence
4. Basis of your claim: over 62
5. If denied, reason for denial: N/A
6. To what agency or company you submitted your application (*e.g.*, Pennsylvania Division of Social Security): U.S. Social Security Admin.

S. Were you ever rejected or discharged from military service for any reason relating to your health or physical condition?

____ Yes X No

If "yes," then state the reason for the health-related rejection or discharge and when this happened.

N/A

T. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury, illness or physical harm?

X Yes ____ No

ER000005er

If "yes," please state the court in which the lawsuit was brought and the civil action or docket number assigned to each such claim, action, or lawsuit. If you cannot recall all of the details, please provide as much information as you can.
Can't recall at present

## III. Your Health Care Providers

The names of three (3) former providers have already been given to your atty's in Wyoming

A. Please provide the following information for each doctor, clinic or healthcare provider that you have seen or who has treated you during the last ten (10) years. If you cannot recall all of the details regarding the healthcare providers that you have seen, please provide as much information as you can.

Plus-

1. Name: Dr. EUGENE E. WOLFEL, M.D.
Specialty, if any: CARDIOLOGY
Address: Univ. of Colorado Health Sciences Center, Div of Cardiology 4200 E. 9th Ave B130 Denver Co 80262
Phone: (303) 372-0654
Reason(s) for visit(s): heart condition
Medications prescribed or recommended: ZOCOR, ATENOLOL, Aspirin

2. Name: Dr. WILLIAM HIATT
Specialty, if any: Vascular area + general
Address: Univ of Colo Health Sci Ctr, Senior Clinic 4200 E. 9th Ave Denver Co. 80262
Phone: 303-372-7821 (?)
Reason(s) for visit(s): Cardiac + vascular (leg) problems and other problems
Medications prescribed or recommended: none at present

3. Name: Dr. Sally A. Knauer and Dr. Jane T. Servi
Specialty, if any: Orthopedic Surgery + Care
Address: 2121 East Harmony Rd, Suite 290 Ft. Collins CO
Phone: 970-224-9890
Reason(s) for visit(s): Bursa + arm problems.
Medications prescribed or recommended:

4. Name: Dr. Peter J. Standard **ER000006er**
Specialty, if any: S. Urology
Address: 1500 Lemay, Fort Collins Co
Phone: 970-484-6900
Reason(s) for visit(s):
Medications prescribed or recommended:

Also Urologey @ Mayo Clinic in Rochester MN (can't ...

5. Name: Dr. Gary J. Luckasen
Specialty, if any: Cardiology
Address: 2121 E. Harmony Rd, Suite 100, Fort Collins, Co
Phone: 970-221-1000
Reason(s) for visit(s): Cardiac problems – went to Dr. Wolfel after short interaction
Medications prescribed or recommended: Zocor

6. Name: DRS. RICHARD E. TORKELSON AND MARK RANGITSCH
Specialty, if any: Orthopedic Surgeons
Address: 1910 BLUEGRASS CIRCLE, SUITE 100 CHEYENNE, WY.
Phone: (307) 632-9561
Reason(s) for visit(s): Bursa pain
Medications prescribed or recommended: Cortisone injections (two at different times)

7. Name: DR. STANLEY R. GUNSTREAM, MD
Specialty, if any: Pulmonary disease
Address: 2151 East Harmony Rd Suite 300 Fort Collins CO 80526
Phone: 970-224-9102
Reason(s) for visit(s): Trouble in chest area
Medications prescribed or recommended: none

**[ATTACH ADDITIONAL PAGES, IF NECESSARY]**

**IV. Your Medical Background**

A. Height: 5'6"

B. Current Weight: 115 lbs.

C. Your Smoking History

1. Never smoked cigarettes X (Smoked two or three cigarettes during Army service in 1943-1946. Didn't like it and never smoked cigarettes again).

2. Past smoker of cigarettes ________
Date on which smoking ceased ________
Amount smoked: _____ packs per day for _____ years

3. Current smoker of cigarettes ________
Amount smoked: _____ packs per day for _____ years

ER000007er

4. Have you ever used any other form of tobacco (snuff, dipping, cigars)?

_____ Yes   __X__ No   ______ I don't know

If "yes," please identify:

a. What form: ____________________
b. Dates of use: ____________________
c. Amount of use: ____________________

D. <u>Alcohol Consumption</u>

On average, how much alcohol do you drink?

__X__ None (virtually (social drink on rare occasions)
______ 1-5 drinks per week
______ 6-10 drinks per week
______ 10 or more drinks per week

E. Please provide the following information for each hospitalization that you have had during the last ten (10) years. If you cannot remember all of the details, please list as much information as you can.

I have been hospitalized a number of times in the last ten years for angiograms, angioplasties, stent implantation & a double-pass. Also for some urology work done in connection w/ Mayo Clinic And for treatment of leg vascular disease. I haven't got a record but the medicare payment status should provide some detail.

1. Name of hospital: ____________________
Address: ____________________
Phone: ____________________
Reason(s) for hospitalization(s): ____________________

2. Name of hospital: ____________________
Address: ____________________
Phone: ____________________
Reason(s) for hospitalization(s): ____________________

3. Name of hospital: ____________________
Address: ____________________
Phone: ____________________
Reason(s) for hospitalization(s): ____________________

**[ATTACH ADDITIONAL PAGES, IF NECESSARY]**

**ER000008er**

F. Please complete the following information for each surgery that you had in the last ten (10) years. If you cannot remember all of the details, please list as much information as you can.

1. Name of operation:__________
Name of surgeon:__________
Address of surgeon:__________
Reason for surgery:__________

2. Name of operation:__________
Name of surgeon:__________
Address of surgeon:__________
Reason for surgery:__________

3. Name of operation:__________
Name of surgeon:__________
Address of surgeon:__________
Reason for surgery:__________

**[ATTACH ADDITIONAL PAGES, IF NECESSARY]**

G. If you have ever consulted a doctor, clinic or other healthcare provider concerning any kidney condition, illness or disease including kidney failure, polynephritis, nephrosclerosis, kidney stones, proteinuria or hematuria (blood in the urine), please complete the following. If you cannot remember all of the details, please list as much information as you can.

N/A

Name of doctor or facility:__________
Address:__________
Date:__________
Diagnosis:__________
Treatment:__________
Medications:__________
Did condition resolve?__________
Current status of condition:__________

H. If you have ever consulted a doctor, clinic or other healthcare provider concerning any liver condition, illness or disease including but not limited to hepatitis, cirrhosis or fatty liver, please complete the following. If you cannot remember all of the details, please list as much information as you can.

Name of doctor or facility:__________
Address:__________
Date:__________
Diagnosis:__________
Treatment:__________ **ER000009er**
Medications:__________
Did condition resolve?__________

Current status of condition:________________________________________

I. If you have ever consulted a doctor, clinic or other healthcare provider about any musculoskeletal condition or disease including muscle pain or weakness, extreme fatigue, myopathy, polymyositis, fibromyalgia, arthritis, tendonitis, or other muscle related concerns or problems, please complete the following. If you cannot remember all of the details, please list as much information as you can.

Name of doctor or facility: Dra Kenwan, Servi and Heitt as
Address: noted above.
Date:________________________________________
Diagnosis:________________________________________
Treatment:________________________________________
Medications:________________________________________
Did condition resolve?________________________________________
Current status of condition:________________________________________

J. Have you had any of the following tests or procedures in the past ten (10) years?

| **Test/ Procedure** | **Yes** | **No** | **I don't know** |
|---|---|---|---|
| Creatine kinase (CK)/ Creatine phosphokinase (CPK) | | | X (not sure) |
| EMG/Nerve conduction Studies | | | X |
| Cystoscopy | | | |
| Liver biopsy | | | X |
| Other diagnostic test(s) or imaging of the kidneys, liver or muscles | | | X |

If "yes," please complete the following. If you cannot remember all of the details, please list as much information as you can.

a. Type of test:________________________________________
b. Date administered:________________________________________
c. Reason for test:________________________________________
d. Facility name and address:________________________________________
e. Ordering doctor:________________________________________
f. Results/diagnosis:________________________________________
g. Treatment:________________________________________

**[ATTACH ADDITIONAL PAGES, IF NECESSARY]**

K. Have you been tested for any of the following in the last ten (10) years:

**ER00010er**

| **Condition** | **Yes** | **No** | **I don't know** |
|---|---|---|---|
| Diabetes | | X | |
| Atherosclerosis | X | | |

| Condition | Yes | No | I don't know |
|---|---|---|---|
| Myocardial infarction/ heart attack | X | | |
| Abnormal heart rhythm | | | X |
| Congestive heart failure | | | X |
| Angina | X | | |
| Thyroid disorder | | X | |
| Autoimmune disease | | X | |

If you responded "yes" to any of the above, complete the following information for each condition. If you cannot remember all of the details, please list as much information as you can.

a. Type of condition and date of testing: As indicated above, my
Testing doctor: cardiac condition & leg
Treatment: vascular condition have been the subject of hospital stays & medical treatment

b. Type of condition and date of testing:
Testing doctor:
Treatment:

c. Type of condition and date of testing:
Testing doctor:
Treatment:

L. Have you ever been diagnosed as having:

| Condition | Yes | No | I don't know |
|---|---|---|---|
| High cholesterol | X | | |
| Elevated trigylcerides | X | | |
| Hypertension/high blood pressure | | X | |
| Obesity | | X | |
| Diabetes | | X | |
| Thyroid disorder | | X | |
| Autoimmune disease | | X | |
| Abnormal heart rhythm | | | X |
| Congestive heart failure | | | not sure |
| Angina | X | | |
| Myocardial infarction | X (probably) | | |
| Atherosclerosis | X | | |

ER000011er

If you responded "yes" to any of the above, please complete the following information for each condition. If you cannot remember all of the details, please list as much information as you can.

a. Condition and date of diagnosis: The information has been
Name of diagnosing doctor: detailed above.
Treatment: Get the medical provider records.

b. Condition and date of diagnosis: __________
Diagnosing doctor: __________
Treatment: __________

c. Condition and date of diagnosis: __________
Diagnosing doctor: __________
Treatment: __________

## V. Baycol

A. Have you ever taken Baycol? _X_ Yes ____ No

If "yes," then complete the following:

| Dates of use | Dosage | Prescribed by (name and address) | Dispensing pharmacy (name and address) |
|---|---|---|---|
| 1/10/01 – 8/10/01 | 0.4 mg. | Dr. Mark W. Keller, | K-mart in Cheyenne, WY. |
| | | One of the MD's for whom I gave | |
| | | an authorization to release records and from whom you have rec'd records. | |

B. Were you given any **written** instructions, warnings or other information regarding your use of Baycol?

____ Yes _X_ No — not at time of prescription ____ I don't know

1. If "yes," when did you receive the information? Got information from journal articles and pharmaceutical insert around time Baycol pulled off the market

2. Who gave you the information? __________

3. If you no longer have the written information in your possession, please describe the written information that you received to the best of your ability. Have already produced much info copies to your WY atty.

C. Were you ever given any **oral** instructions, warnings or other information regarding your use of Baycol?

____ Yes ____ No ____ I don't know See just above

ER000012er

1. If "yes," when did you receive them? __________

2. Who gave them to you?______________________________

3. Please describe the oral instructions you received to the best of your ability.______

D. Please list any prescription or over-the-counter drug, any dietary supplement, vitamin, or herbal remedy that you were taking at the same time you were taking Baycol.

| Name of Drug | Date(s) Taken | Prescribing Doctor | Name and Address of Pharmacy Where Obtained |
|---|---|---|---|
| Aspirin | Since 1996 | not prescribed | just suggested |
| Vit C 500mg. | more than | } "myself" | } over the counter. |
| Vit E 400 I.U. | 10 yrs ago | | |
| | | | |
| | | | |
| | | | |
| | | | |

Over the counter

## VI. Physical Injuries, Illness and Damages

A. If you are making a claim for physical injuries or illness from taking Baycol, please describe the following:

NOT necessarily complete list of problems.

1. Nature of physical injuries or illness: Left. Knee and arm pains; had blurred vision on occasion; tended to walk one leg over the other Pain in back of thighs both legs; some back pains above legs; some right arm pains; slight cataract formation in both eyes. Other times caused tripping

2. The date that you first became aware of the physical injuries or illness: About 5-6 weeks after taking Baycol (Feb, 2001)

3. How you first became aware of the physical injuries or illness: Pain & other effects

4. Whether those injuries or illnesses are continuing: yes.

Did you see a doctor, clinic or other healthcare provider for the physical injuries or illness listed above?

X Yes ______ No ______ I don't know

ER000013er

If "yes," please complete the following for each healthcare provider:

a. Name: Saw the orthopedic surgeon in Cheyenne, named above.

b. Address: Also mentioned to Dr. Kumpe – info previously provided and to Dr. Hiatt, listed above

c. Date of first consultation with that healthcare provider: Cheyenne doctors — about 6 weeks after start of Bursa pains
d. Date of last consultation: After decided to see other orthopedic surgeons in Fort Collins who I am still seeing, w/ Dec. 4, 2005 appt w/ Dr. Krause
e. Do you plan to continue to consult with that healthcare provider? ____ Yes ✓ No — not the Cheyenne doctors

B. Have you had any discussions with any doctor or other healthcare provider about whether Baycol contributed to your physical injuries or illness?

✓ Yes (Somewhat) ____ No

If "yes," provide the doctor's or healthcare provider's name and address, and the date of that discussion. The Fort Collins orthopedic surgeons + Dr. Hiatt — both mentioned above

C. If you are making claims for out-of-pocket expenses as a result of taking Baycol, please complete the following:

1. For what: Too, too early to state w/any accuracy.
2. Amount of fees or expenses: ____
3. Person or company paid or to be paid: If an award is obtained by me, I would have to reimburse medicare & Blue Cross Blue Shield of Minnesota

D. If you are making a claim for emotional distress or psychological injuries, please complete the Supplemental Fact Sheet for Claims of Emotional Distress and Psychological Injuries and Harm.

E. Are there persons (other than those already identified in this Fact Sheet) whom you believe are witnesses to your claimed injuries or damages? If yes, please provide their name(s) and address(es): Can't commit a response at this time

1. ____
2. ____
3. ____
4. ____
5. ____

## VII. Other Medications

Have you taken any of the following medications during the past ten (10) years? If you cannot recall all of the details requested, please provide as much information as you can.

ER000014er

| Drug | Yes | No | I don't know | If yes, date(s) taken and prescribing doctor | Name and address of pharmacy where obtained |
|---|---|---|---|---|---|
| **CHOLESTEROL-LOWERING DRUGS** | X | | | Dr. Mark W. Keller<br>Dr. Eugene Wolfel | Veterans Admin. Pharmacy in Cheyenne Ctr. |
| Lescol [Fluvastatin] | | | | | |
| Lipitor [Atorvastatin] | | | | | |
| Mevacor [Lovastatin] | | | | | |
| Pravachol [Pravastatin] | | | | | |
| Zocor [Simvastatin] | X | | | ↓ | ↓ |
| Niacin [Vitamin B3] | | | | | |
| LoCholest [Cholestyramine] | | | | | |
| Questran [Cholestyramine] | | | | | |
| Prevalite [Cholestyramine] | | | | | |
| **TRIGLYCERIDE-LOWERING DRUGS** | | | | | |
| Lopid [Gemfibrozil] | | | | | |
| Tricor [Femofibrate] | | | | | |
| Bezafibrate | | | | | |
| Ciprofibrate | | | | | |
| **ANTI-INFECTIVE DRUGS** | | | | | |
| Diflucan [Fluconazole] | | | | | |
| Erythrocin & Others [Erythromycin] | | | | | |
| Flagyl [Metronidazole] | | | | | |
| Nizoral [Ketoconazole] | | | | | |
| Sporanox [Itraconazole] | | | | | |
| **IMMUNO-SUPPRESSIVE DRUGS** | | | | | |
| Neoral [Cyclosporine] | | | | | |
| Sandimmune [Cyclosporine] | | | | | |
| **OTHER** | | | | | |
| Anticoagulants | | | | | |
| Heart Drugs | | | | | |
| Thyroid Medications | | | | | |
| Other | X — atenolol | | | Dr. Wolfel | VA Pharmacy—Cheyenne |

ER000015er

Also always carry a bottle of 0.4 mg. nitroglycerin tablets (Parke Davis)

## VIII. Family History

A. To the best of your knowledge have any of your children, parents, grandparents or siblings had diabetes, any type of kidney or liver disease, or any type of muscle disorder?

_____ Yes _____ No __X__ I don't know

B. If "yes," please complete the following:

Relative's name:______________________
Relationship to you:______________________
Type of health problem:______________________
Date and cause of death, if applicable:______________________

Relative's name:______________________
Relationship to you:______________________
Type of health problem:______________________
Date and cause of death, if applicable:______________________

Relative's name:______________________
Relationship to you:______________________
Type of health problem:______________________
Date and cause of death, if applicable:______________________

Relative's name:______________________
Relationship to you:______________________
Type of health problem:______________________
Date and cause of death, if applicable:______________________

## IX. Documents

Please provide a copy of all of your documents and things which fall into the categories listed below. This includes documents and things in your personal possession, as well as items being held for you by another person, including your lawyer or any relative.

Some documents are included herewith

1. A copy of all medical records (excluding psychiatric or psychological records) from any physician, hospital, clinic, healthcare provider or pharmacy that treated you, or filled your prescriptions, in the last ten (10) years.

2. N/A If you have been the claimant or subject of any worker's compensation, Social Security or other disability proceeding, all documents relating to such proceeding.

3. All instructions, product warnings, package inserts, advertising materials, pamphlets, magazine or newspaper articles, internet information, promotional materials, any documents or materials from defendants, or pharmacy handouts that you have regarding Baycol. Your atty in WY has already been provided w/same.

ER00016er

*which you people can inspect - will not be sent to your possession.*

*I have a bottle of Baycol tablets from K-mart*

4. Copies of the entire packaging, including the bottle, box and label for the Baycol you allege caused you injury and any remaining medication.

5. *N/A* If you are claiming lost wages or a loss of earning capacity, your federal tax returns for each of the last five (5) years.

6. If you claim any loss from medical expenses, copies of all bills for which you are seeking reimbursement from any physician, hospital, pharmacy or other health care provider. *Many bills paid by Medicare + BC/BS of MN are being provided*

7. Copies of letters testamentary or letters of administration relating to your status as plaintiff. *Don't know what you're asking - If you think I'm not the Plaintiff - go to the Court w/ your facts + proofs showing the contrary.*

8. Decedent's death certificate (if applicable). *N/A*

9. All documents of any kind related to other drugs that you took at the same time you were taking Baycol. *Don't have any*

## X. Authorizations

Complete and sign the attached Authorization for Release of Medical Records (No Psychological Injuries Claimed), and attached Authorization for Release of Employment and Unemployment Records (No Psychological Injuries Claimed). *Employment + Unemployment records are (1) N/A (2) don't exist.*

If you have filed a Workers' Compensation or Social Security disability claim, please complete and sign the attached Authorization for Release of Workers' Compensation and Social Security Records. *N/A*

## XI. Declaration

I declare under penalty of perjury that all of the information provided in this Plaintiff's Fact Sheet is true and correct to the best of my knowledge, information and belief, that I have supplied all the documents requested in Part IX of this Plaintiff's Fact Sheet, as required above.

Further, I acknowledge that I have an obligation to supplement the above responses if I learn that they are in some material respects incomplete or incorrect.

*November 27, 2002* *Edward [illegible]*

Dated Signature

ER000017er

# Exhibit M

P.O. Box 20875
Cheyenne, WY 82003
(307) 433-0036

May 18, 2001

Dr. Mark W. Keller, MD
Aurora Denver Cardiology Asso., p.c.,
Rose Medical Plaza, Suite 150
4545 East Ninth Ave.,
Denver, CO 80220

PERSONAL ATTENTION

Dear Dr. Keller:

I've enclosed a copy of a recent report which appeared in Science which deals with the inhibition by statins of the cholesterol biosynthesis pathway.

On page 1162 of the article and again on p. 1163, I've underlined in red the comment that the statins bind "tightly" to the active site of the reductase involved.

I suspected that the binding of statins, such as Baycol, which I am now taking would be tight, and, if it were, it seems unlikely to me that the enzyme-inhibitor complex would be destroyed within 24-48 hours of its formation in the liver. Therefore, I am taking one Baycol every other day, rather than every day, to see if it affects my blood cholesterol level which has significantly been reduced since I started taking the Baycol.

The blurb which accompanies the Baycol gives little detail on what experiments were conducted that led the company to package 0.4mg pills and to imply, if not state, that that dose needed to be taken every day.

In any event, since statins are part of your prescription arsenal, I thought you might be interested in an important aspect of their activity.

Sincerely

/s/ Edward Ronwin

Edward Ronwin

4 EXHIBIT 4/17/06 Ronwin
COFFMAN REPORTING

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER