POUDRE VALLEY HOSPITAL
FORT COLLINS, COLORADO

Page 1 of 1

NAME: RONWIN, EDWARD
UNIT #: 1441222
ACCT #: 3491415
ADM DATE: 05/06/2003
DIS DATE: 05/08/2003

---

**ADMITTING DIAGNOSIS:**
1. Low back pain with left radiculopathy.

**DISCHARGE DIAGNOSIS:** Same.

**OPERATION PERFORMED:** None.

**HISTORY:** This patient is a 79-year-old male, previously under my care for left shoulder arthritis and rotator cuff tendinitis. Eight to ten days prior to admission, he began to experience low back and left buttock pain. This has failed to be relieved by outpatient care and, at this time, he is admitted for traction. He notes that, the only thing that helped him many years ago, when he had a similar pain, was being hospitalized in traction. Due to his ongoing symptoms and desire for traction, he was admitted to the hospital. He has no allergies to medications. Current medications include Zocor and aspirin.

**PHYSICAL EXAMINATION** revealed a slim, cooperative, elderly gentleman. The extremity and back exam revealed full range of motion of the hips without pain and full range of motion of the knees without pain. He does have left buttock tenderness to palpation and radiating pain into the left posterior leg. Straight-leg raising is positive on the left.

**HOSPITAL COURSE:** Following admission for traction and medical management, this patient had actually an excellent resolution of his symptoms fairly quickly. He did not require significant pain medication and was ambulatory at the time of discharge, able to once again perform activities of daily living. It is noted that he really was not able to do that prior to his hospitalization, and he does live alone. He will plan to follow through with me in the office and is always encouraged to call if he has any further questions or difficulties.

SALLY A KNAUER MD

EAW 06/09/2003
dic 05/21/2003 @ 1507/3383
cc SALLY A KNAUER MD

EXH 3

DISCHARGE SUMMARY
* * * * * C O P Y * * * * *

06-JUL-17 10:21AM FROM-DAVIS, GRAHAM & STUBBS 3038931378 T-589 P.05/08 F-299

# CERTIFICATION OF AUTHENTICITY

RE: Edward Renwin

DOB: 01/12/1924

I, the undersigned Custodian of Records for Edward Renwin [Doctor/Hospital name here], hereby certify that the attached records are true, accurate and complete copies of original records in my custody that pertain to the above named individual. The records were made in the regular course of business pursuant to regular practice, and the statements contained in the records were made at or near the time of observation by a person with actual knowledge or from information supplied by such a person.

I certify under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing is willfully false, I am subject to punishment.

Executed on 7/19, 2006.

Signature: Christy Saeger

Print Name: Christy Saeger

Custodian of Records for Orthopaedic Consultants and Alvine Foot & Ankle Center [Doctor/Hospital name]

Address: 2908 E. 26th Street
Sioux Falls, SD 57103
605-336-2638

Subscribed and sworn to before me this 19th day of July 2006, by Ali Massa

[signature] exp 10/24/11

Notary Public

ALI MASSA
NOTARY PUBLIC
SOUTH DAKOTA
SEAL

EXH 4
page 1

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

GA000002er

02/12/2007 07:57 FAX 970 224 3838 ED RONWIN 014

Name: RONWIN, EDWARD -
Acct.: 00003041012
DOB: 01/12/1924 (75)
Rm#: 5202
Att. Phys: GREGORY F. ALVINE, M.D.
Admit Date: 11/12/1999
Disch Date:
MR#: 212815
Pt. Type: Inpatient

**SIOUX VALLEY HOSPITAL**
Sioux Falls, SD

**HISTORY & PHYSICAL EXAMINATION**

## HISTORY OF PRESENT ILLNESS

This is a 75-year-old male who presented to the emergency room with acute back pain. He has had back pain for the past three days, acute onset. No history of injury. He had a similar episode about 35 years ago that was treated with pelvic traction and the pain went away. He requested pelvic traction in the emergency room. He was prescribed outpatient traction with a local therapist. They did this for 15 minutes. This did not help. He returned to the emergency room requesting pelvic traction. I was called for my thoughts and recommendations.

The patient denies any change in bowel or bladder. He denies any pain in the legs. Denies any neurological deficits, weakness, numbness, etc., of the legs. He only has pain radiating across the low back. X-rays were obtained which were essentially unremarkable except for degenerative changes primarily at L4-5 and L5-S1 with disc space narrowing and surrounding osteophytes. I felt that admitting the patient for pelvic traction for at least 24 hours is probably reasonable. This has clearly helped him in the past and he is convinced this will help. He did not want narcotic pain medications. He did not want anti-inflammatory medicines.

## PAST MEDICAL HISTORY

Significant for heart disease. History of adenocarcinoma in the prostate.

## PAST SURGICAL HISTORY

He has had an appendectomy, rotator cuff repair, CABG, fractured leg, prostate biopsy and TURP. He had what sounds like an ulnar nerve transposition around the shoulder, however.

## PAST MEDICAL HISTORY

History of jaundice.

## ALLERGIES

None.

## MEDICATIONS

One aspirin daily.

...continued

2

GA000004er



CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

Name: RONWIN, EDWARD -
Acct: 00003041012
Page 2

HISTORY & PHYSICAL EXAMINATION

PHYSICAL EXAMINATION
Vital signs are stable.
HEENT: Unremarkable.
CHEST: Clear to auscultation.
HEART: Regular rate and rhythm.
ABDOMEN: Soft and nontender.
NEUROLOGIC: Reveals good strength except for some mild EHL weakness bilaterally. DTRs are symmetrical in the knees and ankles. Downgoing toes. No clonus. Normal sensation. Negative supine straight leg raise. He points to the L5-S1 on motion exam across the low back to where his discomfort is.

AP and lateral radiographs were described earlier.

IMPRESSION
Acute low back pain.

RECOMMENDATIONS
At this point, we discussed treatment options and recommendations. I do think that rest is appropriate. Traction in his case seems to be the best method of treatment and it is reasonable. He was hooked up to 20 pounds of pelvic traction with a pelvic traction sling. By morning, his pain was considerably better. He was up walking in the hallways.

At this point, we will have him discharged when he is independent. He wants to avoid pain medicines. I think that is reasonable. I discussed the natural history of back pain to resolve in the next four to six weeks. He is to avoid bending, twisting, and lifting type activities. I will see him back in the office in a couple of weeks after discharge to see how he is doing.

GREGORY F. ALVINE, M.D.

pn/830695
DD: 11/13/1999 8:56 A
DT: 11/13/1999 1:28 P

cc: GREGORY F. ALVINE, M.D.

3

GA000005er



CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

OA
Orthopedic Associates Ltd.
Suite 102 • 1500 W. 22nd Street • Sioux Falls, SD 57105
605-336-3638 • FAX 605-334-3800

**EDWARD RONWIN**
**29 NOV 1999**
**C-101003 A-**
**DOB: 1-12-24**

Mr. Ronwin is here for follow up of his back pain. His back pain is gone. He is back to his baseline. The 12 hours of traction helped more than anything.

One exam he has no appreciable paraspinal muscle spasm or tenderness.

We will follow him p.r.n. He knows to call if he has any problems or concerns.

Greg F. Alvine, MD/jt Dictated, but not read or signed by Dr. Greg Alvine

4

CONFIDENTIAL, SUBJECT
TO PROTECTIVE ORDER

GA000003er

P.O. Box 20875
Cheyenne, WY 82003
(307) 433-0036

May 18, 2001

Dr. Mark W. Keller, MD
Aurora Denver Cardiology Asso., p.c.,
Rose Medical Plaza, Suite 150
4545 East Ninth Ave.,
Denver, CO 80220

PERSONAL ATTENTION

Dear Dr. Keller:

I've enclosed a copy of a recent report which appeared in Science which deals with the inhibition by statins of the cholesterol biosynthesis pathway.

On page 1162 of the article and again on p. 1163, I've underlined in red the comment that the statins bind "tightly" to the active site of the reductase involved.

I suspected that the binding of statins, such as Baycol, which I am now taking would be tight, and, if it were, it seems unlikely to me that the enzyme-inhibitor complex would be destroyed within 24-48 hours of its formation in the liver. Therefore, I am taking one Baycol every other day, rather than every day, to see if it affects my blood cholesterol level which has significantly been reduced since I started taking the Baycol.

The blurb which accompanies the Baycol gives little detail on what experiments were conducted that led the company to package 0.4mg pills and to imply, if not state, that that dose needed to be taken every day.

In any event, since statins are part of your prescription arsenal, I thought you might be interested in an important aspect of their activity.

Sincerely

/S/ EDWARD RONWIN

Edward Ronwin

EXHIBIT
COFFMAN REPORTING

EXH 5

~~ER0002216~~

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

| Date | Chol | LDL | HDL | Trigly | Chol/HDL | LDL/HDL | VLDL |
|---|---|---|---|---|---|---|---|
| 11/7/84 | 238 | 174 | | 335 | | | |
| 2/10/86 | 229 | 153 | 37 | 195 | 4.66 | 2.7 | 47.6 |
| 12/86 | 224 | 128 | 48 | 238 | | | |
| 1/87 | 196 | 126 | 30 | 199 | 6.53 | 4.2 | 39.8 |
| 4/28/87 | 196 | 135 | 36 | 125 | 5.44 | 3.8 | 25 |
| 10/21/87 | 196 | 131 | 40 | 127 | 4.9 | 3.3 | 25.4 |
| 2/88 | 217 | 135 | 43 | 197 | 5.05 | 3.1 | 39.4 |
| 5/9/88 | 221 | 141 | 28 | 262 | 7.89 | 5.04 | 52.4 |
| 9/1/88 | 211 | 142 | 27 | 209 | 7.81 | 5.26 | 41.8 |
| 10/96 | 206 | 138 | 39 | 145 | 5.3 | 3.5 | 29.0 |
| 1/97 | 214 | 150 | 45 | 92 | 4.8 | 3.3 | 18.4 |
| 8/97 | 209 | 140 | (no other results; non-fasting) | | | | |
| 2/11/98 | 211 | 149 | 34 | 140 | 6.2 | 4.38 | 28.0 |
| 1/12/99 | 235 | 168 | 47 | 117 | 5.0 | 3.57 | 23.4 |
| 1/10/01[1] | 246 | 172 | 44 | 150 | 5.59 | 3.9 | 30.0 |
| 2/23/01 | 167 | 80 | 37 | 255 | 4.51 | 2.16 | 51.0 |
| 4/18/01 | 149 | 94 | 34 | 103 | 4.4 | 2.76 | 20.6 |
| 7/19/01[2] | 171 | 106 | 38 | 134 | 4.50 | 2.8 | 26.8 |
| 11/19/01[3] | 311 | 221 | 43 | 240 | 7.3 | 5.14 | 48.0 |
| 11/20/01[4] | 219 | 135 | 51 | 165 | 4.29 | 2.65 | 33.0 |
| 1/22/02 | 189 | 115 | 47 | 139 | 4.02 | 2.45 | 27.8 |
| 1/30/02 | 167 | 109 | 32 | 127 | 5.2 | 3.41 | 25.4 |
| 4/26/02 | 182 | 107 | 40 | 177 | 4.55 | 2.68 | 35.4 |
| 7/26/02 | 122 | 70 | 36 | 80 | 3.39 | 1.94 | 16.0 |
| 9/26/02 | 130 | 69 | 36 | 123 | 3.61 | 1.92 | 24.6 |
| 3/3/03 | 166 | 96 | 43 | 137 | 3.86 | 2.23 | 27.4 |
| 3/26/03 | 160 | 94 | 42 | 119 | 3.81 | 2.24 | 23.8 |
| 8/01/03 | 136 | 78 | 39 | 96 | 3.49 | 2.00 | 19.2 |
| 9/26/03 | 154 | 85 | 41 | 138 | 3.76 | 2.07 | 27.6 |
| 2/06/04 | 169 | 103 | 48 | 91 | 3.52 | 2.14 | 18.2 |
| 3/22/04 | 183 | 147 | 37 | 117 | 4.95 | 3.16 | 29.4 |
| 7/31/04 | 158 | 100 | 32 | 131 | 4.94 | 3.13 | 26.2 |
| 2/10/05 | 186 | 116 | 43 | 138 | 4.33 | 2.70 | 27.6 |
| 5/17/05 | 151 | 88 | 38 | 124 | 3.97 | 2.32 | 24.8 |
| 10/7/05 | 147 | 78 | 43 | 131 | 3.41 | 1.81 | 26.2 |
| 3/13/06[5] | 175 | 94 | 43 | 190 | 4.07 | 2.19 | 38.0 |
| 6/8/06 | 125 | 67 | 32 | 132 | 3.91 | 2.09 | 26.4 |
| 9/15/06 | 119 | 63 | 41 | 75 | 2.90 | 1.54 | 15.0 |

[1] Started Baycol at 0.4 mg./day.

[2] Started Zocor (Simvastatin) on 8/10/01

[3] MD admits error in test results. Test one in MD's laboratory

[4] Results probably in error. Test done at Poudre Valley Hosp. laboratory

[5] Started Lipitor, (40 mg./every other day), no later than 3/20/06. Started Lipitor, 20 mg. every other day, no later than 5/6/06.

EXH 6

MAR 16 2001 BP: 104/66 P: 80 R: 16 T: 96.5 [illegible]

(L) shoulder pain x 2-3 months. No injury. Worse c elevation lifting overhead. (R) handed. No NSAID. No crepitus. Don't PT

Exam - Thin. F 160 Ab 110 IR L1 ER 40 Ext 50

Strength [illegible] 125

X (L) Mod DJD AC jt c inf spur. Minimal G/H narrowing. Mild subacromial narrowing

[illegible] 141

RONWIN, EDWARD 03/16/01

HISTORY: This patient complains of left shoulder pain present for approximately two to three months. He denies any injury or usual activity. He is a right-handed individual. His pain is worse with elevation, particularly when he tries to lift things overhead. He has taken nonsteroidal medication. He denies crepitus. He does feel as though there is some weakness. He denies previous shoulder symptoms and has no shoulder symptoms on the right. There is no numbness or paresthesia.

PHYSICAL EXAMINATION: Vital signs are as recorded and in the normal range. He is healthy-appearing individual in no acute distress. He is somewhat thin. Left shoulder: Neurovascular examination is normal. There is no deformity. There is warmth, erythema, effusion or swelling. Flexion is to 160 degrees; abduction 110 degrees active, 125 degrees passive; internal rotation to L1; external rotation 40 degrees; extension 50 degrees. He has excellent strength. There is no tenderness. He does have prominence of the acromioclavicular joint symmetrical bilaterally.

X-RAYS: Left shoulder, three views: There is moderate degenerative arthritis of the acromioclavicular joint with subchondral sclerosis irregularity and inferior osteophyte formation. There is minimal glenohumeral narrowing, mainly manifest on the axillary view. There is no abnormal tilt to the acromion. There does appear on the anteroposterior (AP) view, however, to be some mild subacromial narrowing.

IMPRESSION: Subacromial impingement syndrome with osteoarthritis of the acromioclavicular joint.

DISCUSSION/PLAN: I have told the patient I think I should utilize antiinflammatory medication and physical therapy. He has no history of gastrointestinal (GI) distress. I have started him on NAPROXEN 500 mg b.i.d. with usual admonitions. He does not want to go to physical therapy. I told him that if his symptoms do not subside he should return for injection of steroid; otherwise, return routinely in one month. RET/dam/#3064

Exh. 7

page 1

MAR 21 2001 BP: 110/58 P: 60 R: 16 T: 96.8

Naprosyn ∅ Help

Cortisone shot

RONWIN, EDWARD 03/21/01

HISTORY: He is a follow-up patient of Dr. Torkelson's. Dr. Torkelson got called away for an emergency and therefore the patient was seen by me. He is here now in follow-up. He states the NAPROSYN was a waste of his time, really made him sick, and also really did not do much for his pain. He wanted to get a CORTISONE injection, and therefore came in for further follow-up.

His personal and social history, family history, past medical history, and review of systems are per his patient information sheet.

PHYSICAL EXAMINATION: Vital signs -- blood pressure 110/58, pulse 60, respirations 16, temperature 96.8. He is alert and oriented x3. His left shoulder shows obvious increased thickness of the distal clavicle, he has a positive impingement sign, rotator cuff strength appears intact, sensation is normal.

X-RAYS: Review of his x-rays that were taken previously shows the degenerative change of the acromioclavicular joint with subacromial impingement.

ASSESSMENT: Subacromial impingement, left shoulder.

DISCUSSION/PLAN: We discussed his options for treatment. He elected to undergo an injection, using DEPO-MEDROL 40 mg and LIDOCAINE 1% plain, 4 cc, under sterile technique. He is going to follow-up in another few days if he is not significantly improved. MRR/dam/#19051

AUG 08 2001

Painful (L) shoulder x month. Worse c elevation. No exercise program.
Complete resolution of injection. Radiates into (L) deltoid.

Ex (L) Thin.

RONWIN, EDWARD 08/08/01

HISTORY: The patient complains of pain in the left shoulder, for about one month. The pain is worse with elevation. He has not been on an exercise program. The injection that was provided him in March, by Dr. Rangitsch, gave him complete relief of symptoms. His pain now is lateral in location, radiating into the deltoid.

2

**PHYSICAL EXAMINATION:** The patient is thin, but in no acute distress. Shoulder motion is essentially normal, lacking only to the last 15 to 20 degrees of elevation. He has mild pain with elevation, and mild pain with resisted abduction-flexion.

**IMPRESSION:** Subacromial impingement, left shoulder.

**PLAN:** After a sterile prep, I injected the subacromial bursa with DEPO-MEDROL and XYLOCAINE. He is to return in one month. RET/dam/#7159

06/16/2003 Mailed records to MCS /JF

8/14/03 mailed printout of pt acct + pt info sheet to MCS / LK

2/18/04 Send copies of medical records to pt LK

2/1/06 copies of records + xrays sent to Davis, Graham + Stubbs rcf/LK

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

RT000003er

3

RONWIN, EDWARD 03/16/01 **X-RAY REPORT**

Left shoulder, three views: There is moderate degenerative arthritis of the acromioclavicular joint with subchondral sclerosis irregularity and inferior osteophyte formation. There is minimal glenohumeral narrowing, mainly manifest on the axillary view. There is no abnormal tilt to the acromion. There does appear on the anteroposterior (AP) view, however, to be some mild subacromial narrowing.

RET/dam/#3064

4

[illegible]0000010er

945 Rolland Moore Dr., L-2
Fort Collins, CO 80526
970-221-3837

February 17, 2004

Cheyenne Orthopaedics
2301 House St., Suite 505
Cheyenne, WY 82001

Attention: Linda

Gentlemen:

I saw Dr. Torkelson and Dr. Rangitch, once each, at your offices during the period from February to August, 2001. Each time I was given a cortisone shot in my left shoulder region.

I would like to have a copy of the reports of both MD's on those visits.

If you have any questions, please call.

Sincerely

Edward Ronwin

Edward Ronwin, PhD, JD

ExH. 8

MOTION TELECOM

Telecommunications
With A Higher Priority.

Motion Telecom
7101 S Fulton St. , Suite 200
Centennial, CO 80112

**Invoice Date: 03/22/2004**

**ATTENTION: Please make checks payable to Motion Telecom and mail to the address on remit slip at the bottom of this page. If not sent to correct address payments will not post to your account. We appreciate our customers and will continue to provide excellent service at an affordable price.**

*SORT#01340-1-2
EDWARD RONWIN
945 ROLLAND MOORE DRIVE
UNIT L2
FORT COLLINS, CO 80526

## ACCOUNT SUMMARY

**Account #128736**
**Customer: EDWARD RONWIN**
**For Billing Inquiries Please Call (800) 864-4306**
**Visit our website @ http://www.motiontelecom.com**

| | | |
|---|---|---|
| Amount of Last Statement | $ | 28.27 |
| Total Payments | $ | -28.27 |
| Previous Balance | $ | 0.00 |
| Current Charges | $ | 17.88 |
| TOTAL AMOUNT DUE | $ | 17.88 |
| PAYMENT | $ | -28.27 |
| Long Distance and Flat Rate Overage | $ | 15.96 |
| Fed. USF Highcost Fund | $ | 0.94 |
| Fed. Tel. Relay Service | $ | 0.02 |
| Federal Excise Tax | $ | 0.51 |
| Colorado Sales Tax | $ | 0.15 |
| Colorado State USF | $ | 0.10 |
| Sales Tax | $ | 0.04 |
| Sales Tax | $ | 0.16 |
| TOTAL CURRENT CHARGES | $ | 17.88 |

1285 FNB
3/26/04

The pertinent calls to Dr. Torkelson have been highlighted on the next page.

EXH. 9

page 1

MOTION TELECOM

Telecommunications
With A Higher Priority

**Account #128736** **EDWARD RONWIN** **Page: 3** **Invoice Date: 03/22/2004**

Calls Billed To Calls Billed To 970-221-3837 - 970 221-3837

| DATE | TIME | AREA/NUMBER | PLACE | | MINUTES | AMOUNT |
|---|---|---|---|---|---|---|
| 02/17 | 09:08A | 307-632-9261 | CHEYENNE | WY | 3.7 | 0.182 |
| [redacted] | | | | | | |

Calls Billed To Calls Billed To 970-224-3838 - 970 224-3838

| DATE | TIME | AREA/NUMBER | PLACE | | MINUTES | AMOUNT |
|---|---|---|---|---|---|---|
| [redacted] | | | | | | |
| 02/20 | 02:28P | 307-632-9261 | CHEYENNE | WY | 1.5 | 0.074 |
| [redacted] | | | | | | |
| 02/24 | 08:44A | 307-632-9261 | CHEYENNE | WY | 0.7 | 0.035 |
| 02/24 | 08:45A | 307-632-9261 | CHEYENNE | WY | 1.8 | 0.089 |
| [redacted] | | | | | | |

[redacted]

2

# Adverse Event Reporting System (AERS)

# Freedom Of Information (FOI) Report

**Selections for:** CERIVASTATIN
BAYCOL

**From:** 01-NOV-1997 **To:** Present

Disclaimer: The information contained in these reports has not been scientifically or otherwise verified as to a cause and effect relationship and cannot be used to estimate the incidence of adverse drug reactions.

EXH 10

**FDA - Adverse Event Reporting System (AERS)**
**Freedom Of Information (FOI) Report**
**Standard Report - All Preferred Terms in Cases**

| MedDRA Preferred Term Reaction | Count | % Rpts |
|---|---|---|
| RHABDOMYOLYSIS | 8121 | 38.6% |
| PAIN | 4501 | 21.4% |
| ANXIETY | 4054 | 19.3% |
| RENAL DISORDER | 3603 | 17.1% |
| MYALGIA | 3471 | 16.5% |
| RENAL FAILURE | 3180 | 15.1% |
| ASTHENIA | 2917 | 13.9% |
| HEPATOCELLULAR DAMAGE | 2278 | 10.8% |
| RENAL IMPAIRMENT | 1839 | 8.7% |
| INJURY | 1795 | 8.5% |
| DEPRESSION | 1710 | 8.1% |
| PAIN IN EXTREMITY | 1485 | 7.1% |
| BLOOD CREATINE PHOSPHOKINASE INCREASED | 1262 | 6.0% |
| NERVOUS SYSTEM DISORDER | 1207 | 5.7% |
| FATIGUE | 1192 | 5.7% |
| BACK PAIN | 1188 | 5.6% |
| DIFFICULTY IN WALKING | 1123 | 5.3% |
| OBSTRUCTIVE UROPATHY | 1114 | 5.3% |
| ARTHRALGIA | 1097 | 5.2% |
| MUSCLE INJURY | 1046 | 5.0% |
| NAUSEA | 994 | 4.7% |
| MUSCLE SPASMS | 993 | 4.7% |
| MUSCULAR WEAKNESS | 961 | 4.6% |
| CONDUCTION DISORDER | 938 | 4.5% |
| MALAISE | 906 | 4.3% |
| HEPATIC FUNCTION ABNORMAL | 883 | 4.2% |
| RENAL TUBULAR NECROSIS | 815 | 3.9% |
| CONVULSION | 806 | 3.8% |
| MUSCLE DISORDER | 797 | 3.8% |
| ORGAN FAILURE | 788 | 3.7% |
| RENAL FAILURE ACUTE | 716 | 3.4% |
| CHROMATURIA | 691 | 3.3% |
| VOMITING | 668 | 3.2% |
| POLYTRAUMATISM | 667 | 3.2% |
| MYOPATHY | 665 | 3.2% |
| LIVER FUNCTION TEST ABNORMAL | 635 | 3.0% |
| CHEST PAIN | 604 | 2.9% |
| DYSPNOEA | 604 | 2.9% |
| PYREXIA | 539 | 2.6% |
| EMOTIONAL DISTRESS | 531 | 2.5% |
| DIZZINESS | 522 | 2.5% |
| HEADACHE | 476 | 2.3% |
| FALL | 418 | 2.0% |
| MYOCARDIAL INFARCTION | 415 | 2.0% |
| DIALYSIS | 376 | 1.8% |
| MUSCLE ATROPHY | 372 | 1.8% |
| DEHYDRATION | 363 | 1.7% |
| HYPOAESTHESIA | 358 | 1.7% |
| MYOSITIS | 336 | 1.6% |
| DRUG INTERACTION | 324 | 1.5% |
| DIARRHOEA | 313 | 1.5% |
| WEIGHT DECREASED | 301 | 1.4% |
| LIVER DISORDER | 287 | 1.4% |

**FDA - Adverse Event Reporting System (AERS)**
**Freedom Of Information (FOI) Report**
**Standard Report - All Preferred Terms in Cases**

| MedDRA Preferred Term Reaction | Count | %Rpts |
|---|---|---|
| OEDEMA PERIPHERAL | 286 | 1.4% |
| ABDOMINAL PAIN | 279 | 1.3% |
| INSOMNIA | 271 | 1.3% |
| MYASTHENIC SYNDROME | 263 | 1.2% |
| CARDIAC DISORDER | 262 | 1.2% |
| ASPARTATE AMINOTRANSFERASE INCREASED | 258 | 1.2% |
| PARAESTHESIA | 251 | 1.2% |
| CONDITION AGGRAVATED | 247 | 1.2% |
| HEPATITIS | 245 | 1.2% |
| ALANINE AMINOTRANSFERASE INCREASED | 239 | 1.1% |
| RENAL INJURY | 232 | 1.1% |
| TENDERNESS | 230 | 1.1% |
| ELECTROMECHANICAL DISSOCIATION | 220 | 1.0% |
| GAIT DISTURBANCE | 218 | 1.0% |
| HYPERTENSION | 209 | 1.0% |
| CEREBROVASCULAR ACCIDENT | 208 | 1.0% |
| URINARY TRACT INFECTION | 194 | 0.9% |
| ABDOMINAL PAIN UPPER | 193 | 0.9% |
| HAEMATURIA | 193 | 0.9% |
| VISION BLURRED | 190 | 0.9% |
| NECK PAIN | 188 | 0.9% |
| SYNCOPE | 183 | 0.9% |
| BALANCE DISORDER | 179 | 0.9% |
| MOVEMENT DISORDER | 174 | 0.8% |
| PNEUMONIA | 164 | 0.8% |
| BLOOD CREATININE INCREASED | 160 | 0.8% |
| HAEMODIALYSIS | 160 | 0.8% |
| CARDIAC FAILURE CONGESTIVE | 156 | 0.7% |
| WEIGHT INCREASED | 156 | 0.7% |
| CONSTIPATION | 140 | 0.7% |
| DEATH | 134 | 0.6% |
| PRURITUS | 134 | 0.6% |
| ATROPHY | 131 | 0.6% |
| HYPERHIDROSIS | 131 | 0.6% |
| TREMOR | 129 | 0.6% |
| BLOOD URINE PRESENT | 128 | 0.6% |
| RESPIRATORY FAILURE | 128 | 0.6% |
| MENTAL DISORDER | 127 | 0.6% |
| NEUROPATHY PERIPHERAL | 125 | 0.6% |
| OSTEOARTHRITIS | 123 | 0.6% |
| VISUAL DISTURBANCE | 122 | 0.6% |
| CARDIAC FAILURE | 121 | 0.6% |
| JAUNDICE | 121 | 0.6% |
| DECREASED ACTIVITY | 120 | 0.6% |
| JOINT STIFFNESS | 120 | 0.6% |
| HEPATIC FAILURE | 120 | 0.6% |
| COUGH | 117 | 0.6% |
| PALPITATIONS | 114 | 0.5% |
| BLOOD PRESSURE INCREASED | 113 | 0.5% |
| BLOOD UREA INCREASED | 112 | 0.5% |
| VERTIGO | 112 | 0.5% |
| DERMATITIS | 112 | 0.5% |
| ARTHRITIS | 111 | 0.5% |



06-Jul-2006 10:29 AM

**FDA - Adverse Event Reporting System (AERS)**
**Freedom Of Information (FOI) Report**
**Standard Report - All Preferred Terms in Cases**

| MedDRA Preferred Term Reaction | Count | %Rpts |
|---|---|---|
| FEELING ABNORMAL | 111 | 0.5% |
| CARDIAC ARREST | 108 | 0.5% |
| DIABETES MELLITUS | 108 | 0.5% |
| DECREASED APPETITE | 108 | 0.5% |
| HEPATIC ATROPHY | 108 | 0.5% |
| —NERVE INJURY | 108 | 0.5% |
| ANAEMIA | 107 | 0.5% |
| URINE ABNORMALITY | 107 | 0.5% |
| PERIPHERAL VASCULAR DISORDER | 106 | 0.5% |
| — ARTHROPATHY | 105 | 0.5% |
| INFLUENZA LIKE ILLNESS | 105 | 0.5% |
| ARRHYTHMIA | 104 | 0.5% |
| DYSPEPSIA | 103 | 0.5% |
| ANGINA PECTORIS | 102 | 0.5% |
| SEPSIS | 102 | 0.5% |
| RASH | 98 | 0.5% |
| DYSURIA | 97 | 0.5% |
| DYSPHAGIA | 96 | 0.5% |
| SINUSITIS | 96 | 0.5% |
| HEART RATE INCREASED | 95 | 0.5% |
| MEMORY IMPAIRMENT | 95 | 0.5% |
| HYPERKALAEMIA | 94 | 0.4% |
| TRANSIENT ISCHAEMIC ATTACK | 94 | 0.4% |
| CORONARY ARTERY DISEASE | 92 | 0.4% |
| PANCREATITIS | 92 | 0.4% |
| RENAL PAIN | 89 | 0.4% |
| HYPOTENSION | 88 | 0.4% |
| SLEEP DISORDER | 88 | 0.4% |
| BLOOD GLUCOSE INCREASED | 87 | 0.4% |
| PARALYSIS | 87 | 0.4% |
| LOSS OF CONSCIOUSNESS | 87 | 0.4% |
| SWELLING | 87 | 0.4% |
| ANOREXIA | 86 | 0.4% |
| HEPATIC TRAUMA | 86 | 0.4% |
| ATRIAL FIBRILLATION | 86 | 0.4% |
| KIDNEY INFECTION | 85 | 0.4% |
| BURNING SENSATION | 84 | 0.4% |
| BLOOD LACTATE DEHYDROGENASE INCREASED | 83 | 0.4% |
| PHARYNGOLARYNGEAL PAIN | 83 | 0.4% |
| PULMONARY OEDEMA | 82 | 0.4% |
| SPINAL OSTEOARTHRITIS | 82 | 0.4% |
| DRUG INEFFECTIVE | 81 | 0.4% |
| JOINT SWELLING | 81 | 0.4% |
| FLATULENCE | 80 | 0.4% |
| BLOOD CHOLESTEROL INCREASED | 77 | 0.4% |
| CIRCULATORY COLLAPSE | 76 | 0.4% |
| CONTUSION | 74 | 0.4% |
| GASTROINTESTINAL DISORDER | 74 | 0.4% |
| POLLAKIURIA | 74 | 0.4% |
| OEDEMA | 74 | 0.4% |
| MYOGLOBINURIA | 73 | 0.3% |
| BLOOD TRIGLYCERIDES INCREASED | 72 | 0.3% |
| BONE PAIN | 72 | 0.3% |



06-Jul-2006 10:29 AM

# FDA - Adverse Event Reporting System (AERS)
## Freedom Of Information (FOI) Report
## Standard Report - All Preferred Terms in Cases

| MedDRA Preferred Term Reaction | Count | %Rpts |
|---|---|---|
| CARDIOMYOPATHY | 72 | 0.3% |
| CONFUSIONAL STATE | 71 | 0.3% |
| ERECTILE DYSFUNCTION | 71 | 0.3% |
| OLIGURIA | 71 | 0.3% |
| HEPATIC ENZYME INCREASED | 68 | 0.3% |
| CHOLELITHIASIS | 66 | 0.3% |
| RED BLOOD CELL SEDIMENTATION RATE INCREASED | 66 | 0.3% |
| SUDDEN DEATH | 66 | 0.3% |
| BLOOD BILIRUBIN INCREASED | 65 | 0.3% |
| HYPERTONIA | 65 | 0.3% |
| URINARY TRACT OBSTRUCTION | 65 | 0.3% |
| EMOTIONAL DISORDER | 64 | 0.3% |
| WHITE BLOOD CELL COUNT INCREASED | 64 | 0.3% |
| STRESS | 64 | 0.3% |
| HAEMORRHAGE | 64 | 0.3% |
| — VISUAL ACUITY REDUCED | 63 | 0.3% |
| CARDIOMEGALY | 62 | 0.3% |
| CHRONIC OBSTRUCTIVE PULMONARY DISEASE | 62 | 0.3% |
| HEPATOMEGALY | 62 | 0.3% |
| GASTROINTESTINAL HAEMORRHAGE | 62 | 0.3% |
| NEPHROLITHIASIS | 62 | 0.3% |
| RENAL FAILURE CHRONIC | 62 | 0.3% |
| DYSSTASIA | 61 | 0.3% |
| HYPERLIPIDAEMIA | 61 | 0.3% |
| POLYMYOSITIS | 61 | 0.3% |
| TACHYCARDIA | 60 | 0.3% |
| THROMBOCYTOPENIA | 60 | 0.3% |
| FLUSHING | 59 | 0.3% |
| INTERVERTEBRAL DISC PROTRUSION | 59 | 0.3% |
| PLEURAL EFFUSION | 59 | 0.3% |
| ABDOMINAL DISTENSION | 58 | 0.3% |
| URINARY INCONTINENCE | 58 | 0.3% |
| MYOGLOBIN BLOOD INCREASED | 58 | 0.3% |
| GASTRITIS | 58 | 0.3% |
| LABORATORY TEST ABNORMAL | 57 | 0.3% |
| ANGINA UNSTABLE | 56 | 0.3% |
| RECTAL HAEMORRHAGE | 56 | 0.3% |
| TINNITUS | 56 | 0.3% |
| LETHARGY | 56 | 0.3% |
| CHILLS | 56 | 0.3% |
| CARDIOVASCULAR DISORDER | 55 | 0.3% |
| CHEST DISCOMFORT | 55 | 0.3% |
| COMA | 55 | 0.3% |
| ILL-DEFINED DISORDER | 55 | 0.3% |
| ALOPECIA | 54 | 0.3% |
| BRADYCARDIA | 54 | 0.3% |
| MUSCULOSKELETAL STIFFNESS | 53 | 0.3% |
| BLOOD POTASSIUM INCREASED | 52 | 0.2% |
| HAEMATOCRIT DECREASED | 52 | 0.2% |
| MUSCLE RIGIDITY | 52 | 0.2% |
| HAEMOGLOBIN DECREASED | 52 | 0.2% |
| CARPAL TUNNEL SYNDROME | 51 | 0.2% |
| ANURIA | 50 | 0.2% |

**FDA - Adverse Event Reporting System (AERS)**
**Freedom Of Information (FOI) Report**
**Standard Report - All Preferred Terms in Cases**

| MedDRA Preferred Term Reaction | Count | %Rpts |
|---|---|---|
| FACE OEDEMA | 50 | 0.2% |
| INFLAMMATION | 50 | 0.2% |
| HEPATIC STEATOSIS | 49 | 0.2% |
| PHARYNGITIS | 49 | 0.2% |
| TENDONITIS | 49 | 0.2% |
| RENAL CYST | 49 | 0.2% |
| OBSTRUCTION | 48 | 0.2% |
| BRONCHITIS | 47 | 0.2% |
| PANCREATITIS ACUTE | 47 | 0.2% |
| MULTI-ORGAN FAILURE | 47 | 0.2% |
| DYSPHONIA | 47 | 0.2% |
| CHRONIC FATIGUE SYNDROME | 47 | 0.2% |
| ANGIOPATHY | 46 | 0.2% |
| CYSTITIS | 46 | 0.2% |
| GASTROOESOPHAGEAL REFLUX DISEASE | 46 | 0.2% |
| VENTRICULAR EXTRASYSTOLES | 46 | 0.2% |
| NIGHT SWEATS | 46 | 0.2% |
| NERVOUSNESS | 46 | 0.2% |
| ARTERIOSCLEROSIS | 45 | 0.2% |
| DYSPNOEA EXERTIONAL | 45 | 0.2% |
| NASOPHARYNGITIS | 45 | 0.2% |
| INFECTION | 45 | 0.2% |
| HYPERCHOLESTEROLAEMIA | 45 | 0.2% |
| CARDIO-RESPIRATORY ARREST | 44 | 0.2% |
| ERYTHEMA | 44 | 0.2% |
| FIBROMYALGIA | 44 | 0.2% |
| BLOOD CREATINE PHOSPHOKINASE MB INCREASED | 43 | 0.2% |
| RHINITIS | 43 | 0.2% |
| MYOCARDIAL ISCHAEMIA | 42 | 0.2% |
| COORDINATION ABNORMAL | 41 | 0.2% |
| BENIGN PROSTATIC HYPERPLASIA | 40 | 0.2% |
| UPPER RESPIRATORY TRACT INFECTION | 40 | 0.2% |
| TENDON DISORDER | 40 | 0.2% |
| STAPHYLOCOCCAL INFECTION | 40 | 0.2% |
| SOMNOLENCE | 40 | 0.2% |
| SLEEP APNOEA SYNDROME | 40 | 0.2% |
| MOBILITY DECREASED | 40 | 0.2% |
| MITRAL VALVE INCOMPETENCE | 40 | 0.2% |
| MEDICATION ERROR | 40 | 0.2% |
| GAMMA-GLUTAMYLTRANSFERASE INCREASED | 40 | 0.2% |
| CATARACT | 40 | 0.2% |
| AMYOTROPHIC LATERAL SCLEROSIS | 39 | 0.2% |
| FLUID RETENTION | 39 | 0.2% |
| POLYNEUROPATHY | 39 | 0.2% |
| PULMONARY EMBOLISM | 39 | 0.2% |
| HEART RATE IRREGULAR | 39 | 0.2% |
| BLOOD ALKALINE PHOSPHATASE INCREASED | 38 | 0.2% |
| ACCIDENT | 37 | 0.2% |
| ELECTROCARDIOGRAM ABNORMAL | 37 | 0.2% |
| HYPOKALAEMIA | 37 | 0.2% |
| C-REACTIVE PROTEIN INCREASED | 37 | 0.2% |
| POST PROCEDURAL COMPLICATION | 37 | 0.2% |
| URINARY TRACT DISORDER | 37 | 0.2% |

**FDA - Adverse Event Reporting System (AERS)**
**Freedom Of Information (FOI) Report**
**Standard Report - All Preferred Terms in Cases**

| MedDRA Preferred Term Reaction | Count | %Rpts |
|---|---|---|
| HYPERSENSITIVITY | 36 | 0.2% |
| SCIATICA | 36 | 0.2% |
| SPINAL COLUMN STENOSIS | 36 | 0.2% |
| URTICARIA | 36 | 0.2% |
| ASTHMA | 35 | 0.2% |
| BURSITIS | 35 | 0.2% |
| DYSGEUSIA | 35 | 0.2% |
| RESPIRATORY DISORDER | 35 | 0.2% |
| RENAL COLIC | 35 | 0.2% |
| BLOOD PRESSURE DECREASED | 35 | 0.2% |
| DIVERTICULUM | 34 | 0.2% |
| HIATUS HERNIA | 34 | 0.2% |
| ECCHYMOSIS | 34 | 0.2% |
| MUSCLE TWITCHING | 34 | 0.2% |
| ROTATOR CUFF SYNDROME | 34 | 0.2% |
| TENDON RUPTURE | 34 | 0.2% |
| PROTEINURIA | 34 | 0.2% |
| DIVERTICULITIS | 33 | 0.2% |
| EYE DISORDER | 33 | 0.2% |
| RASH ERYTHEMATOUS | 33 | 0.2% |
| SPEECH DISORDER | 33 | 0.2% |
| EAR PAIN | 33 | 0.2% |
| LUNG DISORDER | 32 | 0.2% |
| THROMBOSIS | 32 | 0.2% |
| SENSATION OF HEAVINESS | 32 | 0.2% |
| HYPOTHYROIDISM | 31 | 0.1% |
| RED BLOOD CELL COUNT DECREASED | 31 | 0.1% |
| OSTEOPOROSIS | 31 | 0.1% |
| LEUKOCYTOSIS | 31 | 0.1% |
| HYPOTONIA | 31 | 0.1% |
| ABASIA | 30 | 0.1% |
| HYPERGLYCAEMIA | 30 | 0.1% |
| SENSORY LOSS | 30 | 0.1% |
| URINARY RETENTION | 30 | 0.1% |
| POLYMYALGIA RHEUMATICA | 30 | 0.1% |
| OESOPHAGITIS | 30 | 0.1% |
| INTERVERTEBRAL DISC DEGENERATION | 30 | 0.1% |
| INFLUENZA | 30 | 0.1% |
| ATELECTASIS | 30 | 0.1% |
| DRUG EFFECT DECREASED | 30 | 0.1% |
| ABDOMINAL DISCOMFORT | 29 | 0.1% |
| LYMPHADENOPATHY | 29 | 0.1% |
| GROIN PAIN | 29 | 0.1% |
| GOUT | 29 | 0.1% |
| DIABETIC NEUROPATHY | 29 | 0.1% |
| DIABETES MELLITUS INADEQUATE CONTROL | 29 | 0.1% |
| DEEP VEIN THROMBOSIS | 29 | 0.1% |
| CYST | 29 | 0.1% |
| CORONARY ARTERY OCCLUSION | 29 | 0.1% |
| CARDIAC MURMUR | 29 | 0.1% |
| BLOOD AMYLASE INCREASED | 29 | 0.1% |
| CHOLESTASIS | 28 | 0.1% |
| FAECES DISCOLOURED | 28 | 0.1% |



06-Jul-2006 10:29 AM

**FDA - Adverse Event Reporting System (AERS)**
**Freedom Of Information (FOI) Report**
**Standard Report - All Preferred Terms in Cases**

**Summary Report for FOI Selections:**

**From:** 01-NOV-1997 **To:** Present

Selection by inexact search of active ingredient:
CERIVASTATIN%

Selection by inexact search of Tradename/Verbatim:
BAYCOL%

Total Individual Safety Reports: 21,048

On FIVE occasions, TORKELSON gave RONWIN 5 or 10 more minutes and threatened to leave the deposition at the end of those time limits:

p. 72, l. 25 to p. 73, l. 5: TORKELSON: "I ought to tell you, this is scheduled for two hours and I have another appointment in 10 minutes. I don't mean to rush you, if we're going to have to do much longer than that, we're going to have to reschedule."
RONWIN: "We're going to have to, because I've got questions here."

p. 78, ls. 21-22: TORKELSON: "I'm just telling you my time constraints." Let's move it along, please."

p. 88, ls. 18-19: TORKELSON: "I don't know. I've got - I'm going to give you about 10 minutes and then I'm out of here."

p. 89, l. 24 to p. 90, l. 5: TORKELSON: "It's made of many different types. Now if you want to go through the pathophysiology, the anatomy, the microanatomy of a tendon, we could sure as hell do it, but I don't have the time, and it doesn't appear to me to be relevant and you're making me a little angry, to tell the truth. You got 10 minutes and then I'm out of here."

p. 98, ls. 12: TORKELSON: "I'll give you five minutes."

p. 99, ls 4-6: TORKELSON: "And within the five minutes, I'm happy to do that."

EXH 11
page 1

p. 96, l. 2-3: RONWIN: "Yeah, but can you rule out other possible causes?"
p. 96, ls. 4-6: TORKELSON: "I can't think of any other possible cause. Yes, I would rule out Bacal, (the reporter kept misspelling Baycol), as a cause, if that's your question.
p. 96, l. 7: RONWIN: "You would?"
p. 96, l. 8: TORKELSON: "Yes."
p. 96, l. 9: RONWIN: "On what grounds?"
p. 96, l. 10: TORKELSON: "Because Bacal doesn't cause this."
p. 96, l. 11: RONWIN: "How do you know?"
p. 96, ls. 12-13: TORKELSON: "Based on my experience as an orthopedic surgeon."
p. 96, ls. 14-17: RONWIN: "Uh-huh. And have you had -- how many patients have you had that had taken Bacal for sure and then you had to do a rotate -- you found a rotator cuff tear for sure?"
p. 96, ls. 18-19: TORKELSON: "As I'm standing here -- as I'm sitting here now, I can't give you any example one way or another."
p. 96, ls. 20-21: RONWIN: "Okay. Then how do you know Bacal wasn't the cause?"
p. 96, ls. 22-24: TORKELSON: "I've answered the question. My opinion is this is a degenerative tear based on experience of 30 years training as an orthopedic surgeon."
p.96, l. 25: RONWIN: "That's fine."
p.97, l. 1-2: TORKELSON: "And based on literature with regard to Bacal, but I'm not going to argue with you about it."
p.97, ls. 3-4: RONWIN: "I'm not asking you to argue. I'm asking [how - left out by reporter] you can you rule out any other cause?"
p.97, ls. 5-7: PILKINGTON: Objection. Asked and answered. He said he ruled out other -- in his opinion, the most probable cause is degenerative change."
p.97, l. 8: RONWIN: "That's his opinion."
p.97, l. 9: PILKINGTON: "That's what your asking."
p.97, ls. 1--14: RONWIN: "Yeah, but I asked how did he rule out other causes? And then he says, well, there was no physical injury. And then he says he rules out Bacal, so I asked him how he can rule out Bacal, and he doesn't give us an answer."
p.97, l. 15: PILKINGTON: "Oh, he did."
p.97, ls. 16-17: RONWIN: "No, he didn't. This is more like what he would like --"
p.97, ls. 18-19: TORKELSON: "Mr. -- we are pretty much done."
p.97, ls. 20-21: RONWIN: "Yeah, this is more like what he would like to rule out."
p.97, l. 22: PILKINGTON: "Are you done?"
p.97, ls. 23-24: RONWIN: "Well, I suppose, but I'd really like to go into that Bacal thing."

2

## CALCULATION OF NUMBER OF BAYCOL MOLECULES LEFT AT 48 HOURS FOLLOWING 0.4 mg. DOSING

Preliminarily:

$4 \times 10^1 = 40$; $4 \times 10^2 = 400$; $4 \times 10^3 = 4{,}000$; $4 \times 10^4 = 40{,}000$

One-half of 40,000 = 20,000; Hence ½ of $4 \times 10^4 = 2 \times 10^4$, NOT $4 \times 10^2$

Baycol Molecular Weight: 481.5
A molecular weight of Baycol in grams has $6.02 \times 10^{23}$ molecules.
481.5 grams of Baycol = 481,500 mg. of Baycol.

Hence, the number of molecules in a 0.4 mg. dose of Baycol equals:

$$\frac{0.4 \text{ mg}}{481500 \text{ mgs.}} = \frac{X}{6.02 \times 10^{23}}$$

$$X = 6.02 \times 10^{23} \times \frac{4 \times 10^{-1}}{4.815 \times 10^{5}}$$

$$X = 5 \times 10^{17} = 500 \times 10^{15}$$

In Dr. Keller's letter of May 25, 2001 to Dr. Ronwin, there appears the following:

> "I did look up more data on Baycol. Its half-life in the body is only two to four hours. Therefore, if you are taking it every other day , by the start of the second day there will be no Baycol left in your system..."

Taking the difference between two and four hours, the following is a table of the number of molecules that will be present in the body at three hour intervals to the entire period of 48 hours.

| 3 hour interval | Number of Baycol Molecules x $10^{15}$ |
|---|---|
| Start | 500 |
| 1st | 250 |
| 2nd | 125 |
| 3rd | 62.5 |
| 4th | 31.3 |
| 5th | 15.7 |
| 6th | 7.9 |
| 7th | 4.0 |
| 8th (24th hour post dosing) | 2.0 |
| 9th | 1.0 |
| 10th | 0.5 |
| 11th | 0.25 |
| 12th | 0.125 |
| 13th | 0.063 |
| 14th | 0.031 |
| 15th | 0.016 |
| 16th (48th hour post dosing) | 0.008 |

EXH 12

Page 2 - Calculation of number of Baycol molecules left at 48 hours following 0.4 mg. dosing

At 48 hours: $0.008 \times 10^{15}$ molecules = $8 \times 10^{12}$ molecules = 8 Trillion molecules

NUMBER OF Kgs. IN HUMAN LIVER

From: Gray's Anatomy, 38th Ed., (1995), Churchill Livingston, N.Y. Part B, p. 1796:

Human Livers: Male, average 1.4 Kg. to 1.8 Kg.
Female, average 1.2 Kg. to 1.4 Kg.
Range, 1.0 Kg. to 2.5 Kg.

From: Introduction to the Human Body, 5th Ed., John Wiley & Sons, N.Y., (2001), p. 468:

"In the average adult, the liver weighs 1.4 Kg (= approx. 3 lbs).

NUMBER OF CELLS IN HUMAN LIVER

Data from: Inter-individual Variability in Levels of Human Microsomal Protein and Hepatocelluarity per gram of Liver, by Z.E. Wilson, A. Rostami-Hodjegan, J.L. Burn, A. Tooley, J. Boyle, S.W. Ellis & G.T. Tucker, British J. Clin. Pharmacol., 56 433-440 (2003):

These authors report the value of hepatocellularity as ranging from:
65 to $185 \times 10^6$ cells/gram of liver with a mean value of $107 \times 10^6$ cells/gram.

Taking the average weight of liver as $1.4 \times 10^3$ grams times the average number of liver cells per gram of liver, we get:

$107 \times 10^6$/g $\times 1.4 \times 10^3$ grams = $150 \times 10^9$ = 0.15 Trillion cells in the average human liver

Using the values from Z.E. Wilson, et al, given above, the range is:
0.091 Trillion to 0.259 Trillion cells in the average human liver

Using the highest number of cells/gram of liver with the highest number of grams per human liver, we get:

0.463 Trillion cells in the liver

Using the lowest number of cells/gram of liver with the lowest number of grams per human liver, we get:

0.065 Trillion cells in the human liver

For: .BADC75P06 : From: Carmody,Kathleen M
Tue Sep 18, 2001 4:21 pm Taken By: MEDITECH (4000)

OPERATING ROOM SCHEDULING
09/18/01 4:21pm

PT NAME: EDWARD RONWIN ACCT #: AM4007762224
HOME PHONE: (307)433-0036 UNIT #: AM00725132
WORK PHONE:
BIRTHDATE: 01/12/24 SEX: M BED:
SOCIAL SECURITY #: 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

APPT DATE/TIME: 09/26/01 0700

DX1: CAD,ANGINA

OR COMMENTS

NOTES:

ANGIOGRAM POSS PTCA IF CATH LAB AT 0930
FAXED/TMC
SCHEDULING NOTES:

PATIENT STATUS (IN, OBS, OUT): OBSERVATION

DOCTOR NAME: KELMAN Mark Keller

PRIMARY DOCTOR:

INSURANCE: MEDICARE OUTPATIENT AUTHORIZATION:
BC OUT OF STATE (USA)
**************************************************************************
OLD APPT DATE AND TIME: 09/26/01 0700

NEW APPT DATE AND TIME: 09/26/01 0700
**************************************************************************
SCHEDULER: Carmody,Kathleen M DATE: September 18, 2001

no diab.
no blood
108 / 51
100 ~~97~~ 4, 93
claudication ō angioplasty 8/2001
Bypass x2 1994
angina since then
100 & on.
· L) arm fx
· apply
· adhesions/lap.
· R) shoulder
· stent x3 – 1994
· arm angioplasties
· (L) side pressure / chg.
· hernia
Plavix ⇒ bleeding stools nose bleeds.
f – 1900
h – 0430
(2 g)
ASA } 0430
Zocor
Ex. 13

ROSE MEDICAL CENTER
RONWIN,EDWARD
ACCT: AM4007762224 MRN: AM00725132
DOB: 01/12/24 M 77
DR: KELLER,MARK W DR: NONE,NONE

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

RMC000068er

~~EXH. 38~~
~~KELLER DEPO.~~