Age/Sex: 77 M
Unit #: AH00725132
Admitted: 09/26/01 at 1020
Status: OIS IN

Attending: Keller,Mark W
Account #: AH4007762224
Location: AH.4CE
Room/Bed: AH.425-A

RONWIN,EDWARD

Col Rose Med Ctr Patient Care *LIVE*
CLINICAL DOCUMENTATION RECORD

Page 5
Printed 10/03/01 at 1933

EXH 14
Page 1

| Intervention Description / Activity Type | Sts | Directions / Occurred Date Time By / Recorded Date Time By / Comment/Reason / Documented Units | From / Change |
|---|---|---|---|

1040 Pre Op Checklist: Surgical Readiness + A .PRIOR TO OR OE
Cm: 167.64
Weight - Lb: 120
OR
Kg: 54.435
Weight Source: STAND
--- LAST PO INTAKE ---
Last Solids Date: 09/25/01
Time: 1900
Last Clear Liquids Date: 09/26/01
Time: 0430
--- NEW PATIENT IV SITE START ---
IV Site: 1
Start Date: 09/26/01
Cath Size: 20
Type: PERIPHERAL IV
Site Code: SRS, L FOREARM
Unsuccessful Attempt: 0
Inserted by: K KRAMER
--- IV SITE ALREADY IN PLACE ---
** Pre-Op Care Center/Ambulatory Surgery Only **
Any Change in Nursing History and/or Physical Assessment
Since Pre-op Assessment Obtained? N
--- ADDITIONAL PREOPERATIVE INFORMATION ---
Meds Taken Prior to Arrival: ASA AND ZOCOR PO AT 0430 WITH APPR 2 OZ H20
Meds Given in Pre-Op: BENADRYL 25 MG PO AT
: VALIUM 5 MG PO AT
: PLAVIX 300MG PO REFUSED BY PATIENT
Comment: READY FOR PROCEDURE
: TO CATH LAB PER W/C ACCOMPANIED BY NURSE
To Pre Op Holding Date: 09/26/01

Date: 09/26 Time: 0907

1040 Pre Op Checklist: Surgical Readiness + A .PRIOR TO OR OE
Document 09/26 0907 KK 09/26 0907 KK
--- PREOPERATIVE READINESS ---
Surgical Consent Completed? Y
Completed H&P on Chart? N
Allergies Verified? Y
X-Rays? N
EKG? Y
Labs on Chart? Y
Verbal Verification of Operative Site? Y
Pt/Guardian Verbalizes Identification? Y
ID Band On? Y
Old Chart? N
Safety Guidelines Initiated? Y
Last Voided: 0800
Glasses/Contacts Removed? N
--- MOST CURRENT VITAL SIGNS ---
Temperature: 96.8
Pulse: 77

**CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER**

| Intervention Description / Activity Type | Sts | Directions / Occurred Date Time By / Recorded Date Time By / Comment/Reason / Documented Units | From / Change |
|---|---|---|---|

1040 Pre Op Checklist: Surgical Readiness + A .PRIOR TO OR OE
Blood Pressure: 100/51
Pulse Ox %: 100
--- MOST CURRENT HEIGHT AND WEIGHT ---
Height - Feet: 5
Inches: 6
OR
Cm: 167.64
Weight - Lb: 120
OR
Kg: 54.435
Weight Source: STAND
--- LAST PO INTAKE ---
Last Solids Date: 09/25/01
Time: 1900
Last Clear Liquids Date: 09/26/01
Time: 0430
--- NEW PATIENT IV SITE START ---
IV Site: 1
Start Date: 09/26/01
Cath Size: 20
Type: PERIPHERAL IV
Site Code: SRS, L FOREARM
Unsuccessful Attempt: 0
Inserted by: K KRAMER
--- IV SITE ALREADY IN PLACE ---
** Pre-Op Care Center/Ambulatory Surgery Only **
Any Change in Nursing History and/or Physical Assessment
Since Pre-op Assessment Obtained? N
--- ADDITIONAL PREOPERATIVE INFORMATION ---
Meds Taken Prior to Arrival: ASA AND ZOCOR PO AT 0430 WITH APPR 2 OZ H20
Meds Given in Pre-Op: BENADRYL 25 MG PO AT 0910
: VALIUM 5 MG PO AT 0910
: PLAVIX 300MG PO AT 0910 AFTER DICUSSION WITH DR. KELLER
Comment: READY FOR PROCEDURE
: TO CATH LAB PER W/C ACCOMPANIED BY NURSE
To Pre Op Holding Date: 09/26/01

Date: 09/26 Time: 1020

1070 Shift Reassessment: Adult + A CP
Document 09/26 1020 MLM 09/26 1350 MLM
Assessment Obtained
Date: 09/26/01
Time: 1020
Shift: 7A-7P
ID Band On? Y
NEUROLOGICAL Assessment Within Defined Parameters? Y
IF APPROPRIATE:
EENT Assessment Within Defined Parameters? Y
Right Eye
Left Eye
RESPIRATORY Assessment Within Defined Parameters? N

RMC000062er

EXH 14
Page 1

EXH 39
KELLER DEPO

Age/Sex: 77 M
Unit #: AM00725132
Admitted: 09/26/01 at 1820
Status: OIS IN

Attending: Keller,Mark N
Account #: AM4007762224
Location: AM.4CE
Room/Bed: AM.425-A

RONWIN,EDWARD

Col Rose Med Ctr Patient Care *LIVE*
CLINICAL DOCUMENTATION RECORD

Page 5

Page 6
Printed 10/03/01 at 1933

Intervention Description / Sts / Directions / From
Activity Type / Occurred Date Time By / Recorded Date Time By / Comment/Reason / Documented Units / Change

1070 Shift Reassessment: Adult + A CP
RLL: DIMINISHED
LLL: DIMINISHED
Chest Excursion: SYMMETRIC
Pulse Ox %: 96
IF ON OXYGEN
Oxygen Device: ROOM AIR
CARDIAC Assessment Within Defined Parameters? Y
IF ON TELEMETRY
Monitor: NSR
: PVC
CIRCULATORY Assessment Within Defined Parameters? Y
IF APPROPRIATE:
Circulatory Comment: GOOD PEDAL PULSES BIL. PT POST CATH, NO ANGIOCELE RT GROIN. PT
: INSTRUCTED MANY TIMES TO KEEP FLAT IN BED AND SANDBAG AT SITE.
IF DIALYSIS PATIENT
--- SKIN RISK ASSESSMENT ---
--- FALL RISK ASSESSMENT --- <Shift><F8> On Line Doc.
--- EQUIPMENT ---

Date: 09/26 Time: 1047

Patient Notes: NURSE NOTES
Create 09/26/01 1047 MLM 09/26/01 1049 MLM
1020 PT RECEIVED FROM CATH LAB/CART. PT A&O X 3. LS CLEAR AND HEART SOUNDS REG. ABD SOFT +BS. RT GROIN WITH GAUZE AND TEG INTACT. SITE SOFT. SANDBAG PLACED. PT ON MONITOR. VSS AND IV INFUSING. PT ORIENTED TO RM. BED LOCKED AND LOW. CALL LIGHT IN REACH.

Date: 09/26 Time: 1101

1656 Physician Order: Activites/ADLs A OE
09/26 BEDREST X6HRS, FIRST TIME OUT OF BED WITH ASSISTANCE

Create 09/26 1101 SM 09/26 1102 SM

Date: 09/26 Time: 1118

1684 Age Appropriate Guidelines: 65+ Years A .VIEW PROTOCOL CP
Create 09/26 1118 MLM 09/26 1120 MLM
1150 IV Access Start/DC Sites 1-6+ A .ADM & PRN START/DC CP
Create 09/26 1118 MLM 09/26 1120 MLM
1090 Routine Care: MED/SURG/TELE + A .END OF SHIFT CP
VIEW PROTOCOL

Create 09/26 1118 MLM 09/26 1120 MLM
1140 Intake and Output: Basic (L) + A .OBH(06.14.22) CP
Create 09/26 1118 MLM 09/26 1120 MLM
1160 Weight + A .IF ORDERED CP
Create 09/26 1118 MLM 09/26 1120 MLM

Intervention Description / Sts / Directions / From
Activity Type / Occurred Date Time By / Recorded Date Time By / Comment/Reason / Documented Units / Change

1180 Notify MD A PRN CP
Document as patient note.

Create 09/26 1118 MLM 09/26 1120 MLM
1390 N/S/T: Nutrition/ADL/Activity Flowsheet A .QS CNA/RN if no CNA CP
Create 09/26 1118 MLM 09/26 1120 MLM
2202 Discharge Home + A .ON DISCHARGE CP
Create 09/26 1118 MLM 09/26 1120 MLM
2210 Inventory Personal Belongings + A .ON ADM & TRANSF CP
ON ADMISSION AND TRANSFER. PLEASE PRINT OUT AND HAVE PATIENT SIGN.

Create 09/26 1118 MLM 09/26 1120 MLM
1070 Shift Reassessment: Adult + A QS CP
Create 09/26 1118 MLM 09/26 1120 MLM
1000 ADM/TRANSFER: Quick Start Form + A .ON ADMISSION/TRANSFER AS
Create 09/26 1118 MLM 09/26 1118 MLM
Document 09/26 1118 MLM 09/26 1118 MLM
Patient Type: MED/SURG
Patient Age Group: 65+

Date: 09/26 Time: 1120

1120 Vital Signs + A CP
Create 09/26 1120 MLM 09/26 1120 MLM
2102 Education: Interdisciplinary + A PRN CP
Create 09/26 1120 MLM 09/26 1120 MLM

Date: 09/26 Time: 1125

1000 ADM/TRANSFER: Quick Start Form + A .ON ADMISSION/TRANSFER AS
Document 09/26 1125 MLM 09/26 1125 MLM
Patient Type: MED/SURG
Patient Age Group: 65+

Date: 09/26 Time: 1214

1120 Vital Signs + A CP
Document 09/26 1214 DWS 09/26 1214 DWS
Temperature: 96.2
Temp Source: TYMPANIC
Pulse: 71
Respirations: 20
Blood Pressure: 122/50
Blood Pressure Device: NIBP
Pulse Ox %: 99
IF ON OXYGEN
Oxygen Device: NC
O2 Amount (L): 1.5

Date: 09/26 Time: 1814

EXH. 4
KELLER DEPO
RMC000063er

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

Age/Sex: 77 M Attending: Keller,Mark W
Unit #: AH00725132 Account #: AH4007762224
Admitted: 09/26/01 at 1820 Location: AH.4CE
Status: DIS IN Room/Bed: AH.425-A

RONWIN,EDWARD

Col Rose Med Ctr Patient Care *LIVE*
CLINICAL DOCUMENTATION RECORD

Page 8
Printed 10/03/01 at 1933

Page 3

| Intervention Description | Sts | Directions | From |
|---|---|---|---|
| Activity Type / Occurred Date Time By / Recorded Date Time By / Comment/Reason / Documented Units | | | Change |

**Date: 09/27 Time: 1203**

Patient Notes: NURSE NOTES
Create 09/27/01 1203 AL 09/27/01 1211 AL
7A-7P REC'D PT. FOR CARE AT 0700. PTS. OCCLUSIVE DSG TO R. GROIN SITE FROM CATH. ON 9/26/01 REMOVED BY NIGHT RN. PT. STILL OOZING BLOOD. ANOTHER OCCLUSIVE DSG APPLIED TO SITE W/2X2 UNDERNEATH AND 5LB SANDBAG APPLIED. PT. REFUSED MORNING ASSESSMENT, NO ASSESSMENT DOCUMENTED. PT. ALSO REFUSED VS THIS A.M. PT. STATED THAT HE WANTS TO GO HOME, AND DOES NOT WANT TO BE HERE ALL DAY W/THE SANDBAG ON. RN FROM CATH. LAB CAME OVER TO GIVE PT. AN INJ. OF EPINEPHRINE AND LIDOCAINE PER DR. FRIEDRICH AND 1/2HR LATER PT. HAS HAD NO OOZING FROM SITE EVEN AFTER AMBULATION. PT. INSTRUCTED TO STAY HERE UNTIL AFTER LUNCH, IN ORDER TO MONITOR OOZING FROM THE R. GROIN SITE, AND THEN CAN BE DC'D IF NOT BLEEDING. PT. SAID OKAY.

BE DC'D TO HOME.

**Date: 09/27 Time: 1308**

Patient Notes: CASE MANAGER/SOCIAL SERVICES
Create 09/27/01 1308 EW 09/27/01 1316 EW
CARE CONFERENCE HELD TODAY. PT WILL D/C SOON AND NO D/C NEEDS ANTICIPATED. CONSULT WITH PT WHO IS FEELING READY TO D/C. HE LIVES IN CHEYENNE WY AND PLANS TO DRIVE HOME ALONE. HE DOES NOT WANT ANYONE TO DRIVE WITH HIM AND REFUSES TO REMAIN IN DENVER FOR A FEW DAYS.

**Date: 09/27 Time: 1955**

| | | | | |
|---|---|---|---|---|
| 1230 | Assess: Cardiac + | A | PRN | CP |
| Ed Status | 09/27 1955 his 09/27 1955 his | | | A -> D |
| 1240 | Assess: Circulation + | A | PRN | CP |
| Ed Status | 09/27 1955 his 09/27 1955 his | | | A -> D |
| 1684 | Age Appropriate Guidelines: 65+ Years | A | VIEW PROTOCOL | CP |
| Ed Status | 09/27 1955 his 09/27 1955 his | | | A -> D |
| 1150 | IV Access Start/DC Sites 1-6+ | A | ADM & PRN START/DC | CP |
| Ed Status | 09/27 1955 his 09/27 1955 his | | | A -> D |
| 1890 | Routine Care: MED/SURG/TELE + VIEW PROTOCOL | A | END OF SHIFT | CP |
| Ed Status | 09/27 1955 his 09/27 1955 his | | | A -> D |
| 1120 | Vital Signs + | A | Q4H x 24H, QS | CP |
| Ed Status | 09/27 1955 his 09/27 1955 his | | | A -> D |
| 1140 | Intake and Output: Basic (L) + | A | Q8HC06,14,22) | CP |
| Ed Status | 09/27 1955 his 09/27 1955 his | | | A -> D |
| 1160 | Weight + | A | IF ORDERED | CP |
| Ed Status | 09/27 1955 his 09/27 1955 his | | | A -> D |

| Intervention Description | Sts | Directions | From |
|---|---|---|---|
| Activity Type / Occurred Date Time By / Recorded Date Time By / Comment/Reason / Documented Units | | | Change |
| 1180 Notify MD<br>Document as patient note. | A | PRN | CP |
| Ed Status 09/27 1955 his 09/27 1955 his | | | A -> D |
| 1398 M/S/T: Nutrition/ADL/Activity Flowsheet | A | QS CNA/RN if no CNA | CP |
| Ed Status 09/27 1955 his 09/27 1955 his | | | A -> D |
| 2192 Education: Interdisciplinary + | A | PRN | CP |
| Ed Status 09/27 1955 his 09/27 1955 his | | | A -> D |
| 2202 Discharge Home + | A | ON DISCHARGE | |
| Ed Status 09/27 1955 his 09/27 1955 his | | | A -> D |
| 2210 Inventory Personal Belongings +<br>ON ADMISSION AND TRANSFER. PLEASE PRINT OUT AND HAVE PATIENT SIGN. | A | ON ADM & TRANSF | CP |
| Ed Status 09/27 1955 his 09/27 1955 his | | | A -> D |
| 1070 Shift Reassessment: Adult + | A | QS | CP |
| Ed Status 09/27 1955 his 09/27 1955 his | | | A -> D |
| 1310 Assess: Psychosocial + | A | PRN | CP |
| Ed Status 09/27 1955 his 09/27 1955 his | | | A -> D |
| 1000 ADM/TRANSFER: Quick Start Form + | A | ON ADMISSION/TRANSFER | AS |
| Ed Status 09/27 1955 his 09/27 1955 his | | | A -> D |
| 1002 ADM: Adult History + | A | ON ADMISSION | AS |
| Ed Status 09/27 1955 his 09/27 1955 his | | | A -> D |
| 1005 ADM: Adult Physical Assessment + | A | ON ADMISSION | AS |
| Ed Status 09/27 1955 his 09/27 1955 his | | | A -> D |
| 1040 Pre Op Checklist: Surgical Readiness + | A | PRIOR TO OR | DE |
| Ed Status 09/27 1955 his 09/27 1955 his | | | A -> D |
| 1150 IV Access Start/DC Sites 1-6+ | A | ADM & PRN START/DC | DE |
| Ed Status 09/27 1955 his 09/27 1955 his | | | A -> D |
| 1610 Physician Order: General Orders<br>CONVERT TO ADMISSION (DONE)<br>DO NOT WAKE UP PT TONIGHT FOR ANY ROUTINE CHECKS | A | | DE |
| Ed Status 09/27 1955 his 09/27 1955 his | | | A -> D |
| 1656 Physician Order: Activites/ADLs<br>09/26 BEDREST X6HRS. FIRST TIME OUT OF BED WITH ASSISTANCE | A | | DE |
| Ed Status 09/27 1955 his 09/27 1955 his | | | A -> D |
| 1660 Physician Order: IV/IVF/Invasive Lines<br>IVF- | A | | DE |
| Ed Status 09/27 1955 his 09/27 1955 his | | | A -> D |
| 2210 Inventory Personal Belongings +<br>ON ADMISSION AND TRANSFER. PLEASE PRINT OUT AND HAVE PATIENT SIGN. | A | ON ADM & TRANSF | DE |
| Ed Status 09/27 1955 his 09/27 1955 his | | | A -> D |

| Monogram | Initials | Name | Nurse Type | User Key |
|---|---|---|---|---|
| AL | AHNR.LAI | Leiker,Angela | RN | |
| DWS | AHNA.DWS | Singleton,David W | CNA | |

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

RMC000075er

Exh. [signature] Page 3 KELLER DEPO

Health ONE ROSE Medical Center

| Date & Time Ordered | Medication Orders<br>All orders must be signed by Physician | Date & Time Ordered | Other Orders<br>All orders must be signed by physician |
|---|---|---|---|
| | [redacted] | | **ROUTINE POST CARDIAC CATH ORDERS** DATE 9-26-01 TIME 10 Am |
| | | | 1. Resume pre-cath diet & meds |
| | | | 2. Check V.S. (BP & HR), dressing and pulse (PEDAL, RADIAL)<br>q 15 min x 2<br>q 30 min x 2<br>then qid with temp |
| | | | 3. Notify cardiologist and/or Fellow for bleeding at the site, absence of pulse, of instability of V.S. |
| | | | 4. For groin approach<br>May raise the HOB 45°<br>BED REST x 6 hrs.; ~~then BR~~. First time out of bed "with assistance"<br>~~For arm approach:~~ UP AS TOLERATED |
| | | | 5. Pain Medication: Tylenol 650mg PO q4° prn |
| | | | [signature] Physician's Signature<br>2400 |
| | | | Copied<br>[signature] 9-26-01 1100 |
| | | 9-26-01 | Pt needs to stay overnight – Convert to admission [signature] |

A generic equivalent may be dispensed unless dispense as written is noted.

**Physician's Orders**
Form # 19399 (Rev. 3/2000)rm

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

RONWIN, EDWARD
AN4007762224 PRE IN
09/26/01 Keller, Mark W
DOB:01/12/24 77 M MR# AM00725132
RMC

RMC000013er
Page 4

**CHEMICAL & ENGINEERING NEWS**
1155—16th St., N.W., Washington, DC 20036
(202) 872-4600 or (800) 227-5558

**EDITOR-IN-CHIEF:** Rudy M. Baum
**DEPUTY EDITOR-IN-CHIEF:** Pamela S. Zurer
**MANAGING EDITOR:** A. Maureen Rouhi

**ART DIRECTORS:** Nathan Becker, Robin L. Braverman
**ASSOCIATE DESIGNER:** Yang H. Ku
**STAFF ARTIST:** Monica C. Gilbert
**SENIOR CORRESPONDENT:** Lois R. Ember
**NEWS EDITOR:** William G. Schulz
**EDITOR-AT-LARGE:** Michael Heylin
**SENIOR ADMINISTRATIVE OFFICER:** Marvel A. Wills
**ADMINISTRATIVE ASSISTANT:** Marilyn Cargiola

**BUSINESS**
Michael McCoy, Assistant Managing Editor
**NORTHEAST:** (732) 906-8300, Lisa M. Jarvis (Associate Editor), Rick Mullin (Senior Editor), Marc S. Reisch (Senior Correspondent), William J. Storck (Senior Correspondent), Alexander H. Tullo (Associate Editor), Rachel Eskenazi (Administrative Assistant). **HONG KONG:** 852 2984 9072, Jean-François Tremblay (Bureau Head). **LONDON:** 44 20 8870 6884, Patricia L. Short (Senior Correspondent)

**GOVERNMENT & POLICY**
David J. Hanson, Assistant Managing Editor
**WASHINGTON:** (202) 872-4495, Glenn Hess (Senior Editor), Bette Hileman (Senior Editor), Cheryl Hogue (Senior Editor), Jeffrey W. Johnson (Senior Editor), Susan R. Morrissey (Associate Editor)

**SCIENCE/TECHNOLOGY/EDUCATION**
Doron Dagani, Assistant Managing Editor (Washington)
**BOSTON:** (617) 395-4163, Amanda T. Yarnell, Deputy Assistant Managing Editor
**WASHINGTON:** (202) 872-6216, Ivan Amato (Senior Editor), Celia Henry Arnaud (Senior Editor), Stuart A. Borman (Senior Correspondent), Rebecca Evanhoe (Intern), Sarah Everts (Associate Editor), Bethany Halford (Associate Editor), Stephen K. Ritter (Senior Editor), Sophie L. Rovner (Senior Editor). **CHICAGO:** (847) 679-1156, Mitch Jacoby (Senior Editor). **HOUSTON:** (281) 486-3900, Ann M. Thayer (Senior Correspondent). **WEST COAST:** (510) 849-0575, Elizabeth K. Wilson (Senior Editor). **LONDON:** 44 20 [illegible] 811062, Michael Freemantle (Senior Correspondent)

**ACS NEWS & SPECIAL FEATURES**
Linda Raber, Assistant Managing Editor
Corinne A. Marasco (Associate Editor), Rachel A. Petkewich (Assistant Editor), Linda Wang (Assistant Editor)

**EDITING & PRODUCTION**
Robin M. Giroux, Assistant Managing Editor
Janet S. Dodd (Senior Editor), Kimberly R. Dunham (Assistant Editor), Arlene Goldberg-Gist (Senior Editor), Melissa A. Kuhnell (Assistant Editor), Stephen M. Trzaska (Associate Editor)

**C&EN ONLINE**
Melody Voith, Editor
Tchad K. Blair (Visual Designer), Luis A. Carrillo (Production Manager), Rachel Sheremeta Pepling (Associate Editor), William B. Shepherd (Manager, ChemJobs)

**PRODUCTION & IMAGING**
Renee L. Schlatman, Lead Digital Production Specialist
Krystal E. King (Senior Digital Production Associate)

**SALES & MARKETING**
Elise Swinehart, Manager
Elaine Facciolli Jarrett (Marketing Manager)

**ADVISORY BOARD:** Magid Abou-Gharbia, Kim Baldridge, Lukas Braunschweiler, Gary Calabrese, E. J. Corey, F. Fleming Crim, Marlin E. Dekker, Michael Doyle, Robin L. Garrell, Richard M. Gross, Rudolf Hecht, L. Louis Hegedus, Nancy B. Jackson, Harry Kroto, Sunil Kumar, Robert L. Lichter, Charles M. Lieber, Joseph A. Loo, Eli Pearce, Peter Pollak, Marquita M. Qualls, Paul J. Reider, Sara J. Risch, Gregory H. Robinson, Alan Shaw, Kevan M. Shokat, Rakesh (Ricky) S. Sikand, Wilhelm Stahl, Joel Tickner, Guy Villax, Frank Wicks

Published by the **AMERICAN CHEMICAL SOCIETY**
Madeleine Jacobs, Executive Director & CEO
Robert D. Bovenschulte, President, Publications Division

**EDITORIAL BOARD:** Grace Baysinger (Chair); ACS Board of Directors Chair: James D. Burke; ACS President: E. Ann Nalley; Ned D. Heindel, Madeleine M. Joullie, Leah Solla, Peter J. Stang

Copyright 2006, American Chemical Society
Canadian GST Reg. No. R127571347

**EDITOR'S PAGE**

# The Future Of Medicine

THIS WEEK'S COVER STORY ON SYSTEMS biology provides a fascinating glimpse into the future of medicine (see page 17). It is a future of personalized medicine, with drugs tailored to treat specific populations of patients. It is a future in which medicine's focus will shift from disease treatment to health maintenance and disease prevention.

The cover story was written by Senior Editor Celia Henry Arnaud. In her lead, she writes: "Imagine going to a doctor's office. Your complete genome sequence, which provides a probabilistic prediction of your future health, is part of your medical file. To see how that genetic component is playing out and to obtain a snapshot of your current health status, your doctor orders a standard test of more than 2,000 proteins and metabolites. According to the results of those tests, your doctor recommends ways for you to maintain or improve your health through either medication or behavior modification.

"Sounds futuristic? Perhaps, but it's not as far off as it seems, and systems biology will help make it a reality."

At its core, systems biology represents a shift from a reductionist approach to biology—studying genes and proteins one at a time to understand their function—to an embrace of the elemental complexity of biological systems. As Arnaud writes, "The goal of systems biology is to combine molecular information of various types in models that describe and predict function at the cellular, tissue, organ, and even whole-organism levels."

Many diseases, such as obesity, diabetes, and many heart diseases, will only be successfully treated with a systems approach, a number of researchers Arnaud interviewed point out. Joseph H. Nadeau, chairman of the genetics department at Case Western Reserve University School of Medicine, told Arnaud, "Look at all the things that are problematic, compromised, or dysfunctional in an obese individual. To think that we can go into a laboratory and synthesize some drug that will fix all the problems and not cause any adverse side effects, the premise is goofy."

But Nadeau also noted that even diseases viewed as relatively simple, like cystic fibrosis or sickle cell anemia, both of which are caused by a single gene defect, are not as straightforward as once thought. "Other genes in the genome influence the age of onset, the severity, and the clinical associations," Nadeau said. "The biology of individuals with cystic fibrosis is telling us that it may be a simple genetic cause, but there are many systems properties that confound it."

Huge challenges remain before systems biology has a major impact on clinical practice, of course, and chemistry will play a major role in overcoming them. Currently, data are not being collected from enough patients to be able to determine the extent to which changes in genes, proteins, and other pathway components will actually be predictive of health and disease, Arnaud writes.

Another roadblock to advancing systems biology into the clinic is the lack of analytical technologies to make a broad range of measurements of biological molecules with high sensitivity at a low enough cost. H. Steven Wiley, director of the biomolecular systems initiative at Pacific Northwest National Laboratory, told Arnaud, "What you really want to do is take a drop of blood from a patient and look at every protein, every metabolite, everything that's in the blood."

Arnaud interviewed a number of scientists at universities, national labs, and companies who are working to develop just such analytical systems and the bioinformatics tools that will be able to handle the avalanche of data they will produce. One such scientist is James R. Heath, a chemistry professor at California Institute of Technology, who told Arnaud, "Finding molecules that have the same specificity for proteins that antibodies do, that can distinguish between slightly modified proteins versus unmodified ones, that are stable, that are relatively inexpensive to make, and that can be prepared in high throughput is a really tough chemical problem."

Moving systems biology from the powerful research tool it already is into the clinical setting is not going to happen overnight, but the progress Arnaud outlines in her story is remarkable. As Leroy E. Hood, cofounder and president of the Institute for Systems Biology in Seattle, told Arnaud, "Here's a model for medicine of the future."

Thanks for reading.

Rudy M. Baum
Editor-in-chief

EXH 14A

Views expressed on this page are those of the author and not necessarily those of ACS.

page 2


DECEMBER 2006
www.asbmb.org
Today
Constituent Society of FASEB
AMERICAN SOCIETY FOR BIOCHEMISTRY AND MOLECULAR BIOLOGY

# Structure of Enzyme Offers Treatment Clues for Diabetes, Alzheimers

Researchers from the University of Chicago and Argonne National Laboratory have deciphered the three-dimensional structure of insulin-degrading enzyme, a promising target for new drugs because it breaks down not only insulin but also the amyloid-beta protein, which has been linked to the cognitive decline of Alzheimer disease.

In the October 19 issue of *Nature*, the researchers described the structures of insulin-degrading enzyme (IDE) in complex with four of the proteins it digests: insulin, amyloid-beta, amylin, and glucagon. The structures suggest ways to develop drugs that could either speed up or slow down this ubiquitous enzyme's activity.

"The structure of insulin-degrading enzyme tells us a lot about how it works, which is somewhat unorthodox," said Wei-Jen Tang, Ph.D., associate professor in the Ben May Institute for Cancer Research at the University of Chicago and director of the study. "Understanding how it works gives us clues about how to design drugs either to inhibit or activate it.

"By introducing small, targeted mutations, we have already been able to increase the enzyme's activity by as much as 40-fold," he said. "That gives us a blueprint for the next step, trying to devise a drug that would produce a similar effect."

Using the Advanced Photon Source at Argonne National Laboratory, Tang and colleagues were able to solve the structures of this enzyme in complex with insulin and with amyloid-beta, as well as amylin and glucagon. These high resolution crystal structures open the door to the rational design of pharmacological modulators of this important protease.

The enzyme, Tang's team reports, resembles the video game character "Pac-Man," with two bowl-shaped halves joined by a hinge at one end and held closed, most of the time, by a latch of hydrogen bonds on the other end. When the bowls come together, like a shut mouth, they enclose a chamber, shaped like a triangular prism, with a base that measures 35 x 34 x 30 angstroms and a height of 36 angstroms, large enough to contain relatively small peptides, such as insulin or amyloid-beta, which have fewer than 50 amino acids.

Although it can cleave larger molecules, the proteins IDE degrades most readily fit neatly within this chamber. Negative electrical charges on their outer surfaces help to align them with the positive charges on one inner surface of the chamber. Once they are in place, the enzyme slices them multiple times into tiny pieces, which are then discarded.

Although the enzyme's structure is similar to Pac-Man, its behavior differs. Pac-Man keeps his mouth wide open to gobble up anything in his path. With IDE the mouth is usually closed. The hydrogen bond latch that holds the jaws together protects its active, or catalytic, site.



*Structure of human insulin-degrading enzyme (IDE) in complex with beta-amyloid.*



*IDE resembles the video game character "Pac-Man," with two bowl-shaped halves joined by a hinge at one end and held closed, most of the time, by a latch of hydrogen bonds on the other end.*

But in a series of experiments, Tang and colleagues were able to make small mutations of IDE that altered only the latch, disrupting the alignment of contacts that normally keep the enzyme closed. Three of these altered versions of wide open IDE proved to be 30 to 40

*Continued on next page*

ASBMB member Wei-Jen Tang is an Associate Professor at the Ben May Institute for Cancer Research at the University of Chicago. He received his B.S. in Zoology at the National Taiwan University in 1982. After two years of service in the Republic of China's Air Force, he earned his Ph.D. in Biological Sciences at the University of Texas at Austin in 1988. He became an Instructor at the University of Texas Southwestern Medical School in 1991 and was promoted to Assistant Professor in 1993. He joined the faculty of the University of Chicago in 1994.



*Dr. Wei-Jen Tang*

Tang has authored or co-authored works in more than 50 publications, and holds two patents. He is the recipient of many honors and awards including the 1999 American Heart Association Established Investigator Award. His laboratory currently focuses on elucidating the molecular basis of cell communication by analyzing the interaction between prokaryotic and eukaryotic cells. His current research deals with the biology of bacterial adenylyl cyclase toxins, proteins that secreted by human bacterial pathogens.



02/12/2007 08:14 FAX 970 224 3838 ED RONWIN 046

# First Major Study of Mammalian "Disorderly" Proteins

Investigators at St. Jude Children's Research Hospital turned up the heat on "disorderly" proteins and confirmed that most of these unruly molecules perform critical functions in the cell. The St. Jude team completed the first large scale collection, investigation, and classification of these so-called intrinsically unstructured proteins (IUPs), a large group of molecules that play vital roles in the daily activities of cells.

The new technique for collecting and identifying IUPs is important because although scientists have been aware of the existence of flexible proteins for many years, they have only recently realized that these molecules play major biological roles in the cell, according to Richard Kriwacki, Ph.D., an associate member of the St. Jude Department of Structural Biology. Moreover, he said, previous work by other researchers suggested that a large proportion of IUPs in mammalian cells play key roles in transmitting signals and coordinating biochemical and genetic activities that keep the cell alive and functioning. Kriwacki is senior author of a report on this work that appears in the October issue of *Journal of Proteome Research.*




*IUPs play diverse roles in cells by folding upon binding to their regulatory targets.*

"Until now there was no way to separate IUPs in large numbers from the more structured proteins and confirm their roles in the cell," Kriwacki said. "Our new technique selectively concentrates the IUPs that are involved in regulating functions in the cell and transmitting signals within them."

ASBMB member Richard Kriwacki, Ph.D., is an assistant member in the St. Jude Children's Research Hospital Structural Biology Department. He joined the St. Jude staff in 1997 after performing postdoctoral studies at The Scripps Research Institute and receiving graduate training at Yale University.



*Dr. Richard Kriwacki*

Kriwacki's laboratory applies structural, biophysical, and cell biology techniques to understand the relationships between protein structure and biological function. Emphasis is placed on studies of proteins within tumor suppressor pathways, especially those involved in regulating the cell division cycle, because their genes are frequently targeted by mutations in cancer.

Unlike the classic description of proteins described in science textbooks, IUPs are not completely locked into rigid, three-dimensional shapes that determine their function in the cell. Instead, IUPs have varying amounts of flexibility within their sometimes spaghetti-like structures that is critical for function. For example, one protein named p27 initially looks like a Slinky™ toy. However, when p27 goes to work, it puts a vise-like grip on an enzyme that otherwise would promote uncontrolled cell division.

The St. Jude team developed a technique that uses heat to isolate IUPs in large, purified quantities from extracts of NIH3T3 fibroblasts. The IUPs were resistant to the heat, unlike more structured proteins, which fell apart. Based on these studies, the investigators were able to classify all proteins into one of three categories: IUPs, intrinsically folded proteins (IFPs, i.e. fully folded into specific shapes), or mixed ordered or disordered proteins (MPs), which have both structured and unstructured parts.

"This work further illustrates that the disorderliness of IUPs isn't just a curiosity," said Charles Galea, Ph.D., a postdoctoral fellow in Kriwacki's lab. "This characteristic is a fundamental part of how these proteins work. So determining their exact nature, including the parts that are disordered, is an important part of understanding how they work. This is especially important in the case of IUPs linked to cancer and other diseases." N

times more active than the normal version of the enzyme.

"This suggests that the rate limiting step may be the speed at which the enzyme can reopen and then clamp down on a new morsel rather than the time it takes to chew something up," said Tang. "This makes us think that if we can slightly alter its shape, we can substantially boost its activity."

The researchers are now searching for small molecules that can duplicate the effects of those mutations, shifting the balance toward the open rather than the closed state. "Such compounds," the authors note, "might facilitate the clearance of amyloid-beta and other pathologically relevant IDE substrates." N

Page 4



02/12/2007 08:15 FAX 970 224 3838 ED ROWNIN 047

CELL BIOLOGY

# A Stressful Situation

**When unfolded proteins amass, they stress the cell's endoplasmic reticulum. This ER stress is now being linked to diabetes, cancer, neurodegeneration, and other ills**

Even the most quality-conscious automaker occasionally rolls a defective car off the assembly line. Cells have a similar problem when it comes to manufacturing proteins. It's a complicated task and things can go wrong. Protein synthesis involves a lot more than stringing amino acids together in the right order. To function correctly, each linear strand of amino acids has to fold into just the right three-dimensional shape and may also have to be modified by addition of sugars or other accessory molecules.

Like any good automaker, cells synthesizing proteins have mechanisms to maintain quality. Recently, cell biologists have learned a great deal about how the cell manages this quality control for the protein assembly line located within a convoluted network of membranous tubes known as the endoplasmic reticulum (ER). Roughly one-third of the cell's proteins, mainly those that end up in cellular membranes or are secreted to the outside, are made in the ER.

Researchers have shown that the ER membrane contains three separate sensor molecules that respond when excessive amounts of unfolded proteins build up inside. This can happen with mutant proteins, such as the ones that cause hereditary Alzheimer's and Parkinson's disease. But it can also occur under more normal conditions if for some reason proteins are synthesized faster than they can fold and be modified. To alleviate this "ER stress," the sensors trigger a series of signaling pathways that shut down the synthesis of most proteins while turning up the production of those needed for protein folding and degradation.

This so-called unfolded protein response (UPR) is intended to protect the cell, but it's not foolproof. Sometimes, for example, the UPR can't eliminate the abnormal protein buildup in the ER. In that event, prolonged activity of the UPR may trigger cell death and may thus contribute to the neuronal loss of Alzheimer's, Parkinson's, and other neurodegenerative diseases. And the UPR may even backfire by protecting the cells of cancerous tumors from the lack of oxygen and nutrients they experience as tumors grow.

In addition to cancer and neurodegeneration, ER stress and the UPR have been linked to several other common human ills, including diabetes and heart disease. In fact, the research has already suggested a new way to guide breast cancer therapy and hinted at a novel drug treatment for diabetes. "The field is expanding so much in terms of mechanism and relevance to disease. ... It's just popping up everywhere," says cell biologist Randal Kaufman of the University of Michigan Medical Center in Ann Arbor.



**Double-edged sword.** Buildup of unfolded proteins in the ER, shown here in green with blue ribosomes, triggers a series of responses that are intended to protect cells but which can misfire and cause disease.

CREDIT: VISUALS UNLIMITED/CORBIS

**"The field is expanding so much in terms of mechanism and relevance to disease.** ... It's just popping up everywhere."

—Randal Kaufman, University of Michigan Medical Center

### Identifying the players

Researchers are starting to find so many disease links at least partly because they now have a solid understanding of the molecular underpinnings of the ER stress system. "Most of the major components of the signaling apparatus have been ironed out," says Linda Hendershot of St. Jude Children's Research Hospital in Memphis, Tennessee.

Cell biologists got their first glimpse of ER stress and the UPR in the late 1980s when a group led by Kaufman and another led by Joseph Sambrook of Cold Spring Harbor Laboratory on New York's Long Island independently noticed that accumulation of unfolded proteins in the ER led to increased activity of a group of genes already known to turn on when glucose concentrations are high. The products of some of these so-called glucose regulated protein (GRP) genes are involved in protein folding, so it seemed as though the ER was trying to resolve its backup by turning up their synthesis.

The researchers then wanted to know how unfolded proteins in the ER signal to the genes in the nucleus. In the early to mid-1990s, three proteins located in the ER membrane were found to be the key sensors. The first to be identified was a protein called IRE1 that was linked to the UPR in yeast by Peter Walter of the University of California, San Francisco (UCSF), and by Kazutoshi Mori, who was then working in Sambrook's lab. This protein is an enzyme that can cut RNAs—an activity that turned out to be crucial to its gene-regulating function.

The researchers found that when unfolded proteins clutter the ER, IRE1 cuts a segment out of the messenger RNA (mRNA) that directs the synthesis of a yeast protein called HAC. Another enzyme then rejoins the two end pieces, producing a shorter mRNA but a longer HAC protein due to a shift in the way the mRNA is translated. HAC is a transcription factor that activates GRP genes and others involved in protein folding, and the longer version does this much more effectively than the original one.

Altering the splicing of a transcription factor's mRNA was a novel way of regulating gene expression. "We had an absolutely wonderful time," Walter recalls. "Every leaf we turned over revealed something new." The mechanism wasn't unique to yeast. A few years later, Kaufman's team and also that of David Ron at New York University School of Medicine in New York City showed that mammalian cells have their own versions of IRE that work on the mRNA for a transcription factor called Xbp1.

At about the same time, Ron's group and other researchers identified a protein called PERK as a second ER stress sensor. PERK is one of the cell's many kinase enzymes. Once activated, it adds a phosphate group to a protein called eIF2α, which normally helps initiate the translation of mRNAs into proteins.

Page 5



02/12/2007 08:15 FAX 970 224 3838 ED RONWIN 048

PERK's phosphorylation blocks eIF2α's function, thus helping alleviate ER stress by shutting down the production of most proteins.

Finally, Mori's group, now at the University of Kyoto, Japan, identified ATF6 as the third ER stress sensor. When unfolded proteins amass, protease enzymes split off a segment of ATF6, and this fragment travels to the nucleus, where it helps activate protein-folding genes.

PERK, IRE, and ATF6 may be able to sense unfolded proteins both indirectly and directly. In the absence of ER stress, binding of a regulator protein called BiP/GRP78 keeps them in check. Unfolded proteins can essentially pull off the BiP/GRP78, freeing the three sensors to trigger the UPR. In addition, recent structural studies of IRE1 by Walter and Robert Stroud, also at UCSF, suggest that this protein has a deep groove that may enable it to bind unfolded proteins directly.

### Diabetes culprit?

Once researchers identified the major genes for the ER stress sensors and other components of the UPR, they could manipulate the genes to see how they affect development and health in animals. A possible diabetes connection quickly became apparent. The first indication came in 2000 when Cécile Julier's team at the Pasteur Institute in Paris found that Wolcott-Rallison syndrome, a rare human hereditary disease whose symptoms include infancy-onset diabetes, is caused by mutations that inactivate *PERK*. When Ron and his colleagues subsequently knocked out the gene in mice, the animals also became diabetic shortly after birth because their insulin-producing beta cells malfunctioned and died.

Further evidence that the PERK arm of the UPR is needed for normal beta-cell function came from Kaufman and his colleagues. They produced mice with a mutation in one copy of the gene for PERK's target. The defect prevents eIF2α from being phosphorylated by the kinase.

The Michigan team showed that on a high-fat diet, the mutant mice became much more obese than did normal animals. The mutants also developed diabetes. Examination of the animals' beta cells revealed a swollen ER, apparently full of unfolded proteins including insulin, which the cells no longer secrete normally. "Compromise of the protein-folding environment is especially detrimental to the survival and function of beta cells," Ron concludes.

Whether mutations in PERK pathway constituents are a common cause of diabetes in humans is currently unclear, but the beta-cell failure in Wolcott-Rallison syndrome as well as the diabetes of mice with PERK pathway defects is reminiscent of type 1 diabetes, which usually occurs in childhood as a result of the death of the beta cells and the consequent loss of insulin production.

Recent evidence from Gökhan Hotamisligil, Umut Özcan, and their colleagues at Harvard School of Public Health in Boston has also linked ER stress and the UPR to type 2 diabetes, which develops because the patients' cells become unable to respond to insulin. Obesity is a major risk factor for type 2 diabetes, although how it leads to the disease has been a mystery. But Hotamisligil says he realized a few years ago that a variety of conditions linked to obesity, including lipid accumulation, high demand for protein synthesis, and glucose deprivation, can trigger ER stress.

To find out whether such stress might be involved in type 2 diabetes, the Harvard workers turned to the *ob/ob* strain of mice. The animals, which are genetically obese because they lack an appetite-regulating hormone called leptin, develop an insulin-resistant form of the disease. In work published about 2 years ago, Hotamisligil and his colleagues found that fat and liver cells from the animals produce increased amounts of several proteins involved in ER stress responses (*Science*, 15 October 2004, p. 457). "All branches of the UPR are activated," Hotamisligil says.




**The three sensors.** When unfolded proteins in the ER pull the regulator BiP/GRP78 off the sensor proteins PERK, IRE1, and ATF6, they send signals into the nucleus that trigger the unfolded protein response. As a result, synthesis of most proteins gets turned off, while the cell makes more of those proteins needed for protein folding and destruction.

ILLUSTRATION: PRESTON HUEY/SCIENCE; ADAPTED FROM ZHAO AND ACKERMAN, CURRENT OPINION IN CELL BIOLOGY 18 (2006)

Ron and his colleagues had previously shown that one result of IRE1 activation is increased activity of a kinase called JNK. And JNK, the Harvard team found, phosphorylates one of the cell's insulin receptors, rendering it unresponsive to the hormone—a change that could account for the development of insulin insensitivity in *ob/ob* mice. Consistent with that, the researchers found that they could prevent development of insulin resistance in both *ob/ob* cells and in living mice by blocking IRE1 or JNK action.

More recently, Hotamisligil and his colleagues showed that treatments that relieve ER stress can even reverse already-established diabetic changes in the mutant mice (*Science*, 25 August, p. 1137). For these experiments, they gave the animals either of two small-molecule drugs that were developed for treating other conditions but which can promote protein folding in the ER. Within 4 days, insulin sensitivity in the animals returned, and their previously high blood glucose concentrations dropped to normal. "The results were quite spectacular—more than we expected," Hotamisligil says.

Although the drugs are not widely used, the U.S. Food and Drug Administration has already approved both for certain liver diseases and hereditary disorders of the urea cycle, the cell's waste-management system. Thus, they are candidates for clinical testing as diabetes therapies. Christopher Newgard, a diabetes expert at Duke University School of Medicine in Durham, North Carolina, describes the Hotamisligil team's results as "compelling and exciting." It's too soon to tell, however, whether the drugs will have unwanted side effects if given to the large population of diabetes patients.

### Cancers' friend

Type 2 diabetes is not the only disease that may be fostered by the cell's efforts to protect itself against ER stress. Recent results also put cancer in that category.

Cancer cells are subject to ER stress because a tumor can grow faster than its blood supply, thus leaving its cells short of oxygen and nutrients. Exactly how that leads to ER stress is unclear, but the nutrient deficiency may rob tumor cells of the energy they need for protein folding and the glucose needed to add the sugars to their



Page 6

02/12/2007 08:17 FAX 970 224 3838 ED RONWIN 001

proteins. But whatever the cause, Hendershot says, "the UPR seems to kick in. It's protective to the [cancer] cell—but detrimental to the host."

Some of the results linking cancer progression to the UPR come from Constantinos Koumenis and his colleagues at Wake Forest University School of Medicine in Winston-Salem, North Carolina. Working with Bradley Wouters of the University of Maastricht in the Netherlands, they found that activation of the PERK branch of the UPR fosters tumor growth. For example, tumor cells in which the *PERK* gene had been knocked out grew very poorly, compared to cells that still contained the gene, when transplanted into mice.

Similarly, Albert Koong and Lorenzo Romero-Ramirez of Stanford University in Palo Alto, California, and their colleagues showed that activity of the IRE1-XBP1 branch of the UPR is required for tumor growth. "If you block the UPR in any of these tumor systems, the tumors grow slower and smaller," says Koumenis, who recently moved to the University of Pennsylvania. And the effects are apparently not limited to experimental tumors in animals: Human tumors show increased expression of UPR system components, particularly in oxygen-starved areas.

At least one of these components may help assess how breast cancers will respond to chemotherapy. About 10 years ago, Amy Lee's team at the University of Southern California Keck School of Medicine in Los Angeles found that the UPR regulator BiP/GRP78 is needed for the growth of fibrosarcoma tumors implanted in mice. Further work by her group and others has shown that BiP/GRP78 levels increase as tumors, including human breast and lung cancers, grow.

The protein may help cancer cells survive, Lee says, by inhibiting programmed cell death or apoptosis. Although a prolonged UPR can promote apoptosis, several groups, including Lee's, have found that BiP itself is anti-apoptotic. They've shown that it interferes with caspase enzymes and other components of cell death pathways.

This mode of operation may also help explain another cancer-friendly aspect of UPR activation. Cancers often develop resistance to the drugs and radiation used to treat them, and researchers, including Lee and Hendershot, have found that the UPR contributes to this resistance for some drugs, particularly those that work by triggering apoptosis.

In the 15 August issue of *Cancer Research*, Lee and her colleagues report that it may be possible to use the BiP/GRP78 status of a patient's breast cancer cells to guide her therapy. As expected from their previous results, the researchers found that about two-thirds of tumor samples obtained before the initiation of chemotherapy exhibited over-expression of the protein.

Patients who had BiP/GRP78-positive tumors and were treated only with the drug adriamycin, an apoptosis inducer, had a higher risk of relapsing than patients with negative tumors. "We found that we can use this marker as a predictor of chemotherapy resistance in breast cancer," says Lee.

The situation is complicated, however, because in other cases the UPR may actually increase sensitivity to chemotherapeutic drugs. For example, Lee and her colleagues found that patients who took both taxane and adriamycin and had BiP/GRP78-positive tumors fared better than those whose tumors did not overexpress the protein. "We need some hard research to understand when UPR activation is good and when it is bad," Hendershot says.





**Path to diabetes.** A mouse (*bottom*) with a mutation affecting the PERK pathway becomes much fatter when fed a high-fat diet than a normal mouse (*top*) does and also develops diabetes. The greatly enlarged ER of the mutant animal's beta cells (*bottom micrograph*), compared to that of normal beta cells (*top*), suggests that this is related to ER stress.

### A stressed brain

Neurobiologists are facing a similar issue. Many of the most common and devastating neurodegenerative diseases, including Alzheimer's, Parkinson's, and Huntington's, are characterized by the accumulation and aggregation of misfolded proteins. Not surprisingly then, numerous researchers have found evidence that the UPR is turned on in these conditions.

Studies of both human brain samples taken at autopsy and the brains of mice that have been genetically engineered to mimic the diseases have revealed increased expression of various components of the UPR pathways. "Everyone pretty much agrees that [the UPR] is activated" in Alzheimer's and other neurodegenerative diseases, says neurobiologist Dale Bredesen of the Buck Institute for Age Research in Novato, California, whose group is among those doing the work.

But that activation may ultimately do more harm than good. If the UPR fails to resolve the ER stress that the patients' brain neurons are experiencing, its sustained attempts may contribute to the progression of the diseases by triggering apoptosis in the cells. "The initial response is protective, but the late response is destructive," Bredesen says.

Exactly how the UPR sets the cell on the road to apoptosis remains one of the big mysteries of the field, however. Neurobiologists have come up with some leads. For example, Bredesen's team and others have fingered caspase 12 as a possible link. Treatments that induce ER stress lead to increased activity of this enzyme, which is among those that bring about the final destruction of cells undergoing apoptosis. The work was done with mouse models, however, and it's unclear whether something similar occurs in the human diseases.

Researchers would like to get a better handle on how the UPR triggers apoptosis, as that might provide new targets for drug therapies. The fact that the UPR can be helpful in some situations and harmful in others could complicate such a drug development effort, however. Maintaining quality control on the cell's protein assembly line looks to be a great deal more difficult than the problems car manufacturers face.

**–JEAN MARX**

CREDITS: DONALYN SCHEUNER ET AL., NATURE MEDICINE 11, 7 (JULY 2005)



Page 7

CELL BIOLOGY

# A Metabolic Push to Proliferate

**Liver regeneration requires a membrane protein that is involved in lipid uptake, storage, and metabolism by hepatocytes.**

**Dawn L. Brasaemle**

Animals have remarkable abilities to respond to injuries. Within 1 week after the surgical removal of 70% of a rodent's liver, the organ can regenerate its original mass and function normally. The remaining cells of an injured liver need to obtain enough energy and building materials to support rapid cell division and tissue regrowth. This process depends on the cell's ability to metabolize fatty acids that are released from adipose tissue. On page 1628 of this issue, Fernández *et al.* (*1*) report that a common cellular protein plays a critical role in the liver's metabolic push to proliferate and regenerate.

Enhanced online at www.sciencemag.org/cgi/content/full/313/5793/1581

An injured liver produces cytokine signals that trigger the release of fatty acids from adipose tissue into circulation. These fatty acids are taken up by hepatocytes where they are esterified and stored as triacylglycerols in large lipid droplets before ultimately being metabolized (*2*). Fernández *et al.* show that mice genetically altered to lack the protein caveolin-1 had impaired liver regeneration (after a partial hepatectomy) and reduced survival under normal diet conditions. Residual hepatocytes failed to accumulate large lipid droplets and cell division stalled, leading to the death of most animals within 72 hours. By contrast, when caveolin-1 null mice were fed large amounts of dietary glucose before and after hepatectomy, the animals displayed nearly normal liver regeneration and survival.

Caveolins have been extensively characterized as major protein components of caveolae, flask-shaped invaginations of animal cell plasma membranes. Caveolin-1 and -2 are expressed in most cell types, whereas caveolin-3 is expressed primarily in cardiac, skeletal, and smooth muscle (*3*). Several functions have been ascribed to caveolins, including maintenance of caveolar structure, mediation of endocytosis and transcytosis of molecules attached to the cell surface, organization of signaling proteins, and less well understood roles in cellular cholesterol homeostasis and fatty acid transport.

How does caveolin-1 regulate lipid metabolism in hepatocytes? Fatty acids likely transit across the hepatocyte plasma membrane both by simple diffusion and with the assistance of putative membrane-associated fatty acid transporters, one of which is caveolin-1. Another putative fatty acid transporter, CD36/FAT, also localizes to caveolae (*4*). Furthermore, the disruption of caveolae by depleting membrane cholesterol or by inhibiting caveolin expression or function reduces the uptake of fatty acids into cells (*4*) Conversely, overexpression of caveolin-1 increases the cholesterol content of the plasma membrane and fatty acid uptake into cultured cells (*5*), although it is not clear whether caveolin-1 is directly involved in fatty acid transport in this case.

The precise molecular mechanisms of fatty acid uptake remain controversial. However, it is generally accepted that net uptake is coupled to intracellular metabolism of fatty acids (see the figure). The rapid synthesis of fatty acyl–coenzyme A (CoA) traps fatty acids inside the cell and creates a "sink," thereby increasing subsequent uptake of free fatty acids (*6*). The fatty acyl-CoAs are used to synthesize phospholipids and triacylglycerols, further promoting uptake of fatty acids. Interestingly, overexpression of enzymes in these biosynthetic pathways increases net uptake by promoting metabolism of fatty acids (*6*). Fernández *et al.* show that the livers of caveolin-1 null mice fail to store triacylglycerol in lipid droplets after partial hepatectomy. When fatty acids were provided as the major carbon source in the absence of glucose, caveolin-1 null hepatocytes failed to accumulate lipid droplets or divide, whereas wild-type hepatocytes displayed normal cell division. The short-term uptake of a fluorescent fatty acid analog was comparable in caveolin-1 null and wild-type hepatocytes (*1*). However, this analog is poorly metabolized and does not accurately measure prolonged fatty acid import that is coupled to metabolism (*6*). Thus, although the initial fatty acid import step may be intact, caveolin-1 null hepatocytes have impaired fatty acid metabolism.

Most studies to date have focused on functions of caveolins localized to plasma membrane or endosomes. But caveolins also associate with cytoplasmic lipid droplets under a variety of conditions, including treatment of cultured cells with fatty acids (*7*) and partial hepatectomy (*8*). The transient increase in caveolin-1 content of lipid droplets in hepatocytes may alter triacylglycerol catabolism. These triacylglycerol stores play an important role in liver regeneration (*9*). Their hydrolysis by cytosolic lipases releases fatty acids for mitochondrial β-oxidation, which is coupled to the production of adenosine 5′-triphosphate (ATP). Additionally, fatty acids and partially hydrolyzed lipids are ready substrates for the biosynthesis of membrane phospholipids that are required to support rapid cell division. The reduced triacylglycerol accumulation in caveolin-1 null hepatocytes after partial hepatectomy (*1*) may imply more rapid turnover of triacylglycerols in the absence of lipid




**Lipid metabolism during liver regeneration.** Fatty acids released from adipose tissue are delivered to hepatocytes, where they are stored and metabolized to support membrane synthesis and cell proliferation. Caveolin-1 may be involved in one or more stages of this process. FABP, fatty acid binding protein.

CREDIT: P. HUEY/SCIENCE

The author is in the Department of Nutritional Sciences, Rutgers, The State University of New Jersey, New Brunswick, NJ 08901, USA E-mail: brasaemle@aesop.rutgers.edu

page 8



02/12/2007 08:19 FAX 970 224 3838 ED RONWIN 008

droplet-associated caveolin-1. Increased triacylglycerol hydrolysis would likely restrict further uptake of fatty acids into the cell, but would also produce larger amounts of fatty acids available for β-oxidation and energy production. Importantly, a transient increase in liver triacylglycerol levels in glucose-fed caveolin-1 null mice suggests that metabolic pathways for the synthesis and catabolism of triacylglycerols are intact. Furthermore, phospholipid biosynthesis was sufficient to support membrane synthesis required for cell division and liver regeneration when glucose was provided. Thus, the current data best support a role for caveolin-1 in the accumulation, but not the hydrolysis, of triacylglycerols.

Clearly, the hepatocytes of caveolin-1 null mice display a major disruption in the utilization of circulating fatty acids. Further experimentation is required to understand the role that caveolin-1 plays in the uptake or metabolism of fatty acids, and whether the site of action is at the plasma membrane or the lipid droplet. An additional contributing factor may be the role that caveolins play in modulating cell signaling processes such as the response to insulin that controls carbohydrate and lipid metabolism in the liver, and throughout the body.

**References and Notes**


1. M. A. Fernández *et al.*, *Science* 313, 1628 (2006).
2. G. C. Farrell, *Hepatology* 40, 1252 (2004).
3. A. W. Cohen *et al.*, *Physiol. Rev.* 84, 1341 (2004).
4. R. Ehehalt *et al.*, *Mol. Cell. Biochem.* 284, 135 (2006).
5. T. Meshulam *et al.*, *Biochemistry* 45, 2882 (2006).
6. D. G. Mashek, R. A. Coleman, *Curr. Opin. Lipidol.* 17, 274 (2006).
7. S. Martin, R.G. Parton, *Semin. Cell Dev. Biol.* 16, 163 (2005).
8. A. Pol *et al.*, *Mol. Biol. Cell* 15, 99 (2004).
9. E. Shteyer *et al.*, *Hepatology* 40, 1322 (2004).


10. I thank J. Storch and N. Wolins for useful discussions and critical review. Supported by the American Heart Association and the NIH.


10.1126/science.1133253

PLANETARY SCIENCE

# Titan's Polar Weather

The discovery of ethane clouds on Saturn's moon Titan provides insight into complex planetary atmospheres.

F. M. Flasar

To the eye, Saturn's largest moon is enshrouded in a thick, reddish-brown photochemical smog. Like Earth, Titan's atmosphere is primarily nitrogen, but its second most abundant constituent is methane, not oxygen. Ultraviolet sunlight and energetic electrons streaming in from Saturn's magnetosphere act directly and indirectly to dissociate methane and nitrogen and form a suite of organic molecules, both hydrocarbons (molecules composed of hydrogen and carbon) and nitriles (molecules containing carbon and nitrogen linked by a triple bond). These organic molecules react to produce more complex and heavier molecules and ultimately the photochemical hazes that envelop the moon, although much of the detail remains obscure. As Griffith *et al.* report on page 1620 of this issue (*1*), detection of a vast ethane cloud in Titan's arctic region is another step in unraveling the complex nature of its atmosphere.

Titan's temperatures are cold, as low as 70 K at the tropopause, which marks the boundary between the troposphere and stratosphere. Many of the organic molecules condense at these temperatures, but only a few have been directly identified. Sporadic brightenings, seen in near-infrared images from ground-based telescopes and the Cassini orbiter (*2–4*), have been interpreted as methane itself condensing in the troposphere. These clouds form where there is convective activity under summertime conditions. Most other types of condensates, however, have been observed in




**Smog patterns.** (Left) Schematic of atmospheric circulation and (right) thermal structure in Titan's north polar region in winter and early spring. The sinking flow pattern at the pole may explain the enhanced abundance of organic species in Titan's stratosphere.

Titan's north polar stratosphere when temperatures there have been coldest. They have been identified in far-infrared spectra obtained with the Voyager and Cassini spacecraft. The Voyagers flew past Titan in 1980–1981, when it was early northern spring, and Cassini is currently orbiting in northern winter. So far, the nitriles $C_4N_2$ (dicyanoacetylene) and $HC_3N$ (cyanoacetylene) have been identified as condensed ices (*5*, *6*), and tentative identifications of solid $C_2H_2$ (acetylene) and $C_2H_5CN$ (propionitrile) have been made (*6*, *7*).

What occurs at high-northern latitudes is more complicated than just seasonal cooling, and it likely involves both chemistry and atmospheric transports. The cold polar temperatures in winter and early spring imply that strong winds blow around the pole (*8*). In addition, infrared measurements from both Voyager and Cassini show that the abundances of several organic gases in the stratosphere are greater at high northern latitudes than elsewhere (*8*, *9*). Because much of the formation of nitriles and hydrocarbons (other than methane) occurs higher in Titan's atmosphere, the concentration of many of these gases increases with altitude. Thus, subsiding air above the north pole could explain the enhancement observed in the data (see the figure). On Earth, the meridional circulation in the stratosphere and mesosphere subsides over the winter pole (*10–12*). In fact, global circulation models of Titan (*13*, *14*), based on terrestrial codes, also predict subsidence over its winter pole.

The situation on Earth may help elucidate the complex situation that seems to exist on Titan. The mean meridional winds in Earth's stratosphere and overlying mesosphere are slow, and they do not transport heat and constituents very efficiently. Normally, this transport is effected by planetary-scale waves. The stratosphere over the winter poles is in darkness and cold. As a consequence of the strong circumpolar winds that are associated with the low polar temperatures, the polar airmass is isolated. The strong winds about the winter pole inhibit the rapid mixing of cold polar air with warmer air at lower latitudes by planetary waves (*10*). This allows the radiative cooling of the polar stratosphere to continue unabated and polar stratospheric clouds to form in a normally dry environment. There is a slow cross-equatorial global circulation,

The author is in the Planetary Systems Laboratory, NASA Goddard Spaceflight Center, Greenbelt, MD 20771, USA. E-mail: f.m.flasar@nasa.gov



Page 9

ACS MEETING NEWS

# KISS OF DEATH

## Small molecule spurs protein executioner to set off cell suicide

ACTIVATING AN EXECUTIONER sounds like an unwise proposition, but the idea has produced a potent new small molecule for killing cancer cells, according to work presented last week at the ACS national meeting in San Francisco.

Many proteins are involved in triggering a cell's demise, but the protein caspase-3 does the dirty work. This executioner protein catalyzes the hydrolysis of more than 100 protein targets. These cleavage events ultimately lead to cell suicide, or apoptosis.

Most tumors have disruptions in the protein signal cascades that produce active caspase-3. These disruptions thwart cell suicide and allow the cancer to grow unchecked. As such, many cancer researchers are trying to reactivate the signals along this suicide pathway.

Now, a group of chemists has cut to the chase. They discovered PAC-1, the first small molecule that can trigger cell death directly by activating caspase-3.

"With PAC-1 we bypass the damaged apoptotic cascade, which is a hallmark of cancer, and induce cell death," said Paul J. Hergenrother of the University of Illinois, Urbana-Champaign.

Karson S. Putt, a grad student in Hergenrother's group, presented the PAC-1 discovery at the Division of Medicinal Chemistry's award ceremony at the meeting. It's also the subject of a recent paper in *Nature Chemical Biology* (DOI: 10.1038/nchembio814).

PAC-1 likely acts by interfering with one of caspase-3's safety features. The protein is normally in an inactive form called procaspase-3 until a domain of the protein is chopped off, thereby creating active caspase-3. A further three-amino-acid safety catch prevents procaspase-3 from activating itself by cleaving itself. PAC-1 is believed to work by interfering with this safety catch, thereby allowing procaspase-3 to activate itself and initiate cell death.

Unlike inhibitors that work stoichiometrically, PAC-1 is a catalytic activator, Hergenrother said. "This is a benefit. One molecule of PAC-1 will activate procaspase-3 to produce caspase-3. Then PAC-1 is free to activate another one."



PAC-1

Initial research with patient tissue samples and mouse models shows that PAC-1's ability to destroy cancer cells is related to the levels of procaspase-3 in a cell, Hergenrother said. "Since tumor procaspase-3 levels can be measured, one might be able to predict a priori what types of patients would respond to a procaspase-3 activator. This is a step toward personalized cancer therapy."

Next up, Hergenrother hopes to crystallize PAC-1 with the caspase-3 protein. Toxicological tests are also ongoing.—SARAH EVERTS




**COMPLEXITY** Apoptosis can be initiated through one of two cell-signaling pathways. Both pathways converge on caspase-3, a protein that acts as the cell's executioner. PAC-1 bypasses both pathways and initiates apoptosis by inducing procaspase-3 to cleave itself to yield active caspase-3.

BUSINESS

# GE Will Sell Silicones Business To Apollo

General Electric has signed a definitive agreement to sell its GE Advanced Materials business, a maker of silicone chemicals and quartz-based products, to Apollo Management for about $3.8 billion in cash and securities.

Along with firms such as Dow Corning and Wacker Chemie, GE Advanced Materials is one of the world's largest producers of silicones. It has annual sales of about $2.5 billion and some 5,000 employees worldwide. GE will own 10% of the new company and hold $400 million in notes after the deal is complete, expected by the end of 2006.

GE Advanced Materials has two major joint ventures: GE Toshiba Silicones, formed in 1971, and GE Bayer Silicones, formed in 1998. In related transactions, GE is buying out its partners and then including the two ventures in the sale to Apollo.

GE Vice Chairman Lloyd G. Trotter says his company is selling the business to reposition its industrial segment "for faster growth and higher returns." After the sale, GE will remain in the chemicals business through its GE Plastics unit, which makes polycarbonate and other engineering plastics.

Apollo, a private investment group, is best known in the chemical industry for forming Hexion Specialty Chemicals last year by assembling several unwanted thermoset resin companies: Borden Chemical, Resolution Performance Products, Resolution Specialty Materials, and Bakelite. Hexion prepared an initial public offering of stock, but in June announced a delay due to what it called adverse market conditions.

Apollo was also involved in the 2004 stock market relaunch of the water treatment firm Nalco and was rumored earlier this year to have made a bid for Huntsman Corp.—MICHAEL MCCOY

Page 10

rec'd 9/14/04

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re BAYCOL LITIGATION | MDL No. 1431; (MJD/JGL) |
| This Document Relates to: | |
| RONWIN v. BAYER CORP. | Specific Case No. 02-0200 |

**CASE SPECIFIC MEDICAL EXPERT REPORT PURSUANT TO PTO 114**

This Report mailed to the following persons on September 7th, 2004:

Susan A. Weber
Sidley Austin Brown & Wood, LLP
Bank One Plaza
10 South Dearborn St.,
Chicago, IL 60603

EXHIBIT
4/17/06
COFFMAN REPORTING

Fred T. Magaziner
DECHERT, LLP
4000 Bell Atlantic Tower
1717 Arch St.,
Philadelphia, PA 19103

Deanna D. Dailey
Larson-King, LLP
2800 Minn. World Trade Ctr.,
30 East 7th St.,
St. Paul, MN 55101

Dr. Raul G. Reyes, MD
P.O. Box 15379
New Orleans, LA 70175

EXH 15
page 1

1. My name is Dr. Raul G. Reyes, MD, and I have been practicing medicine for 54 years.

2. My curriculum vitae is attached as Exhibit A. In the past four years, I have testified as an expert in the cases listed in Exhibit A. My fee for this review and report is $250.00.

3. I have reviewed Dr. Ronwin's records and find that he continues to have restricted range of motion and pain in his left shoulder. I have reviewed the medical reports of the following orthopedic surgeons who gave medical care to Dr. Rowin from March 16,2001 to February 2, 2004: Dr. Richard E. Torkelson and Dr. Mark R. Rangitsch of Cheyenne, WY and Dr. Jane T. Servi and Dr. Sally A. Knauer of Fort Collins, Co. I have also reviewed the records of the physical therapy services rendered to Dr. Rowin subsequent to his rotator cuff repair operation and viewed the prescription form for 0.4 mg. Baycol, which is dated January 24, 2001, and which was ordered by a cardiologist for Dr. Ronwin and I have reviewed the K-Mart Pharmacy record of the pharmacy in Cheyenne, Wy, of the purchases of drugs by Dr. Ronwin from February 24, 2001 to July 7, 2001. A copy of the records identified in this paragraph is attached hereto as Exhibit B.

4. As to prescriptions which Dr. Ronwin took while he took Bay col, as shown in the K-Mart Pharmacy (Cheyenne, Wy), record , Exh. B, The Clobetasol is an anti-itch skin treatment used on occasions. Dr. Rowin took the Neproxen for two days and then ceased because it caused him severe stomach pain. The Trimax, Tussi and Zithromax were taken for two or three days due to a cold that quickly receded: Other than Baycol, none of the medications noted in this paragraph could have caused Dr. Ronwin's injuries.

5. From my review of Dr. Ronwin's records, and also from the medical records in Exhibit B, I learned that (i) Dr. Ronwin commenced taking Baycol on January 10, 2001 from samples provided to him by his cardiologist 's office; (ii) that about a month later Dr. Ronwin 's left shoulder began to give him pain depending upon the arm motion involved; (iii) that after a month of being unable to shake the pain, Dr. Ronwin visited with Dr. Torkelson, which commenced the series of visits to the aforesaid doctors and finally resulted in an operation on Dr. Ronwin left shoulder in an effort to correct the rotator cuff tear in that shoulder. Dr. Ronwin informed me that no trauma, physical or otherwise, had ever affected his left shoulder so as to require medical assistance until he commenced taking Baycol pursuant to prescription and that he was unaware of Baycol's dangerous propensities until August 8-9, 2001, when the defendant, or its parent company, announced the withdrawal of Baycol from the market as a dangerous drug which had killed more than 130 persons and caused other injuries. Dr. Rowin informed me that upon learning of the withdrawal of this drug from the market and checking with his cardiologist's office he ceased taking Baycol. After ceasing to take Baycol,

2

SPFS0000394r
CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

the injury persisted in similar degree. My Review of the medical records are entirely consistent with Dr. Ronwin's statement of events and I see no reason to doubt that statement of events.

6. The medical records clearly reveal that Dr. Ronwin suffered a left shoulder rotator cuff tear which required corrective surgery and, in view of the undisputed propensity of Baycol to disrupt body function along with an absence of any other traumatic event in Dr. Rowin's case, it is my medical opinion that in view of the lack of medical history of any injury to this shoulder that there is a high probability that this injury was caused by Baycol ingestion for a period of seven (7) months.

7. In addition, Dr. Ronwin has explained that he experienced other problems which were: blurred vision on occasions; tendency to stumble due , at times , to inadvertently moving one leg over the other when walking; pain in the back of thighs of both legs particularly when walking uphill; some pain above the legs and some right arm pain around the elbow region. Of these effects , I am informed by Dr. Ronwin that he still experiences blurred vision and pain in the back of thighs in both legs particularly when walking uphill. All these symptoms may be related to his ingestion of Baycol.

Dated: Sept 7 2004

Dr. Raul G. Reyes, MD

3

SPFS000840
CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

REYES

VOLUME THREE

*Eighth Edition*

# CAMPBELL'S OPERATIVE ORTHOPAEDICS

*Edited by*

A.H. CRENSHAW, M.D.

EXHIBIT
10

*Editorial assistance by*

KAY DAUGHERTY

*Art coordination by*

CHARLES CURRO

*with over 7900 illustrations*

Mosby Year Book

St. Louis Baltimore Boston Chicago London Philadelphia Sydney Toronto

EXH. 16

Case 0:02-cv-00200-MJD-SRN Document 99-4 Filed 02/12/2007 Page 19 of 25






**Fig. 34-4** Two transverse and two longitudinal components of force combine to prevent healing of tendinous lesions. (Modified from Jones L: Arch Surg 49:390, 1944.)

## Diagnosis

In his extensive experience with over 400 shoulders with impingement syndrome, Neer found several measures useful in attempting to make a differential diagnosis. The so-called impingement sign is demonstrated by preventing scapular rotation with one hand while the other hand raises the affected arm in forced forward flexion and abduction, thus causing the greater tuberosity to impinge against the acromion. Pain is produced in patients with any stage of the syndrome, as well as in those with other conditions including "frozen shoulder," arthritis, and calcium deposits. If the pain is primarily the result of impingment, it can be eliminated or reduced by injecting 10 ml of 1% lidocaine beneath the anterior acromion. This is Neer's "impingement test." It is important to remember that the painful shoulder may be caused by involvement of multiple structures rather than one alone.

As pointed out by Jones, complications and sequelae frequently mask a rupture of the supraspinatus tendon. To some extent this accounts for the disproportion between the number of clinical diagnoses of rupture of the supraspinatus tendon and the postmortem finding of such a rupture in between 20% and 30% of people more than 60 years old. Undoubtedly the reported clinical figures on complete rupture of the supraspinatus tendon do not reflect its true incidence. The diagnosis of minor tears is even more difficult; in these instances muscular functions continue. Thus many patients have only the symptoms usually associated with bursitis. Bosworth and McLaughlin apply to this group the term *internal derangement of the supracromial joint*; as the defect in the tendon is forced beneath the acromion or the coracoacromial ligament, locking episodes may or may not occur. Because there are other signs and symptoms but no specific muscular defect, they compare the tentative diagnosis of incomplete rupture of the supraspinatus tendon with that of internal derangement of the knee, a diagnosis that is used to include many possible lesions when an exact diagnosis can be made only by surgery or arthroscopy. Regardless of whether the small rupture is on the superficial or deep surface or in the substance of the tendon, mechanical irritation from its impingement between the humerus and the acromion or between the humerus and the coracoacromial ligament may produce signs and symptoms that justify surgery. Brown notes that when seen early a rotator cuff injury can be classified clinically only as mild or seemingly severe. When the power of abduction is completely lost, he recommends infiltration of the painful area with 10 ml of a 1% solution of procaine. When this fails to temporarily restore the ability to initiate and maintain abduction, a large rotator cuff tear is probable and spontaneous recovery is unlikely, and he advises early surgical repair. A similar approach to the diagnosis of rotator cuff tears has been used by R.J. and T.J. Neviaser. The patient with a painful shoulder who cannot maintain the shoulder in abduction ("drop arm sign") receives 8 to 10 ml of 1% lidocaine injected into the subdeltoid space. If the drop arm sign persists after the injection, a complete tear of the rotator cuff is likely. If, under local anesthesia, abduction can be maintained against resistance, an incomplete tear of the rotator cuff is likely. Arthrograms discussed later may be confirmatory.

**ROENTGENOGRAPHIC EVALUATION.** On roentgenographic examination for rotator cuff tears, certain nonspecific changes can be seen. These include sclerosis and atrophy of the greater tuberosity, cystic changes in the anatomic neck of the humerus, notching of the articular surface of the head and the greater tuberosity, irregular new bone formation on the lateral margin of the acromion, and ossification of the coracoacromial ligament. Weiner and Macnab have noted a decreased space between the head of the humerus and the inferior portion of the acromion. They found this acromiohumeral interval to be normally between 7 and 14 mm. An interval of 5 mm or less was considered compatible with a major tear of the rotator cuff. The decreased interval is produced as the rotator cuff retracts and degenerates so that the thickness of the tissue between the humeral head and the undersurface of the acromion is reduced and the humeral head migrates upward. Furthermore, without a functionally effective supraspinatus to depress the head against the glenoid, the deltoid pulls the humeral head proximally.

02/12/2007 08:24 FAX 970 224 3838 ED RONWIN 010

| CO. | FILE | DEPT. | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| PMR | 392217 | 344551 | | 0005469828 | 1 |

UltraPay

PARK UNIVERSITY
8700 N.W. River Park Drive
Parkville MO 64152

# Earnings Statement

ADP®

Period Ending: 05/20/2001
Pay Date: 05/18/2001

Social Security Number: 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
Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 0,Tax Blocked
State: No State Income Tax

EDWARD RONWIN
P O BOX 20875
CHEYENNE, WY 82003

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | | 346.50 | |
| Gross Pay | | | $346.50 | 1,386.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Social Security Tax | -21.48 | 85.92 |
| | Medicare Tax | -5.02 | 20.08 |
| | Net Pay | $320.00 | |

Your federal taxable wages this period are $346.50

©1998 Automatic Data Processing, Inc.

TEAR HERE

EXH. 17

# ELECTRON ARRANGEMENT IN H, C, N, O AND F




H (HYDROGEN)



C (CARBON)





O (OXYGEN)

N (NITROGEN)



F (FLUORINE)
(MOST REACTIVE ELEMENT)

EXH 18

BIOTOL BIOTECHNOLOGY BY OPEN LEARNING

# The Molecular Fabric of Cells

PUBLISHED ON BEHALF OF:

**Open universiteit** and **Thames Polytechnic**

Valkenburgerweg 167
6401 DL Heerlen
Nederland

Avery Hill Road
Eltham, London SE9 2HB
United Kingdom

BUTTERWORTH HEINEMANN

EXH 19

Page 1

QP?14 .M6 1991

Butterworth–Heinemann Ltd
Linacre House, Jordan Hill, Oxford OX2 8DP

PART OF REED INTERNATIONAL BOOKS

OXFORD LONDON BOSTON
MUNICH NEW DELHI SINGAPORE SYDNEY
TOKYO TORONTO WELLINGTON

First published 1991

© Butterworth–Heinemann Ltd 1991

All rights reserved. No part of this publication may be reproduced in any material form (including photocopying or storing in any medium by electronic means and whether or not transiently or incidentally to some other use of this publication) without the written permission of the copyright holder except in accordance with the provisions of the Copyright, Designs and Patents Act 1988 or under the terms of a licence issued by the Copyright Licensing Agency Ltd, 90 Tottenham Court Road, London, England W1P 9HE.
Applications for the copyright holder's written permission to reproduce any part of this publication should be addressed to the publishers.

**British Library Cataloguing in Publication Data**
A catalogue record for this book is available from the British Library

**Library of Congress Cataloguing in Publication Data**
A catalogue record for this book is available from the Library of Congress

ISBN 0 7506 1499 4

Composition by Thames Polytechnic
Printed and bound in Great Britain by
Thomson Litho, East Kilbride, Scotland

2

### 3.3.2 Stabilising forces in proteins

We have already said that a protein adopts one particular conformation, which is biologically active, rather than numerous alternative forms (most of which would be inactive). How does this happen? The reason is that the so-called native conformation is more stable than all other possible conformations and is a consequence of a large number of individually weak non-covalent bonds or interactions. Since these are very important, not only for protein structure but also for other macromolecules (eg nucleic acids) and for the interactions between molecules (eg enzymes and substrates; hormones and receptors) we shall review them. Typical strengths of these bonds are shown in Table 3.3, together with that of the peptide bond. Note also that proteins may be stabilised by the formation of disulphide bridges, which will also be discussed.

| Bond | Bond strength*, $kJ.mol^{-1}$ |
|---|---|
| Covalent (peptide, disulphide) | Approx. 400 |
| Hydrogen (C=O....HN-) | up to 20 |
| Ionic ($-COO^-$....$H^+{}_3N-$) | up to 4 |
| Hydrophobic (eg overlapping phenyl rings) | 4-8 |
| Van der Waals (transient dipoles) | up to 4 |

Table 3.3 Strengths of bonds involved in stabilisation of protein structure.
*Bond strength, or bond energy, is the energy required to break the bond.

Π It would be helpful to you if you drew up a sheet to summarise the properties of each type of bond as you read the next sections.

#### a) Hydrogen bonds

You may have wondered why secondary structures should occur. Of all the possible directions (ie bond angles) which the polypeptide chain can adopt, why does it follow a particular repeating pattern? The reason is that in so doing, hydrogen bonding is maximised, thereby making such a structure much more stable.

Hydrogen bonds are bonds formed between a hydrogen atom (attached to an electronegative atom, usually nitrogen or oxygen) and a second electronegative atom. By 'electronegative atom' we mean an atom that tends to draw electrons (from surrounding bonds) towards it, giving it an extra, partially negative charge. This leads to partial charge separation in the first group (which is thus a dipole) resulting in the hydrogen atom possessing a partial positive charge (Figure 3.5a). This can be electrostatically attracted to a second atom providing that atom is at least partially negative: this is why the second atom is described as electronegative. The overall effect is that the hydrogen atom is shared between the two other atoms. Hydrogen bonds are highly directional, and are strongest when the three relevant atoms (N-H—O in Figure 3.5b) are in a straight line. The strength of the bond falls rapidly as non-linearity increases.

hydrogen bonds are directional

3




Figure 3.5 a) Partial charge separation enables hydrogen bonds to form. The greater electronegativity of oxygen results in bonding electrons being drawn to the oxygen atom, giving it a partial negative charge (δ-). As a consequence the hydrogen atoms becomes partially positively charged (δ+). b) Hydrogen bonds are strongest when the atoms involved are aligned. Weaker bonds result if these atoms are not all in line.

The atom which formally contributes the hydrogen atom is called the donor and is usually an oxygen or a nitrogen, although sulphur atoms can be donors. The second atom is referred to as the acceptor and can be either partially negative (as described above) or may have a full negative charge. Routinely oxygen or nitrogen is the acceptor, although the sulphur atom in the sidechain of methionine may also be an acceptor. A selection of hydrogen bonds is shown in Figure 3.6.



Figure 3.6 Hydrogen bonds between various groups are found in proteins. A selection is shown.

Their lengths and strengths vary according to which atoms are involved. The reason for the widespread occurrence of the α-helix (a type of secondary structure) is that many hydrogen bonds occur and their strength is maximised by the atoms involved being colinear.

### b) Electrostatic (ionic) bonds

These are formed between two oppositely charged groups. Their strength depends on the charges (e), the distance between them (r) and the dielectric constant (ε) of the medium. The force (F), ie the strength of the bond, is given by Coulomb's law:

$$F = \frac{e^2}{r^2 \varepsilon} \text{ or } \frac{e_1 e_2}{r^2 \varepsilon}$$

4