FROM: J. AMER. CHEM. SOC. 103 24 (1981)

# An Unexpectedly Strong Hydrogen Bond: Ab Initio Calculations and Spectroscopic Studies of Amide–Fluoride Systems

**John Emsley,*[1a] Deborah J. Jones,[1a] Jack M. Miller,[1b] Richard E. Overill,[1c] and Roland A. Waddilove[1a]**

*Contribution from the Department of Chemistry and the Computer Unit of King's College, University of London, Strand, London WC2R 2LS, England, and the Department of Chemistry, Brock University, St. Catharines, Ontario, Canada L2S 3A1.* *Received January 29, 1980*

**Abstract:** Ab initio LCAO–MO–SCF calculations have been performed on the formamide–fluoride, acetamide–fluoride and methylformamide–fluoride complexes to determine their equilibrium structures and the strength of the amide–fluoride hydrogen bond. At ca. 148 kJ mol$^{-1}$ it is the second strongest hydrogen bond known. The results of IR, $^{1}$H and $^{19}$F NMR spectroscopic studies on solutions of alkali metal fluorides in these amides support this finding. Possible biochemical implications of this strong hydrogen bond are briefly discussed.

EXH 20

Strong hydrogen bonding is now recognized as a chemical interaction that is clearly distinguishable from normal hydrogen bonding by a variety of measurements: short bond lengths, high bond energies, large IR band shifts, and large downfield chemical

0002-7863/81/1503-2450$01.00/0 © 1980 American Chemical Society

FEB 1? 2007




**FIGURE 5.1**
The Standard Amino Acids.

EX# 21



**FIGURE 5.2**
General Structure of the α-Amino Acids.

mate), and serotonin and melatonin (derivatives of tryptophan) are **neurotransmitters** (substances released from one nerve cell that influence the function of a second nerve cell or a muscle cell). Thyroxine (a tyrosine derivative produced in the thyroid gland of animals) and indole acetic acid (a tryptophan derivative found in plants) are two examples of hormones. (**Hormones** are chemical signal molecules produced in one cell that regulate the function of other cells.)

# AMINO ACID LINKAGES



GENERAL AMINO ACID



DIPEPTIDE



TRIPEPTIDE



PROTEIN (ENZYME)

where n can be any number from roughly 80 to 500+

$R, R', R'' \ldots R^N$ } EACH R GROUP CAN BE IDENTICAL OR DIFFERENT

(WHERE "N" NO GREATER THAN 20)
(AS A RULE)

EXH 22

# TYPES OF FLUORINE BINDING TO CARBON ATOMS (EXAMPLES)







TRIFLUOROPROPANE

EXH 23

*Russian Chemical Bulletin, Vol. 45, No. 3, March, 1996*



# Reviews

## Electrophilic and nucleophilic aromatic substitution: analogous and complementary processes

*M. Mąkosza* *

*Institute of Organic Chemistry, Polish Academy of Sciences, Kasprzaka 44, 01-224 Warsaw, Poland. Fax: (48 2) 632 6681. E-mail: icho-s@alfa.ichf.edu.pl*

Analysis of many variants of nucleophilic aromatic substitution of hydrogen proceeding according to an addition—elimination pattern reveals that this is the major reaction pathway, whereas nucleophilic replacement of halogen or another nucleofugal group is the secondary process, *i.e.*, *ipso*-substitution. In this respect electrophilic and nucleophilic aromatic substitution can be considered as analogous processes.

**Key words:** nitroarenes, carbanions, *O*-nucleophiles, *N*-nucleophiles, vicarious substitution, oxidative substitution

### Introduction

Aromatic rings are relatively stable entities due to favorable electronic configuration, which provides a substantial energy gain, often termed the aromatization energy.[1] Because of this particular stabilizing effect, reactions of aromatic compounds proceed, as a rule, with conservation of the rings, *i.e.*, as substitution processes. Chemical properties of aromatic rings are determined by their π-electron systems, therefore they should be susceptible to reactions with electrophilic agents. Indeed the most characteristic and important reaction type of aromatic compounds is electrophilic substitution, a process which occurs according to general Scheme 1.[2,3]

The mechanistic pathway of this reaction involves two major steps: 1) addition of an electrophilic agent to the aromatic ring with the formation of a cationic intermediate that can be considered a cationic $\sigma_H$- or

**Scheme 1**




* This account is published in connection awarding Prof. M. Mąkosza the degree of *Doctor Honoris causa* by the Russian Academy of Sciences for his investigations in the fields of physical organic chemistry and fine organic synthesis.

Translated from *Izvestiya Akademii Nauk. Seriya Khimicheskaya*, No. 3, pp. 531—544, March, 1996.

1066-5285/96/4503-0491 $15.00 © 1996 Plenum Publishing Corporation

EXH 24 page 1

$\sigma_X$-adduct in which the aromaticity is destroyed, and 2) elimination of a proton or other cationic species to give the substitution product whose aromaticity is recovered. There are numerous reactions that proceed according to this general mechanism; it is sufficient to mention such important processes as nitration, sulfonation, halogenation, many variants of the Friedel—Crafts reactions, *etc.*[2,3] Of course each of these reactions has fine mechanistic features characteristic of the given process, nevertheless, the general mechanism presented in Scheme 1 is applicable to all of them. It is also necessary to stress that the vast majority of electrophilic aromatic substitution reactions proceed as substitution of hydrogen (Scheme 1, path a). This reaction course is considered as the "normal" process. There is, however, a possibility that substituents other than hydrogen can be replaced in the electrophilic process (Scheme 1, path b). These reactions are termed "*ipso*" substitution and are much less frequent.[2] The preference for "normal" electrophilic substitution of hydrogen is perhaps due to the higher rate of electrophilic addition to the carbon atom bearing hydrogen and particularly facile elimination of a proton from the cationic $\sigma_H$-adducts.

Aromatic $\pi$-electron systems, which favor addition of electrophilic agents hence promote the electrophilic aromatic substitution and hinder reactions of a nucleophilic agent with arenes. Moreover, since in nucleophilic substitution the replaced substituent X should, generally speaking, eliminate with an electron pair, this process is usually limited to replacement of halogen or other nucleofugal groups. It is the cause of a common opinion that electrophilic and nucleophilic aromatic substitution reactions differ in all aspects.[2,3] In spite of the difficulties in reactions of nucleophiles with aromatic compounds nucleophilic aromatic substitution does occur, but often along indirect pathways such as elimination—addition *via* arynes, single-electron transfer, transition metal catalysis, *etc.*[2–4] Only one of the mechanisms of nucleophilic aromatic substitution, *viz.*, addition—elimination is somewhat related to the electrophilic aromatic substitution. This mechanism operates in reactions of nucleophilic agents with highly electrophilic aromatic rings and consists of addition of nucleophilic agents to the aromatic ring at a position occupied by a leaving group X followed by elimination of an $X^-$ anion from the intermediate $\sigma_X$-adduct. In majority of cases formation of $\sigma_X$-adducts is the slow, rate-determining step of the overall process. This conclusion follows from the relation of the rates of substitution of various halogens X, which usually reduce in the row $F \gg Cl \geq Br = I$, opposite to that observed in typical aliphatic $S_N2$ substitution. This order indicates that the C—X bond breaking is not the rate-determining step, thus, it should be a fast process and the bond energy is not a decisive factor.[5–7]

The reaction type under discussion takes place in electron-deficient aromatic rings which are active as electrophilic partners in reactions with nucleophilic agents. Electrophilic character of aromatic rings can be caused by the presence of an electron-withdrawing substituent particularly the nitro group, specific electronic structure of some heterocyclic rings, complexation of arene rings with transition metals or electron deficiency of nonbenzenoid aromatic rings. Electron-withdrawing effect of a leaving group, although contribute to some extent to the total electrophilicity of the ring, is usually not a decisive factor in the nucleophilic addition process. This situation can be exemplified by reaction of *p*-halonitrobenzenes with nucleophilic agents (Scheme 2).

**Scheme 2**




$k_H > k_X$

The electrophilic character of these arenes and their ability to form the $\sigma_X$-adducts in the reaction with a nucleophilic agent is due to the presence of the nitro group. It is therefore a reasonable expectation that nucleophiles can also add to *p*-halonitrobenzenes at another conjugated position (*ortho*) which is occupied by hydrogen atom to form $\sigma_H$-adduct (Scheme 2, path b). These adducts being isomers of the $\sigma_X$-adducts are however unable to loose unstable $H^-$ anion to form products of nucleophilic substitution of hydrogen. Nevertheless there are a few reports in the literature on reactions proceeding obviously *via* such $\sigma_H$-adducts to *p*-chloronitrobenzene.[8–10] An example of such a process is shown in Scheme 3.

Taking into account that ionic dissociation of C—Hal bond is a much faster process than that of C—C bond the formation of $\sigma_X$-adducts is practically an irreversible process, therefore the formation of products *via* transformations of $\sigma_H$-adducts to *p*-chloronitrobenzene can be observed provided the addition at positions occupied by the halogen occurs slower than at those occupied by hydrogen. Higher rates of nucleophilic addition at positions occupied by hydrogen than in those occupied by other substituents are unambiguously established for polynitroarenes which form relatively stable long-living $\sigma$-adducts.[11,12] These early observations allow one to extrapolate the firmly established relation of the

Page 5

# Organic Chemistry

## Fifth Edition

Paula Yurkanis Bruice

University of California, Santa Barbara

PEARSON
Prentice
Hall

Upper Saddle River, NJ 07458

EXH 35
page 1

Library of Congress Cataloging-in-Publication Data

Bruice, Paula Yurkanis
Organic chemistry / Paula Yurkanis Bruice.—5th ed.
p. cm.
Includes index.
ISBN 0-13-196316-3
1. Chemistry, Organic. I. Title.

QD251.3.B78 2007
547—dc22 [illegible]

Executive Editor: Nicole Folchetti
Editor in Chief, Development: Ray Mullaney
Editor in Chief, Science: Dan Kaveney
Development Editor: Moira Lerner-Nelson
Media Editor: Michael J. Richards
Project Manager: Kristen Kaiser
Art Director: John Christiana
Executive Managing Editor: Kathleen Schiaparelli
Assistant Managing Editor, Science Media: Nicole M. Jackson
Assistant Managing Editor, Science Supplements: Karen Bosch
National Sales Director for Key Markets: David Theisen
Editorial Assistant: Timothy Murphy
Production Editor: Donna King
Creative Director: Juan Lopez
Director, Creative Services: Paul Belfanti
Purchasing Manager: Alexis Heydt-Long
Manufacturing Buyer: Alan Fischer
Senior Managing Editor, AV Production & Management: Patricia Burns
Manager, Production Technologies: Mathew Haas
Managing Editor, Art Management: Abigail Bass
AV Art Editor: Connie Long
Art Studio: Artworks
Contributing Art Studio: Wavefunction
Spectra: Reproduced by permission of Aldrich Chemical Co.
Cover and Interior Designer: Jonathan Boylan
Director, Image Resource Center: Melinda Reo
Manager, Rights and Permissions: Zina Arabia
Interior Image Specialist: Beth Boyd-Brenzel
Cover Image Specialist: Karen Sanatar
Cover Photo: Getty Images–Photonica Amana America, Inc.
Image Permission Coordinator: Michelina Viscusi
Photo Researcher: Truitt & Marshall
Production Services/Composition: Progressive Publishing Alternatives/Progressive Information Technologies

© 2007, 2004, 2001, 1998, 1995 by Pearson Education, Inc.
Pearson Prentice Hall
Pearson Education, Inc.
Upper Saddle River, NJ 07458

All rights reserved. No part of this book may be reproduced in any form or by any means, without permission in writing from the publisher.

Pearson Prentice Hall™ is a trademark of Pearson Education, Inc.

Spectra: © Sigma-Aldrich Co.

Printed in the United States of America
10 9 8 7 6 5 4 3 2 1

ISBN 0-13-196316-3

Pearson Education Ltd., *London*
Pearson Education Australia Pty. Ltd., *Sydney*
Pearson Education Singapore, Pte. Ltd.
Pearson Education North Asia Ltd., *Hong Kong*
Pearson Education Canada, Inc., *Toronto*
Pearson Educación de Mexico, S.A. de C.V.
Pearson Education—Japan, *Tokyo*
Pearson Education Malaysia, Pte. Ltd.

2

reactant. The configuration of the reactant is not specified, however, so we cannot specify the configuration of the product.

the configuration is not specified

$CH_3CHCH_2CH_3$ (Br on C-2) $+ HO^- \longrightarrow CH_3CHCH_2CH_3$ (OH on C-2) $+ Br^-$

## 8.3 Factors That Affect $S_N2$ Reactions

We will now look at how the nature of the leaving group and the nucleophile affect the $S_N2$ reaction.

### The Leaving Group in an $S_N2$ Reaction

If an alkyl iodide, an alkyl bromide, an alkyl chloride, and an alkyl fluoride all having the same alkyl group were allowed to react with the same nucleophile under the same conditions, we would find that the alkyl iodide is the most reactive and the alkyl fluoride is the least reactive.

| | relative rates of reaction |
|---|---|
| $HO^- + RCH_2I \longrightarrow RCH_2OH + I^-$ | 30,000 |
| $HO^- + RCH_2Br \longrightarrow RCH_2OH + Br^-$ | 10,000 |
| $HO^- + RCH_2Cl \longrightarrow RCH_2OH + Cl^-$ | 200 |
| $HO^- + RCH_2F \longrightarrow RCH_2OH + F^-$ | 1 |

The only difference between these four reactions is the nature of the leaving group. From the relative reaction rates, we can see that the iodide ion is the best leaving group and the fluoride ion is the worst. This brings us to an important rule in organic chemistry—one that you will encounter frequently: *the weaker the basicity of a group, the better is its leaving ability*. The reason leaving ability depends on basicity is because *weak bases are stable bases*; they readily bear the electrons they formerly shared with a proton. Because weak bases do not share their electrons well, a weak base is not bonded as strongly to the carbon as a strong base would be, and a weaker bond is more easily broken (Section 1.20).

**The weaker the base, the better it is as a leaving group.**

**Stable bases are weak bases.**

We have seen that the iodide ion is the weakest base of the halide ions and the fluoride ion is the strongest (Section 1.20).

**relative basicities of the halide ions**

$I^- < Br^- < Cl^- < F^-$

weakest base, most stable base ($I^-$); strongest base, least stable base ($F^-$)

Student Tutorial: Steric hindrance in the $S_N2$ tertiary cannot undergo $S_N1$

Therefore, alkyl iodides are the most reactive of the alkyl halides and alkyl fluorides are the least reactive. In fact, the fluoride ion is such a strong base that alkyl fluorides essentially do not undergo $S_N2$ reactions.

**relative reactivities of alkyl halides in an $S_N2$ reaction**

most reactive → RI > RBr > RCl > RF ← too unreactive to undergo an $S_N2$ reaction

3




LIPITOR
(ATORVASTATIN)

EXH 26



BAYCOL
(CERIVASTATIN)

EXH 27




BAYCOL

(CERIVASTATIN)

EXH 28




LIPITOR

(ATORVASTATIN)

EXH 29

water. Its cysteine residues and the formation of interhelix disulfide bridges make α-keratin relatively resistant to stretching. "Hard" keratins, such as those found in horns and nails, have considerably more disulfide bridges than their softer counterparts found in skin. Humans take advantage of the disulfide bridge content of hair during the permanent waving process. After the hair strands are arranged in the desired shape, disulfide bonds are broken with a reducing agent. New disulfide bonds are then formed by an oxidizing agent, thus creating curled hair.

***Collagen*** Collagen is the most abundant protein in vertebrates. Synthesized by connective tissue cells, collagen molecules are secreted into extracellular matrices. Collagen includes many closely related proteins that have diverse functions. The genetically distinct collagen molecules in skin, bones, tendons, blood vessels, and corneas impart to these structures many of their special properties (e.g., the tensile strength of tendons and the transparency of corneas).

Collagen is composed of three left-handed polypeptide helices that are twisted around each other to form a right-handed superhelix (Figure 5.23). Type I collagen molecules, found in teeth, bone, skin, and tendons, are about 300 nm long and approximately 1.5 nm wide. (There are twenty major families of collagen molecules. Approximately 90% of the collagen found in humans is type I.) Twisting the polypeptides of the superhelix in opposite directions is principally responsible for collagen's strength.

The amino acid composition of collagen is distinctive. Glycine constitutes approximately one-third of the amino acid residues. Proline and 4-hydroxyproline may account for as much as 30% of a collagen molecule's amino acid composition. Small amounts of 3-hydroxyproline and 5-hydroxylysine also occur. (Specific proline and lysine residues in collagen's primary sequence are hydroxylated within the rough ER after the polypeptides have been synthesized. These reactions, which are discussed in Chapter 18, require the antioxidant ascorbic acid.)

Collagen's amino acid sequence primarily consists of large numbers of repeating triplets with the sequence of Gly—X—Y, where X and Y are often proline and

**FIGURE 5.23**
**Collagen Fibrils.**

The bands are formed by staggered collagen molecules. Cross striations are about 680 Å apart. Each collagen molecule is about 3000 Å long.

From Voet and Voet, *Biochemistry*, 2nd edition. Copyright © John Wiley & Sons, Inc., New York, NY.




EXH 30

# ABOUT COLLAGEN



GLYCINE

(ABOUT 33% OF COLLAGEN)



PROLINE



4-HYDROXYPROLINE

(TOGETHER ABOUT 30% OF COLLAGEN)

PRIMARY AMINO ACID SEQUENCE IN COLLAGEN

GLY — PROLINE — 4-OH-PROLINE

HYDROGEN BONDING BETWEEN COLLAGEN CHAINS





TRIPLE HELIX
OF COLLAGEN CHAINS
HELD TOGETHER BY
HYDROGEN
BINDING

EXH 31

# $F^-$ AND BAYCOL ACTION ON COLLAGEN




$F^-$ OR




BAYCOL

EXH 32

Biochimica et Biophysica Acta, 715 (1982) 137–141
Elsevier Biomedical Press



**BBA Report**

BBA 20006

# VARIATIONS IN THE METABOLISM AND MATURATION OF COLLAGEN AFTER FLUORIDE INGESTION

Y.D. SHARMA *

*Department of Anatomy, All-India Institute of Medical Sciences, New Delhi-110029 (India)*

(Received October 16th, 1981)

*Key words: Collagen metabolism; Protein maturation; Fluoride ingestion; Hydroxyproline; Collagenase; (Rabbit skin)*

**This study describes the effect of fluoride ingestion (10 mg NaF/kg body weight per day) for up to 180 days, on the biosynthesis, maturation and degradation of rabbit skin collagen. Higher intake of fluoride interferes with the collagen biosynthesis resulting in a reduction in the collagen content (in terms of hydroxyproline). Fluoride administration increases the solubility of collagen by reducing the amount of cross-link precursors, thus impairing the cross-linking and maturation of tissue collagen fibers. Collagen degradation by the collagen-bound collagenase is increased due to the accumulation of higher pools of soluble collagen.**

Collagen is the major protein of connective tissues. In the polymeric form, it provides mechanical properties to these tissues. It is well established that hydroxylation of proline stabilizes the triple helical structure of collagen [1]. Interference in the hydroxylation of proline results in the formation of underhydroxylated collagen and this protein is secreted at a much slower rate into the extracellular space [2]. Formation of covalent cross-links in collagen produce insoluble collagen fibres [3]. Thus, the solubility of collagen reflects the state of polymerization and the effectiveness of the inter- and intramolecular cross-links in collagen fibres [4].

Impairment in collagen biosynthesis and cross-links in various pathological states is well known [4–7]. In certain pathological conditions, the collagen formed is underhydroxylated and since this protein is catabolized faster, it leads to the formation of excessive breakdown products [7]. Variations in collagen metabolism due to excessive fluoride ingestion (in vivo) are supported by indirect evidences. Measurement of the degradation products of collagen which appear in the urine provides and indirect approach to assessing the state of its metabolism [8]. In fluorosis, the urinary levels of dialysable hydroxyproline-containing peptides are increased [9] suggesting increased degradation of collagen. Further, in experimental fluorosis the tissue levels of ascorbic acid have been reported to decrease [10]. Ascorbic acid is known to be a cofactor for the enzyme prolylhydroxylase [1]. In vitro studies on bone organ culture experiments have shown diminished [$^{14}$C]proline uptake when the culture medium contained 10–20 ppm fluoride [12], indicating a reduction in collagen synthesis. In addition, the degradation of collagen in bone organ culture by fluoride has also been reported [12,13].

Recently we have reported a reduction in the collagen cross-link precursors in rabbit tissues following excessive fluoride ingestion [14,15]. It is the objective of the present study to follow the effect of fluoride on collagen metabolism in vivo with a view to understanding the nature of the defects in collagen metabolism occurring in the pathological condition, 'fluorosis'.

* Present address: Department of Biochemistry, University of Connecticut Health Center, Farmington, CT 06032, U.S.A.

0304-4165/82/0000-0000/$02.75 © 1982 Elsevier Biomedical Press

EXH33

02/12/2007 08:34 FAX 970 224 3838 ED RONWIN 033

CONTAMINATION

# CHEMICAL BLAMED IN DIALYSIS DEATHS

## Perfluorocarbon fluid used to test dialyzer fibers is the apparent culprit



**UNDER INVESTIGATION** Baxter Spain's general manager Diego Manzaneda Sanz (left), leaving a Valencia court on Nov. 6, where the company faces legal action for the deaths of dialysis patients.

AFP PHOTO/ALBERTO ESTEVEZ

BAXTER INTERNATIONAL says preliminary tests indicate that a fluid used in the production of some of its kidney dialyzers "is the likely cause" of 51 deaths, mostly in Spain and Croatia.

The Deerfield, Ill.-based company says it appears that the dialysis units were contaminated by a perfluorohydrocarbon processing fluid used to test for leaks in some dialyzer fibers during the production process. The process is used only in Baxter's plant in Ronneby, Sweden, and in production of less than 10% of the three models of dialyzers associated with the patient deaths.

The specific fluorinated fluid, known as 5070, is produced by 3M for a variety of industrial and commercial applications. It is described in 3M's material safety data sheet as a fluid containing "perfluoro compounds—primarily compounds with seven carbons."

The problem first surfaced with the deaths of 11 dialysis patients in Spain in August, prompting the company to put a worldwide hold on the specific series of dialyzer being used. At the time, the company also had the units checked by TÜV PS, an independent European consulting firm specializing in medical-device safety, which could find no problems with them.

However, Baxter received a further jolt when 21 patients died in one week in October in Croatia. The company immediately launched a global recall of the three models and began tests to track down the problem. Subsequent deaths in Spain, Croatia, Taiwan, and Colombia, as well as Texas and Nebraska in the U.S., have brought the number of fatalities to 51.

Baxter has earmarked $100 million to $150 million in fourth-quarter after-tax charges to cover costs of discontinuing the product series and other related costs, including litigation. Legal action is being weighed by patients' groups and governments in Spain, where the company is facing a lawsuit involving the deaths of 10 dialysis patients in Madrid and Valencia, and possibly in Croatia. —PATRICIA SHORT

BUSINESS

# OPEC MULLS CUTS

## Oil-producing countries want to cushion fall in prices; natural gas costs drop

AS OIL PRICES STEADILY EBB toward their lowest levels in more than two years as a result of a slowdown in the global economy, the Organization of Petroleum Exporting Countries (OPEC) is meeting this week in Vienna to discuss production cuts.




Soon after the Sept. 11 terrorist attacks, OPEC ministers decided not to decrease production, despite the weakening economy. Between the attacks and that OPEC meeting, West Texas Intermediate (WTI) prices fell about $5.00 per barrel to $21.46. Since then, prices have drifted to about $20, according to the Department of Energy Energy Information Administration (EIA).

Petroleum prices were relatively stable until the attacks. Spot prices for WTI began the year at about $28 per bbl and had ranged between $26 and $31 per bbl until September, EIA says.

In a short-term energy outlook published last week, EIA forecast that OPEC production cuts are likely only to stem the fall of oil prices. "We expect monthly average crude oil prices to stabilize near their current levels until next spring, with some upward drift in the second half of 2002 if U.S. and world oil demand growth recovers," EIA says.

The weak economy has also affected prices for natural gas—which determine prices for ethane feedstock used in ethylene crackers. Following an unprecedented spike in prices for natural gas last November and December, wellhead prices began the year at $8.06 per 1,000 cu ft. From 1996 through 1999, prices had averaged around $2.00.

The spike led chemical executives and analysts to predict that prices would average in the $3.00 to $5.00 range over the next few years until more production came on-line.

However, since January, natural gas prices have actually decreased, hitting $2.55 in September. EIA says that natural gas, at least for the next five months, should trade in the $2.00 to $3.00 range. —ALEX TULLO