UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No. 1431 (MJD), Case No. 02-0200

---

DEPOSITION OF: KEVIN DEANE, M.D.
June 5, 2006

---

In re BAYCOL PRODUCTS LITIGATION :
: MDL No. 1431
This Document Relates to: : (MJD)
:
Edward Ronwin, et al., v. Bayer : Case No. 02-0200
Corp., et al. :

---

TAKEN PURSUANT TO NOTICE on behalf of the Defendant at 4200 East 9th Avenue, Room 2834B, Denver, Colorado 80262 at 11:20 a.m. before Lisa B. Kelly, Registered Professional Reporter and Notary Public within Colorado.

SCANNED
FEB 1_ 2007

of the elbow.

MR. PILKINGTON: What are you pointing to again?

MR. RONWIN: I'm pointing to this (indicating) -- what would you call it?

MR. PILKINGTON: Doctor, how would you describe where he's pointing?

THE DEPONENT: So he's pointing to -- if his arm was lying on the table palm face up, he's pointing to the -- about the bend in the elbow, approximately an inch towards the fingers from the crease at where the elbow bends.

Q. (BY MR. RONWIN) Yes. Right. Okay. So you don't -- you have testified that you can't associate the pain in the lateral epicondyle with that needle stick.

A. Correct.

Q. But is it correct that you actually do not know the cause of the pain from this antecubital fossa where the needle stick occurred?

A. Correct.

Q. Do you have any ideas about what that might be?

A. Well, I think as I stated earlier, it's possible that a very small nerve was hit with the needle and led to some local pain. This may have been such a small injury it was not picked up by our neurologic expert as a finding of weakness or sensation changes.

Q. Would that explain why the pain shot down from this point at the antecubital fossa down toward the palm of the hand?

A. A nerve injury could potentially explain that shooting-type pain.

Q. Okay. I have some other questions here. Let's see. In your report of July 27, page 2, you refer -- in this main paragraph, down toward the -- just somewhat under general.

A. General, yeah.

Q. The main paragraph there. You referred to -- let's see. It's approximately the fourth sentence in that paragraph. It starts with, he has some swelling. Do you see that?

A. I have, he has some OA changes. Nothing that looks warm or exhibits.

Q. Just, he has some swelling --

A. Got it. Got it. Sorry.

Q. -- over that region. And am I correct that you've referred to that lateral epicondyle region as the right epicondyle?

A. Correct.

Q. Is that right?

A. Right.

Q. But in the next sentence, you say, he also has