UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MDL No. 1431 (MJD), Case No. 02-0200

DEPOSITION OF: EDWARD RONWIN, Ph.D., VOLUME II
July 14, 2006

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MJD) |
| This Document Relates to: | |
| Edward Ronwin, et al., v. Bayer Corp., et al. | Case No. 02-0200 |

TAKEN PURSUANT TO NOTICE AND SUBPOENA on behalf of the Defendant Bayer Corporation at 12001 Tejon Street, Suite 110, Westminster, Colorado at 2:47 p.m. before Sylvia E. Noneff, Registered Professional Reporter and Notary Public within Colorado.

SCANNED FEB [illegible] 2007

0b9eb718-9264-462f-a2b8-1d6cfa3df109

don't keep a diary to begin with.

Q. But would it be fair to say at some point following the surgery your right shoulder, in terms of function, got back to the baseline it was before?

A. Yes, yeah, at some time after. And, of course, immediately after you get some back. I mean, you're not -- you never have a complete loss of ability to use it.

Q. But stated differently, at some point after your surgery your right shoulder was the same as it was before the accident?

A. I'd say that, yeah. Ultimately, I feel good. And by taking -- and I don't like Behrens, but I think his cut was real good. I think he's a good surgeon.

Q. Have you had any problems with your right shoulder since the surgery?

A. No.

Q. Has any doctor ever advised you that you have any sort of degenerative condition in your right shoulder?

A. Yeah. I had spurs.

Q. Who told you that?

A. Behrens, maybe McDan -- Mc -- McRandall. Actually, it's MacRandall, M-a-c.

several people changed their story.
Q. Did they change their story to conclude that the right rotator cuff surgery -- let me rephrase the question. When you say he and others changed their story, was the new story that the car accident was not the cause of the right rotator cuff --
A. I think that's the story. I think they began -- I think Behrens may have, and it's so vague. And unfortunately, I threw all my records away from that whole lawsuit and from everything else, see.
Q. But what I hear you saying is that Dr. Behrens later stated that it was his opinion that your right ro -- right shoulder injury was not the result of the accident?
A. You know what? I'm vague on that. All I've got to say is, he was friendly, you know, in -- in viewing me before the operation. He was friendly somewhat after the operation. And then he became antagonistic, and that's the idea.
Q. Did any physician ever advise you that the cause of your right rotator cuff injury was some sort of degenerative condition?
A. That may have occurred, but I don't know whether he did it, or how it was done. I don't think MacRandall did it, because I don't think MacRandall was