**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD/SRN) |
| This Document Relates to: | : | |
| *Edward Ronwin v. Bayer Corp.* | : | Case No. 02-0200 |

**DEFENDANT BAYER CORPORATION'S OPPOSITION TO "MOTION FOR REVIEW OF MAGISTRATE'S ORDER FEB. 23, 2007 PURSUANT TO 28 U.S.C. § 636(B)(1)"**

Plaintiff Edward Ronwin has listed himself as an expert in his own case and refused to give "expert" testimony unless Bayer pays for his time. *See* Motion for Review at 18, 28. On February 23, 2007, Magistrate Judge Nelson entered an Order granting Bayer's motion to compel Ronwin to sit for the deposition without pay. *See* Order of February 23, 2007 (appended hereto). Judge Nelson's Order also denied Ronwin's motion for Rule 11 sanctions against Bayer relating to briefing of the Motion to Compel. *Id*. Ronwin's attack upon that order should be rejected.

In PTO 154, this Court ordered that all non-dispositive motions be directed to Judge Nelson, in accordance with 28 U.S.C. § 636(b)(1)(A). Pursuant to that section, a magistrate judge may "hear and ***determine*** any pretrial matter pending before the court," subject to certain exceptions. 28 U.S.C. § 636(b)(1)(A) (emphasis added). Acting in accordance with PTO 154 and subsection (b)(1)(A), Judge Nelson entered an ***order*** granting Bayer's motion to compel. *See* Order, appended hereto as Exhibit A.

Ronwin asserts that Order should be subject to *de novo* review, but he is mistaken. Hearings that yield reports and recommendations from the magistrate to the Article III judge are subject to *de novo* review under subsection (b)(1)(B). But a more deferential standard applies to Orders entered under Subsection (b)(1)(A); a nondispositive pretrial matter decided under that paragraph may be "***reconsider[ed]*** . . . where it has been shown that the magistrate judge's order is ***clearly erroneous or contrary to law.***" (Emphasis added.) *See also* Fed. R. Civ. P. 72(a) (reiterating standard of review for such nondispositive matters decided by a magistrate judge). "The standard of review applicable to an appeal of a magistrate judge's order on a nondispositive issue is extremely deferential." *Reko v. Creative Promotions, Inc.*, 70 F. Supp. 2d 1005, 1007 (D. Minn. 1999).

Under subsection (b)(1)(A), Ronwin's motion must be deemed a motion to reconsider, and that motion fails for two reasons. *First*, under Local Rule 7.1(g), any party seeking reconsideration of an order must request permission before filing a motion. Ronwin failed to do so, and the Court should deny his motion accordingly.

*Second*, even if the Court entertains Ronwin's motion, Ronwin presents no basis for reversing Judge Nelson's Order. The Motion for Review, while lengthy, offers no evidence or law supporting his claim that a defendant must compensate a plaintiff who seeks to be his own expert witness. Accordingly, Ronwin cannot establish that Judge Nelson's Order was a clear error or contrary to law. Ronwin's motion also puts forth the novel claim that Bayer may not depose Ronwin unless Bayer concedes that he is a qualified expert. *See* Motion at 13-20. Not surprisingly, Ronwin cites no law for this

proposition, since depositions are used to test a putative expert's qualifications and opinions.

For the foregoing reasons, Bayer respectfully requests that the Court deny Ronwin's Motion to Review Magistrate Nelson's Order of February 23, 2007.

Dated: March 9, 2007

Respectfully submitted,

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60610
(312) 494-4400

/signature on file/
Susan A. Weber
James W. Mizgala
James R. M. Hemmings
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Peter W. Sipkins (No. 101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Jeffrey R. Pilkington
DAVIS GRAHAM & STUBBS LLP
1550 Seventeenth Street, Suite 500
Denver, CO 80202
(303) 892-9400

*Counsel for Bayer Corporation*

CERTIFICATE OF SERVICE

I, David L. Barlett, certify that true and correct copies of the foregoing Defendant Bayer Corporation's Opposition to "Motion for Review of Magistrate's Order Feb. 23, 2007, Pursuant to 28 U.S.C. § 636(B)(1)" and exhibits were electronically filed and served on March 9, 2007, and copies of same were sent by U.S. Mail to

Dr. Edward Ronwin
945 Rolland Moore Drive, L-2
Fort Collins, CO 80526

on March 10, 2007.

[signature]
______________________