# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| *In re BAYCOL PRODUCTS LITIGATION* | MDL NO. 1431 (MJD/SRN) |
| This Document Relates to: | |
| *Edward Ronwin v. Bayer Corp., et al.* | Case No. 02-0200 |

**ORDER GRANTING DEFENDANT'S MOTION TO COMPEL AND DENYING PLAINTIFF'S RULE 11 MOTION**

THIS MATTER having come before the Court on Defendant's Motion to Compel [Doc. No. 85], and Plaintiff's Rule 11 Motion [Doc. No. 90]; the parties having received due notice and having had the opportunity to be heard; and this Court having considered all submissions made:

IT IS HEREBY ORDERED that Defendant's Motion to Compel the Expert Deposition of Edward Ronwin [Docket No. 85] is **GRANTED** and Plaintiff's Rule 11 Motion [Docket No. 90] is **DENIED**.

Plaintiff Ronwin has designated himself as an expert in this case on a number of issues, including the medical cause of his injuries. He demands an expert fee for his testimony. The parties do not dispute that the defense is entitled to take an expert deposition of the plaintiff but disagree about whether Ronwin is entitled to an expert fee for his testimony under Rule 26(b)(4)(C) of the Federal Rules of Civil Procedure. Bayer argues that Ronwin lacks the medical expertise to offer any medical opinion in this case and that there is no case law awarding an expert fee to a plaintiff who designates himself as an expert in his own case. Fed. R. Civ. P. 26(b)(4)(C) provides that a party seeking discovery must pay the expert a reasonable fee "unless manifest injustice would result." Bayer argues that manifest injustice would indeed result here because Ronwin's strategy is to seek compensation from Bayer for his alleged injuries through the guise of an expert fee. This Court

agrees. If Plaintiff Ronwin continues to seek to testify on issues which require expert opinion, Bayer is entitled to and must depose him within 30 days of this Order. Plaintiff Ronwin will not be compensated for such testimony.

Plaintiff Ronwin styles his response to Bayer's motion to compel alternatively as a response to that motion and as a motion itself under Rule 11. As Plaintiff Ronwin has plainly failed to comply with Rule 11 in bringing such a motion, it is denied. Plaintiff's request for oral argument on this motion is also denied.

Dated: February 23, 2007

s/ Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge