MAR 16 2001 BP: 104/66 P: 80 R: 16 T: 96.5 135.

(L) shoulder pain x 2-3 months. No injury. Worse c elevation, lifting overhead. (R) handed. No NSAID. No crepitus. Denies PH

Exam - Thin. F 160 Ab 110 IR L1 ER 40 Ext 50
strong. Abd 125

X (L) Mod DJD AC jt c inf spur. Min G/H narrowing. Mild subacromial narrowing

Naproxen 500
1M

BONWIN, EDWARD

03/16/01

HISTORY: This patient complains of left shoulder pain present for approximately two to three months. He denies any injury or usual activity. He is a right-handed individual. His pain is worse with elevation, particularly when he tries to lift things overhead. He has taken nonsteroidal medication. He denies crepitus. He does feel as though there is some weakness. He denies previous shoulder symptoms and has no shoulder symptoms on the right. There is no numbness or paresthesia.

PHYSICAL EXAMINATION: Vital signs are as recorded and in the normal range. He is a healthy-appearing individual in no acute distress. He is somewhat thin. Left shoulder: Neurovascular examination is normal. There is no deformity. There is no warmth, erythema, effusion or swelling. Flexion is to 160 degrees; abduction 110 degrees active, 125 degrees passive; internal rotation to L1; external rotation 40 degrees; extension 50 degrees. He has excellent strength. There is no tenderness. He does have prominence of the acromioclavicular joint symmetrical bilaterally.

X-RAYS: Left shoulder, three views: There is moderate degenerative arthritis of the acromioclavicular joint with subchondral sclerosis irregularity and inferior osteophyte formation. There is minimal glenohumeral narrowing, mainly manifest on the axillary view. There is no abnormal tilt to the acromion. There does appear on the anteroposterior (AP) view, however, to be some mild subacromial narrowing.

IMPRESSION: Subacromial impingement syndrome with osteoarthritis of the acromioclavicular joint.

DISCUSSION/PLAN: I have told the patient I think I should utilize antiinflammatory medication and physical therapy. He has no history of gastrointestinal (GI) distress. I have started him on NAPROXEN 500 mg b.i.d. with usual admonitions. He does not want to go to physical therapy. I told him that if his symptoms do not subside he should return for injection of steroid; otherwise, return routinely in one month. RET/dam/#3064

EXH. 1

RT000005er Page 1

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER



SCANNED
MAR 13 2007
U.S. DISTRICT COURT MPLS

MAR 21 2001 BP: 110/58 P: 60 R: 16 T: 96.8 [initials]

Naprosyn ø Help

Cortisone shot

RONWIN, EDWARD 03/21/01

HISTORY: He is a follow-up patient of Dr. Torkelson x. Dr. Torkelson got called away for an emergency and therefore the patient was seen by me. He is here now in follow-up. He states the NAPROSYN was a waste of his time, really made him sick, and also really did not do much for his pain. He wanted to get a CORTISONE injection, and therefore came in for further follow-up.

His personal and social history, family history, past medical history, and review of systems are per his patient information sheet.

PHYSICAL EXAMINATION: Vital signs -- blood pressure 110/58, pulse 60, respirations 16, temperature 96.8. He is alert and oriented x3. His left shoulder shows obvious increased thickness of the distal clavicle, he has a positive impingement sign, rotator cuff strength appears intact, sensation is normal.

X-RAYS: Review of his x-rays that were taken previously shows the degenerative change of the acromioclavicular joint with subacromial impingement.

ASSESSMENT: Subacromial impingement, left shoulder.

DISCUSSION/PLAN: We discussed his options for treatment. He elected to undergo an injection, using DEPO-MEDROL 40 mg and LIDOCAINE 1% plain, 4 cc, under sterile technique. He is going to follow-up in another few days if he is not significantly improved. MRR/dam/#19891

AUG 08 2001

Painful (L) shoulder 1 month Worse c elevation No exercise program. Complete resolution c injection Radiates into (L) deltoid.

Ex (L) Thin

RONWIN, EDWARD 08/08/01

HISTORY: The patient complains of pain in the left shoulder, for about one month. The pain is worse with elevation. He has not been on an exercise program. The injection that was provided him in March, by Dr. Rangitsch, gave him complete relief of symptoms. His pain now is lateral in location, radiating into the deltoid.



CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

**PHYSICAL EXAMINATION:** The patient is thin, but in no acute distress. Shoulder motion is essentially normal, lacking only to the last 15 to 20 degrees of elevation. He has mild pain with elevation, and mild pain with resisted abduction-flexion.

**IMPRESSION:** Subacromial impingement, left shoulder.

**PLAN:** After a sterile prep, I injected the subacromial bursa with DEPO-MEDROL and XYLOCAINE. He is to return in one month. RET/dam/#7159

06/16/2003 Mailed records to MCS /JF

8/14/03 mailed printout of pt acct + pt info sheet to MCS /LK

2/18/04 Send copies of medical records to pt LK

3/1/06 copies of records + xrays sent to Davis, Graham + Stubbs RET/LK

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

NORTHERN COLORADO
ORTHOPEDIC
ASSOCIATES

Sally A. Knauer, M.D.
*Board Certified Orthopedic Surgeon*

Jane T. Servi, M.D.
*Sports Medicine Specialist*

DATE: September 4, 2001

PATIENT: EDWARD RONWIN

HISTORY: Edward is a 77-year-old retired white male biochemist and lawyer who presents with left shoulder pain. He is right hand dominant. His shoulder pain was of insidious onset first noted in February or March diagnosed as bursitis and resolved with a CORTISONE INJECTION. He states that 2 months ago he had the insidious onset of pain initiating over the superior aspect of the shoulder radiating down the proximal lateral humerus, which is worse with abductive type maneuvers but at its worst is present with behind the back maneuvers during the night. He describes that pain at that point as a 10 out of 10, dull to sharp in nature, without nocturnal symptomatology unless he gets into that position, or paresthesias. Treatment thus far has consisted only of CORTISONE INJECTION into the subacromial space 3 weeks ago without resolution. He states he has a many year history of cervical DJD. It was recommended that he have fusion, which he declines. He also has a history of left shoulder surgery for ulnar and radial nerve transplant back in 1984.

PMH: Hypercholesterolemia and CAD. MEDICATIONS: ZOCOR and ASPIRIN. NKDA. ROS: Occasional cephalgia, blurry vision, and vertigo. Occasional chest pain, tachycardia, and urinary frequency. SOCIAL HISTORY: Single. No tobacco, recreational drug use, caffeine, or alcohol consumption. Exercise is on a weekly basis in terms of walking. PSH: Left shoulder transplantation of ulnar and radial nerve. Left elbow surgery for fracture. Right RC repair. CABG. FAMILY HISTORY: CAD and cancer.

OBJECTIVE: General: Elderly, NAD, cooperative with exam. Left shoulder is without atrophy, ecchymosis, edema, scapular winging, apprehension, and stability. There is tenderness to palpation mildly at the C-joint and over the coracoid process. Range of motion forward flexion: 120 degrees actively, 160 degrees passively. Abduction: 160 degrees actively, 180 degrees passively. IR to T8. This is equal to the contralateral side. ER: 45 degrees. Also equal to the contralateral side. Strength, abduction, ER IR, biceps, triceps 5/5, no pain. Supraspinatus 4-/5 and painful. Impingement test positive in forward flexion IR with a mildly positive cross arm test. No subacromial crepitation. UE NVI. Neck: FROM extension 5 degrees, lateral gauge 30 degrees, lateral bends 10 degrees, with pain reproduced in the left base of the neck on a right lateral bend and gauge. There is no tenderness to palpation over the cervical paraspinous musculature or spinous processus with a negative head compression test, and Spurling maneuvers.

RADIOGRAPHS: Review of Radiography demonstrating mild degenerative changes of glenoid fossa, no proximal migration of the humerus, mild spurring at the distal AC joint with a Type II acromion.

Exh, 2, p. 1

EDWARD RONWIN
Page 2

IMPRESSION: 1) Left RC tendonitis versus tear.

PLAN: 1) Implications of this problem was discussed at length with patient and he is very adamant about not receiving medication secondary to their side effect profile. He does desire another trail of CORTICOSTEROID INJECTION, which was done with 9 cc of XYLOCAINE, 1 c of DEPO-MEDROL done in the normal sterile fashion without complications. No improvement in post injection resisted supraspinatus testing. He does understand that he is a candidate for MRI, which he has had a bad experience with closed machine, or an arthrogram of the left shoulder should his symptoms not improve. He will return to clinic in 3 weeks.

Jane T. Servi, MD/ba

| Date | Chol | LDL | HDL | Trigly | Chol/HDL | LDL/HDL | VLDL |
|---|---|---|---|---|---|---|---|
| 11/7/84 | 238 | 174 | | 335 | | | |
| 2/10/86 | 229 | 153 | 37 | 195 | 4.66 | 2.7 | 47.6 |
| 12/86 | 224 | 128 | 48 | 238 | | | |
| 1/87 | 196 | 126 | 30 | 199 | 6.53 | 4.2 | 39.8 |
| 4/28/87 | 196 | 135 | 36 | 125 | 5.44 | 3.8 | 25 |
| 10/21/87 | 196 | 131 | 40 | 127 | 4.9 | 3.3 | 25.4 |
| 2/88 | 217 | 135 | 43 | 197 | 5.05 | 3.1 | 39.4 |
| 5/9/88 | 221 | 141 | 28 | 262 | 7.89 | 5.04 | 52.4 |
| 9/1/88 | 211 | 142 | 27 | 209 | 7.81 | 5.26 | 41.8 |
| 10/96 | 206 | 138 | 39 | 145 | 5.3 | 3.5 | 29.0 |
| 1/97 | 214 | 150 | 45 | 92 | 4.8 | 3.3 | 18.4 |
| 8/97 | 209 | 140 | (no other results; non-fasting) | | | | |
| 2/11/98 | 211 | 149 | 34 | 140 | 6.2 | 4.38 | 28.0 |
| 1/12/99 | 235 | 168 | 47 | 117 | 5.0 | 3.57 | 23.4 |
| 1/10/01[1] | 246 | 172 | 44 | 150 | 5.59 | 3.9 | 30.0 |
| 2/23/01 | 167 | 80 | 37 | 255 | 4.51 | 2.16 | 51.0 |
| 4/18/01 | 149 | 94 | 34 | 103 | 4.4 | 2.76 | 20.6 |
| 7/19/01[2] | 171 | 106 | 38 | 134 | 4.50 | 2.8 | 26.8 |
| 11/19/01[3] | 311 | 221 | 43 | 240 | 7.3 | 5.14 | 48.0 |
| 11/20/01[4] | 219 | 135 | 51 | 165 | 4.29 | 2.65 | 33.0 |
| 1/22/02 | 189 | 115 | 47 | 139 | 4.02 | 2.45 | 27.8 |
| 1/30/02 | 167 | 109 | 32 | 127 | 5.2 | 3.41 | 25.4 |
| 4/26/02 | 182 | 107 | 40 | 177 | 4.55 | 2.68 | 35.4 |
| 7/26/02 | 122 | 70 | 36 | 80 | 3.39 | 1.94 | 16.0 |
| 9/26/02 | 130 | 69 | 36 | 123 | 3.61 | 1.92 | 24.6 |
| 3/3/03 | 166 | 96 | 43 | 137 | 3.86 | 2.23 | 27.4 |
| 3/26/03 | 160 | 94 | 42 | 119 | 3.81 | 2.24 | 23.8 |
| 8/01/03 | 136 | 78 | 39 | 96 | 3.49 | 2.00 | 19.2 |
| 9/26/03 | 154 | 85 | 41 | 138 | 3.76 | 2.07 | 27.6 |
| 2/06/04 | 169 | 103 | 48 | 91 | 3.52 | 2.14 | 18.2 |
| 3/22/04 | 183 | 147 | 37 | 117 | 4.95 | 3.16 | 29.4 |
| 7/31/04 | 158 | 100 | 32 | 131 | 4.94 | 3.13 | 26.2 |
| 2/10/05 | 186 | 116 | 43 | 138 | 4.33 | 2.70 | 27.6 |
| 5/17/05 | 151 | 88 | 38 | 124 | 3.97 | 2.32 | 24.8 |
| 10/7/05 | 147 | 78 | 43 | 131 | 3.41 | 1.81 | 26.2 |
| 3/13/06[5] | 175 | 94 | 43 | 190 | 4.07 | 2.19 | 38.0 |
| 6/8/06 | 125 | 67 | 32 | 132 | 3.91 | 2.09 | 26.4 |
| 9/15/06 | 119 | 63 | 41 | 75 | 2.90 | 1.54 | 15.0 |

[1]Started Baycol at 0.4 mg./day.

[2]Started Zocor (Simvastatin) on 8/10/01

[3]MD admits error in test results. Test one in MD's laboratory

[4]Results probably in error. Test done at Poudre Valley Hosp. laboratory

[5]Started Lipitor, (40 mg./every other day), no later than 3/20/06. Started Lipitor, 20 mg. every other day, no later than 5/6/06.

EXH #3
(EXH. 6 in RESPONSE)