UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re BAYCOL LITIGATION | ) | |
| | ) | MDL No. 1431 (MJD/SRN) |
| This Document relates to: | ) | |
| | ) | Case No. 02-0200 |
| Ronwin v. Bayer Corp. | ) | |

**EMERGENCY MOTION FOR PROTECTIVE ORDER AND STAY OF MAGISTRATE'S ORDER**

Plaintiff, "RONWIN", hereby moves, on an emergency basis, for the court to issue an Order ousting the date of March 23, 2007, for an expert deposition of RONWIN with or without payment of an expert fee to RONWIN by Defendant, "BAYER," who set the deposition date and refuses to vacate same.

As this Dist.Ct. knows, there is before it two (2) motions in this specific case: (i) BAYER's Motion to Compel RONWIN's expert deposition, (without payment of an expert fee), and despite the fact that said Motion was filed beyond the time to take any depositions of Phase I Plaintiffs, such as RONWIN, under PTO 149; and (ii) BAYER's Motion for Summary Judgment which included two (2) *Daubert* motions.

As to item (i), the Magistrate granted BAYER's Motion to Compel, which, under the Federal statute, 28 U.S.C. § 636(b)(1), RONWIN timely filed a Motion to Review the Magistrate's Order. The refusal by BAYER to oust the deposition date, which is at this time two (2) business days from convening, amounts to nothing more than an attempt by BAYER to oust this Dist.Ct. of its right and obligation, under said statute, to review the Magistrate's Order.

Because the convening of said deposition would interfere with this Dist.Ct.'s right and duty to review the Magistrate's Order, and because BAYER's Motion for Summary Judgment has not been ruled upon, RONWIN does not intend to appear for an expert deposition on March 23, 2007.

SCANNED
MAR 2 1 2007
U.S. DISTRICT COURT MPLS

No amount of explanation to BAYER's attorneys can convince them of the obvious; i.e., that until this Dist.Ct. acts on the Motion to Review the Magistrate's Order, they must not attempt to convene a deposition of RONWIN because that would be an obvious and unlawful interference with this Dist.Ct.'s right and duty; and make a sham of the effort to challenge the Magistrate's Order.

Further, as to item (i), the law permits RONWIN, if he wishes, on a determination adverse to his position on the Motion to Review the Magistrate's Order, ten (10) days to apply to the appropriate Circuit Court for permission to pursue an interlocutory appeal, 28 U.S.C. § 1292(b).

Item (ii) has a direct effect on the question of an expert deposition of RONWIN. If BAYER's Motion for Summary Judgment were granted, then the case ceases in this Dist.Ct. and no deposition can be held.

In view of the utterly absurd intransigence of BAYER's refusal to oust the deposition date of March 23, 2007, this Dist.Ct. needs to issue an Order to protect both RONWIN and the court's right to conduct its activities as the law requires.

**WHEREFORE**, Plaintiff asks this court for an Order indefinitely vacating said deposition date until such time as the setting of a deposition date becomes appropriate.

DATE: March 21, 2007.

Edward Ronwin

Edward Ronwin, pro se
945 Rolland Moore Dr., L-2
Fort Collins, CO 80526
970-221-3837

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Emergency Motion upon the following by FAX, this 21st day of March, 2007:

The Court Clerk' office at FAX No. 612-664-5044
Defendant's counsel at FAX No. 312-853-7036
Plaintiff's Liaison Counsel, Deanna Dailey at Larson-King at FAX No. 651-312-6618

Edward Ronwin

From: Dr. Edward Ronwin, 945 Rolland Moore Dr., L-2, Fort Collins, CO 80526
Telephone: 970-221-3837; FAX:970-224-3838

To the following parties to this FAX:

The Court Clerk's Office, Dist. of Minnesota
Sidley Austin, Defendant's Chicago attorneys (Weber/Mizgala)
Jeff Pilkington, Defendant's Denver attorney
Plaintiff's Liaison Counsel, Deanna Dailey at Larson-King

Date: March 21, 2007

An Emergency Motion is being faxed herewith.

If there is any problem with receipt of the motion, please call at the above telephone number

Edward Ronwin

Edward Ronwin, PhD, JD