**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In re: BAYCOL PRODUCTS LITIGATION** — **MDL No. 1431 (MJD/JGL)**

**O R D E R**

**This Document Also Relates to:**
**Ronwin v. Bayer Corp. et al.** — **Civil No. 02-200**

---

Edward Ronwin, pro se.

Susan A. Weber, James W. Mizgala, and James R.M. Hemmings, Sidley Austin LLP for and on behalf of Bayer Corporation.

---

Before the Court is Plaintiff's Objections to Magistrate Judge Susan Richard Nelson's Order dated February 23, 2007.

The Court must modify or set aside any portion of the Magistrate Judge's Order found to be clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.2(a). Based on a review of the record and the submissions of parties, the Court concludes that the Magistrate Judge's Order is neither clearly erroneous or contrary to law.

IT IS HEREBY ORDERED that the Order dated February 23, 2007 [Docket No. 100] is AFFIRMED.

Date: March 28, 2007

s / Michael J. Davis
Michael J. Davis
United States District Court