**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MJD) |
| This Document Relates to: | |
| *Edward Ronwin, et al. v. Bayer Corp., et al.* | Case No. 02-0200 |

**NOTICE OF PLAINTIFF EDWARD RONWIN'S EXPERT DEPOSITION**

YOU ARE HEREBY NOTIFIED that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, the expert deposition of Edward Ronwin will take place on March 23, 2007 at 9:00 a.m. at Atomik Business Solutions, 419 Canyon Avenue, Fort Collins, CO 80521. The deposition will be stenographically recorded by a court reporter authorized to administer oaths and will continue day to day, excluding Saturdays, Sundays and holidays, until completed.

You are invited to attend and cross-examine.

DATED this 2nd day of March 2007.

DAVIS GRAHAM & STUBBS LLP

Jeffrey Pilkington
1550 Seventeenth Street, Suite 500
Denver, CO 80202
Telephone: 303/892-9400
Facsimile: 303/893-1379
Attorneys for Defendant Bayer Corporation

EXH. 1

#767948.1

SCANNED
MAR 29 2007
U.S. DISTRICT COURT MPLS

From: Dr. Edward Ronwin, 945 Rolland Moore Dr., L-2, Fort Collins, CO 80526
Telephone: 970-221-3837; FAX: 970-224-3838

To: Mr. Jeff Pilkington, DGS, Denver, CO; 303-892-7513
At FAX No.: 303-893-1379

Date: March 16, 2007

I have your faxed letter of this date.

As I have stated in my earlier faxed letter of this date. I will not be appearing for any deposition on March 23, 2007 or any other until, in the least, the Dist.Ct. addresses my Motion to Review the Magistrate's Order.

If you make the trip, knowing that I will not attend, you would be deliberately and fraudulently attempting to gain fees for a trip that you know in advance will not serve the purpose of attending a deposition.

I am including a copy of the page from 28 U.S.C. § 636(b)(1) which concerns Dist.Judge review of matters that the court asked the Magistrate to first handle, such as your client's Motion to Compel. While 636(b)(1)(A) speaks of a "judge of the court may reconsider any pretrial matter under this subparagraph (A)" and provides a standard of review, the underlined paragraph which uses "proposed findings and recommendations" phraseology, does not confine itself to sub¶ (B). The underlined portion of the paragraph also provides approach to the Dist.Ct. Judge under sub¶ (A). Certainly, the drafters of the statute were not thinking of local rules for asking for reconsideration of Magistrate's acts, whether under sub¶s (A) or (B). Proof is seen in the first sentence if ¶ (b)(1), which reads: "Notwithstanding any provision of law to the contrary." In other words, local rules, state statutes, federal statutes, etc., to the contrary do not affect the provisions of ¶ (b)(1). The only way to approach a Dist.Ct.Judge to obtain a review of a Magistrate's acts, whether Orders or "proposed findings or recommendations," is by following the provisions underlined in the portion of the text of § 636 faxed herewith.

The holdings in the Delco Cable & Wire case and in the U.S. Sup.Ct. case of Thomas v. Arn support the foregoing reading of the statute. These cases are referred to in my Reply to your client's Opposition to my Motion to Review the Magistrate's Order.

Edward Ronwin

Edward Ronwin, PhD, JD

EXH. 2

Davis Graham & Stubbs LLP

March 21, 2007

**VIA U.S. MAIL**

Edward Ronwin
945 Rolland Moore Drive, L-2
Fort Collins, CO 80526

Re: Ronwin v. Bayer Corp

Dear Mr. Ronwin:

This letter is in response to your request for written confirmation of Bayer's position about your deposition scheduled for Friday, March 23, 2007. I have repeatedly explained that you must appear for your deposition as noticed unless you file a motion for stay or motion for protective order. You represented that you plan to file such a motion later this afternoon. If you do so, Bayer will not proceed with your deposition until the Court rules on such motion or the Court issues further direction to the parties. Once again, please confirm your intentions in writing.

Sincerely,

Jeffrey R. Pilkington
for
DAVIS GRAHAM & STUBBS LLP

JRP/dv

cc: Deanna D. Dailey, Esq., ddailey@larsonking.com (via email only)
James W. Mizgala, Esq., jmizgala@Sidley.com (via email only)

EXH.3

Jeffrey R. Pilkington . 303 892 7513 . jeff.pilkington@dgslaw.com