IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | ) | |
| | ) | MDL No. 1431 (MJD/SRN) |
| This Document relates to: | ) | |
| | ) | Specific Case No. 02-0200 |
| Ronwin v. Bayer Corp. | ) | |

**PETITION FOR PERMISSION TO FILE INTERLOCATORY APPEAL**

Petitioner, Edward Ronwin, ("RONWIN"), hereby petitions this Court for permission to file an Interlocatory Appeal from an Order of the District Court, Dist. of Minnesota, which affirmed an Order from a Dist. Ct. Magistrate Judge.

I. GENERAL FACTS:

Respondent, Bayer Corp., ("BAYER"), demands to take RONWIN's expert deposition. RONWIN demands an expert fee for that process. BAYER refused to pay the fee and filed a Motion to Compel. RONWIN opposed said motion. The Magistrate granted said motion. Pursuant to 28 U.S.C. §636(b)(1), (and Fed.R.Civ.P.72(a)), RONWIN filed a timely Motion for Review of the Magistrate's Order. The Dist. Judge filed an Order on March 28, 2007 upholding the Magistrate's Order. This Petition is being filed within the ten (10) day period allowed by 28 U.S.C. § 1292(b).

II. REASONS FOR THE PETITION

There are a number of facts and issues of law beyond those stated in Section I, above, which will feature in any Interlocatory Appeal that this Court may allow. But of prime importance are the following issues of law that RONWIN intends to put before this Court in any Interlocatory Appeal:

(a) By its insistence that it take RONWIN's expert deposition after already having taken RONWIN's fact deposition twice, BAYER has clearly told the Dist. Ct. that RONWIN is an

SCANNED
APR 02 2007
U.S. DISTRICT COURT MPLS

expert. However, in a Motion for Summary Judgment, which included two Daubert motions, BAYER aimed one of the Daubert motions against RONWIN and thereby clearly told the Dist.Ct. that RONWIN is not an expert! BAYER cannot be allowed to take two positions which are absolutely opposite in its advocacy. Both the Magistrate and the Dist.Ct. have approved such behavior.

(b) Another issue is whether a party, who happens to be an expert on matters in contention in the suit, can be allowed an expert fee for his/her deposition time, which deposition is separate from fact depositions given by the party.

(c) Whether filing beyond the time permitted by Dist.Ct. Order, (PTO 149), for noticing any depositions of "Phase I Plaintiffs," (RONWIN is in that category), in the MDL, without permission, should be allowed.

(d) Since there is a Motion for Summary Judgment outstanding, should the Dist.Ct. have ordered that any expert deposition of RONWIN be delayed, (assuming such depositon is appropriate), until the Motion is determined; otherwise, a determination against RONWIN would, in effect, make the deposition futile.

To RONWIN's current knowledge, there exists only one case that deals with item II.(b), and it is not adverse to RONWIN, as to the facts in this case. This item would be an instance of first impression in this Circuit.

It is also suggested that Item II(a) may also be an instance of first impression in this Circuit, or perhaps in any Federal Circuit. Moreover, it touches an important point in the ethics of advocacy.

III. Copy of the Dist. Ct. Order, the Magistrate's Order and MDL PTO 149, are appended

hereto as Exhibits.

**WHEREFORE,** For the reasons given above, Petitioner asks this Court for permission to file an Interlocatory Appeal.

DATED: March 29, 2007.

Edward Ronwin, prŏ se
945 Rolland Moore Dr., L-2
Fort Collins, CO 80526
970-221-3837

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Petition upon the following by FAX, this 29th day of March, 2007:

The Circuit Court's Clerk's Office at FAX No. 314-244-2780
The Dist.Ct.Clerk's Office at FAX No. 612-664-5044
Respondent's Counsel in Chicago, IL at FAX No. 312-853-7036
MDL Pl's Liaison Counsel, Deanna Dailey at FAX No. 651-312-6618

Edward Ronwin

From: Dr. Edward Ronwin, 945 Rolland Moore Dr., L-2, Fort Collins, CO 80526
Telephone: 970-221-3837; FAX: 970-224-3838

To the following parties to this FAX:

Clerk's Office, 8th Cir.,Ct of Appeals
Clerk's Office, Dist.Ct., Dist. of Minnesota
Respondent's Counsel in Chicago, IL (Weber/Mizgala)
MDL Plaintiff's Liaison Counsel, Deanna Dailey, Mpls, Minn.

Date: March 29, 2007

Faxed herewith is a Petition for Permission to File Interlocatory Appeal

If there is any problem, please call at the above telephone number.

Edward Ronwin

Edward Ronwin, PhD, JD