**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**No: 07-8004**

**In re: Baycol Products Litigation,**

**------------------------------**

**Edward Ronwin,**

**Appellant**

**v.**

**Bayer Corporation, an Indiana corporation doing business as Bayer Pharmaceutical Division,**

**Appellee**

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:02-cv-00200-MJD)

---

**JUDGMENT**

Petition for permission to file interlocutory appeal has been considered by the court and is denied. The court also denies appellant's motion for stay of district court proceedings and the motion to hold Bayer's counsel in contempt.

Mandate shall issue forthwith.

April 19, 2007

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Michael E. Gans