**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

April 19, 2007

Ms. Deanna D. Dailey
LARSON & KING
30 E. Seventh Street
Suite 2800
St. Paul, MN 55101-0000

RE: 07-8004 Edward Ronwin v. Bayer Corporation

Dear Counsel:

Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent today to the Clerk of the United States District Court.

Michael E. Gans
Clerk of Court

cmd

Enclosure(s)

cc: Mr. Adam L. Hoeflich
Mr. Fred T. Magaziner
Mr. James W. Mizgala
Edward Ronwin
Mr. Peter W. Sipkins
Ms. Tracy Joan Van Steenburgh
Ms. Susan A. Weber
Ms. Elizabeth S. Wright

District Court/Agency Case Number(s): 0:02-cv-00200-MJD