**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

**No: 07-8004**

**In re: Baycol Products Litigation,**

**------------------------------**

**Edward Ronwin,**

**Appellant**

**v.**

**Bayer Corporation, an Indiana corporation doing business as Bayer Pharmaceutical Division,**

**Appellee**

---

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:02-cv-00200-MJD)

---

**MANDATE**

In accordance with the judgment of 04/19/2007, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 19, 2007

Clerk, U.S. Court of Appeals, Eighth Circuit