UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION<br>This Document relates to:<br>Ronwin v. Bayer Corp. | MDL 1431 (MJD/SRN)<br>Case No. 02-0200 |

**PLAINTIFF'S MOTION SUGGESTING THAT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF's MOTION TO REMAND BE DETERMINED AS SOON AS POSSIBLE**

Plaintiff, "RONWIN", hereby moves this court to determine as soon as possible Defendant's, "BAYER", Motion for Summary Judgment and RONWIN's Motion to Remand for the following reasons:

1. BAYER has been demanding to take RONWIN's expert deposition. RONWIN's fact deposition was taken twice almost a year ago. If the court rules against RONWIN on the Motion for Summary Judgment, an appeal is likely to follow and no expert deposition will be of value. In fact, RONWIN's discussion of his expert theme given at pp. 32-39 and 49-62 of RONWIN's Response to the Motion for Summary Judgment and RONWIN's expert report filed herein, and also found in the exhibits to said Response, provide the court with as much evidence of RONWIN's expertise on the basis of this specific action as any expert deposition would. Thereby, the ruling on the Motion for Summary Judgment is the most logical next step in this specific case.

2. If the ruling on the Motion for Summary Judgment and on the Motion to Remand favors RONWIN, then prior to actual remand, RONWIN will be pleased to submit to an expert deposition.

3. As to this specific case, this MDL has gone on for almost 6½ years. Maybe its trite, but justice delayed is justice denied.

SCANNED
APR 2 3 2007
U.S. DISTRICT COURT MPLS

**WHEREFORE**, Plaintiff asks this court to rule on Defendant's Motion for Summary Judgment and on Plaintiff's Motion to Remand as early as possible.

DATED: April 20, 2007.

Edward Ronwin, Pro Se
945 Rolland Moore Dr., L-2
Fort Collins, CO 80526
970-221-3837

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing Motion upon the following by FAX, this 20th Day of April, 2007:

The Court Clerk's Office at FAX No. 612-664-5044
Defendant's Counsel at FAX No. 312-853-7036
Plaintiff's Liaison Counsel, Jennifer Dougherty at FAX No. 651-312-6618
Courtesy copy to Def's. Denver Counsel at FAX No. 303-893-1379

Edward Ronwin

From: Dr. Edward Ronwin, 945 Rolland Moore Dr., L-2, Fort Collins, CO 80526
Telephone: 970-221-3837; Fax: 970-224-3838

To the following parties to this FAX:

The Court Clerk's Office, Dist. of Minnesota
Sidley Austin, Def's Chicago, IL counsel, (Weber/Mizgala)
Plaintiff's Liaison Counsel, Jennifer Dougherty at Larson-King
Courtesy Copy to Jeff Pilkington, Denver, CO.

Date: April 20, 2007

A Motion Suggesting determination of Def's. Motion for Summary Judgment and Plaintiff's Motion to Remand is being faxed herewith.

If there are any problems with the faxing, or other questions, please call at the above telephone number.

Edward Ronwin, PhD, JD