**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**In re: BAYCOL PRODUCTS LITIGATION** — **MDL No. 1431 (MJD/JGL)**

**O R D E R**

**This Document Also Relates to:**
**Ronwin v. Bayer Corp. et al.** — **Civil No. 02-200**

---

Edward Ronwin, pro se.

Susan A. Weber, James W. Mizgala and James R.M. Hemmings, Sidley Austin LLP, on behalf of Bayer Corporation.

---

Before the Court is Plaintiff's Motion for an Order Suggesting Remand of this case to the District of Wyoming. Bayer opposes the motion.

## I. BACKGROUND

This action was originally filed in Wyoming state court, removed to federal court in the District of Wyoming and subsequently transferred into this MDL by the Judicial Panel on Multidistrict Litigation.

## DISCUSSION

28 U.S.C. § 1407 provides, in pertinent part, the following:

> When civil actions involving one or more common questions of fact are pending in different districts, such actions may be transferred to any district for coordinated or consolidated pretrial proceedings. Such transfers shall be made by the judicial panel on multidistrict litigation . . . and will promote the just and efficient conduct of such actions. Each action so transferred shall be remanded by the panel at or before the conclusion of such pretrial

> proceedings to the district from which it was transferred unless it shall have been previously terminated[.]

28 U. S.C. § 1407(a). Thus, remand at the conclusion of pretrial proceedings is mandatory, whereas remand prior to the conclusion of pretrial proceedings is discretionary with the transferee court. See In re Bridgestone/Firestone, Inc., 128 F. Supp.2d 1196, 1197 (S.D. Ind. 2001) (citation omitted). "The exercise of that discretion generally turns on the question of whether the case will benefit from further coordinated proceedings as part of the MDL." Id.

While pretrial proceedings are continuing in this MDL, the Court nonetheless finds that the time for remanding this case to Wyoming has arrived. Bayer has moved for summary judgment, and briefing on this motion is complete. This Court thus finds that the MDL has fulfilled its purpose with respect to this case. See 28 U.S.C. § 1407(a).

**IT IS HEREBY ORDERED** that Plaintiff's Motion for an Order Suggesting Remand [Doc. No. 87] is GRANTED. The Court respectfully suggests that the Judicial Panel on Multidistrict Litigation remand this case to the United States District Court, District of Wyoming.

Date: May 1, 2007

s / Michael J. Davis
MICHAEL J. DAVIS
United States District Court